# Exhibit K

SEP 1 4 19

# FUNCTIONAL FLUIDS

THERMINOL
PYDRAUL
SANTOVAC

## Sales Information Bulletin No. 118

DATE: SEPTEMBER 10, 1973

SUBJECT: TRANSFORMER ASKARELS

We cannot afford to have users of transformer askarel blends such as Inerteen 70-30 or Pyranol A13B3B-2 switch to Inerteen 100-42 which consists of 100% Aroclor 1242.

General Electric Co. intend to discontinue Pyranol A13B3B-2, within a few months. When stocks are exhausted, the few other users of Pyranol A13B3B-2 will be switched automatically to a new G.E. Pyranol blend which will be completely compatible with all previous Pyranol blends.

Another option for the users of the older G.E. Pyranol blends is to adopt Inerteen 70-30 which is a very similar blend (completely compatible).

In no case can we switch to Inerteen 100-42.

If you know of any one who recently switched to Inerteen 100-42, please inform us so that possible action can be taken to switch to a blended transformer askarel. Thank you.

Paul B.

P. G. Benignus

cs

Margaret,
File — Aroclor 1242

Cross-ref card
Inerteen 100-42
"same as Aroclor 1242"
See Sales Info. Bull. 118 in that file

DSW 552672

Monsanto

AD-769

A2SA
G. J. LEVINSKAS

DSW 552673