# Exhibit M

Case: 4:23-cv-00204-JMD Doc #: 1-21 Filed: 02/20/23 Page: 2 of 2 PageID #: 2881



-IN THOUSANDS OF POUNDS AND DOLLARS-

| M G R | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJR.-GRD.-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TRANSFORM PYRANOL A13838 | | | | | | | | | | | | | | | 00368A | | 1050-300-16 |
| 12 | 37 | .UNIV MACHINERY & EQUIP READING | | .675 | | | | | | | | | | | | | | | 00233048 |
| 18 | 66 | .DEPT OF INTERIOR US PAGE AZ | | .675 | | | | | | | | | | | | | | | 00225746 |
| 06 | 23 | GENERAL SERVICE ADM RICHLAN WA | | 1.35 | | | | | | | | | | | | | | | 00245593 |
| 11 | 31 | U S ARMY NEW CUMBERLAND PA | | | | .120 | | | | | | .120 | | | | | | | 00259632 |
| 18 | 66 | U S GOVT EL TORO CALIFORNIA | | .675 | | | | | | | | | | | | | | | 00089729 |
| 18 | 66 | U S GOVT LONG BEACH CALIF | | 1.35 | | | | | | | | | | | | | | | 10084458 |
| 12 | 37 | U S GOVT ARMY PHILADELPHIA PA | | | | 2.03 | | | | | 2.03 | | | | | | | | 00207578 |
| 18 | 66 | US MARINE BARSTOW CALIF | | | | 1.20 | | | | | | 1.25 | | .05- | | | | | 00257230 |
| 18 | 66 | U S NAVY OAKLAND CALIF | | .675 | | 2.70 | | | | | | | | | | .68 | | 2.03 | 10084288 |
| 12 | 37 | U S NAVAL SUP CENT E MACHIA ME | | 1.35 | | | | | | | | | | | | | | | 00183091 |
| | | PARENT CUST. TOT-U S GOVT WASHIN | | 6.08 | | 6.05 | | | | | 2.03 | 1.37 | | .05- | | .68 | | 2.03 | 10084733 |
| 18 | 66 | .UTAH INTERNATIONAL SAN FRAN CA | | .675 | | | | | | | | | | | | | | | 00222968 |
| 18 | 66 | .VALLEY FAIR SHOP SAN JOSE CA | | | | | | | | | | | | | | | | | 00224065 |
| 12 | 73 | .VAN NESS CO POTSDAM NY | | | | .675 | | | | | | | | | .675 | | | | 00265039 |
| 11 | 33 | .VANTRAN ELECTRIC VANDALIA IL | | 90.5 | | 80.3 | 16.9 | 16.9 | 23.6 | 16.2 | 6.8 | | | | | | | | 10086256 |
| 12 | 37 | .VIRGINIA EL - PO NORFOLK VA | | 2.16 | | | | | | | | | | | | | | | 10086949 |
| 11 | 31 | VIR ELEC POW MOUNT STORM W V | | | | 1.35 | | | | | | | 1.35 | | | | | | 10086957 |
| | | PARENT CUST. TOT-VIRGINIA ELE-PO | | 2.16 | | 1.35 | | | | | | | 1.35 | | | | | | 00048224 |
| 11 | 31 | .VOLLAND ELECTRIC BUFFALO NY | | .675 | | | | | | | | | | | | | | | 10087112 |
| 11 | 34 | .CELOTEX CORP PEORIA ILL | | .325 | | .180 | | | | | | .180 | | | | | | | 10014867 |
| 11 | 34 | .WESTERN FELT WORKS CHGO IL | | .130 | | | | | | | | | | | | | | | 10088844 |
| 18 | 36 | .WESTINGHOUSE ELEC FAIRBANKS AK | | 6.08 | | | | | | | | | | | | | | | 00222569 |
| 19 | 68 | WESTINGHOUSE SHREVEPORT LA | | | | .675 | | | | | | | | | | | .675 | | 00270792 |
| 12 | 37 | WESTINGHOUSE NEWARK NJ | | .735 | | | | | | | | | | | | | | | 00242063 |
| | | PARENT CUST. TOT-WESTINGHOUSE EL | | 6.81 | | .675 | | | | | | | | | | | .675 | | 00047740 |
| 18 | 36 | .WOODARD BROS WALLA WALLA WA | | 1.35 | | .675- | | | | | | .675- | | | | | | | 00230219 |
| | | TOTAL PRODUCT * * * * * * * * LB | 171 | 1315 | 2171 | 1694 | 91 | 92 | 89 | 67 | 96 | 148 | 217 | 222 | 180 | 80 | 301 | 111 | 1050-300-16 |
| | | 00368A * * * * * * * * $$ | 35.9 | 265 | 456 | 373 | 21.0 | 21.7 | 20.2 | 16.2 | 23.2 | 34.3 | 45.9 | 47.0 | 37.4 | 19.1 | 60.3 | 26.7 | |
| | | TRICHLOROBENZENE RESALE | | | | | | | | | | | | | | | 01712A | | 9902-000-16 |
| 11 | 34 | .WESTINGHOUSE MINNEAPOLIS MINN | | 4.20 | | | | | | | | | | | | | | | 00205362 |
| | | TOTAL PRODUCT * * * * * * * * LB | | 4.20 | | | | | | | | | | | | | | | 9902-000-16 |
| | | 01712A * * * * * * * * $$ | | .848 | | | | | | | | | | | | | | | |
| | | 70 TOT CLASS TRANSFORMER FLUI LB | 8101 | 15900 | 15301 | 15552 | 379 | 829 | 1176 | 1074 | 1599 | 1315 | 1478 | 1520 | 1541 | 1606 | 1692 | 1345 | |
| | | $$ | 1289 | 2508 | 2632 | 2864 | 70 | 150 | 206 | 212 | 298 | 241 | 278 | 285 | 288 | 294 | 303 | 239 | |