# Exhibit N

Monsanto

MONSANTO COMPANY
ST. LOUIS, MISSOURI 63166

DIVISION SALES
INVOICE

| CUSTOMER'S ORDER NO. | DATE ENTERED | DATE SHIPPED | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| N00228-72ML203 | 12-15-71 | 12-17-71 | 12-17-71 | 14-12-22122 |

BILL TO:
UNITED STATES NAVY
NRFC
TREASURE ISLAND
SAN FRANCISCO, CALIFORNIA 94130

COPIES TO: -2-1

SHIPPED TO:
UNITED STATES NAVY
MOTBA BLDG. 1, WING 3 OAB
MF CO USN PUB WKS CEN SUBIC BAY,PI
OAKLAND, CALIFORNIA 94626

| WHSE | BOOKED THRU | S DIV | TERMS | TYPE | MODE |
|---|---|---|---|---|---|
| 1133 | 18-66 | 02 | 020 | | 02 |

| ACCTS. REC. NO. | CITY-STATE | CUSTOMER I.D. |
|---|---|---|
| 755125 | 0450-04 | 10084288 |
| SL | LOCK BOX 07 | |

| PPD OR COL. | DELIVERY F.O.B. | TERMS OF PAYMENT | SHIPPER NO. |
|---|---|---|---|
| PPD | AS INDICATED BELOW | NET 30 DAYS | 4689972 |

| SHIPPED FROM | CAR NO./TT. CARRIER | CUSTOMER SERVICE REPRESENTATIVE |
|---|---|---|
| LOS ANGELES CA | | S.BEESLEY , |

| ITEM | DESCRIPTION, PRICE & UNIT | AMOUNT |
|---|---|---|
| 1 | 3 675 LB METAL DRUM 2,025.00 LB | |
| | TRANSFORM PYRANOL A1333B AT .2750 | 556.88 |
| | 105C-300-16-0C03-02-10-S-00368A | |
| | FOB LOS ANGELES CA 2,025.00 LB | |
| | PLUS FREIGHT FROM LOS ANGELES , CA | 80.64 |
| | AT 2169 RATE 3.66CO C 2169 1.250 V | |

D-810

PAGE 1 637.52

SEND COPY OF THE ORIGINAL
PURCH. ORDER WITH INVOICE
SEE SKEETS

DSW 421649

CB200 ORG. (REV. 10-71)

INTERNAL COPIES DISTRIBUTION AND SPECIAL INVOICE INSTRUCTIONS AS INDICATED ABOVE