# Exhibit O

R F N 0 72 038 060 L 96

CHECKED BOX APPLIES

[X] ORDER FOR SUPPLIES OR SERVICES

[ ] REQUEST FOR QUOTATIONS NO. RETURN COPY(IES) OF THIS QUOTE BY (THIS IS NOT AN ORDER. See DD Form 1155r)

PAGE 1 OF 2

5. CERTIFIED FOR NATIONAL DEFENSE UNDER DMS REG 1: DO C9E

1. CONTRACT/PURCH ORDER NO.: N00228-72-M-U659

2. DELIVERY ORDER NO.:

3. DATE OF ORDER: 07 FEB. 72

4. REQUISITION/PURCH REQUEST NO.: SEE SCHEDULE

6. ISSUED BY: CODE N00228
NAVAL SUPPLY CENTER
CODE 104.2
OAKLAND, CA. 94625
ec 07 FEB. 72

7. ADMINISTERED BY: (If other than 6) CODE
NAVAL SUPPLY CENTER
CODE 104.3
OAKLAND, CA. 94625

8. DELIVERY FOB: [ ] DESTINATION [X] OTHER (See Schedule if other)

9. CONTRACTOR/QUOTER: CODE A1111 FACILITY CODE
800/325-3850
NAME AND ADDRESS:
MONSANTO
800 NO. LINDBERGH BLVD.
ST. LOUIS, MO. 63166

10. DELIVER TO FOB POINT BY: 10 days aro

11. CHECK IF SMALL BUSINESS: [ ]

12. DISCOUNT TERMS: net 30 days

13. MAIL INVOICES TO: w/copy of p.o. BLOCK 15

14. SHIP TO: CODE N62808
MOTBA WING 3, BLDG 1 OAB,
NSC OAKLAND, CA. 94625
M/F: USN PWCEN
SUBIC BAY P.I.

15. PAYMENT WILL BE MADE BY: CODE
NAVY REGIONAL FINANCE CENTER
BLDG. 450, TREASURE ISLAND
SAN FRANCISCO, CA. 94130

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER:

DELIVERY [ ] This delivery order is subject to instructions contained on this side of form only and is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

PURCHASE [X] Reference your oral quote 25 JAN 72 BEESLEY, furnish the following on terms specified herein, including; for U. S. purchases, General Provisions of Purchase Order on DD Form 1155r (Except CLAUSE NO. 13 APPLIES ONLY IF THIS BOX [ ] IS CHECKED, and NO. 15 IF THIS BOX [X] IS CHECKED); special provisions ; and delivery as indicated. This purchase is negotiated under authority of 10 USC 2304(a)(3) or as specified in the schedule if within the U.S., its possessions or Puerto Rico; if otherwise, under 2304(a)(6).

[ ] If checked, Additional General Provisions apply: Supplier shall sign "Acceptance" on DD Form 1155r and return copies.

17. ACCOUNTING AND APPROPRIATION DATA — ACCOUNTING CLASSIFICATION (REV. 7-65)

| ITEM NO | APPROPRIATION SYMBOL AND SUBHEAD | OBJECT CLASS | BUREAU CONT. NO. | SUB-ALLOT. | AUTH'N ACCT'G ACT'Y | TRANS. TYPE | PROPERTY ACCT'G ACT'Y | COUNTRY | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ED | 17x4912.2545 | 000 | 77777 | 0 | 062808 | 2F | 000000 | | 000000000000 | |

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| 9 | PRI: 1 3 PROJ: NJ4 RDD: 038 XX1 | | | | |

MARKING INSTRUCTIONS: MARK OUTER CONTAINER(S) WITH REQN, PRI, AND PROJ NUMBER

THIS PURCHASE ORDER/DELIVERY ORDER SUBJECT TO FOLLOWING SPECIAL PROVISION(S) SHOWN ON THE REVERSE SIDE OF PAGE 2.
SPECIAL PROVISION(S): NO(S): 15 SAUGET, ILL. $130.00, #42, # 24

* If quantity accepted by the Government is same as quantity ordered, indicate by ✓ mark. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: E. BELL [signature] CONTRACTING/ORDERING OFFICER

25. TOTAL 579 [illegible]

29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN [ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

Date (Signature of authorized Government representative)

27. SHIP. NO. [ ] FINAL PARTIAL

28. D. O. VOUCHER NO.

30. INITIALS

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

36. I CERTIFY that this account is correct and proper for payment

(Signature and title of Certifying Officer)

31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL

34. CHECK NUMBER

35. BILL OF LADING NO.

DUPLICATE ORIGINAL

DSW 421626

37. RECEIVED AT

38. RECEIVED BY

39. DATE RECEIVED

40. TOTAL CONTAINERS

41. S/R ACCOUNT NUMBER

DD FORM 1 AUG 66 1155 (NAVY) 7/0

Form Approved by Comptroller General, U. S., [illegible] Exception to SF 18 under $2,500 Approved by Budget Bureau.

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>N00228-72-M-U659 | PAGE 2 | OF 2 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 | OIL, INSULATING, ELECTRICAL, CAT. # PYRANOL 1470 mfd by GENERAL ELECTRIC CO. p/n A13B3B, 30 GAL DRUMS REQN: N6280813342203R STK: A | 2520 | lb | .23 | 579.60 |

STABILIZATION OF PRICES, RENTS, WAGES, AND SALARIES (1971 OCT)

A. BY EXECUTIVE ORDER 11627 DATED OCTOBER 15, 1971, THE PRESIDENT STABILIZED PRICES, RENTS, WAGES, AND SALARIES. THE CONTRACTOR REPRESENTS THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF HE IS IN COMPLETE COMPLIANCE WITH EXECUTIVE ORDER 11627. FURTHER, THE CONTRACTOR WARRANTS THAT THE AMOUNTS INVOICED UNDER THIS CONTRACT WILL NOT EXCEED THE LOWER OF (1) THE CONTRACT PRICE, OR (2) THE MAXIMUM LEVELS ESTABLISHED IN ACCORDANCE WITH THE ORDER.

B. THE CONTRACTOR AGREES TO INSERT THE SUBSTANCE OF THIS CLAUSE, INCLUDING THIS PARAGRAPH (B) IN ALL SUBCONTRACTS FOR SUPPLIES OR SERVICES ISSUED UNDER THIS CONTRACT.

DSW 421627

3. ADVANCE NOTIFICATION OF SHIPMENT: USING THE CODES PROVIDED COMPLETE BLOCKS 6, 9, 15, 22, 23 AND 24 OF DD FORM 1384.

MAIL ONE COMPLETED COPY TO ~~RAIL AND TRUCK CONTROL~~, OAB, BLDG. 1, WING 3, OAKLAND, CA. 94626, AT LEAST 48 HOURS PRIOR TO RELEASE OF SHIPMENT TO THE CARRIER. ~~INCLUDE THE NAME AND TELEPHONE NUMBER OF THE PERSON TO BE CONTACTED AT YOUR COMPANY.~~ ONE COPY OF THE COMPLETED TCMD SHOULD BE GIVEN TO THE CARRIER WHEN DELIVERING TO MOTBA OR NWS, CONCORD. THE REMAINING COPIES MAY BE KEPT FOR YOUR RECORDS OR WHEN NECESSARY USED WITH PARTIAL SHIPMENTS AS DIRECTED BELOW.

PARTIAL OR SPLIT SHIPMENTS: IN THE EVENT ANY PORTION OF THIS ORDER IS BACK-ORDERED OR SHIPPED FROM MORE THAN ONE PLANT, ONE COPY OF THE COMPLETED TCMD WITH A REVISED TCN SUFFIX (BLOCK 10 OF TCMD) MUST ACCOMPANY EACH PARTIAL SHIPMENT. CALL 415-466-5118 FOR CORRECT SUFFIX NUMBER.

IF PACKED MATERIAL CAN BE MAILED PARCEL POST TELEPHONE 415-466-5118 FOR CONSIGNEE'S MAILING ADDRESS. DO NOT CONSIGN MATERIAL BY A COMMON CARRIER TO THE APO OR FPO SAN FRANCISCO, AND DO NOT MAIL MATERIAL TO THE MOTBA ADDRESS.

DO NOT MAIL MATERIAL TO MOTBA OR NWS, CONCORD, CALIFORNIA

IF THE SHIPMENT EXCEED 10,000 LBS., OR BEING SHIPPED AS A CARLOAD OR TRUCKLOAD, OR AMMUNITION OR WHEELED VEHICLES YOU MUST OBTAIN AN EXPORT TRAFFIC RELEASE PRIOR TO RELEASE OF SHIPMENT TO CARRIER. TELEPHONE 415-466-5075 FOR INSTRUCTIONS, AND EXPORT TRAFFIC RELEASE NUMBER. THE EXPORT TRAFFIC RELEASE NUMBER MUST BE SHOWN ON ALL BILLS OF LADING AND IN BLOCK 19 OF THE TCMD. SHIPMENT MUST NOT BE RELEASED PENDING RECEIPT OF EXPORT TRAFFIC RELEASE.

MODE OF SHIPMENT CODES:

| CODE | DESCRIPTION |
|---|---|
| A | MOTOR, TRUCKLOAD |
| B | MOTOR, LESS TRUCKLOAD |
| J | REA EXPRESS |
| K | RAIL, CARLOAD |
| L | RAIL, LESS CARLOAD |
| M | FREIGHT FORWARDER |
| Q | AIR FREIGHT |
| 5 | UNITED PARCEL SERVICE |

TYPE OF PACK CODES:

| PACK | CODE | PACK | CODE |
|---|---|---|---|
| BUNDLE | BD | DRUM | DR |
| BALE | BE | PAIL | PL |
| BAG, BURLAP OR CLOTH | BG | PALLETIZED UNIT LOAD | PT |
| BARREL | BL | REEL | RL |
| BOX | BX | ROLL | RO |
| CARBOY | CB | SACK, PAPER | SA |
| COIL | CL | SKID BOX | SB |
| CAN | CN | PIECE | PC |
| CRATE | CR | | |
| CARTON | CT | | |
| CONTAINER | CU | | |
| CYLINDER | CY | | |

4. DELIVERY: IF INSTRUCTIONS ARE RECEIVED FROM RAIL AND TRUCK CONTROL WITHIN THE 48 HOUR PERIOD SPECIFIED IN SECTION 3 ABOVE, DELIVER IN ACCORDANCE WITH THOSE INSTRUCTIONS. IF NO INSTRUCTIONS ARE RECEIVED, DELIVER TO: MOTBA, WING 8, BLDG. 1, OAKLAND ARMY BASE, OAKLAND, CALIF. DELIVERING CARRIER MUST TELEPHONE FOR A DELIVERY APPOINTMENT FROM MOTBA (415-466-2518, 2519, 2597, 2702) PRIOR TO DELIVERY.