# Exhibit P

Monsanto

A. E. PELTOSALO
FEB 10 1972

MONSANTO INDUSTRIAL CHEMICALS CO.
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

February 8, 1972

Mr. A. E. Peltosalo, Group V.P.
General Electric Company
570 Lexington Avenue
New York, New York 10022

Dear Sir:

We have recently been in communication with you concerning Monsanto's policy to restrict the sale and delivery of polychlorinated biphenyl (PCBs) products including those sold under tradenames such as Aroclor ®, Inerteen ®, Pyranol ®, and under the generic term askarel.

As you are aware, effective January 15, 1972 Monsanto discontinued sales and delivery of these products to manufacturers of transformers and capacitors, except those who have entered into special agreements to indemnify Monsanto with respect to these products. You have entered into such an agreement.

In the past Monsanto supplied these PCB-containing askarel products to transformer repair shops, and to companies needing these products for top-up of existing transformers. These sales have now been discontinued. Future inquiries from these companies owning or desiring to repair a transformer of your manufacture will be referred to you as the source for additional askarel fluids.

In the event you desire to supply top-up product to your customers or to repair shops, Monsanto intends to make these products available to your company or to your designee upon receipt of your order. In either case, the sales will be to you and we will invoice you. If you choose to ship directly from your own stocks to your customers, we will be happy to make available to you all information we have on proper packaging of these products. Please contact us concerning your instructions for referral of these customers to you. If you have any questions, or if you

wish to meet with representatives of Monsanto concerning the program Monsanto intends to follow, please telephone (314) 694-2513 or write directly to Mr. Paul Benignus, Monsanto Company, P. O. Box 14617, St. Louis, Missouri 63178.

We sincerely regret any inconvenience that this decision may cause you, but it is taken in an effort to continue to make available these products for these important applications within the framework of our overall sales policy.

Very truly yours,

T. L. Gossage
Marketing Director
Specialty Products Group

/bi

cc: Mr. Walter A. Schlotterbeck,
Corporate Counsel
570 Lexington Avenue
New York, New York 10022

Mr. Edw. L. Raab
Transformer Department
100 Woodlawn Avenue
Pittsfield, Massachusetts 01201

Mr. James P. Kinney
Redmond Circle
Rome, Georgia 30161