# Exhibit R

UMTA-MA-06-0098-84-1
DOT-TSC-UMTA-84-15

PB84-222207

U.S. Department of Transportation
**Urban Mass Transportation Administration**

# Polychlorinated Biphenyls (PCBs) in Transit System Electrical Equipment

Transportation Systems Center
Cambridge MA 02142

May 1984
Final Report



REPRODUCED BY
U.S. DEPARTMENT OF COMMERCE
NATIONAL TECHNICAL INFORMATION SERVICE
SPRINGFIELD, VA 22161

**Technical Assistance – an UMTA Program**

NOTICE

This document is disseminated under the sponsorship of the Department of Transportation in the interest of information exchange. The United States Government assumes no liability for its contents or use thereof.

NOTICE

The United States Government does not endorse products or manufacturers. Trade or manufacturers' names appear herein solely because they are considered essential to the object of this report.

**Technical Report Documentation Page**

| | | |
|---|---|---|
| 1. Report No. UMTA-MA-06-0098-84-1 | 2. Government Accession No. | 3. Recipient's Catalog No. PB84 222207 |
| 4. Title and Subtitle POLYCHLORINATED BIPHENYLS (PCBs) IN TRANSIT SYSTEM ELECTRICAL EQUIPMENT. | | 5. Report Date May 1984 |
| | | 6. Performing Organization Code DTS-65 |
| 7. Author(s) | | 8. Performing Organization Report No. DOT-TSC-UMTA-84-15 |
| 9. Performing Organization Name and Address U.S. Department of Transportation Research and Special Programs Administration Transportation Systems Center Cambridge, MA 02142 | | 10. Work Unit No. (TRAIS) MA-06-0098(UM478/R4607) |
| | | 11. Contract or Grant No. MA-06-0098 |
| 12. Sponsoring Agency Name and Address U.S. Department of Transportation Urban Mass Transportation Administration Office of Technical Assistance Washington, DC 20590 | | 13. Type of Report and Period Covered Final Report Jan 1983-July 1983 |
| | | 14. Sponsoring Agency Code URT-6 |
| 15. Supplementary Notes | | |

16. Abstract

Polychlorinated Biphenyls (PCBs) belong to a family of organic chemicals known as chlorinated hydrocarbons. Used commercially in the United States since 1929, the manufacture of PCBs was prohibited by passage of the Toxic Substance Control Act (TSCA) in 1976. Under TSCA's mandate, the Environmental Protection Agency (EPA) has promulgated regulations severely restricting the processing, distribution, use, and disposal of PCB-containing materials. Over the years, PCB-containing fluids have been widely used as an insulating medium in electrical equipment because of their excellent dielectric, heat absorption, and fire resistant characteristics. This report presents the legislative history and current regulatory requirements concerning the continued use of PCBs in transit system electrical equipment. The recent rule-making by the EPA is presented in summary form to aid the reader in following the chronology of requirements affecting the continued operation, servicing, marking, and disposal of transit system electrical equipment which contains PCB materials. Types of transit system electrical equipment regulated by the EPA are identified and future regulatory requirements concerning allowable PCB concentration levels for specific electrical equipment are outlined. Transit system procedures for the handling of electrical equipment containing PCBs are presented and recommendations to assist transit systems in eliminating PCBs from electrical equipment are provided.

| | | | |
|---|---|---|---|
| 17. Key Words Aroclor; Askarel-Cooled Transformers; Electrical Equipment; Mass Transit; PCB; PCB-Contaminated Transformers; PCBs; Polychlorinated Biphenyl(s); Rail Transit; Safety Hazards; Transformer Fluid; Transit System Electrical Equipment | | 18. Distribution Statement DOCUMENT IS AVAILABLE TO THE PUBLIC THROUGH THE NATIONAL TECHNICAL INFORMATION SERVICE, SPRINGFIELD, VIRGINIA 22161 | |
| 19. Security Classif. (of this report) UNCLASSIFIED | 20. Security Classif. (of this page) UNCLASSIFIED | 21. No. of Pages 104 | 22. Price |

Form DOT F 1700.7 (8-72) Reproduction of completed page authorized

# PREFACE

Until recently, fluids containing Polychlorinated Biphenyls (PCBs) were widely used as an insulating medium in electrical equipment because of their excellent dielectric, heat absorption and fire resistant characteristics. The Toxic Substance Control Act of 1976, however, prohibited further manufacture of PCBs and mandated the elimination of PCB use in the United States.

This report, sponsored by the Urban Mass Transportation Administration Office of Technical Assistance, Safety and Security Staff, presents a review of Federal regulatory requirements and restrictions for the use, servicing and disposal of certain transit system electrical equipment which may contain PCBs. It is intended to serve as a reference resource for transit systems that utilize railroad (on-board) transformers, stationary transformers, capacitors and other electrical equipment.

The report was prepared by the Safety and Security Division Staff of the Transportation Systems Center (TSC). TSC staff members participating in the preparation of the report included William T. Hathaway, Jason B. Baker, Stephanie H. Markos and Lesley A. Darling. Other TSC staff contributions were made by Irving Litant and Carol Dempkowski.

The authors would like to acknowledge the following individuals and their respective staffs: Lloyd G. Murphy, Director of UMTA's Safcty and Security Staff, who provided valuable guidance and comments during the course of the work task; Edward Stickel of SEPTA, Edward Farrelly of PATH and Ralph Weule of BART, who assisted in the collection and verification of data and who provided review and comments on the final draft.

Preceding page blank

# METRIC CONVERSION FACTORS

## Approximate Conversions to Metric Measures

| Symbol | When You Know | Multiply by | To Find | Symbol |
|---|---|---|---|---|
| | **LENGTH** | | | |
| in | inches | *2.5 | centimeters | cm |
| ft | feet | 30 | centimeters | cm |
| yd | yards | 0.9 | meters | m |
| mi | miles | 1.6 | kilometers | km |
| | **AREA** | | | |
| in² | square inches | 6.5 | square centimeters | cm² |
| ft² | square feet | 0.09 | square meters | m² |
| yd² | square yards | 0.8 | square meters | m² |
| mi² | square miles | 2.6 | square kilometers | km² |
| | acres | 0.4 | hectares | ha |
| | **MASS (weight)** | | | |
| oz | ounces | 28 | grams | g |
| lb | pounds | 0.45 | kilograms | kg |
| | short tons (2000 lb) | 0.9 | tonnes | t |
| | **VOLUME** | | | |
| tsp | teaspoons | 5 | milliliters | ml |
| Tbsp | tablespoons | 15 | milliliters | ml |
| fl oz | fluid ounces | 30 | milliliters | ml |
| c | cups | 0.24 | liters | l |
| pt | pints | 0.47 | liters | l |
| qt | quarts | 0.95 | liters | l |
| gal | gallons | 3.8 | liters | l |
| ft³ | cubic feet | 0.03 | cubic meters | m³ |
| yd³ | cubic yards | 0.76 | cubic meters | m³ |
| | **TEMPERATURE (exact)** | | | |
| °F | Fahrenheit temperature | 5/9 (after subtracting 32) | Celsius temperature | °C |

*1 in. = 2.54 cm (exactly). For other exact conversions and more detail tables see NBS Misc. Publ. 286. Units of Weight and Measures. Price $2.25 SD Catalog No. C13 10 286.




## Approximate Conversions from Metric Measures

| Symbol | When You Know | Multiply by | To Find | Symbol |
|---|---|---|---|---|
| | **LENGTH** | | | |
| mm | millimeters | 0.04 | inches | in |
| cm | centimeters | 0.4 | inches | in |
| m | meters | 3.3 | feet | ft |
| m | meters | 1.1 | yards | yd |
| km | kilometers | 0.6 | miles | mi |
| | **AREA** | | | |
| cm² | square centimeters | 0.16 | square inches | in² |
| m² | square meters | 1.2 | square yards | yd² |
| km² | square kilometers | 0.4 | square miles | mi² |
| ha | hectares (10,000 m²) | 2.5 | acres | |
| | **MASS (weight)** | | | |
| g | grams | 0.035 | ounces | oz |
| kg | kilograms | 2.2 | pounds | lb |
| t | tonnes (1000 kg) | 1.1 | short tons | |
| | **VOLUME** | | | |
| ml | milliliters | 0.03 | fluid ounces | fl oz |
| l | liters | 2.1 | pints | pt |
| l | liters | 1.06 | quarts | qt |
| l | liters | 0.26 | gallons | gal |
| m³ | cubic meters | 36 | cubic feet | ft³ |
| m³ | cubic meters | 1.3 | cubic yards | yd³ |
| | **TEMPERATURE (exact)** | | | |
| °C | Celsius temperature | 9/5 (then add 32) | Fahrenheit temperature | °F |



TABLE 4-1. RAILROAD ORGANIZATIONS AFFECTED BY EPA REGULATIONS CONCERNING PCB RAILROAD TRANSFORMERS (ON BOARD)

| | | NO. OF VEHICLES | |
|---|---|---|---|
| | | SELF-PROPELLED CARS | LOCOMOTIVES |
| Southeastern Pennsylvania Transportation Authority (SEPTA) | | 310 plus 22 spares* | |
| New Jersey Transit Corporation | | 106 | 11 |
| New York Metropolitan Transit Authority | Joint Ownership | 244 | |
| Connecticut Department of Transportation | Joint Ownership | 244 | |
| AMTRAK | | 75[a] | 26[b] |
| Maryland Department of Transportation | | ** | |
| CONRAIL | | ** | |

*As of December 1, 1983.

**Maryland DOT and CONRAIL own equipment that have transformers containing PCBs which have been retired from active service.

[a]AMTRAK has completed the initial retrofills of all cars and those cars meet the PCB concentration levels specified for January 1, 1982, only.

[b]AMTRAK locomotives were not in compliance with the January 1, 1982 deadline.

SOURCE: Reference 6

- o Restricts processing and distribution of PCBs for the purpose of servicing Stationary Transformers to persons who are granted an exemption according to TSCA, Section 6(e)(3)(B).

- o Processing and distribution of PCBs for purposes of servicing these types of Electrical Equipment is limited to those persons who are granted an exemption under TSCA.

DISPOSAL RESTRICTIONS:

- o Stationary Transformers are to be disposed of in the same way as Railroad (on-board) Transformers (See Section 4.1.1).

### 4.1.3 Capacitors

Capacitors are devices used to regulate electrical charges to distribute power surges and prevent arcing. Uses in transit vehicles include chopper propulsion systems, air brake control circuits, and interior lighting. The General Electric Company estimates approximately twenty small capacitors and three large capacitors are used per rail car. In addition to marking requirements, the following summarized EPA requirements are applicable for use, servicing and disposal.

USE RESTRICTIONS:

- o Prohibits the use and storage for reuse of Large High Voltage PCB Capacitors and Large Low Voltage PCB Capacitors which pose an exposure risk to food or feed after October 1, 1988.

- o Prohibits the use of Large Low Voltage PCB Capacitors unless they are contained within a restricted-access electrical substation or in a contained and restricted-access indoor installation after October 1, 1988. A restricted-access electrical substation is an outdoor, fenced, or walled-in facility that restricts public access and is used in the transmission or distribution of electric power. A contained and restricted-access indoor installation does not have public access and has adequate roof, walls, and floor to contain any release of PCBs within the indoor location.

- o Permits the use of Small Capacitors for the remainder of their useful lives.

BAY AREA RAPID TRANSIT DISTRICT

# SYSTEM MAINTENANCE

## DIVISIONAL PROCEDURE

PROC. NO. 27

PAGE 1 OF 11

DATE ISSUED 3/5/79

REVISION DATE

ORIGINATOR

BOOK NO. 16 DIVISION: Rolling Stock Department

DEPARTMENT HEAD: DIVISION HEAD:

SERVICING PCB-CONTAMINATED COMPONENTS

I. Purpose

To provide a procedure for the PCB decontamination of components and assemblies, to protect personnel and environment.

Department affected: Rolling Stock & Shops.

COPY

II. General

Polychlorinated biphenyls (PCB's) is a family of materials which are fire-resistant liquid insulations and coolants first used by General Electric Company in 1932 for their fire-resistant transformers.

PCB's are inert materials which are chemically stable, fire-resistant, heat-stable, non-corrosive, and have very low electrical conductivity. These qualities make PCB's very desirable for use in transformers and capacitors. The problem with PCB's is their inability to decompose in the environment before being absorbed by living organisms. Experiments on many type of animals show that the reproductive cycle in human beings may also be affected by eating contaminated food or breathing in PCB vapors and mists. PCB's also affect the reproductive cycle of fish and the birds who rely on them as a food source. Because of these problems, the Environmental Protection Agency is enforcing strict regulations governing the manufacture, use, and disposal of PCB's.