# Exhibit S

Case: 4:15-cv-00844-AGF Doc. #: 22-9 Filed: 06/19/15 Page: 2 of 9 PageID #: 434

EPA 560/4-76-003

# INDUSTRY VIEWS ON THE USE OF POLYCHLORINATED BIPHENYLS IN TRANSFORMERS AND CAPACITORS

UNITED STATES · ENVIRONMENTAL PROTECTION AGENCY ·

JUNE 1976

OFFICE OF TOXIC SUBSTANCES
U.S. ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

This Document is available to the public through the
National Technical Information Service,
Springfield, Virginia 22151

Case: 4:15-cv-00844-JAGF Doc. #: 21-9 Filed: 06/19/15 Page: 4 of 9 PageID #: 486

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

SUBJECT: OTS Reports DATE: 8/4/76

FROM: V.J. DeCarlo, Chief
Monitoring & Information Systems Branch

TO: Libby Smith
Librarian

Enclosed is a copy of "Industry Views on the Use of Polychlorinated Biphenyls in Transformers and Capacitors" for your library.

EPA Form 1320-6 (Rev. 6-72)

Case: 4:23-cv-00204-JMD Doc. #: 1-27 Filed: 02/20/23 Page: 5 of 9 PageID #: 2926
Case: 4:15-cv-00844-AGF Doc. #: 21-9 Filed: 06/19/15 Page: 5 of 9 PageID #: 437

EPA 560/4-76-003

# INDUSTRY VIEWS ON THE USE OF POLYCHLORINATED BIPHENYLS IN TRANFORMERS AND CAPACITORS

Prepared by the

OFFICE OF TOXIC SUBSTANCES

U.S. ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

JUNE 1976

# PREFACE

In January 1976, EPA Administrator Russell Train met with manufacturers and users of PCB products. As a result of those two meetings, three industry task forces were formed and the findings of the task forces were presented to the Administrator at a meeting in May 1976.

This report is a compilation of the statements made by industry leaders at the three meetings.

John P. DeLong
Director, Power System Operations, TVA

January 22, 1976

## TVA POWER SYSTEM

## USE AND CONTROL OF POLYCHLORINATED BIPHENYLS (PCB's) ASKAREL

There are two uses of askarel on the TVA system in quantities of any significance. This is in transformers and capacitors. We have slightly over 700 gallons of askarel in storage among 10 storerooms. In addition there are thousands of small capacitors and relays, but each of these has only an ounce or less of askarel. We also have a few hundred motors which contain starting capacitors with just a few ounces in each.

Transformers filled with askarel do not burn or sustain fire under conditions of internal electrical arcing. Various Federal, state, and local conditions require use of askarel in transformers for use in locations where electrical fires present the greatest potential danger to life and property.

We have approximately 1,350 transformers filled with askarel that are installed in hydro, steam, and nuclear generating plants for indoors, vaults, or special applications where fire protection is important. The total quantity of askarel used in these transformers is about 850,000 gallons. These transformers, depending upon the rating, each contain some 50 to 1,000 gallons of askarel. Out of all the askarel-filled transformers at the plants the only failures in the last 20 years have been the small high-voltage precipitator transformers. We have experienced over the last few years two or three of these failing a year. Each of these holds 50 to 100 gallons of askarel. In the past these transformers were repaired in an area of our central service shop where, if a spill had occurred, the askarel would not have entered a floor drain but would have drained into a catch sump area. For future repairs this is being discontinued. The transformers and associated filtering equipment will be repaired and handled inside a steel curbed pan with a volume that will hold the full amount of askarel that the transformers contain. This will result in a completely sealed system and eliminate the danger of spillage. The soiled rags and solids will be collected in a sealed tank and held for future disposal.

Capacitors are used on the electrical transmission and distribution system as devices to control voltage and by correcting power factors reduce system transmission and distribution losses. We have approximately 82,000 capacitors totaling 5,595,000 kvar's in use on the TVA system. These capacitors vary in size from 15 kvar for the older ones up to 200 kvar for the new ones. The new ones

are not much larger physically than the old style, so the whole group would average 2 to 2 1/2 gallons of askarel per capacitor. This will give a total of 160 to 200 thousand gallons in all capacitors.

Approximately 2/3 of the capacitors are installed in TVA substations mounted on steel structures, over graveled area, and inside a security fence. The other approximately 1/3 are located on TVA power distributor systems usually in clusters of 3 to 12 capacitors mounted on a pole structure primarily in rural areas. Our major disposal problem has been with the failed or retired capacitors. On an average, 250 fail each year and another 50 are retired due to obsolescence. Since each capacitor is protected by an individual fuse, seldom does a failure result in a ruptured case and loss of askarel. From the above totals, you can see that we would have a total of approximately 1,050,000 gallons of askarel in use on the TVA system.

In the early 1970's TVA considered storing failed capacitors and solid material containing askarel until a standard disposal procedure was approved by the Federal government. However, it was felt that the storage and shipment of failed and obsolete capacitors (approximately 300 per year) would be a hardship and, therefore, the American National Standard Institute "Guidelines for Handling and Disposal of Capacitor and Transformer Grade Askarels Containing Polychlorinated Biphenyls" were adopted. These guidelines state that failed capacitors should be disposed of only in dry landfilled sites which met all applicable state standards. All waste liquid askarel should be disposed of by incinerator at a suitable facility. TVA has plans to send all waste askarel to the Monsanto Chemical Company for disposal when sufficient quantities are available. Until then it is being stored in glass-lined tanks. All solid waste which had been saturated with askarel was disposed of in a dry landfill that met state requirements.

In late 1975 TVA reviewed its guidelines for disposing of failed units and PCB's because of problems incurred with storage, collection, and transportation to the various sites. It was desirable to develop a standardized method of handling failed or obsolete units within TVA and to effect the final disposition of these units. It was felt that landfilling was probably not acceptable as a permanent solution. A decision was thereby reached to cease the practice of disposing of defective capacitors in dry landfilled areas. The decision was made to return all defective capacitors to a storage warehouse where they will be held until an appropriate method of disposal is determined. Units which might leak during transit are to be drained into a suitable closed and sealed container. Drained units are to be protected from rainwater to prevent leaking askarel into the environment. These returned units are being accumulated and stored until an environmentally satisfactory method of disposal is found or developed. No units are presently being discarded in landfills.

TVA's Solid Waste Management Staff, of the Division of Environmental Planning, is working on an environmentally and economically satisfactory method of disposing of these PCB materials. This staff is investigating in cooperation with EPA and others the adequacy of Chem-Dyne Corporation's incinerator recently placed in service in Ohio. This incinerator can operate at 2,200 degrees Fahrenheit with a residence time of 3 1/2 seconds which is sufficient temperature and residence time to destroy PCB's. The corporation has expressed an interest in testing this method of disposal of capacitors and solid waste material soaked with askarel. If this method of disposal is environmentally satisfactory, TVA will probably develop plans to ship accumulated askarel materials to the Ohio facility.

The Division of Environmental Planning is also coordinating within TVA the following actions:

1. Inventory of transformers containing askarels; review of procedures for collection, storage, and disposal or reuse of small amounts of waste liquid askarel, transformer components contaminated with askarels, and solid waste materials soaked with askarel.

2. Development of a contingency plan based upon the existing Spill Prevention, Control and Countermeasure Plan for transporting transformers filled with askarel to and from the service shops.

3. Development of engineering design plans for containment of askarels to avoid the escape or discharge of PCB's into water courses as part of the ongoing work related to the National Pollutant Discharge Elimination System permit program activity.

4. Review of procedures for storing obsolete capacitors and containers of askarel to avoid escape or accidental discharge of PCB's into the environment.

5. Issuance through TVA's Hazard Control Compliance Staff of a hazard awareness bulletin for the purpose of protecting employees' health and safety. TVA's Industrial Hygiene Branch and Safety Engineering Staff will inspect the work places periodically to ensure that the control measures identified in the bulletin are implemented.