# Exhibit T

Case: 4:23-cv-00204-JMD Doc. #: 1-28 Filed: 02/20/23 Page: 2 of 18 PageID #: 2982

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

AN AMERICAN NATIONAL STANDARD

# NATIONAL ELECTRICAL CODE 1971

National Fire Protection Association

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

NFPA 70 – 1971
TIA

## NEC Tentative Interim Amendment

Tentative Interim Amendment No. 172, concerning Section 700-22 of the 1971 **National Electrical Code**, was approved by the NEC Correlating Committee, as announced by the Chairman of the Committee on November 8, 1971.

At the end of the second sentence of the first paragraph in Section 700-22, add the following:

. . . "or the unit equipment shall supply and maintain not less than 60 per cent of the initial emergency illumination for a period of at least 1½ hours."

## NEC Tentative Interim Amendment No. 170

The Chairman of the National Electrical Code Correlating Committee has released Tentative Interim Amendment No. 170, effective October 27, 1971.

This interim amendment concerns Article 334—"Metal-Clad Cable"—and refers specifically to Section 334-4(a), which it revises by adding an exception, as follows:

Exception: Additional conductors employed for control purposes only in Type MC cable may be of size 14 AWG and larger for copper and 12 AWG and larger for aluminum and copper-clad aluminum.

## Tentative Interim Amendments to NEC

On July 20, 1972, the Chairman of the National Electrical Code Correlating Committee released two tentative interim amendments that apply to Section 230-101(b) and Table 710-5 of the 1971 *National Electrical Code*. They are as follows:

Tentative Interim Amendment No. 178. Revise Section 230-101(b) by deleting the first sentence of the last paragraph and deleting the hyphen between the words "dielectric" and "insulated" in the last sentence of the last paragraph.

Tentative Interim Amendment No. 179. Replace present Table 710-5 and footnotes with the following:

Table 710-5
Shielding of Solid Dielectric Insulated Conductors
Voltage in kV (L-L) above Which
Shielding is Required

| 100 and 133 Percent Insulation Level | |
|---|---|
| 1. Single Conductor (including assemblies of Single conductors) | |
| a. Multiple metallic sheath or armor | 5kV |
| b. All others | 2kV |
| 2. Multiple conductor with common covering | |
| a. With discharge-resisting jacket | 5kV |
| b. With nondischarge-resisting jacket | 2kV |
| c. With fibrous covering | 2kV |
| d. With metallic sheath or armor | 5kV |

These two TIA's were submitted and approved to correlate with the revision of Table 310-2(e)(1) in the 1971 *NEC*.

On August 25, 1972, the Chairman of the NEC Correlating Committee indicated that Tentative Interim Amendment No. 183, revising Sections 450-3 (a) and (b) of the 1971 *National Electrical Code*, was approved by the NEC Correlating Committee. The Tentative Interim Amendment reads as follows:

1. Change heading of Section 450-3(a) to read: "(a) Transformers over 600 Volts."

2. Revise Section 450-3(a) (1) by deleting from the first line the words "askarel — or oil-insulated transformer," and replace with "transformer over 600 volts."

3. Revise Section 450-3(a) (2) to delete from the first two lines the words "An askarel — or oil-insulated transformer" and replace with "A transformer over 600 volts."

4. Change heading of Section 450-3(b) to read: "(b) Transformers 600 Volts or Less."

5. Revise Section 450-3(b) (1) to delete from the first line the words "dry-type transformer" and replace with "transformer 600 volts or less."

6. Revise Section 450-3(b) (2) to delete from the first line the words "dry-type transformer" and replace with "transformer 600 volts or less."

7. Delete from the first line of the second paragraph of Section 450-3(b) (2) the words "dry-type transformer" and replace with "transformer 600 volts or less."

Summarizing these revisions: the overcurrent protection requirements in Section 450-3(a) apply to all types of transformers rated over 600 volts; and the overcurrent protection requirements in Section 450-3(b) apply to all types of transformers rated 600 volts or less. The Tentative Interim Amendment does not alter the overcurrent protection requirements for conductors called for in Sections 240-5(a) and 240-15 of the 1971 *National Electrical Code*.

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

**NFPA 70 -1971**
**TIA March 1972**
**Fire News No. 625**

## Tentative Interim Amendment, 1971 NEC

On January 28, 1972, the Chairman of the NEC Committee announced that the NEC Correlating Committee has approved Tentative Interim Amendment No. 166 for the 1971 **National Electrical Code**, as follows:

Revise Section 501-8(a) by adding a new item (4) after the word "fails" at the end of the first sentence and revise the second and third sentences as follows (changes are indicated by quotation marks):

", or (4) of a type submerged in natural gas or propane (liquid or gas) which is flammable only when mixed with air and is at a positive pressure and the motor has been purged to exclude air before starting and which is so arranged that the motor will be automatically de-energized if the supply of LNG (liquefied natural gas) or propane fails or the pressure is reduced to atmospheric." Totally enclosed motors of types (2) or (3) "or submerged motors of type (4)" shall have no external surface with an operating temperature in degrees Celsius in excess of 80 percent of the ignition temperature of the gas or vapor involved, as determined by ASTM test precedure (Designation: D-2155-66). Appropriate devices shall also be provided to detect any increase in the temperature of the motor beyond design limits and automatically de-energize the equipment, "except for a motor submerged in LNG (liquefied natural gas) or propane when the temperature is −40°C or less."

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquiries or to report unauthorized use, contact licensing@nfpa.org.

## ABOUT THE SPONSOR

This National Electrical Code is sponsored by the National Fire Protection Association under the auspices of the American National Standards Institute. The purpose of the National Electrical Code is detailed in Section 90-1 and the scope of the Code is outlined in Section 90-2.

The National Fire Protection Association was organized in 1896 to promote the science and improve the methods of fire protection. Membership in the Association is open to anyone interested. The annual dues for Associate Members are $30.00 a year. International, national, and regional organizations, institutes, and societies interested in the protection of life and property against loss by fire may be Organization Members of the Association for which the dues are $225.00 a year. Full details on membership privileges and benefits are available from the Association's Headquarters.

The National Fire Protection Association has acted as sponsor of the National Electrical Code since 1911. The original Code document was developed in 1897 as a result of the united efforts of various insurance, electrical, architectural, and allied interests. Membership in the present National Electrical Code Committee is shown on Pages 70-v through 70-xii. The Rules of Procedure under which the National Electrical Code Committee operates are published in the Appendix, and the Time Schedule for the next (1974) Edition of the National Electrical Code is also given in the Appendix.

The National Fire Protection Association has an Electrical Section which provides particular opportunity for NFPA members interested in electrical safety to become better informed and to contribute to the development of the National Electrical Code and other NFPA electrical standards. The Electrical Section sponsors, for the above purposes, open meetings that are normally held during the NFPA Annual Meetings. During these Section Meetings, proposals for revisions or additions to NFPA electrical standards are reviewed and discussed. Members of the Section receive reports on matters affecting the National Electrical Code Committee and other NFPA activities in the electrical field through the Electrical Section News Bulletin, which is published three times a year. Membership in the Electrical Section is open to any Associate Member of the NFPA and up to four individuals designated by any NFPA Organization Member at no additional cost. The Section is composed of technically interested individuals (not companies, government departments, or organizations), and each membership must be in the name of the individual.

**NFPA No. 70HC—$4.95 each**

Standard Book Number—87765—002—0

(Also available in soft-cover edition at $3.50
each for single copies, with discounts for
multiple copy orders. Write NFPA for details.)

Prices quoted are F.O.B. Boston, Mass.
Taxes not included.

Copyright © 1971
NATIONAL FIRE PROTECTION ASSOCIATION
60 Batterymarch St., Boston, Mass. 02110

Composition and Presswork: Connecticut Printers Inc., Bloomfield, Conn.

Case: 4:23-cv-00204-JMD Doc. #: 1-28 Filed: 02/20/23 Page: 6 of 18 PageID #: 2936

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to [illegible] or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

MORGAN TECHNICAL LIBRARY
NATIONAL FIRE PROTECTION ASSN.
BATTERYMARCH PARK



# National Electrical Code
## 1971 Edition

**An American National Standard**

**NFPA No. 70-1971; ANSI C1-1971 (Rev. of C1-1968)**

## 1971 Edition of National Electrical Code

This 1971 Edition of the National Electrical Code (NFPA No. 70-1971; ANSI C1-1971) was adopted by the National Fire Protection Association at its Annual Meeting held May 17–21, 1971 in San Francisco, California and approved by the American National Standards Institute on June 25, 1971. It supersedes all previous editions of the National Electrical Code, the most recent previous edition being 1968.

Changes in this 1971 Edition of the National Electrical Code (as compared with the 1968 Edition) are indicated by vertical marginal rules on the affected pages. In certain cases, minor editorial changes are not so indicated. A summary of major revisions, deletions and new material is given in the latter part of the Appendix.

Attention is called to the Appendix for the "Time Schedule for the 1974 National Electrical Code" which is the next regular edition. The "Method of Submitting Proposal to Revise the National Electrical Code" is included in the Appendix to guide anyone concerned with the proper procedures for handling proposed revisions.

This Code is purely advisory as far as the NFPA and ANSI are concerned but is offered for use in law and for regulatory purposes in the interest of life and property protection (see copyright statement on Page 70-ii). Anyone noticing any errors should please notify the NFPA Executive Office, the Chairman and the Secretary of the Committee.

## Development of National Electrical Code

Consistent with the Rules of Procedure for the National Electrical Code Committee (see Appendix) a "PREPRINT" OF THE PROPOSED AMENDMENTS FOR THE 1971 NATIONAL ELECTRICAL CODE was published by the National Fire Protection Association in July 1970. This "PREPRINT" recorded the actions of the various Code-Making Panels and the Correlating Committee of the National Electrical Code Committee on each proposal that had been made to revise the 1968 Code. Subsequently, the various Code-Making Panels finalized their recommendations and their reports were processed through the Correlating Committee of the National Electrical Code Committee. This was preparatory to the formal presentation of this 1971 Edition of the National Electrical Code in Volume 2 of the 1971 NFPA TECHNICAL COMMITTEE REPORTS. This latter publication was circulated to all members of the National Electrical Code Committee, to other interested NFPA members, and offered to the public through technical releases in the interested trade papers. The action of the 1971 NFPA Annual Meeting as

200M-8-71-CP

Case: 4:23-cv-00204-JMD Doc. #: 1-28 Filed: 02/20/23 Page: 7 of 18 PageID #: 2937
Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


to the adoption of the 1971 Edition is recorded in the PROCEEDINGS of that Meeting published by the Association in the September 1971 issue of *Fire Journal*.

Coincident with the above processing procedures, each of the Code-Making Panels and the Chairman of the Correlating Committee reported their recommendations to meetings of the Electrical Section at both the 1970 and 1971 NFPA Annual Meetings. The Electrical Section (See Rules of Procedure, Appendix) thus had opportunity to discuss and review the report of the National Electrical Code Committee prior to the adoption of this Edition of the Code by the Association.

### Other Printings

This 1971 Edition of the National Electrical Code is also printed by the National Fire Protection Association in Volume 5 of the NATIONAL FIRE CODES. This Volume also contains the NFPA Standard for the Protection of Electronic Computer/Data Processing Equipment (NFPA No. 75), the Standard for Essential Electrical Systems for Hospitals (NFPA No. 76A), the Electrical Standard for Metalworking Machine Tools (NFPA No. 79), and the Standard for Purged Enclosures for Electrical Equipment in Hazardous Locations (NFPA No. 496). This Volume (one of ten) is issued annually with the other 215 Standards of the Association and provides those interested with a desk and library compendium of all current Standards issued by the Association.

A "One- and Two-Family Residential Occupancy Electrical Code," prepared under authority granted by the Correlating Committee of the National Electrical Code Committee, is an abridged version of this text, edited only as dictated to eliminate extraneous material not of concern to this type occupancy, and to place in the text only the more popular types of wiring methods, not to exclude any other type authorized by the complete Code.

A project is underway to improve the National Electrical Code editorially. The editorial coordinator is W. R. Stone, 60 Batterymarch St., Boston, Mass. 02110.

The NFPA HANDBOOK OF THE NATIONAL ELECTRICAL CODE is published by The McGraw-Hill Book Company, Inc., 330 West 42nd Street, New York, New York 10036. This text is prepared by the Secretary of the National Electrical Code Committee who is the NFPA Electrical Field Engineer.

First Printing, Aug. 1971

**Copyright © 1971**
**National Fire Protection Association**

This publication is copyrighted © by the National Fire Protection Association. Permission is granted to republish in full the material herein in laws, ordinances, regulations, administrative orders or similar documents issued by public authorities. All others desiring permission to reproduce this material in whole or in part shall consult the National Fire Protection Association.

Printed in U.S.A.

Case: 4:23-cv-00204-JMD Doc. #: 1-28 Filed: 02/20/23 Page: 8 of 18 PageID #: 2938
Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


# TABLE OF CONTENTS


| Article | | Page |
|---|---|---|
| 90 | Introduction | 1 |

**Chapter 1. General**

| Article | | Page |
|---|---|---|
| 100 | Definitions | 4 |
| 110 | General | 13 |

**Chapter 2. Wiring Design and Protection**

| Article | | Page |
|---|---|---|
| 200 | Use and Identification of Grounded Conductors | 18 |
| 210 | Branch Circuits | 21 |
| 215 | Feeders | 29 |
| 220 | Branch-Circuit and Feeder Calculations | 30 |
| 230 | Services | 42 |
| 240 | Overcurrent Protection | 58 |
| 250 | Grounding | 66 |
| 280 | Lightning Arresters | 89 |

**Chapter 3. Wiring Methods and Materials**

| Article | | Page |
|---|---|---|
| 300 | Wiring Methods—General Requirements | 91 |
| 305 | Temporary Wiring | 97 |
| 310 | Conductors for General Wiring | 98 |
| 318 | Continuous Rigid Cable Supports | 121 |
| 320 | Open Wiring on Insulators | 123 |
| 324 | Concealed Knob-and-Tube Work | 126 |
| 330 | Mineral Insulated-Metal Sheathed Cable | 128 |
| 331 | Aluminum Sheathed Cable | 129 |
| 334 | Metal-Clad Cable | 130 |
| 336 | Nonmetallic Sheathed Cable | 133 |
| 337 | Shielded Nonmetallic Sheathed Cable | 135 |
| 338 | Service-Entrance Cable | 136 |
| 339 | Underground Feeder and Branch Circuit Cable | 137 |
| 342 | Nonmetallic Extensions | 138 |
| 344 | Underplaster Extensions | 140 |
| 346 | Rigid Metal Conduit | 141 |
| 347 | Rigid Nonmetallic Conduit | 143 |
| 348 | Electrical Metallic Tubing | 146 |
| 350 | Flexible Metal Conduit | 148 |
| 351 | Liquidtight Flexible Metal Conduit | 149 |
| 352 | Surface Raceways | 150 |
| 353 | Multioutlet Assembly | 152 |
| 354 | Underfloor Raceways | 152 |
| 356 | Cellular Metal Floor Raceways | 154 |
| 357 | Structural Raceways | 155 |
| 358 | Cellular Concrete Floor Raceways | 157 |
| 362 | Wireways | 158 |
| 363 | Flat Cable Assemblies | 159 |
| 364 | Busways | 161 |
| 365 | Cablebus | 163 |
| 370 | Outlet, Switch and Junction Boxes, and Fittings | 164 |
| 373 | Cabinets and Cutout Boxes | 171 |
| 374 | Auxiliary Gutters | 174 |
| 380 | Switches | 176 |
| 384 | Switchboards and Panelboards | 179 |
| 390 | Prefabricated Buildings | 183 |

**Chapter 4. Equipment for General Use**

| Article | | Page |
|---|---|---|
| 400 | Flexible Cords and Cables | 184 |
| 402 | Fixture Wires | 194 |
| 410 | Lighting Fixtures, Lampholders, Lamps, Receptacles and Rosettes | 198 |
| 422 | Appliances | 213 |
| 424 | Fixed Electric Space Heating Equipment | 219 |
| 426 | Fixed Outdoor Electric De-Icing and Snow-Melting Equipment | 227 |
| 430 | Motors, Motor Circuits and Controllers | 229 |
| 440 | Air Conditioning and Refrigerating Equipment | 263 |
| 445 | Generators | 272 |
| 450 | Transformers and Transformer Vaults | 273 |
| 460 | Capacitors | 280 |
| 470 | Resistors and Reactors | 282 |
| 480 | Storage Batteries | 283 |

**Chapter 5. Special Occupancies**

| Article | | Page |
|---|---|---|
| 500 | Hazardous Locations | 286 |
| 501 | Class I Installations—Hazardous Locations | 293 |
| 502 | Class II Installations—Hazardous Locations | 303 |
| 503 | Class III Installations—Hazardous Locations | 312 |
| 510 | Hazardous Locations—Specific | 316 |
| 511 | Commercial Garages, Repair and Storage | 316 |
| 512 | Residential Storage Garages | 319 |
| 513 | Aircraft Hangars | 319 |
| 514 | Gasoline Dispensing and Service Stations | 323 |
| 515 | Bulk-Storage Plants | 325 |
| 516 | Finishing Processes | 328 |
| 517 | Health Care Facilities | 333 |
| 520 | Theaters and Assembly Halls | 351 |

Case: 4:23-cv-00204-JMD Doc. #: 1-28 Filed: 02/20/23 Page: 9 of 18 PageID #: 2939
Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquiries or to report unauthorized use, contact licensing@nfpa.org.



| ARTICLE | PAGE |
|---|---|
| 530 Motion-Picture Studios and Similar Locations | 358 |
| 540 Motion-Picture Projectors | 361 |
| 550 Mobile Homes and Mobile Home Parks | 363 |
| 551 Recreational Vehicles and Recreational Vehicle Parks | 375 |
| 555 Marinas and Boatyards | 392 |


**Chapter 6. Special Equipment**


| ARTICLE | PAGE |
|---|---|
| 600 Electric Signs and Outline Lighting | 394 |
| 610 Cranes and Hoists | 400 |
| 620 Elevators, Dumbwaiters, Escalators, and Moving Walks | 405 |
| 630 Electric Welders | 411 |
| 640 Sound-Recording and Similar Equipment | 415 |
| 645 Data Processing Systems | 418 |
| 650 Organs | 419 |
| 660 X-Ray Equipment | 420 |
| 665 Induction and Dielectric Heating Equipment | 425 |
| 670 Metal Working Machine Tools | 430 |
| 680 Swimming and Wading Pools | 431 |


**Chapter 7. Special Conditions**


| ARTICLE | PAGE |
|---|---|
| 700 Emergency Systems | 438 |
| 710 Over 600 Volts—General | 442 |
| 720 Circuits and Equipment Operating at Less Than 50 Volts | 449 |
| 725 Remote-Control, Low-Energy Power, Low-Voltage Power and Signal Circuits | 450 |
| 730 Outside Branch Circuits and Feeders | 456 |
| 750 Stand-By Power Generation Systems | 460 |


**Chapter 8. Communication Systems**


| ARTICLE | PAGE |
|---|---|
| 800 Communication Circuits | 462 |
| 810 Radio and Television Equipment | 467 |
| 820 Community Antenna Television and Radio Distribution Systems | 473 |


**Chapter 9. Tables and Examples**


| | |
|---|---|
| Tables | 477 |
| Examples | 489 |


**Index**


| | |
|---|---|
| Index | 499 |


**Appendix**


| | |
|---|---|
| Rules of Procedure Electrical Section | 526 |
| National Electrical Code Committee | 527 |
| Tentative Interim Amendments | 529 |
| Interpretation Procedure | 530 |
| Timetable for 1974 Code | 532 |
| Method of Submitting Proposal to Revise the National Electrical Code | 533 |
| Resume of Code Changes | 534 |

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


# National Electrical Code Committee

(**Membership List Corrected to February 1, 1971**)

**ELECTRICAL CORRELATING COMMITTEE**

**Richard Lloyd,** *Chairman,*
Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**Baron Whitaker,** *Vice Chairman,*
Underwriters' Laboratories, Inc., 207 East Ohio St., Chicago, Ill. 60611

**John H. Watt,*** *Secretary,*
National Fire Protection Association, 60 Batterymarch St., Boston, Mass. 02110

**Miss Gladys H. Mueller,*** *Recording Secretary*
Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**E. A. Brand,** 131 Monroe Drive, Buffalo, N.Y. 14221
Alternate: **W. R. Milby,** Detroit Edison Co., 2000 Second Ave., Detroit, Mich. 48226

**Swaffield Cowan,** Factory Insurance Assn., 131 Providence Road, Charlotte, N.C. 28207

**C. F. Hedlund,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**L. E. LaFehr,** Managing Director, International Assn. of Electrical Inspectors, 201 E. Erie St., Rm. 300, Chicago, Ill. 60611

**Richard W. Osborn,** Osborn Electric Co., 5516 S. Kingshighway, St. Louis, Mo. 63109
Alternate: **N. Ellis Cannady, Jr.,** M. B. Haynes Electric Co., Box 1250, Asheville, N.C. 28802

**L. H. Sessler,** Bell Telephone Laboratories, Inc., Mountain Ave., Room 5B107, Murray Hill, N.J. 07974

**Kent P. Stiner,** Distribution & Controls Group, I-T-E Imperial Corp., 233 E. Lancaster Ave., Ardmore, Pa. 19003
Alternate: **D. C. Fleckenstein,** Industry Codes & Standards, Engineering Services, General Electric Co., One River Rd., Schenectady, N.Y. 12305

Scope: This Committee has an executive and editorial function with respect to the several panels responsible for the National Electrical Code (No. 70) and the Electrical Code for One- and Two-Family Dwellings (No. 70A). The Committees on Electrical Metalworking Machine Tools and Electrical Equipment Maintenance report through the Electrical Correlating Committee.

This Committee is organized and functions as an ANSI Committee (designated C1) of the American National Standards Institute with the NFPA acting as Sponsor.

* Nonvoting member.

**Panel No. 1 — Articles 90, 100, 110**

**H. P. Michener,** *Chairman,*
National Electrical Manufacturers Assn., 155 East 44th St., New York, N.Y. 10017

**Jack P. Anderson,** Local Union No. 354, I.B.E.W., 1164 S. Main St., Salt Lake City, Utah 84101

**Carroll A. Badeau,** The Thomas & Betts Co., 36 Butler St., Elizabeth, N.J. 07207 (rep. National Electrical Mfrs. Assn.)

**E. A. Brand,** 131 Monroe Drive, Buffalo, N.Y. 14221

**W. A. Farquhar,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746
Alternate: **G. E. Schall, Jr.,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**R. L. Higgins,** National Electrical Contractors Assn., Inc., 1730 Rhode Island Ave., N.W., Washington, D.C. 20036
Alternate: **C. J. Hart,** National Electrical Contratcors Assn., Inc., 1730 Rhode Island Ave., N.W., Washington, D.C. 20036

**L. E. LaFehr,** International Assn. of Electrical Inspectors, 201 E. Erie St., Chicago, Ill. 60611

**W. R. Milby,** The Detroit Edison Co., 2000 Second Ave., Detroit, Mich. 48226

**Panel No. 2 — Articles 200, 210, 215, 220, 550, 551, 700, 750**

**Examples Nos. 1 through 7**

**Kent P. Stiner,** *Chairman,*
Distribution & Controls Group, I-T-E Imperial Corp., 233 E. Lancaster Ave., Ardmore, Pa. 19003

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kerchner Law. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.



**Swaffield Cowan,** Factory Insurance Assn., 131 Providence Rd., Charlotte, N.C. 28207
Alternate: **Norbert J. Patek,** Factory Insurance Assn., 300 W. Adams St., Chicago, Ill. 60606

**D. C. Fleckenstein,** Industry Codes & Standards, Engineering Services, General Electric Co., One River Road, Schenectady, N.Y. 12305 (rep. National Electrical Mfrs. Assn.)
Alternate: **J. J. Kark,** National Electrical Mfrs. Assn., 155 E. 44th St., New York, N.Y. 10017

**Roy Hudenburg,*** Kiff, Voss & Franklin, 230 Park Ave., New York, N.Y. 10017

**Cecil T. Jones,** South-Eastern Underwriters Assn., 1577 Northeast Expressway, N.E., Atlanta, Ga. 30329

**R. W. Kenny,**** Bell Telephone Labs., Inc., Whippany Rd., Whippany, N.J. 07981

**E. M. Kline,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**Charles R. Pierce,** Chief Electrical Inspector, P.O. Box 1368, Fresno, Calif. 93716 (rep. International Assn. of Electrical Inspectors)

**T. Van Arsdale,** Local Union No. 3, I.B.E.W., 158-11 Jewel Ave., Rm. 401 Flushing, N.Y. 11365

**Harold Ware,** Belco, Inc., Box 19158, S.W. Station, Oklahoma City, Okla. 73119

**O. Zimmerman,** Portland General Electric Co., 621 S.W. Alder St., Portland, Ore. 97205
Alternate: **J. M. Cobb,** Houston Lighting & Power Co., Box 1700, Houston, Tex. 77001

---

* Liaison Representative of NFPA Committee on Hospitals — Vote Limited to Article 700.
** Vote limited to Article 750.

## Panel No. 3 — Articles 230, 600, 730

**Robert A. Jutstrom,** *Chairman,*
New England Electric System, Turnpike Rd., Westboro, Mass. 01581

**M. F. Borleis,** Baltimore Gas & Electric Co., Box 1745, Baltimore, Md. 21203

**H. Bounds,** Local Union No. 570, I.B.E.W., 750 S. Tucson Blvd., Tucson, Ariz. 85716

**Fred R. Collins,** Electrical Engineering Div., Alcoa Research Laboratories, P.O. Box 150, Massena, N.Y. 13662 (rep. The Aluminum Assn.)

**Ernest Graham,** Belmont Electric Service, 2476 W. Alameda Dr., Denver, Colo. 80202

**Lorne M. Holdaway,** Electric Operations & Standards Div., U.S. Dept. of Agriculture, Rural Electrification Administration, Washington, D.C. 20250

**A. D. Lutgens,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Road, Melville, N.Y. 11746

**L. F. Lynch,** Chief Safety Engr., State of Oregon, Bureau of Labor, 1400 S.W. Fifth Ave., Portland, Ore. 97201 (rep. Internatonal Assn. of Electrical Inspectors)

**Russell McDaniels,** City of Phoenix, Bldg. Insp. Div., 251 W. Washington St., Phoenix, Ariz. 85003

**B. Z. Segall,** 2801 Joseph St., New Orleans, La. 70115

**H. I. Stanback,** Square D. Co., 1601 Mercer Rd., Lexington, Ky. 40505 (rep. National Electrical Mfrs. Assn.)
Alternate: **Francis B. Murray,** Murray Manufacturing Corp., 113 South Service Rd., Jericho, N.Y. 11753 (rep. National Electrical Mfrs. Assn.)

## Panel No. 4 — Article 240

**R. W. Seelbach,** *Chairman,*
Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

**Richard Acton,** Local Union No. 38, I.B.E.W., Electrical Workers Bldg., 1590 E. 23rd St., Cleveland, Ohio 44414

**Charles Bangert, Jr.,** Circuit Protective Devices Dept., General Electric Co., 41 Woodford Ave., Plainville, Conn. 06062

**Swaffield Cowan,** Factory Insurance Assn., 131 Providence Rd., Charlotte, N.C. 28207
Alternate: **Norbert J. Patek,** Factory Insurance Assn., 300 W. Adams St., Chicago, Ill. 60606

**R. P. Fogarty,** Consolidated Edison Co. of New York, Inc., 4 Irving Place, New York, N.Y. 10003
Alternate: **J. P. Barron,** Dallas Power & Lt. Co., 1506 Commerce St., Dallas, Tex. 75201

**Paul Gubany,** Bussmann Mfg. Div., McGraw-Edison Co., Jefferson & University Sts., St. Louis, Mo. 63107
Alternate: **J. A. Bussmann, Jr.,** Bussmann Mfg. Div., McGraw-Edison Co., Jefferson & University Sts., St. Louis, Mo. 63107

**C. F. Hedlund,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**T. A. Jacoby,** Tecumseh Products Co., Tecumseh, Mich. 49286 (rep. Air Conditioning & Refrigeration Institute)
Alternate: **Frederick J. Reed,** Air Conditioning & Refrigeration Institute, 1815 N. Fort Myer Drive, Arlington, Va. 22209

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquiries or to report unauthorized use, contact licensing@nfpa.org.


**W. A. Muska,** Tony Muska Electric Co., 700 Grand Ave., St. Paul, Minn. 55105

**R. A. Niedermeyer,** Chief Electrical Inspector, Room 403, City Hall, 1220 S.W. Fifth Ave., Portland, Ore. 97204 (rep. International Assn. of Electrical Inspectors)

**George E. Schall,** Underwriters' Laboratories, Inc. 1285 Walt Whitman Rd., Melville, N.Y. 11746 (Alternate to R. W. Seelbach)

**H. I. Stanback,** Square D. Co., 1601 Mercer Rd., Lexington, Ky., 40505 (rep. National Electrical Mfrs. Assn.)
Alternate: **Walter F. Huette,** Allen-Bradley Co., 1201 S. Second St., Milwaukee, Wis. 53204 (rep. National Electrical Mfrs. Assn.)

**Panel No. 5 — Articles 250, 280, 555**
**L. H. Sessler,** *Chairman,*
Bell Telephone Laboratories, Inc., Mountain Ave., Room 5B107, Murray Hill, N.J. 07974

**J. L. Bennett,** Black & Decker Co., Towson, Md. 21204
Alternate: **E. Curtis Ambler,** The Stanley Works, Power Tool Div., New Britain, Conn. 06050

**Fred R. Collins,** Electrical Engineering Div., Alcoa Research Laboratories, P.O. Box 150, Massena, N.Y. 13662 (rep. The Aluminum Assn.)

**K. R. Dennis,** Northwest Electric Co., 420 Yale Ave., N., Seattle, Wash. 98109

**W. L. Earthman,** Duke Power Co., Box 2178, Charlotte, N.C. 28201
Alternate: **D. F. Simmons,** Pacific Gas & Electric Co., 245 Market St., San Francisco, Calif. 94103

**W. A. Farquhar,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746
Alternate: **G. E. Schall, Jr.,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**A. G. Forcier,** Factory Insurance Assn., 85 Woodland St., Hartford, Conn. 06102
Alternate: **C. W. Conaway,** Factory Insurance Assn., One Embarcadero Center, Suite 1801, San Francisco, Calif. 94111

**Leland J. Hall,** Mill Mutual Fire Prevention Bureau, 2 N. Riverside Plaza, Chicago, Ill. 60606

**C. F. Hedlund,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**W. F. Hildebrand,** General Electric Co., 41 Woodford Ave., Plainville, Conn. 06062 (rep. National Electrical Mfrs. Assn.)
Alternate: **R. H. Kaufmann,** 2208 Dean St., Schenectady, N.Y. 12309 (rep. National Electrical Mfrs. Assn.)

**Lorne M. Holdaway,** Electric Operations & Standards Div., U.S. Department of Agriculture, Rural Electrification Administration, Washington, D.C. 20250

**Earl L. Oliver,** Local Union No. 22, I.B.E.W., 1336 North Saddle Creek Rd., Omaha, Neb. 68132

**Alan Reed,** Daniel Woodhead Co., 220 Huehl Rd., Northbrook, Ill. 60062 (rep. National Safety Council)
Alternate: **Ralph Coe,** Nat'l. Safety Council, 425 N. Michigan Ave., Chicago, Ill. 60611

**R. E. Ward,** Chief, Electrical Inspection Section, Division of Fire Prevention, 202 Capitol Towers Bldg., Nashville, Tenn. 37219 (rep. International Assn. of Electrical Inspectors)
Alternate: **Leo Nagel,** North Dakota State Elect. Board, P.O. Box 857, Bismarck, N.D. 58501

**Panel No. 6 — Articles 300, 305, 310, 400, 402**
**Tables Nos. 5 through 9**
**W. R. Milby,** *Chairman,*
Detroit Edison Co., 2000 Second Ave., Detroit, Mich. 48226

**Warren Apgar,** American Insurance Assn., 85 John St., New York, N.Y. 10038

**E. J. Coffey,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746
Alternate: **H. E. Reymers,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**E. G. Driscoll,** Phelps Dodge Cable & Wire Co., Yonkers, N.Y. 10702 (rep. National Electrical Manufacturers Assn.)
Alternate: **J. E. Conley,** General Electric Co., Wire & Cable Dept., 1285 Boston Ave., Bridgeport, Conn. 06602 (rep. National Electrical Manufacturers Assn.)

**R. K. Herrick,** Detroit Edison Co., 2000 Second Ave., Detroit, Mich. 48226 (Alternate to W. R. Milby)

**Wm. P. Hogan, Jr.,** Chief Electrical Inspector, Bureau of Electrical Inspection, 121 North LaSalle St., Chicago, Ill. 60602 (rep. International Assn. of Electrical Inspectors)

**Roger S. Keith,** Kaiser Aluminum & Chemical Corp., Electrical Products Div., 500 Wood St., Bristol, R.I. 02809 (rep. The Aluminum Assn.)

**A. F. KnicKrehm,** The KnicKrehm Co., 3007 W. Temple St., Los Angeles, Calif. 90026
Alternate: **Vernon C. Holloway,** Interstate Electric Co., 6444 N.E. 4th Ave., Miami, Fla. 33132

**Thomas B. Noone,** Local Union No. 26, I.B.E.W., 6220 Kansas Ave. N.E., Washington, D.C. 20011

**S. J. Rosch,** 324 Woodworth Ave., Yonkers, N.Y. 10701

**B. Z. Segall,** 2801 Joseph St., New Orleans, La. 70115

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Walker. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


**Panel No. 7 — Articles 320, 324, 330, 331, 334, 336, 337, 338, 339, 342, 344, 363, 390, 645**

**George B. Newbold,** *Chairman,*
Middle Department Association of Fire Underwriters, Public Ledger Bldg., 6th & Chestnut Sts., Philadelphia, Pa. 19106

**J. E. Conley,** Wire & Cable Dept., General Elec. Co., 1285 Boston Ave., Bridgeport, Conn. 06602 (rep. National Electrical Mfrs. Assn.)

Alternate: **E. G. Driscoll,** Phelps Dodge Copper Products Corp., Yonkers, N.Y. 10702 (rep. National Electrical Mfrs. Assn.)

**C. J. Hart,** National Electrical Contractors Assn., 1730 Rhode Island Ave., N.W., Washington, D.C. 20036

**Hazen E. House,** Aluminum Co. of America, 1501 Alcoa Bldg., Pittsburg, Pa. 15219 (rep. The Aluminum Assn.)

**Cecil T. Jones,** South-Eastern Underwriters Assn., 1577 Northeast Expressway, N.E., Atlanta, Ga. 30329

**A. D. Lutgens,** Underwriters, Laboratories, Inc. 1285 Walt Whitman Rd., Melville, N.Y. 11746

Alternate: **George E. Schall,**** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**R. E. L. Shirley,** Consultant, Georgia Power Co., 224 Pineland Rd., N.W., Atlanta, Ga. 30305

Alternate: **J. E. Lipsey,** Mississippi Power Co., Gulfport, Miss. 39501

**Robert L. Thompson,** Electrical Administrative Board, State of New Mexico, 1302 Osage Ave., P.O. Box 5155, Santa Fe, N.M. 87501 (rep. International Assn. of Electrical Inspectors)

**John H. Trout,*** International Business Machines Corp., Armonk, N.Y. 10504

* Vote limited to Article 645
** Liaison rep. to NFPA Committee on Electronic Computer Systems

**Panel No. 8 — Articles 318, 346, 347, 348, 350, 351, 352, 353, 354, 356, 357, 358, 362, 364, 365**
**Tables Nos. 1 Through 4**

**J. L. Adams,** *Chairman,*
Union Electric Co., P.O. Box 149, St. Louis, Mo. 63166

**D. L. Breting,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

Alternate: **W. A. Farquhar,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**D. J. Diamond,** Local Union No. 58, I.B.E.W., P.O. Box 699, Detroit, Mich. 48232

**R. S. Keith,** Kaiser Aluminum & Chemical Corp., Elec. Products Div., 500 Wood St., Bristol, R.I. 02809 (rep. The Aluminum Assn.)

**W. N. Livermore,** E. I. duPont de Nemours & Co., Wilmington, Del. 19898

**Milton Lounsbury,** Albany Div., New York Board of Fire Underwriters, 41 State St., Albany, N.Y. 12207

**Milton Minto,** MacNutt Electric Co., 420 Lexington Ave., New York, N.Y. 10017

**Robert H. Murphy,** The Wiremold Co., Hartford, Conn. 06110

**R. L. Tilson, Jr.,** Public Service Co. of Colorado, Electric Utilization Dept., 7th Ave. Service Center, Denver, Colo. 80206 (Alternate to J. L. Adams.)

**A. C. Veit,** 510-B Avenida Sevilla, Laguna Hills, Calif. 92653

**W. H. Watson,** Burndy Corp., Norwalk, Conn. 06852 (rep. National Electrical Mfrs. Assn.)

Alternate: **J. M. Beall,** Jones & Laughlin Steel Corp., 980 Warren Ave., Niles, Ohio 44446 (rep. National Electrical Mfrs. Assn.)

**Walter G. Wells,** American Iron & Steel Institute, 633 Third Ave., New York, N.Y. 10017

Alternate: **James C. Spence,** American Iron & Steel Institute, 633 Third Ave., New York, N.Y. 10017

**M. L. Young,** Chief Electrical Inspector, 77-17 Gambrill Rd. Springfield, Va. 22150 (rep. Int'l. Assn. of Elec. Inspectors)

**Panel No. 9 — Articles 370, 373, 374, 380, 384**

**William P. Hogan, Jr.,** *Chairman,*
Chief Electrical Inspector, Bureau of Electrical Inspection, 121 North LaSalle St., Chicago, Ill. 60602

**Artie O. Barker,** Chief Electrical Inspector, State of Idaho, 6614 Morton Dr., Boise, Idaho 83704 (rep. Int'l Assn. of Elec. Insp.)

**L. H. Bell,** Virginia Electric & Power Co., P.O. Box 1194, Richmond, Va. 23209

Alternate: **H. G. Grim,** Central Illinois Public Service Co., Springfield, Ill.

**Richard G. Biermann,** Biermann's University Electric Co., Inc., 2300 University Ave., Des Moines, Iowa 50311

**Dale R. Deming,*** Roach-Appleton Mfg. Co., Div. of All-Steel Equipment, Inc., 3902 W. Sample St., South Bend, Ind. 46621

* Vote restricted to Article 370.

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


**R. W. Eckardt,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611
Alternate: **G. H. Plate,** Underwriters' Laboratories, Inc., 1285 Walt Whitman Rd., Melville, N.Y. 11746

**C. J. Falk,** General Electric Co., Construction Industry Div., 1260 Boston Ave., Bridgeport, Conn. 06602 (rep. National Electrical Mfrs. Assn.)
Alternate: **A. D. Vanderbilt,** Crouse-Hinds Co., Syracuse, N.Y. 13201 (rep. National Electrical Mfrs. Assn.)

**O. J. Moses,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**Wm. F. Seubert,** Senior Consulting Engr., Circle F. Industries, Inc., P.O. Box 591, Trenton, N.J. 08604

**Fred J. Smith,** Local Union No. 117, I.B.E.W., 19 N. Spring St., Elgin, Ill. 60120

## Panel No. 10 — Articles 410, 422, 424, 426, 680

**B. Z. Segall,** *Chairman,*
2801 Joseph St., New Orleans, La. 70115

**George W. Flach,** *Vice Chairman,*
Room 7E04, City Hall, Civic Center, New Orleans, La. 70112
(rep. International Assn. of Electrical Inspectors)

**Clement T. Baxter,** Sylvania Electric Products, Inc., 100 Endicott St., Danvers, Mass. 01923 (rep. National Electrical Mfrs. Assn.)
Alternate: **P. H. Winter,** Pass & Seymour, Inc., Solvay Station, Syracuse, N.Y. 13209 (rep. National Electrical Mfrs. Assn.)
Second Alternate: **Robert L. Boyd,** Climate Control Div., The Singer Co., 62 Columbus St., Auburn, N.Y. 13021 (rep. National Electrical Mfrs. Assn.)

**Leslie E. Bley,** Noone Electric Co., Inc., 270 Fredhilton Pass, Baltimore, Md. 21229

**R. L. Eichhorn,** Environmental Engrg. Dept., Whirlpool Corp., Ft. Smith Div., Ft. Smith, Ark. 72901 (rep. Assn. of Home Appliance Mfrs.)
Alternate: **J. T. Weizeorick,** Assn. of Home Appliance Mfrs., 20 N. Wacker Dr., Chicago, Ill. 60606

**W. H. Farrell,** Underwriters' Laboratories, Inc., 1655 Scott Blvd., Santa Clara, Calif. 95050
Alternate: **P. J. Schram,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

**G. Walker Jordan,*** P.O. Box 4545, Atlanta, Ga. 30302 (rep. The Electric Heating Assn.)

**A. B. Newton,** York Div., Borg-Warner Corp., P.O. Box 1592, York, Pa. 17405 (rep. Air Conditioning & Refrigeration Institute)
Alternate: **Frederick J. Reed,** Air Conditioning & Refrigeration Institute, 1815 N. Fort Myer Dr., Arlington, Va. 22209

**Roy Sachse,** Local Union No. 1, I.B.E.W., 5850 Elizabeth Ave., St. Louis, Mo. 63110

**Ernest H. Salter,**** 3433 S. Leisure World Blvd., Silver Spring, Md. 20906 (rep. The Illuminating Engr. Society)

**Walter J. Stepien, Jr.,** Niagara Mohawk Power Corp., 300 Erie Blvd., W., Syracuse, N.Y. 13202
Alternate: **W. R. Edwards,** Western Massachusetts Electric Co., P.O. Box 10, West Springfield, Mass.
Second Alternate: **E. I. Blanchard** (Nonvoting Sec'y.) Louisiana Power & Lt. Co., 142 Delaronde St., New Orleans, La. 70114

*Vote restricted to Articles 424 and 426
** Vote restricted to Article 410.

## Panel No. 11 — Articles 430, 440, 445, Example No. 8

**Richard W. Osborn,** *Chairman,*
Osborn Electric Co., 5516 S. Kingshighway, St. Louis, Mo. 63109

**N. Ellis Cannady, Jr.,** M. B. Haynes Electric Co., Box 1250, Asheville, N.C. 28802

**R. N. Eck,** Cutler Hammer, Inc., 4201 N. 27th St., Milwaukee, Wis. 53216 (rep. National Electrical Mfrs. Assn.)
Alternate: **J. W. York,** Westinghouse Electric Corp., Medium AC Motor & Gearing Div., Box 225, Buffalo, N.Y. 14240 (rep. National Electrical Manufacturers Assn.)
Second Alternate: **Carl E. Gryctko,** I-T-E Imperial Corp., 1924 Hamilton St., Philadelphia, Pa. 19130 (rep. National Electrical Mfrs. Assn.)

**Karl M. Gerteis,** Carrier Corp., Syracuse, N.Y. 13201 (rep. Air Conditioning & Refrigeration Institute)
Alternate: **Frederick J. Reed,** Air Conditioning & Refrigeration Institute, 1815 N. Fort Myer Dr., Arlington, Va. 22209
Second Alternate: **T. A. Jacoby,** Tecumseh Products Co., Tecumseh, Mich. 49286 (rep. Air Conditioning & Refrigeration Institute)

**Paul Gubany,** Bussmann Mfg. Div., McGraw-Edison Co., Jefferson & University Sts., St. Louis, Mo. 63107
Alternate: **J. A. Bussmann, Jr.** Bussmann Mfg. Div., McGraw-Edison Co., Jefferson & University Sts., St. Louis, Mo. 63107

**C. J. Hart** (nonvoting Sec'y), National Electrical Contractors Assn., Inc., 1730 Rhode Island Ave., N.W., Washington, D.C. 20036

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Mirchmeral et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


**W. C. Kessler,** Long Island Lighting Co., 175 East Old Country Rd., Hicksville, N.Y. 11801

Alternate: **G. D. Savage,** Philadelphia Electric Co., 2301 Market St., Philadelphia, Pa. 19103

**E. C. Lawry,** State of Wisconsin, Dept. of Industry, Labor & Human Relations, Industrial Safety & Bldg. Div., P.O. Box 2209, Madison, Wis. 53701

**H. B. Love,** Chief Electrical Inspector, Bureau of Electrical Inspection, Rm. 418, City-County Bldg., Detroit, Mich. 48226 (rep. International Assn. of Electrical Inspectors)

**John V. O'Brien,** Local Union No. 103, I.B.E.W., 332 Summer St., Boston, Mass. 02210

**C. E. Schaad,** New York Board of Fire Underwriters, 85 John St., New York, N.Y. 10038

**W. F. Schacht,** Factory Insurance Assn., 300 W. Adams St., Chicago, Ill. 60606

Alternate: **Clair W. Conaway,** Factory Insurance Assn., One Embarcadero Center, Suite 1801, San Francisco, Calif. 94111

**R. W. Seelbach,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

Alternate: **C. B. Schram,** Underwriters' Laboratories, Inc., 333 Pfingsten Rd., Northbrook, Ill. 60062

**A. P. White,** Texas Instruments Inc., 34 Forest St., Attleboro, Mass. 02703

## Panel No. 12 — Articles 610, 620, 630, 670

**E. E. Carlton,** *Chairman,*
Dept. of Industrial Relations, Div. of Industrial Safety, P.O. Box 603, San Francisco, Calif. 94101
(rep. International Assn. of Electrical Inspectors)

**M. E. Cox,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

**J. W. Dalton,** Local Union 175, I.B.E.W., 540 Vine St., Chattanooga, Tenn. 37403

**Walter J. Figiel,** Otis Elevator Co., 260 11th Ave., New York, N.Y. 10001 (rep. National Elevator Industry, Inc.)

**C. F. Hedlund,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**George Helfer,** Thelco Electrical Contractors, Inc., 655 Calebs Path, Hauppauge, N.Y. 11787

**William J. Meese,** Codes & Standards Section, National Bureau of Standards, 4042 Industrial Bldg., Washington, D.C. 20234

**A. H. Myles,** Square D Co., 4500 Lee Rd., Cleveland, Ohio 44128 (rep. National Electrical Mfrs. Assn.)

**A. A. Rutkowski,** Harnischfeger Corp., 4400 W. National Ave., Milwaukee, Wis. 53246

**D. F. Simmons,** Pacific Gas & Electric Co., 245 Market St., San Francisco, Calif. 94103

Alternate: **W. Bitterman,** Cleveland Electric Illg. Co., Box 5000, Cleveland, Ohio 44101

## Panel No. 13 — Articles 450, 460, 470, 710

**C. F. Hedlund,** *Chairman,*
Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**J. H. Beckmann,** Philadelphia Electric Co., 1000 Chestnut St., Philadelphia, Pa. 19105

Alternate: **J. W. Troglia,** Wisconsin Electric Power Co., 231 W. Michigan St., Milwaukee, Wis. 53201

**R. B. Boyd, Jr.,** State Ins. Dept., State Office Bldg., Raleigh, N.C. 27602 (rep. International Assn. of Electrical Inspectors)

**E. E. Carlton,** Dept. of Industrial Relations, Div. of Industrial Safety, P.O. Box 603, San Francisco, Calif. 94101

**R. H. Kaufmann,** 2208 Dean St., Schenectady, N.Y. 12309

**Gordon R. Messmer,** U.S. Department of Agriculture, Rural Electrification Administration, Washington, D.C. 20250

**William A. Muska,** Tony Muska Electric Co., 700 Grand Ave., St. Paul, Minn. 55105

**G. B. Newbold,** Middle Department Assn. of Fire Und., Public Ledger Bldg., 6th & Chestnut Sts., Philadelphia, Pa. 19106

**J. H. Oxley,** Local Union No. 191, I.B.E.W., Labor Temple Annex, 2810 Lombard Ave., Everett, Wash. 98201

**W. E. Thomas,** Westinghouse Electric Corp., Forest Hills Site, Rm. 129, E. Pittsburgh, Pa. 15112 (rep. National Electrical Mfrs. Assn.)

Alternate: **Glenn Bates,** Power Circuit Breaker Div., Westinghouse Electric Corp., One Maritime Plaza, San Francisco, Calif. 94111 (rep. National Electrical Mfrs. Assn.)

## Panel No. 14 — Articles 480, 500-503, 510-517

**L. J. Hall,** *Chairman,*
Mill Mutual Fire Prevention Bureau, 2 North Riverside Plaza, Chicago, Ill. 60606

**S. P. Axe,** Atlantic Richfield Co., 3144 Passyunk Ave., Philadelphia, Pa. 19145

**David T. Gorrell,** Gorrell Electric Co., P.O. Box 866, Parkersburg, W. Va. 26101

**R. T. Hauck,** Chief Electrical Inspector, 1829 Brownsboro Rd., Louisville, Ky. 40206 (rep. International Assn. of Electrical Inspectors)

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


**E. B. Hoge,** Eastern Air Lines, Miami International Airport, Miami, Fla. 33418

**Robert P. Howell,** Standard Oil Co. of California, P.O. Box 3069, San Francisco, Calif. 94120

**Charles F. Kisselstein,** Crouse-Hinds Co., P.O. Box 131, Syracuse, N.Y. 13201 (rep. National Electrical Mfrs. Assn.)

**S. Mazzoni,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

Alternate: **F. D. Alroth,** Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

**A. H. McKinney,** Engineering Service Div., E. I. duPont de Nemours & Co., Wilmington, Del. 19898

**O. J. Moses,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**H. A. Norberg,** Nelson Electric Division, Sola Basic Industries, P.O. Box 726, Tulsa, Okla. 74101 (rep. National Electrical Mfrs. Assn.)

* Liaison Representative to NFPA Committee on Hospitals — vote limited to Article 517.

Alternate: **J. W. Purman,** The Louis Allis Co., Div. of Litton Industries, 427 E. Stewart St., Milwaukee, Wis. 53207 (rep. National Electrical Manufacturers Assn.)

**F. S. Rittenhouse,** Consumers Power Co., 212 W. Michigan Ave., Jackson, Mich. 49504

**C. E. Schaad,** New York Board of Fire Underwriters, 85 John St., New York, N.Y. 10038

**P. K. Sizemore,** 2950 N. W. 165th St., Miami, Fla.

**Kent P. Stiner,*** I-T-E Imperial Corp., 233 E. Lancaster Ave., Ardmore, Pa. 19003

**Otto F. Zedler, Jr.,** Humble Pipe Line Co., P.O. Drawer 2220, Houston, Texas 77002

**Fred J. Zeleny,** Factory Insurance Assn., 300 W. Adams St., Chicago, Ill. 60606

Alternate: **Clair W. Conaway,** Factory Insurance Assn., One Embarcadero Center, Suite 1801, San Francisco, Calif. 94111

**Panel No. 15 — Articles 520, 530, 540, 640, 650, 810, 820**

**K. S. Geiges,** *Chairman,*
Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

**John G. Degenkolb,*** 1720 Chevy Knoll Dr., Glendale, Calif. 91206

**Kent Glenn,** Southern California Edison Co., Edison Bldg., Box 351, Los Angeles, Calif. 90053

**V. C. Holloway,** Interstate Electric Co., 6444 N. E. Fourth Ave., Miami, Fla. 33132

Alternate: **Allen F. KnicKrehm,** The KnicKrehm Co., 3007 W. Temple St., Los Angeles, Calif. 90026

**George Howard,** 2015 Outpost Dr., Hollywood, Calif. 90028

**Wm. M. Riches,** 226 Grant Ave., Geneva, Ill. 60134

**Joseph Roehan,** Supervising Electrical Engr., Los Angeles County, County Engineering Dept., 108 W. 2nd St., Rm. 200, Los Angeles, Calif. 90012 (rep. International Assn. of Electrical Inspectors)

**L. H. Sessler,** Bell Telephone Laboratories, Inc., Mountain Ave., Room 5B107, Murray Hill, N.J. 07974

**W. A. Sunter,** Harvey Hubbell, Inc., Bridgeport, Conn. 06602 (rep. National Electrical Mfrs. Assn.)

Alternate: **Jack Gaines,** Sierra Electric Corp., 15100 South Figueroa, P.O. Box 85, Gardena, Calif. 90247 (rep. National Electrical Mfrs. Assn.)

**A. C. Veit,** 510-B Avenida Sevilla, Laguna Hills, Calif. 92653

Alternate: **George T. Anderson,** CBS Television Network, Television City, Hollywood, Calif. 90036

Alternate: **W. F. Miner,** Revue Studios, 3900 Lankershaw Blvd., Universal City, Calif. 91608

**Howard J. Volz,** Local Union No. 569, I.B.E.W., 215 W. Washington, San Diego, Calif. 92102

**A. M. Wilson,** Electronic Industries Assn., 2001 Eye St., N. W., Washington, D.C. 20006

* Liaison Representative to NFPA Safety to Life Committee

**Panel No. 16 — Articles 720, 725, 800**

**Richard G. Biermann,** *Chairman,*
Biermann's University Electric Co., Inc., 2300 University Ave., Des Moines, Iowa 50311

**James B. Eppes, Jr.,** Station Equipment & Protection Engr., Rural Electrification Administration, Washington, D.C. 20250

**C. M. Garner,** White-Rodgers Co., 9797 Reavis Rd., St. Louis, Mo. 63123 (rep. National Electrical Mfrs. Assn.)

* Liaison Representative to NFPA Sectional Committee on Fire Protective Signaling Systems

Alternate: **Irving Mande,*** Edwards Co., Inc., Norwalk, Conn. 06856 (rep. National Electrical Mfrs. Assn.)

**Homer D. Groves,** Local Union No. 661, I.B.E.W., 427 N. Main St. Hutchinson, Kan. 67501

Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Mark Blake, LLC. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


**Boyd A. Hartley,** Fire Protection & Engineering Dept., Illinois Institute of Technology, Chicago, Ill. 60616

**James F. Meehan,** Chief Electrical Inspector, 225 Foster St., New Haven, Conn. 06511 (rep. International Assn. of Electrical Inspectors)

**H. D. Nash,** Pennsylvania Power & Light Co., 901 Hamilton St., Allentown, Pa. 18101

**L. H. Sessler,** Bell Telephone Laboratories, Inc., Mountain Ave., Room 5B107, Murray Hill, N.J. 07974

**Rene H. Yerke,** Underwriters' Laboratories, Inc., 333 Pfingsten Rd., Northbrook, Ill. 60062

**Panel No. 17 — Articles 660, 665**

**D. C. Fleckenstein,** *Chairman,*
General Electric Co., One River Rd., Schenectady, N.Y. 12305

**L. H. Horn,** *Vice-Chairman,*
Underwriters' Laboratories, Inc., 207 E. Ohio St., Chicago, Ill. 60611

**W. V. Bitterman,** Cleveland Electric Illuminating Co., Box 5000, Cleveland, Ohio 44101

**J. F. Cachat,** TOCCO Div., Park-Ohio Industries, Inc., P.O. Box 05158, Cleveland, Ohio 44105

**J. H. Fetty,** District of Columbia Government, Dept. of Economic Development, Engr. Branch, Rm. 207, 614 H St. N. W., N Potomac Bldg., Washington, D.C. 20001 (rep. Int'l. Assn. of Electrical Inspectors)

**George Helfer,** Thelco Electrical Contractors, Inc. 655 Calebs Path, Hauppauge, N.Y. 11787

**George C. Hilstad,** Electrical Builders, Inc., Mayville, N.D. 58257

**O. J. Moses,** Factory Mutual Research Corp., 1151 Boston-Providence Turnpike, Norwood, Mass. 02062

**George B. Myers,** Picker X-Ray Corp., Waite Mfg. Div., 595 Miner Rd., Cleveland (Highland Heights), Ohio 44143 (rep. National Electrical Mfrs. Assn.)
Alternate: **R. L. Sweeny,** Universal X-Ray Products, Inc., 1140 North Western Ave., Chicago, Ill. 60622 (rep. National Electrical Mfrs. Assn.)

**Grant Tate,** Local Union No. 400, I.B.E.W., 1812 Corlies Ave., Neptune, N.J. 07749

Case: 4:23-cv-00204-JMD Doc. #: 1-28 Filed: 02/20/23 Page: 18 of 18 PageID #: 2948
Copyright 2012 National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on January 4, 2012 to Dana Martin of Blake, Kirchner et al. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.


alive when any lamp terminal is connected to a potential of more than 300 volts.

**(c)** In addition to complying with the general requirements for lighting fixtures, such equipment shall conform to Sections 410-78 through 410-90.

For signs and outline lighting, see Article 600.

**410-79. Control.**

**(a)** Fixtures or lamp installations shall be controlled either singly or in groups by an externally operable switch or circuit breaker which shall open all ungrounded primary conductors.

**(b)** The switch or circuit breaker shall be located within sight of the fixtures or lamps, or it may be located elsewhere if it is provided with means for locking in the open position.

**410-80. Lamp Terminals and Lampholders.** Parts which must be removed for lamp replacement shall be hinged or fastened by an approved means. Lamps or lampholders or both shall be so designed that there shall be no exposed live parts when lamps are being inserted or are being removed.

**410-81. Transformer Ratings.** Transformers and ballasts shall have a secondary open-circuit voltage of not more than 15,000 volts with an allowance on test of 1,000 volts additional. The secondary-current rating shall be not more than 120 milliamperes when the open-circuit voltage is more than 7,500 volts, and not more than 240 milliamperes when the open-circuit voltage is 7,500 volts or less.

**410-82. Transformer Type.** Transformers shall be of an approved enclosed type. Transformers of other than the askarel-insulated or dry-type shall not be used.

**410-83. Transformer Secondary Connections.**

**(a)** The high-voltage windings of transformers shall not be connected in series or in parallel, except that for two transformers, each having one end of its high-voltage winding grounded and connected to the enclosure, the high-voltage windings may be connected in series to form the equivalent of a mid-point grounded transformer.

**(b)** The grounded ends shall be connected by an insulated conductor not smaller than No. 14 AWG.

**410-84. Transformer Locations.**

**(a)** Transformers shall be accessible after installation.

**(b)** The transformers should be installed as near to the lamps as practicable to keep the secondary conductors as short as possible.

**(c)** Transformers shall be so located that adjacent combustible materials will not be subjected to temperatures in excess of 90° C (194° F).

**410-85. Transformer Loading.** The lamps connected to any transformer shall be of such length and characteristics as not to cause a condition of continuous overvoltage on the transformer.