# Exhibit X

Center for Naval Analyses
an affiliate of the University of Rochester

1401 Wilson Boulevard Arlington, Virginia 22209 703/524-9400

(NATE)33-72
17 January 1972

Mr. Charles H. Sommer, President
The MONSANTO Co.
800 North Lindberg Blvd.
St. Louis 66, MO.

Dear Mr. Sommer:

I am not sure to which MONSANTO office this letter should be addressed and will appreciate you forwarding it to the proper office.

The Center for Naval Analyses is working closely with the offices of the Chief of Naval Operations and the Secretary of the Navy in an effort to clean up the Navy's pollution problems. We are most directly concerned with the marine environment.

It appears that one of the most serious threats to the marine environment is the class of chemicals known as polychlorinated biphenyls (PCB's). We do not at this time know which commands are using PCB's or how they are disposing of used PCB's, but we are making an effort to find out. We are finding it very difficult to trace PCB's through the purchasing arm of the Navy. Can you provide us any assistance?

Specifically, can you advise us of any direct shipments of PCB's to particular agencies or commands in the Navy? Can you advise us as to particular products (preferably by type and manufacturer) in which we are likely to find PCB's that could present a disposal problem? We do, of course, know that PCB's are used in transformers, capacitors, heat transfer systems, hydraulic systems, gas turbines, vacuum pumps, paints, lubricants, adhesives, sealants, asphalt tile, printing inks, carbonless carbon paper, and plastics, but we are having some difficulty in identifying the particular components and systems that present PCB disposal problems.

Any other information that you can provide on locating uses of PCB's in the Navy and proper disposal of PCB's will be appreciated.

Sincerely,

Gerald O. Barney

DR. GERALD O. BARNEY

DSW 018915