IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| MAGNETEK, INC., GENERAL ELECTRIC CO., PARAMOUNT GLOBAL, KYOCERA AVX COMPONENTS CORPORATION, CORNELL-DUBILIER ELECTRONICS, INC., and THE GILLETTE COMPANY, LLC, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO: 4:23-cv-00204-SRW

## ENTRY OF APPEARANCE

COMES NOW Gerard T. Carmody of Carmody MacDonald P.C. and hereby enters his appearance on behalf of Defendant Paramount Global.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:   /s/ Gerard T. Carmody
Gerard T. Carmody, #24769MO
David M. Fedder, #38823MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone (314) 854-8600
Facsimile (314) 854-8660
gtc@carmodymacdonald.com
dmf@carmodymacdonald.com

Attorneys for Defendant Paramount Global

- 2 -

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on the 24th day of February, 2023, the foregoing was filed with the Clerk of Court electronically, to be served by operation of the Court's electronic filing system upon all parties of record.

           /s/ Gerard T. Carmody