IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No. 4:23-CV-00204-HEA |
| v. | ) ) | Jury Trial Demanded |
| MAGNETEK, INC. | ) ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant The Gillette Company, LLC, with the consent of Plaintiffs' counsel, moves for an extension of time to March 31, 2023, within which to answer or otherwise respond to Plaintiffs' First Amended Petition [DOC. 4] for the reasons set forth below:

1. Plaintiffs filed their First Amended Petition in the Circuit Court of St. Louis County, Missouri, cause Number 17SL-CC03368 ("State Court Action"), adding The Gillette Company, LLC, ("Gillette") August 3, 2022.

2. Plaintiffs' counsel previously consented to Gillette's motion for an extension of time to respond to February 27, 2023 in the State Court Action.

3. On February 20, 2023, Defendant GE removed this action from State Court to this Court pursuant to 28 U.S.C. 1442 (a)(1).

4. On February 27, Gillette filed its first Consent Motion for Extension of Time requesting an extension of time to March 6, 2023 within which to answer or otherwise respond to Plaintiffs' First Amended Petition in this Court. [Doc. 13].

5. On February 27, 2023, the Court granted Gillette's first Motion for Extension of Time. [Doc. 15].

6. With the consent of Plaintiffs' Counsel, the other Parties who have not yet answered or otherwise responded to Plaintiffs' First Amended Complaint filed their Motion for Extension of time to March 31, 2023, within which to answer or otherwise respond to Plaintiffs' First Amended Petition in this Court, which was entered on February 24, 2023. [Doc 12].

7. After additional discussions between Counsel for Gillette and Counsel for Plaintiffs, Counsel for Plaintiffs has consented to Gillette's request for an extension of time to March 31, 2023, within which to answer or otherwise respond to Plaintiffs' First Amended Petition in this Court, consistent with the extensions granted to the other Defendants.

8. No party will be prejudiced by this extension.

WHEREFORE, The Gillette Company respectfully requests an extension of time to March 31, 2023, within which to Answer or otherwise respond to the Plaintiffs' First Amended Petition. [Doc. 4]

Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

By: /s/ Paul L. Knobbe_____
Paul L. Knobbe #49026MO
*pknobbe@goldbergsegalla.com*
Livinus Isioma #74710
*lisioma@goldbergsegalla.com*
8000 Maryland, Suite 640
St. Louis, Missouri 63105
Telephone: (314) 446-3350
Facsimile: (314) 446-3360

Attorneys for Defendant The Gillette Company, LLC

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record on the 2nd of March, 2023

                                            /s/ Paul L. Knobbe