# Exhibit 1

## REPORTED SHIPMENTS OF PCB PRODUCTS TO GENERAL ELECTRIC LOCATIONS - 1956 - 1977

| LOCATION | MILLIONS OF POUNDS | FIRST YEAR OF AROCLOR USE |
|---|---|---|
| HUDSON FALLS/FT. EDWARD | 160.0 | 1950 |
| ROME | 26.0 | 1954 |
| PITTSFIELD | 15.0 | 1930s |
| OAKLAND | 0.5 | 1930s |
| *Service Shops* | | |
| PHILADELPHIA | 1.0 | 1954 |
| ATLANTA | 0.3 | 1949 |
| CHARLOTTE | 0.3 | 1950 |
| *Hydraulic & Heat Transfer Use* | | |
| LOUISVILLE (PYDROL) | 0.4 | 1967 |
| MT. VERNON (THERMINOL) | 0.2 | 1966 |
| *Flame Retardant Additive Use* | | |
| COSHOCTON | 0.9 | 1964 |

GE_STL_00021

Rome, Ga.
- Aroclor Dist. — 500
- Aroclor Dist. 1260 — 3,600
- Aroclor Dist. 1260 — 2,000
- Aroclor Dist. 1260 — 412,700

Schedectady, N.Y.
- Aroclor Dist. — 150
- Aroclor Dist. 4465 — 500
- Aroclor Dist. 4465 — 1,000
- ✓ Pydraul F-9 — 4,464
- Aroclor Dist. — 1,000
- ✓ Pydraul F-9 — 7,542

The following GE sales information did not include locations of the GE purchasers.

- Aroclor Dist. — 2,400
- Aroclor Pyranol — 9,450
- Aroclor Pyranol — 3,375
- Aroclor Pyranol — 2,025
- Aroclor Pyranol — 7,380
- ✓ Pydraul F-9 — 1,116
- ✓ Pydraul F-9 — 1,148

Supply
- Aroclor Pyranol — 360
- Aroclor Pyranol — 300
- Aroclor Pyranol — 120
- Aroclor Pyranol — 60
- Aroclor Pyranol — 480
- Aroclor Pyranol — 1,440

GE_STL_00022

Serv. Shop
    Aroclor Pyranol    1,920
    Aroclor Pyranol    780
    Aroclor Pyranol    3,375
    Pyranol No. 1470    5,400
    Aroclor Pyranol    4,725

76K

GE_STL_00023