# Exhibit B

May 21, 1941

To the Secretary of War
and
The Advisory Commission to the Council of National Defense:

Monsanto Chemical Company (a corporation, hereinafter referred to as the applicant) represents that the facilities hereinafter identified are necessary in the interests of national defense during the emergency period, requests the issuance with respect thereto of a necessity certificate as provided in Section 124, as amended, of the Internal Revenue Code, and to that end shows as follows:

1. Name and address of the corporation which is the applicant:

Monsanto Chemical Company
1700 South Second Street
St. Louis, Missouri

2. Description of product or products to be produced, or services to be rendered, by the new facilities.

New facilities, the subject of this application, are for the increased production of diphenyl.

3. Has applicant entered into, or is applicant negotiating, a contract with the United States providing reimbursement for the cost of the facilities?

No.

4. (a). ATTACH, AS APPENDIX A, A DETAILED LIST OF THE FACILITIES. (Note: Appendix A as prepared by the applicant will be attached to the certificate issued. Responsibility for errors and vagueness of description, therefore, rests with the applicant. Description should include (i) for buildings, data as to location enclosing map or blue print if possible, type, character, location and dimensions; (ii) for tools or machinery, plant or order numbers if available, or other descriptive information).

Attached is Appendix A setting forth a detailed list of facilities under this application. These facilities are further described by means of the attached layout of existing and prospective diphenyl manufacturing facilities on which the new facilities under this application are distinguished from the existing by means of hatched lines for new equipment and heavier lines showing outline of the extension to building.

NECESSITY
WD-N 234 Hendrick Foster

(b). State the actual or estimated cost thereof in the space provided below:

| | Actual | Estimated |
|---|---|---|
| (1) Land . . . . . . . . . . . . . . . | -- | -- |
| (2) Buildings (permanent) . . . . . | -- | $ 31,000. |
| (3) Buildings (temporary) . . . . . | -- | -- |
| (4) Standard Machine Tools . . . . . | -- | -- |
| (5) Special Machine Tools . . . . . | -- | -- |
| (6) Hand tools and sides to manufacture, gages, jigs, fixtures, patterns, punches, dies, etc.. . | -- | -- |
| (7) Furnaces. . . . . . . . . . . . . | -- | -- |
| (8) Other facilities . . . . . . . . | -- | 244,000. |
| Grand Total . . . | | $275,000. |

(c). Show site or sites of facilities (street and number, city, county and state):

These additions to diphenyl plant constitute a part of applicant's chemical manufacturing plant located at Anniston, Alabama; said plant is bounded on the northwest by the Louisville and Nashville Railway and the Southern Railway while Duncan Street runs along the eastern side of the plant (although part of the plant extends a little east of Duncan Street, and Fifth Street is fairly well toward the southern boundary of the plant (although some buildings are on the south side of Fifth Street).

(d). State when production began or is expected to begin with the facilities:

It is planned that the new seventh unit will be in operation on August 1, 1941, the eighth unit on September 1, and the ninth and tenth units on October 1. It is shown in Appendix A that this extension of facilities consists of four additional units for the manufacture of diphenyl.

(e). State earliest date when construction, reconstruction, erection or installation began, or any facility was acquired (See Instruction #4):

Construction, erection and installation of these facilities began on or about March 28, 1941.

5. In support of the representation that the facilities necessary in the interests of National Defense, give a brief statement as to each of the following matters. (If the answer to item 3 is "Yes", item 5 need not be answered).

APPLICANT MAY ATTACH EXHIBITS IN SUPPORT OF STATEMENTS. Such exhibits may consist of communications from Army or Navy officers, orders or letters of inquiry from other customers of the applicant, and any other matters considered relevant.

(a). Supplies furnished or to be furnished, or services rendered or to be rendered to the Army and/or the Navy (identify principal present and anticipated supply contracts, and indicate volume or amounts involved).

Applicant has no contract with the United States Government or its agencies for supply of diphenyl.

(b). Supplies furnished or to be furnished, or services rendered or to be rendered to other manufacturers engaged in defense production. (Identify by name the principal manufacturers and their products. State any of such manufacturers with which applicant is affiliated. State whether applicant is behind in deliveries, and, if so, indicate amount of backlog.)

Reference is made to Appendix B attached, which is copy of letter from General Electric Company, expressing their urgent need for the product they refer to as Pyranol, and furthermore showing priorities, requisitions, customers, etc., relating to the number of their present customer requirements of transformers and condensers in which Pyranol is required. Similarly, Westinghouse Electric and Manufacturing Company has large requirements of similar product which they designate as Inerteen, used by them in place of oil in transformers and condensers. Likewise, Moloney Electric Company and Allis-Chalmers Manufacturing Company use a chlorinated diphenyl for the same uses.

And it is wholly due to the urgent requirements of these four electrical appliance companies that applicant is undertaking the extension of the diphenyl department.

Pyranol and Inerteen are merely trade names for aroclors or chlorinated diphenyls, and in all of these, diphenyl is the base.

Applicant is behind in deliveries to General Electric Company and its licensees the equivalent of three months' production of existing plant, and backlog increases each month.

Applicant sells directly no great amounts of diphenyl but takes it through the next manufacturing step which is chlorination and then distillation to produce chlorinated diphenyls of varying types for different uses.

Aside from the use above noted as replacement for oil in electric transformers and condensers, aroclor is also used as follows: in the rayon industry for delustring; in fireproofing certain asphalt compounds for building siding and roofing; in insulating wire and cable for electric transmission.

(c). Applicant's need for facilities. (As to each plant, state present rate of production and estimated increase in terms of units, weight, dollars, man hours or otherwise, as seems appropriate. State average daily number of employees and number of shifts presently operating, using the table below if appropriate. If only one or two shifts are operated and no increase is contemplated, state why estimated production cannot be obtained by increasing shifts).

| | Without facilities | With facilities (estimated) |
|---|---|---|
| Maximum monthly productive capacity | 720,000 lbs. | 1,200,000 lbs. |
| Daily average number of employees for maximum | 12 | 720 000 / 480 000 16 |
| Number of shifts operated for maximum | 3 per day 21 " week | 3 per day 21 " week |
| Number of hours per shift per week for maximum | 40 | 40 |
| Production during a typical recent month - | April, 1941 702,677 lbs. | |

(d). Need for additional facilities in the industry at large. (State such information as is known to the applicant. If adequate productive capacity exists in this country for the products to be produced by the applicant, a particularly full explanation of need for new facilities should be given.)

Applicant and Dow Chemical Company are the only manufacturers of diphenyl in any volume. However, applicant has patents and license rights on practically all aroclors or chlorinated diphenyls, and Dow Chemical Company, not having these license rights, confines its production to diphenyl oxide, which is used as a heat transfer medium.

Consequently General Electric, Westinghouse and the other transformer and condenser manufacturers (making non-inflammable transformers and condensers) are wholly dependent upon applicant for this product. As aforesaid, their demand for such non-inflammable transformers and condensers is greatly increased directly for defense purposes, as shown by priorities on Appendix B (similar list from Westinghouse will be furnished if desired).

(e). Estimated percentage of increase in productive capacity which will be directly or indirectly absorbed in the Defense Program.

100%

(f). Other pertinent information indicating the specific need of applicant's products in the interest of National Defense.

Although, as aforesaid, the entire production of these additional facilities is required by the four named manufacturers of electrical transformers and condensers, there is, it should be noted at this point, a substantial requirement of diphenyls in the production of para amino diphenyl in the manufacture of an antioxidant which in turn is used in the manufacture of rubber tires and other rubber products. Applicant is practically the sole supplier of this product to Firestone Tire & Rubber Co., together with a number of other rubber companies, and there is no doubt that a substantial part of Firestone's rubber products are

today being required for defense purposes. Therefore, the point is that a considerable portion of applicant's present output of diphenyl is being required for defense purposes through the medium of rubber products.

6. The applicant is incorporated under the laws of the State of Delaware. The name, office, and address of the person or persons authorized to represent the applicant for the purpose of this application is:

W. W. Schneider, Secretary
Monsanto Chemical Company
1700 South Second Street
St. Louis, Missouri

D. M. Sheehan, Comptroller
Monsanto Chemical Company
1700 South Second Street
St. Louis, Missouri

F. A. Ulmer, Treasurer
Monsanto Chemical Company
1700 South Second Street
St. Louis, Missouri

7. If the applicant has heretofore filed or is concurrently filing application for a certificate of necessity (whether for the same or other facilities) with either the War Department or the Navy Department, identify the application by date and total dollar amount of facilities; state whether a necessity certificate has been issued, and if so give file reference number.

| | Date of Filing | Total Dollar Amount of Facilities | File Reference Number of Certificate Granted |
|---|---|---|---|
| WD-N-702 | January 16, 1941 | $ 84,000.00 | WD-N-702 |
| WD-N-703 | " 16, 1941 | 625,000.00 | |
| WD-N-704 | " 16, 1941 | 128,810.00 | WD-N-704 |
| WD-N-789 | " 22, 1941 | 705,600.00 | |
| WD-N-917 | " 29, 1941 | 870,000.00 | |
| WD-N-1718 | April 11, 1941 | 467,000.00 | |

MONSANTO CHEMICAL COMPANY

By [signature]

Office Executive Vice President

State of Missouri )
) SS
City of St. Louis )

I, Charles Belknap, being first duly sworn on oath depose and say: that I have read the foregoing application executed by me on behalf of the applicant therein named, and the Appendices attached thereto, and that the facts stated therein are true to the best of my knowledge and belief.

Charles Belknap

Subscribed and sworn to before me this 21st day of May, 1941.

Notary Public

I, W. W. Schneider, certify that I am the Secretary of the corporation named as applicant in the foregoing application; that Charles Belknap who signed said application on behalf of said corporation was then its Executive Vice President; that said application was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

W. W. Schneider
Secretary

(Corporate
) Seal

# C E R T I F I C A T E

I, W. W. Schneider, Secretary of the Monsanto Chemical Company, hereby certify that the following is a full, true and correct copy of a resolution adopted by the Board of Directors of the Monsanto Chemical Company at a meeting held at the St. Louis office of the Company December 20, 1940, and that said resolution is now in full force and effect:

> RESOLVED, that Charles Belknap, G. Lee Camp, J. W. Livingston, and F. A. Ulmer or any of them are hereby authorized and empowered to sign, execute and file on behalf of this Company applications to the Advisory Commission to the Council of National Defense, Secretary of War and Secretary of Navy, for certificates covering amortization deductions under title III of the Second Revenue Act of 1940.

In Witness Whereof, I hereunto set my hand and affix the corporate seal of the Monsanto Chemical Company this 16th day of January, 1941.

W. W. Schneider
Secretary

EXHIBIT B

C O P Y

GENERAL ELECTRIC COMPANY
100 Woodlawn Ave.
Pittsfield, Mass.

March 26, 1941

PYRANOL

XX CENTURY

Mr. R. S. Weatherly
General Manager of Sales
Monsanto Chemical Company
Phosphate Division
St. Louis, Mo.

Dear Mr. Weatherly:

Mr. L. R. Brown has asked me to reply to your letter of March 14.

The attached list gives priority orders involving Pyranol transformers for use in defense work. The second page of this tabulation gives an additional list of transformers for defense jobs which at the present time do not have priority numbers but are defense orders and would be given numbers at any time if we were unable to meet the desired delivery dates.

In view of the increased use of Pyranol transformers on defense orders, it is necessary for you to increase promptly your production facilities of diphenyl and chlorinated diphenyl in order that the demand for this type of equipment will not be delayed.

To supplement the attached list of priority orders that we have in hand, we suggest that you contact the Westinghouse Company to obtain a similar list from them as we know that they have numerous orders for Pyranol transformers and I believe they may have priority numbers on those orders applying to defense work.

We wish to point out to you that it is almost impossible for us to keep this list up to date, as for instance on the U. S. Naval Air Station, Quonset Point, blanket priority order, listed on the attached sheet, Pyranol transformers are being added almost daily. We will be glad to give you any additional information to assist you in obtaining sufficient equipment to produce Pyranol to meet the requirements of ourselves and Licensees.

Very truly yours

L. R. Brown

Manager, Transformer Division

By F. G. Stebbins

F. G. Stebbins--e

Att.