# Exhibit D

GENERAL ELECTRIC
COMPANY
POWER DELIVERY GROUP
Group Technical Resources Operation
100 WOODLAWN AVE., PITTSFIELD, MASS. 01201 . . . TEL. AREA CODE 413, 443-3511



PITTSFIELD
MATERIALS AND TECHNOLOGY
LABORATORY

SUBJECT:
ANSI C-107 WORKING GROUP ON TRANSFORMERS
INDUSTRY ESTIMATES FOR ASKAREL-FILLED TRANSFORMERS

March 29, 1972

| | |
|---|---|
| Messrs. D. M. Crabtree, | Dept. of the Army |
| W. S. Grogan, | Allis-Chalmers |
| F. R. Lengefeld/W. E. Shoulders, | Union Electric |
| H. A. Onishi, | Commonwealth Edison |
| W. C. Reinhardt, | Central Moloney |
| A. L. Rickley, | Doble Engineering |
| T. K. Sloat, | Westinghouse |
| P. G. Benignus, | Monsanto ← |
| W. P. Papageorge, | Monsanto |
| A. M. Salazar, | N.E.M.A. |

Gentlemen:

As promised at our last meeting, here's the results of our questionnaire on askarel transformers.

Question 1: For the industry in this country, about how many askarel-filled transformers are made in a year?

Answers:

| | | |
|---|---|---|
| General Electric | - | 5000/year |
| Westinghouse | - | 3500/year |
| Allis-Chalmers | - | 4000/year |
| Central-Moloney | - | 3500/year |

Question 2: For the industry in this country, what is the average gallons of askarel per unit?

Answers:

| | | |
|---|---|---|
| General Electric | - | 235 gals./unit |
| Westinghouse | - | 300 gals./unit |
| Allis-Chalmers | - | 270 gals./unit |
| Central-Moloney | - | 400 gals./unit |

Note: (a) Per unit gallons fill ranged from 40 to 500.

(b) Central-Moloney does not make small kVA sizes, hence the higher number.

PLAINTIFF'S EXHIBIT 818

ACM CC7546

Messrs. D. M. Crabtree -2- March 29, 1972
W. S. Grogan
F. R. Lengefeld/W. E. Shoulders
H. A. Onishi
W. C. Reinhardt
A. L. Rickley
T. K. Sloat
P. G. Benignus
W. P. Papageorge
A. M. Salazar

<u>Question 3</u>: For the transformer manufacturers, what is a good average failure rate during manufacturing and test, e.g., % per year of units manufactured?

| <u>Answers</u>: | | |
|---|---|---|
| General Electric | - | Less than 2.0% |
| Westinghouse | - | 2.0% |
| Allis-Chalmers | - | Less than 1.0% |
| Central-Moloney | - | 1.0% |

<u>Question 4</u>: For the askarel transformer users, what is a best estimate of the failure rate per units in service, e.g., % failures per year of total askarel transformers in use today?

| <u>Answers</u>: | | |
|---|---|---|
| General Electric | - | Less than 0.3% |
| Westinghouse | - | 0.5% |
| Allis-Chalmers | - | Less than 0.5% |
| Central-Moloney | - | Less than 0.5% |

<u>Question 5</u>: What is the best estimate (order of magnitude) of the total number of askarel transformers in use today?

| Answers: | | |
|---|---|---|
| General Electric | - | 100,000 |
| Westinghouse | - | 90,000 |
| Allis-Chalmers | - | 100,000 |
| Central-Moloney | - | 125,000 |

Very truly yours,

E. L. Raab, Manager
Dielectric Systems Laboratory
Building 11 - 315

ELR/ps

ACM C07547