# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 4:23-cv-00204 |
| v. | ) |
| MAGNETEK, INC., et al., | ) |
| Defendant. | ) |

### AFFIDAVIT OF CHAD DOUGLAS BASKIN IN SUPPORT OF DEFENDANT KYOCERA AVX COMPONENTS CORPORATION'S MOTION TO DISMISS

I, Chad Douglas Baskin having been duly sworn and being competent to testify, do depose and state in support of Defendant Kyocera AVX Components Corporation's Motion to Dismiss as follows:

1. I am the Senior Vice President, Chief Financial Officer, Treasurer and Corporate Secretary at Kyocera AVX Components Corporation ("KAVX").

2. I have held this position since July 3, 2021. My role/responsibility is financial performance and plan for the entity.

3. KAVX is incorporated under the laws of the State of Delaware.

4. KAVX maintains its headquarters at One AVX Boulevard, Fountain Inn, South Carolina.

5. KAVX maintains and operates manufacturing and research and development locations across the globe. In the United States, those locations are maintained and operated in the States of California, Florida, Maine, and South Carolina. KAVX does not operate any corporate facilities within the State of Missouri.

6. KAVX does not employ any employees within the State of Missouri.

7. KAVX does not own any assets within the State of Missouri.

Chad Douglas Baskin
Senior Vice President, Chief Financial Officer, Treasurer and Corporate Secretary

SIGNED AND SWORN:

Sworn to and Subscribed Before Me This 25th day Of April, 2023

NOTARY PUBLIC
My commission expires: March 29, 2028



KAREN M. BESSEM-ASU
Notary Public, State of South Carolina
My Commission Expires
March 29, 2028