IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| MAGNETEK, INC., GENERAL ELECTRIC CO., PARAMOUNT GLOBAL, KYOCERA AVX COMPONENTS CORPORATION, CORNELL-DUBILIER ELECTRONICS, INC., and THE GILLETTE COMPANY, LLC, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO: 4:23-cv-00204-HEA

## PARAMOUNT GLOBAL'S INDIVIDUAL MOTION TO DIMISS

Defendant Paramount Global ("Paramount"), by and through its undersigned counsel, respectfully submits this motion to dismiss Plaintiffs Monsanto Company ("New Monsanto"), Pharmacia, LLC ("Old Monsanto") and Solutia, Inc.'s (collectively with New Monsanto and Old Monsanto, the "Plaintiffs") First Amended Petition in the above-captioned matter pursuant to Federal Rule of Civil Procedure 12(b)(6).

1.  Plaintiffs assert breach of contract (Counts I and II), negligence (Count V), and equitable contribution (Count VII) claims, and seek declaratory judgment (Counts III and IV) against Defendants Paramount, Magnetek, Inc., General Electric Co. ("GE"), Kyocera AVX Components Co. ("KAVX"), Cornell-Dubilier Electronics Inc. ("CDE"), and The Gillette Company LLC ("Gillette") relating to indemnity agreements for costs and liabilities resulting from the sale of Polychlorinated Biphenyls ("PCBs") to Defendants.

2.     First, based on Plaintiffs' failure to state a cognizable claim of relief, as detailed in the Motion to Dismiss Plaintiffs' First Amended Petition filed jointly by GE, Paramount, KAVX, CDE, and Gillette (the "Joint Motion to Dismiss"), Counts I-IV and VII should be dismissed.

3.     Second, Plaintiffs fail to sufficiently plead that any of the underlying lawsuits for which they seek defense and indemnity involve PCBs sold to Paramount's predecessor Westinghouse Electric Corporation ("Westinghouse") on or after January 15, 1972.  Due to this, Plaintiffs fail to demonstrate that the underlying lawsuits fall within the scope of the special undertaking agreement between Westinghouse and Old Monsanto.  Thus, the First Amended Petition should be dismissed as to Paramount.

4.     Paramount has filed a supporting memorandum with this Motion which it incorporates by this reference.  Paramount also incorporates by this reference the memorandum filed in support of the Joint Motion to Dismiss.

WHEREFORE, Paramount requests that the Court dismiss all Counts as to Paramount in Plaintiffs' First Amended Petition for the reasons stated in its Motion.  Paramount further prays for such other and further relief as the Court deems just and proper.

Dated: May 1, 2023

Respectfully submitted,

**CARMODY MACDONALD P.C.**

/s/ *Gerard T. Carmody*
Gerard T. Carmody, #24769MO
David M. Fedder, #38823MO
Tyler C. Schaeffer, #60847MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone (314) 854-8600
Facsimile (314) 854-8660
gtc@carmodymacdonald.com
dmf@carmodymacdonald.com
tcs@carmodymacdonald.com

**WEIL, GOTSHAL & MANGES LLP**

Yehudah Lev Buchweitz (Pro Hac Vice)
Cameron Mae Bonk (Pro Hac Vice)
767 Fifth Avenue
New York, NY 10153
Telephone (212) 310-8256
Facsimile (212) 310-8007
yehudah.buchweitz@weil.com
cameron.bonk@weil.com

EVERT WEATHERSBY HOUFF
C. Michael Evert, Jr. (Pro Hac Vice)
3455 Peachtree Road NE
Suite 1550
Atlanta, Georgia 30326
Telephone (678) 651-1200
Facsimile (678) 651-1201
cmevert@ewhlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2023, the foregoing was served on all counsel of record via this Court's electronic filing system.

                                                                */s/ David M. Fedder*