IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC., <br><br>    Plaintiffs, <br><br>vs. <br><br>MAGNETEK, INC., <br>GENERAL ELECTRIC CO., <br>PARAMOUNT GLOBAL, <br>KYOCERA AVX COMPONENTS <br>CORNELL-DUBILIER ELECTRONICS, INC., <br>and THE GILLETTE COMPANY, LLC, <br><br>    Defendants. | CASE NO: 4:23-cv-00204-HEA |

**DEFENDANTS GENERAL ELECTRIC CO., PARAMOUNT GLOBAL, KYOCERA AVX COMPONENTS CORP., CORNELL-DUBILIER ELECTRONICS, INC., AND THE GILLETTE COMPANY, LLC'S JOINT MOTION TO DISMISS COUNTS I-IV AND VII OF PLAINTIFFS' FIRST AMENDED PETITION**

Defendants General Electric Co. ("GE"), Paramount Global ("Paramount"), Kyocera AVX Components Corp. ("KAVX"), Cornell-Dubilier Electronics, Inc. ("CDE"), and the Gillette Company, LLC ("Gillette") by and through their respective undersigned counsel, respectfully submit this motion to dismiss Counts I-IV and VII of Plaintiffs Monsanto Company ("New Monsanto"), Pharmacia, LLC ("Pharmacia" or "Old Monsanto") and Solutia, Inc.'s ("Solutia", collectively with New Monsanto and Pharmacia, the "Plaintiffs") First Amended Petition in the above-captioned matter pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

1.   Plaintiffs assert breach of contract (Counts I and II), declaratory judgment (Counts III and IV) and equitable contribution (Count VII) claims relating to indemnity agreements for

---

[1] Defendant Magnetek, Inc. ("Magnetek") is not joining in this Motion.

costs and liabilities resulting from the sale of Polychlorinated Biphenyls ("PCBs") to Defendants ("SUs").

2. First, Counts I through IV should be dismissed because Plaintiffs fail to allege that that the underlying liabilities for which they seek defense and indemnity fall within the scope of any particular Defendant's SU. Plaintiffs improperly treat Defendants as a collective group despite the Defendant-specific differences in each Defendant's specific SU.

3. Second, Counts III and IV as to Defendants' duty to defend or indemnify future lawsuits and to indemnify ongoing lawsuits should be dismissed as premature and unripe because they seek declarations of rights regarding events that have not occurred and may never occur.

4. Third, Counts I through IV should be dismissed as to Plaintiffs Old Monsanto and New Monsanto for lack of standing to enforce the SUs.

5. Fourth, Count VII, for equitable contribution, should be dismissed because, among other reasons, Plaintiffs do not allege that Plaintiffs and Defendants are joint tortfeasors liable to the PCB Lawsuit plaintiffs for the same injury

6. Defendants have filed a supporting memorandum with this Motion which they incorporate by this reference.

WHEREFORE, Defendants GE, Paramount, CDE, KAVX, and Gillette request that the Court dismiss Counts I-IV and VII as to them in Plaintiffs' First Amended Petition, and further pray for such other and further relief as the Court deems just and proper.

Dated:  May 1, 2023                                           Respectfully submitted,


                                                              */s/ Peter W. Herzog III*
Peter W. Herzog III, #36429 (MO)
Wheeler Trigg O'Donnell LLP
One Metropolitan Square
211 N. Broadway, Suite 2825
St. Louis, MO  63102-2723
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: pherzog@wtotrial.com

Michael L. O'Donnell (*admitted pro hac vice*)
Marissa S. Ronk (*admitted pro hac vice*)
Erik D. Nadolink (*admitted pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email:    odonnell@wtotrial.com
          ronk@wtotrial.com
          nadolink@wtotrial.com

Attorney for Defendant General Electric Co.

2

Dated:  May 1, 2023                              Respectfully submitted,

*/s/ David B. Helms*
David B. Helms, #48941 (MO)
GM Law PC
8000 Maryland Ave., Suite 1060
St. Louis, MO 63105
Telephone: (314) 504-4166
Facsimile: (816) 471-2221
davidh@gmlawpc.com

Benjamin D. Mooneyham, #65341 (MO)
GM Law PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
benm@gmlawpc.com

Nicholas A. Butto *(admitted pro hac vice)*
Kaitlyn Crowe *(admitted pro hac vice)*
LisaMarie Collins *(admitted pro hac vice)*
Mintz Levin PC
919 Third Avenue, 38th Floor
NY, NY 10022
Telephone: (212) 935-3000
nabutto@mintz.com
kacrowe@mintz.com
lfcollins@mintz.com

Attorney for Defendant Kyocera AVX Components Corporation

3

Dated:  May 1, 2023 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gerard T. Carmody*
　　　　　　　　　　　　　　　　　　　　Gerard T. Carmody, #24769 (MO)
　　　　　　　　　　　　　　　　　　　　David M. Fedder, #38823 (MO)
　　　　　　　　　　　　　　　　　　　　Tyler C. Schaeffer, #60847 (MO)
　　　　　　　　　　　　　　　　　　　　Carmody MacDonald PC
　　　　　　　　　　　　　　　　　　　　120 S. Central Avenue, Suite 1800
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63105
　　　　　　　　　　　　　　　　　　　　Telephone: (314) 854-8600
　　　　　　　　　　　　　　　　　　　　Facsimile: (314) 854-8660
　　　　　　　　　　　　　　　　　　　　gtc@carmodymacdonald.com
　　　　　　　　　　　　　　　　　　　　dmf@carmodymacdonald.com
　　　　　　　　　　　　　　　　　　　　tcs@carmodymacdonald.com

　　　　　　　　　　　　　　　　　　　　Yehudah Lev Buchweitz (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Cameron Mae Bonk (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Weil, Gotshal & Manges LLP
　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10153
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8256
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007
　　　　　　　　　　　　　　　　　　　　yehudah.buchweitz@weil.com
　　　　　　　　　　　　　　　　　　　　cameron.bonk@weil.com

　　　　　　　　　　　　　　　　　　　　C. Michael Evert (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Evert Weathersby Houff
　　　　　　　　　　　　　　　　　　　　3455 Peachtree Road NE, Suite 1550
　　　　　　　　　　　　　　　　　　　　Athens, GA 30326
　　　　　　　　　　　　　　　　　　　　Telephone: (678) 651-1200
　　　　　　　　　　　　　　　　　　　　Facsimile: (678) 651-1201
　　　　　　　　　　　　　　　　　　　　cmevert@ewhlaw.com

　　　　　　　　　　　　　　　　　　　　Christopher G. Conley (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Evert Weathersby Houff
　　　　　　　　　　　　　　　　　　　　200 Cleveland Road, Suite 6
　　　　　　　　　　　　　　　　　　　　Bogart, GA 30622
　　　　　　　　　　　　　　　　　　　　Telephone: (706) 389-7300
　　　　　　　　　　　　　　　　　　　　Facsimile: (706) 389-7301
　　　　　　　　　　　　　　　　　　　　cgconley@ewhlaw.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Paramount Global

Dated:  May 1, 2023                                       Respectfully submitted,


                                                                  */s/ Benjamin J. Wilson*
Benjamin J. Wilson, #63329 (MO)
Segal McCambridge
8112 Maryland Avenue, Suite 400
St. Louis, MO 63105
Telephone: (314) 413-7085
bjwilson@smsm.com

Jonathan M. Ettinger *(admitted pro hac vice)*
Aaron F. Lang *(admitted pro hac vice)*
Foley Hoag LLP
155 Seaport Blvd., Suite 1600
Boston, MA 02210
Telephone: (616) 832-3064
jettinger@foleyhoag.com
alang@foleyhoag.com

Attorneys for Defendant Cornell-Dubilier Electronics, Inc.

Dated:  May 1, 2023							Respectfully submitted,


							*/s/ Robert P. Berry*
							Robert P. Berry, #46236 (MO)
							Andrew D. Lamb, #59600 (MO)
							16150 Main Circle Drive, Suite 120
							St. Louis, Missouri 63017
							Telephone: (314) 480-5881
							Facsimile: (314) 480-5884
							Email:  rberry@berrysilberberg.com
								   alamb@berrysilberberg.com

							John M. Allen, #49642 (MO)
							Sarah B. Mangelsdorf, #59918 (MO)
							Goldberg Segalla LLP
							8000 Maryland Avenue, Suite 640
							St. Louis, MO 63105
							Telephone: (314) 446-3370
							jallen@goldbergsegalla.com
							smangelsdorf@goldbergsegalla.com

							Attorneys for Defendant The Gillette Company, LLC

## **CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel and parties of record who have appeared.

               */s/ Peter W. Herzog III*