# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC.,

               Plaintiffs,

   v.

MAGNETEK, INC.,
GENERAL ELECTRIC CO.,
PARAMOUNT GLOBAL,
KYOCERA AVX COMPONENTS CORPORATION,
CORNELL-DUBILIER ELECTRONICS, INC.
And THE GILLETTE COMPANY LLC,

               Defendants.

Case No.  4:23-cv-00204-HEA

Jury Trial Demanded

## DEFENDANT THE GILLETTE COMPANY LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED PETITION

Defendant The Gillette Company LLC ("Gillette") respectfully moves to dismiss Plaintiffs' First Amended Petition under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). This Court lacks personal jurisdiction over Gillette; Plaintiffs fail to state a claim upon which relief may be granted under Count I; the statute of limitations and the economic loss doctrine bar Count V; and Plaintiffs cannot collect attorney's fees, costs, and expenses under Counts I and II for those incurred prior to May 13, 2022.  Gillette has filed a supporting memorandum with this Motion which it incorporates by this reference.

Respectfully submitted,
BERRY SILBERBERG STOKES PC

*/s/ Robert P. Berry*
Robert P. Berry, #46236 (MO)
Andrew D. Lamb, #59600 (MO)
16150 Main Circle Drive, Suite 120
St. Louis, Missouri 63017
Telephone: (314) 480-5881
Facsimile: (314) 480-5884
Email: rberry@berrysilberberg.com
            alamb@berrysilberberg.com

*Attorneys for Defendant The Gillette Company LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2023, a true and accurate copy of the foregoing was filed with the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Robert P. Berry*