# Exhibit A

# Monsanto

FROM (NAME & LOCATION): B2SC   P. G. Benignus

| | | |
|---|---|---|
| DATE | January 14, 1972 | cc B2SL   W. R. Corey |
| | | C1NA   J. Stapleton |
| SUBJECT | P. R. Mallory | E2NC   R. Hellwig |
| | Indianapolis, Ind. | T. L. Gossage/C. Paton |
| REFERENCE | Capacitor Aroclor | B2NK   W. B. Papageorge |

TO   :   B2SL
         H. S. BERGEN

P. R. Mallory is one of our main customers for capacitor Aroclor. As they have adequate assets and as their Board of Directors are meeting on Tuesday, January 25, their representatives have been requested to meet with Monsanto to get better understanding of the risks and exposure to Mallory regarding the PCB matter.

In essence they seek to meet with our committee to discuss this subject.

We have agreed on Wednesday, January 19 at 9:30 a.m. Room C303.

The Mallory representatives will be:

    Mr. Harry Nieders, Mkt. Mgr. Capacitors
    Mr. Rich Childress, Corporate Attorney
    Dr. D. J. Wilson, Vice President, Corporate Res. & Eng.
    Mallory's Insurance Representative
    Mr. Pat Booe, Consultant

Mallory will come prepared with their insurance policies, financial statements and other documents.

*Paul*

P. G. Benignus

cs

0012580

(317) 636 6358

Customer ___P. R. MALLORY___

Address ___3029 East Washington Avenue___

___Indianapolis, Indiana 46201___

Letter Sent   #1 ☒   #2 ☐   Date _____

Addressed to _____(Return Receipt #: 645579)

Receipt Received ___12-27-71___   Signed by ___R. S. Clark___

Product(s) ___Aroclor 1016___       Wayne Etter
___Aroclor 1242___                  317-261-1609

1971 Sales Total   Lbs. ___703,918___   $ ___220,545___

Hold Harmless Letter   Signed _____

Progress of Conversion

| Date | Action |
|------|--------|
| 1/3/72 | John Fox PA / Mr. Baker Purch — called. Asked for more matl. Said no — sign letter. They said Corp. officers working on — I said only way to get more. |
| 1/7/72 | Richard Mr. Childress — then lawyer called. Understand reasons. Explained program. He asked re price increase — I said yes + why — 3.5¢/lb. Also gave him Stapleton name. |
| 1/19/72 | Mallory personnel visit St. Louis for complete discussion. They will be back to us — probably signing. |
| 2/1/72 | Wayne Etter VP Mallory called needs Aroclor 1115 emplnt. Board has approved signing — he has authority to sign. Few legal questions — will call Stapleton. Lawyers agreed on "hold harmless" document. |
| 2/4/72 | [redacted] |

0422161