# Exhibit B

H. S. BERGEN - B2SL

February 1, 1972

MR. WAYNE ETTER
P.R. MALLORY

J. F. Stapleton



T. L. Gossage

Wayne Etter, V.P. of P.R. Mallory, phoned to advise their Board has approved signing the agreement with Monsanto. Their lawyers have some questions however. <u>Will call you direct today or tomorrow.</u>

They are in need of Aroclor 1016 <u>in their plant</u> by 2/15, (shipment 2/4 or 2/7 latest).

I agreed we'd expedite approval if you and their lawyers agree by mail interchange or verbal commitment (à la General Electric).

H. S. BERGEN

/jf

0422159

MONSANTO STL C

MALLORY IND

TELEX PD INDIANAPOLIS INDIANA FEB 3 1972
MR. JOHN STAPLETON, LAW DEPARTMENT
MONSANTO INDUSTRIAL CHEMICALS COMPANY
800 NORTH LINDBERG BLVD.
ST LOUIS MISSOURI

THIS IS IN ACCORDANCE WITH OUR TELEPHONE CONVERSATION ON THE
SECOND. THE SPECIAL UNDERTAKING BY MALLORY OF POLYCHLORINATED
BIPHENYLS SHALL INCLUDE THE FOLLOWING AMENDMENTS:

1. THE THIRD PARAGRAPH, LINE 9 AFTER "EXPENSES" AND BEFORE
"ARISING" INSERT----/EXCEPT TO THE EXTENT ARISING FROM THE FAILURE
OF PCB'S TO CONFORM WITH SPECIFICATIONS/----.

2. FOURTH PARAGRAPH, PAGE 2, AT THE END OF THE SENTENCE AND
BEFORE THE "PERIOD" INSERT----AND SUCH PROVISIONS SHALL BE APPLIED
TO AND CONSIDERED PART OF EACH SUCH FUTURE CONTRACTS FOR THE SALE OF
PCB'S----

3. A NEW PARAGRAPH TO FOLLOW THE FOURTH PARAGRAPH, PAGE 2, TO
READ----IF, AT ANY TIME WHILE THE SPECIAL UNDERTAKING CONTAINED
HEREIN IS APPLICABLE TO ANY CONTRACTS FOR THE SALE OF PCB'S BY MONSANO
BUYER, MONSANTO AGREES WITH ANOTHER BUYER ON LESS ONEROUS TERMS
AND CONDITIONS THAN THE SPECIAL UNDERTAKINGS BY THE BUYER CONTAINED
HEREIN, MONSANTO SHALL GIVE BUYER NOTICE OF SUCH LESS ONEROUS TERMS
AND CONDITIONS AND, BUYER'S REQUEST, BUYER SHALL BE ENTITLED TO
SUCH TERMS AND CONDITIONS FROM THE EFFECTIVE DATE OF SUCH OTHER BUYERS
AGREEMENT WITH MONSANTO CONTAINING SUCH TERMS AND CONDITIONS.----

0480006

PLEASE ADVISE IF YOU CONCUR TO THE ABOVE. WE WILL THEN RETYPE THE SPECIAL UNDERTAKING, EXECUTE IT AND MAIL IT TO YOU FOR EXECUTION.

R. H. CHILDRESS
TEL: 317-261-1458

P R MALLORY & CO INC
INDPLS IND

CORRECTION IN THE 3. THE 3RD LIND AT END SHOULD READ MONSANTO TO

AND THE 5TH LINE FROM THAT THE WORD AT END SHOULD BE BUYERS

IS THAT OK NOW
63. YES OK YI
O
MONSANTO STL C
M

0480007

ST LOUIS MISSOURI
800 NORTH LINDBERG BLVD.
MONSANTO INDUSTRIAL CHEMICALS COMPANY
MR. JOHN STAPLETON, LAW DEPARTMENT
TELEX PD INDIANAPOLIS INDIANA FEB 2 1972
MALLORY IND

FEB 23 REC'D



**P. R. MALLORY & CO. INC.**
3029 E. Washington St., Indianapolis, Indiana 46206
Telephone: 317-636-5353/Twx: 317-634-4214

PLEASE REPLY TO: Post Office Box 706, Indianapolis, Indiana 46206

February 4, 1972

Monsanto Industrial Chemicals Co.
800 North Lindbergh Boulevard
St. Louis, Missouri 63166

Attention: Mr. John Stapleton,
           Law Department

Dear Mr. Stapleton:

As discussed on the phone, enclosed herewith are two copies of the "SPECIAL UNDERTAKING BY PURCHASERS OF POLYCHLORINATED BIPHENYLS" executed on behalf of our company. It is our understanding that Monsanto will, if at any time while the attached SPECIAL UNDERTAKING is applicable to any contract for the sale of PCB's by Monsanto to our company agree with another buyer on less onerous terms and conditions than embodied in the attached SPECIAL UNDERTAKING, give our company notice of such less onerous terms and conditions and, at our request, we shall be entitled to such terms and conditions from the effective date of such other buyer's agreement with Monsanto containing such terms and conditions.

Please have Monsanto Company execute both copies and return one copy to the undersigned.

Very truly yours,

P. R. MALLORY & CO. INC.

Richard H. Childress
Assistant Secretary

RHC:jr
Encl.

0422157

February 29, 1972

Mr. Richard H. Childress
Assistant Secretary
P. R. Mallory & Company, Inc.
3029 E. Washington Street
Indianapolis, Indiana 46206

Dear Mr. Childress:

Thank you for your letter of February 4, directed to Mr. John Stapleton in our Law Department.

We very much appreciate your cooperation in executing the special undertaking agreement and we are pleased to return a copy of the signed agreement for your files.

Everything now appears to be in order and we look forward to the opportunity to continue our supply of this material to P. R. Mallory & Company.

Sincerely,

Howard S. Bergen, Jr.
Director
Specialty Products

/jf
Enclosure
cc: Mr. Wayne Etter/Mallory

0422156