# Exhibit C

Special Undertaking Project re Post 1971 Sales Summaries for Mallory Capacitor

| Year of sale | Year of sales summary sheet | Page No. | Product | Entity Name | Pounds | City | State |
|---|---|---|---|---|---|---|---|
| 1972 | 1972 | 383 | Aroclor 1016 | Mallory Capacitor | 1,397,700 | Waynesboro | TN |
| 1974 | 1974 | 405 | Aroclor 1016 | Mallory Capacitor | 1,003,100 | Waynesboro | TN |
| 1973 | 1974 | 405 | Aroclor 1016 | Mallory Capacitor | 1,547,900 | Waynesboro | TN |
| 1975 | 1975 | 151 | Aroclor 1016 | Mallory Capacitor | 608,000 | Waynesboro | TN |
| 1976 | 1976 | 21 | Aroclor 1016 | Mallory Capacitor | 1,200,000 | Waynesboro | TN |
| 1977 | 1977 | 35 | Aroclor 1016 | Mallory Capacitor | 1,304,000 | Waynesboro | TN |

```
REPORT B1476-A              MICC DIV-02       SPECIALTY PRODUCTS                                              PAGE  383
                      NO.4 CUSTOMER/PRODUCT SALES REPORT FOR DEC 1972
01/09/73                    -IN ACTUAL POUNDS AND DOLLARS-
```

| | TOTAL MONTH SALES | | Y-T-D SALES | | TOTAL LAST YEAR SALES | | TOTAL YEAR | CUST ID |
|---|---|---|---|---|---|---|---|---|
| | POUNDS | DOLLARS | POUNDS | DOLLARS | POUNDS | DOLLARS | GOAL LBS | MAJR-GRD-GP |
| .LING TEMCO VOUGHT DALLAS TX | | | | | | | | 10046513 |
| JONES & LAUGHLIN STEEL CLEV OH | | | | | | | AR 380418 | 00239356 |
| 1138 INERTEEN 70-30 | | | | | 1,348 | 303 | | 1050-210-16 |
| | | | | | | | | 00239461 |
| LUKENS STEEL COATESVILLE PA | | | | | | | AR 437110 | 00239461 |
| 1230 INERTEEN 70-30 | | | | | 674 | 152 | | 1050-210-16 |
| | | | | | | | | 00249491 |
| LUMMUS CO BLOOMFIELD NJ | | | | | | | AR 437200 | 00249491 |
| 1237 INERTEEN 70-30 | | | | | 720 | 200 | | 1050-210-16 |
| | | | | | | | | 10048060 |
| MAGNA TRAN INC KEARNEY NJ | | | | | | | AR 442562 | 10048060 |
| 1237 INERTEEN PPO | | | | | 2,696 | 607 | | 1050-200-16 |
| .MALLINCKRODT CHEM ST LOUIS MO | | | | | | | | 10048311 |
| MALLINCKRODT CHEM ST LOUIS MO | | | | | | | AR 444700 | 10048311 |
| 1933 INERTEEN 70-30 | | | | | 240 | 78 | | 1050-210-16 |
| .MALLORY CAPACI INDIANAPOLIS IN | | | | | | | | 10048354 |
| MALLORY CAPACITOR WAYNESBOR TN | | | | | | | AR 444717 | 00216143 |
| 1932 AROCLOR 1016 | 97,400 | 19,967 | 1,397,700 | 277,414 | 379,340 | 68,282 | 1,000,000 | 1040-016-16 |
| 1932 AROCLOR 1242 | | | | | 420,198 | 169,475 | | 1040-240-16 |
| TOTAL CUSTOMER | 97,400 | 19,967 | 1,397,700 | 277,414 | 799,538 | 237,757 | 1,000,000 | 00216143 |
| .MARTIN MARIETTA NYC NY | | | | | | | | 00044652 |
| MARTIN MARIETTA LOMPOC CA | | | | | | | AR 451980 | 10048974 |
| 1866 AROCLOR 1242 | | | | | | 17- | | 1040-240-16 |
| MARTIN MARIETTA LEWISPORT KY | | | | | | | AR 451968 | 10037034 |
| 1178 TRANSFORM PYRANOL A1383B | | | | | 675 | 152 | | 1050-300-16 |
| TOT PAR MARTIN MARIETTA NYC NY | | | | | 675 | 135 | | 00044652 |
| | | | | | | | | 00128740 |
| MAXWELL LAB SAN DIEG CA | | | | | | | AR 457012 | 00128740 |
| 1866 AROCLOR 1242 | | | | | 30,000 | 7,260 | | 1040-240-16 |
| .MCGRAW EDISON CO ELGIN ILL | | | | | | | | 00044687 |
| MCGRAW EDISON SOUTH MI WI | | | | | | | AR 462345 | 00128910 |
| 1134 AROCLOR 1016 | 94,900 | 19,455 | 933,300 | 184,489 | 180,840 | 32,551 | 1,200,000 | 1040-016-16 |
| 1134 AROCLOR 1242 | | | | | 552,200 | 99,396 | | 1040-240-16 |
| 1134 AROCLOR 1254 | | | 3,000 | 681 | 600 | 136 | | 1040-280-16 |
| TOTAL CUSTOMER | 94,900 | 19,455 | 936,300 | 185,170 | 733,640 | 132,083 | 1,200,000 | 00128910 |
| NATL ELECT COIL FERNDALE MICH | | | | | | | AR 511482 | 00182788 |
| 1153 INERTEEN PPO | | | | | 3,370 | 758 | 6,000 | 1050-200-16 |

```
REPORT BI476-A                    MICC         SPECIALTY PRODUCTS                                              PAGE  405
                       NO.4 CUSTOMER/PRODUCT SALES REPORT FOR  DEC 1974
12/31/74                   -IN ACTUAL POUNDS AND DOLLARS-
```

| Customer / Product | TOTAL MONTH SALES POUNDS | DOLLARS | Y-T-D POUNDS | SALES DOLLARS | TOTAL LAST YEAR SALES POUNDS | DOLLARS | TOTAL YEAR GOAL LBS | CUST ID MAJR-GRD-GF |
|---|---|---|---|---|---|---|---|---|
| .ITE CIRCUIT BREAKER PHIL PA | | | | | | | | 10042054 |
| ITE IMPERIAL TORONTO OHIO | | | | | | | AR 369820 | 00284025 |
| 1178 INERTEEN 70-30 | | | 674 | 239 | | | | 1050-210-16 |
| ITE IMPERIAL DEER PARK TX | | | | | | | AR 369820 | 00305669 |
| 1968 INERTEEN 70-30 | | | | | 4,718 | 1,250 | | 1050-210-16 |
| TOT PAR ITE CIRCUIT BREAKER PHIL PA | 1,348 | 661 | 5,392 | 2,096 | 12,278 | 3,367 | | 10042054 |
| | | | | | | | | 00305790 |
| ITE IMPERIAL SPARTANBURG SC | | | | | | | AR 369820 | 00305790 |
| 1967 INERTEEN 70-30 | | | 3,370 | 1,196 | 1,080 | 302 | | 1050-210-16 |
| | | | | | | | | 00183830 |
| JARD COMPANY INC BENNINGTON VT | | | | | | | AR 373198 | 00183830 |
| 1252 AROCLOR 1016 | | | 676,800 | 196,127 | 963,300 | 197,478 | 900,000 | 1040-016-16 |
| | | | | | | | | 00317349 |
| KUHLMAN ELECTRIC GRD RAPIDS MI | | | | | | | AR 404311 | 00317349 |
| 1974 INERTEEN 70-30 | | | 2,696 | 714 | | | | 1050-210-16 |
| | | | | | | | | 00127264 |
| KUHLMAN ELEC CRYSTAL SPR MS | | | | | | | AR 404311 | 00127264 |
| 1974 INERTEEN 70-30 | | | 270,860 | 80,850 | | | 420,000 | 1050-210-16 |
| 1974 TRANSFORMER PYRANOL A1383B-2 | | | | | 219,410 | 52,456 | | 1050-301-16 |
| TOTAL CUSTOMER | | | 270,860 | 80,850 | 219,410 | 52,456 | 420,000 | 00127264 |
| .MALLORY CAPACI INDIANAPOLIS IN | | | | | | | | 10048354 |
| MALLORY CAPACITOR WAYNESBOR TN | | | | | | | AR 444717 | 00216143 |
| 1932 AROCLOR 1016 | 91,600 | 33,617 | 1,003,100 | 288,417 | 1,547,900 | 317,928 | 1,200,000 | 1040-016-16 |
| 1932 CAPACITOR FLUID 1475 | 8,960 | 6,606 | 8,960 | 6,606 | | | | 1040-018-16 |
| TOTAL CUSTOMER | 100,560 | 40,223 | 1,012,060 | 295,023 | 1,547,900 | 317,928 | 1,200,000 | 00216143 |
| .MCGRAW EDISON CO ELGIN ILL | | | | | | | | 00044687 |
| MCGRAW EDISON PWR FERNDALE MI | | | | | | | AR 462345 | 00302279 |
| 1153 AROCLOR 1016 | | | 7,200 | 2,820 | 10,800 | 2,808 | | 1040-016-16 |
| | | | | | | | | 00290696 |
| MCGRAW EDISON GREENWOOD SC | | | | | | | AR 462345 | 00290696 |
| 1967 AROCLOR 1016 | 86,200 | 31,635 | 791,400 | 248,597 | 466,700 | 95,675 | 700,000 | 1040-016-16 |
| 1967 AROCLOR 1254 | | 849- | 3,600 | 681 | 1,800 | 450 | | 1040-280-16 |
| TOTAL CUSTOMER | 86,200 | 30,786 | 795,000 | 249,278 | 468,500 | 96,125 | 700,000 | 00290696 |
| .MONSANTO COMP ST LOUIS MO | | | | | | | | 00047147 |
| MONSANTO LOS ANGELES CA | | | | | | | AR | 00148822 |
| AROCLOR 1016 | | | | | 802- | 3,137- | | 1040-016-16 |

```
B1131-A  DIRECT #2        DOMESTIC              MICC FUNCTION / PRODUCTS              FOR 01 1975            PAGE 151
12/31/75                  SALES                 PRODUCT/CUSTOMER SALES REPORT
                                              -IN THOUSANDS OF POUNDS AND DOLLARS-
```

| M/G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y.T.D. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST.I.D./ MAJR-GRO-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | L6 DIELECTRICS C.PATON | | | | | | | | | | | | | | | | | |
| X | | AROCLOR 1016 | | | | | | | | | | | | | | | | | 02250A  1040-016-16 |
| 16 | P2 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 1915 | 1800 | 999 | | 91 | 90 | 91 | 91 | | 90 | 89 | 91 | 91 | 183 | 92 | 00294438 |
| 16 | P2 | .WESTERN ELECTRIC ALLENTOWN PA | | | | .110 | | .110 | | | | | | | | | | | 00269638 |
| 16 | P1 | .CAPACITOR SPECLST ESCONDIDO CA | 120 | 101 | 120 | 37.8 | 1.80 | 1.80 | 5.40 | 3.60 | 3.60 | 1.80 | 3.60 | 1.80 | 1.80 | 7.20 | 5.40 | | 00181374 |
| 16 | P3 | .CAROLINA CAPACITR RIDGEVILL SC | 100 | | 50.0 | 1.80 | | | | | | 1.80 | | | | | | | 00309026 |
| 16 | P2 | .TOBE DEUTSCHMAN LABS CANTON MA | | 1.80 | | .600 | | | .600 | | | | | | | | | | 00335568 |
| 16 | P3 | .ELECTRICAL UTILIT LA SALLE IL | 1250 | 966 | 800 | 414 | | 42.4 | 42.3 | 84.6 | | 78.5 | | 42.8 | 39.2 | 42.2 | | 42.3 | 10025745 |
| 16 | P2 | .UNIV MFG CORP BRIDGEPORT CT | | 1080 | 800 | 543 | | 92.1 | | | 89.0 | 87.1 | | | 91.3 | 90.9 | | 92.0 | 10025796 |
| 16 | P2 | UNIV MFG CORP TOTOWA NJ | | 870 | 900 | 543 | 94.0 | 89.2 | | 90.9 | 89.1 | 89.2 | | | | | 91.0 | | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | | 1950 | 1700 | 1086 | 94 | 181 | | 91 | 178 | 177 | | | 91 | 91 | 91 | 92 | 10025796 |
| 16 | P1 | .ELECTRO MAGNET FI PALO ALTO CA | 1.00 | 1.20 | 1.00 | .110 | | | | | | | | | | | | .110 | 00287040 |
| 16 | P2 | .CORNELL DUB ELEC N BEDFORD MAS | | 1538 | 1000 | 800 | 81.7 | 92.0 | 83.0 | 90.4 | 89.5 | | 89.8 | | 91.0 | | 91.6 | 90.9 | 00086746 |
| 16 | P3 | .GEN ELEC ROME GA | | .600 | | | | | | | | | | | | | | | 10031281 |
| 16 | P2 | GEN ELEC FORT EDWARDS NY | | 6418 | 4000 | 3397 | 383 | 287 | 379 | 191 | 186 | 280 | 185 | 281 | 282 | 471 | 285 | 188 | 00249467 |
| 16 | P2 | GEN ELEC HUDSON FALLS NY | | 2280 | 1872 | 2072 | 285 | 96 | 282 | 188 | 282 | 1 | 184 | 187 | 188 | 188 | 96 | 95 | 10051931 |
| | | PARENT CUST. TOT-GEN-ELEC SCHNEC | | 8699 | 5872 | 5469 | 668 | 383 | 661 | 379 | 469 | 279 | 371 | 468 | 470 | 659 | 381 | 283 | 10599474 |
| 16 | P2 | .HIGH ENERGY MALVERN PA | | 129 | 100 | | | | | | | | | | | | | | 10037964 |
| 16 | P2 | .JARD COMPANY INC BENNINGTON VT | | 677 | 600 | 271 | | 90.5 | | | | | 90.1 | | | | 90.2 | | 00183830 |
| 16 | P3 | .MALLORY CAPACITOR WAYNESBOR TN | 1200 | 1003 | 750 | 608 | | 45 | 46 | 45 | 95 | | | 45 | 96 | 141 | | 96 | 00216143 |
| 16 | P3 | .MCGRAW EDISON PWR FERNDALE MI | | 7.20 | | | | | | | | | | | | | | | 00302279 |
| 16 | P3 | MCGRAW EDISON GREENWOOD SC | 800 | 791 | 600 | 781 | 90 | 87 | | 88 | 169 | | 84 | | 86 | 89 | | 89 | 00290696 |
| | | PARENT CUST. TOT-MCGRAW EDISON C | 800 | 799 | 600 | 781 | 90 | 87 | | 88 | 169 | | 84 | | 86 | 89 | | 89 | 00044687 |
| | | .MONSANTO LOS ANGELES CA | | | | | | | | | | | | | | | | | 00148822 |
| | | MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| | | PARENT CUST. TOT-MONSANTO CORP S | | | | | | | | | | | | | | | | | 00047147 |
| 06 | 24 | .NO CHG SHIPMENTS SPECIALTY PRO | | | | | | | | | | | | | | | | | 00271020 |
| 16 | P2 | .R F INTERONICS BAYSHORE LI NY | | | | .220 | | | | | | | | | .220 | | | | 00335673 |
| 16 | P3 | .SANGAMO ELEC PICKENS SC | 700 | 717 | 700 | 852 | 96.1 | 94.9 | 96.3 | | | 93.3 | 94.3 | | 94.8 | 94.0 | 94.8 | | 93.7 | 10070783 |
| 16 | P2 | .SPRAGUE ELEC N ADAMS MA | | 902 | 700 | 362 | | | 91.6 | 90.4 | | | | 89.1 | | | 90.4 | | 10074770 |
| 16 | P1 | .WESTINGHOUSE ELEC BENICIA CA | | .600 | | | | | | | | | | | | | | | 00319406 |
| 16 | P3 | WESTINGHOUSE BLOOMINGTON IND | 2200 | 2420 | 2100 | 1031 | 94 | 187 | 95 | | 92 | 92 | 93 | | 94 | 94 | 94 | 96 | 10089786 |
| 16 | P3 | WESTINGHOUSE TERRE HAUTE IN | | 1.20 | | 3.00 | 1.20 | | | | | | 1.20 | | | | +.60 | | 00283096 |
| 16 | P2 | WESTINGHOUSE-LIGHT-DIV CLEV OH | | 12.0 | | | | | | | | | | | | | | | 10089441 |
| 16 | P2 | WESTINGHOUSE RESEARCH PITTS PA | | .600 | | | | | | | | | | | | | | | 00252433 |

```
B1131-A  DIRECT =2      DOMESTIC           MICC FUNCTION PRODUCTS                FOR D 1976        PAGE 21
12/31/76                SALES               PRODUCT/CUSTOMER SALES REPORT
```

—IN THOUSANDS OF POUNDS AND DOLLARS—

| M G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJR-GRO-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AROCLOR 1016 | | | | | | | | | | | | | | | | 02250A | 1040-016-16 |
| 16 | P1 | .JARO COMPANY INC BENNINGTON VT | 550 | 271 | 450 | 901 | 91 | 90 | | 90 | | 95 | 88 | 83 | | 91 | 90 | 182 | 00183830 |
| 16 | P1 | .MALLORY CAPACITOR WAYNESBOR TN | 800 | 608 | 800 | 1200 | 91 | 96 | 95 | 161 | 95 | 94 | 94 | 90 | 93 | 95 | 88 | 89 | 00216143 |
| 16 | P1 | .MCGRAW EDISON GREENWOOD SC | 800 | 781 | 800 | 180 | | 89.7 | | 90.1 | | | | | | | | | 00290696 |
| | D624 | .NO CHG SHIPMENTS SPECIALTY PRD | | | | | | | | | | | | | | | | | 00271020 |
| | | .MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| 16 | P1 | .R F INTERONICS BAYSHORE LI NY | | .220 | | | | | | | | | | | | | | | 00335673 |
| 16 | P1 | .SANGAMO ELEC PICKENS SC | 800 | 852 | 800 | 645 | 94.3 | 89.4 | 95.0 | | | 96.2 | | 86.3 | 93.9 | | 90.0 | | 10070783 |
| 16 | P1 | .SPRAGUE ELEC N ADAMS MA | 720 | 362 | 450 | 450 | | 90.4 | | 90.7 | 90.2 | | | | 87.9 | | 90.5 | | 10074770 |
| 16 | P1 | .TOBE DEUSCHMAN CANTON MA | 5.00 | | 5.00 | | | | | | | | | | | | | | 00359744 |
| 16 | P1 | .WESTINGHOUSE BLOOMINGTON IND | 1200 | 1031 | 1200 | 1188 | 190 | 94 | 97 | 93 | 95 | | 175 | 87 | 176 | 93 | 88 | | 10089784 |
| 16 | P1 | .WESTINGHOUSE TERRE HAUTE IN | | 3.00 | | 1.80 | | | | .60 | | | | | | 1.20 | | | 00283096 |
| 16 | P1 | .WESTINGHOUSE RESEARCH PITTS PA | | | | .600 | .600 | | | | | | | | | | | | 00252433 |
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 1200 | 1034 | 1200 | 1190 | 190 | 94 | 97 | 94 | 95 | | 175 | 87 | 176 | 95 | 88 | | 00847740 |
| 16 | P1 | .YORK CAPACITOR WINOCSKI VT | 108 | 79.2 | 108 | 85.2 | | 26.4 | | | 6.0 | | | 26.4 | | | | 26.4 | 10092590 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | .MISCELLANEOUS ADJUSTMENTS | | | | | | | | | | | | | | | | | 00197777 |
| | | .CUSTOMER UNKNOWN | | | | .600 | | | | .60 | | | | 3.00 | | | | 3.00 | 99999985 |
| | | TOTAL PRODUCT * * * * * * * LB | 18462 | 12795 | 16005 | 18275 | 1635 | 1732 | 1715 | 1801 | 1390 | 1667 | 1271 | 1378 | 1307 | 1431 | 1333 | 1625 | 1040-016-16 |
| | | 02250A          * * * * * * * $$ | 7329 | 4801 | 6354 | 9244 | 650 | 689 | 909 | 955 | 737 | 879 | 675 | 732 | 692 | 759 | 706 | 861 | |
| | | AROCLOR 1254 | | | | | | | | | | | | | | | | 00361C | 1040-280-16 |
| 16 | P1 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 3.60 | | | | | | | | | | | | | | | 00294438 |
| 16 | P1 | .AXEL ELECTRONICS JAMAICA NY | | 19.8 | | | | | | | | | | | | | | | 10007139 |
| 16 | P1 | .CORNELL DUB ELEC N BEDFORD MAS | | 6.00 | | | | | | | | | | | | | | | 00086746 |
| 16 | P1 | .MCGRAW EDISON GREENWOOD SC | | 1.80 | | 1.80 | | 1.80 | | | | | | | | | | | 00290696 |
| 16 | P1 | .R F INTERONICS BAYSHORE LI NY | | 10.8 | | | | | | | | | | | | | | | 00335673 |
| 16 | P1 | .SANGAMO ELEC PICKENS SC | | 7.80 | | 8.40 | | | 1.20 | 7.20 | | | | | | | | | 10070783 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | .CLAIM ACCOUNT | | | | | | | | | | | | | | | | | 00156361 |
| | | TOTAL PRODUCT * * * * * * * LB | | 49.8 | | 10.2 | | 3.00 | 7.20 | | | | | | | | | | 1040-280-16 |
| | | 00361C          * * * * * * * $$ | | 24.5 | | 5.93 | | 1.43 | 4.50 | | | | | | | | | | |
| | | CAPACITOR 21 | | | | | | | | | | | | | | | | 00343C | 1040-225-16 |
| 16 | P1 | .GEN ELEC FORT EDWARDS NY | | 20.8 | | 10.4 | | | | | 10.4 | | | | | | | | 00249467 |
| 16 | P1 | .WESTINGHOUSE BLOOMINGTON IND | | | | 9.86 | | 2.08 | 2.08 | 2.08 | 2.08 | | | | | | 1.56 | | 10089784 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | 20.8 | | 20.3 | | 2.1 | 2.1 | 2.1 | 12.5 | | | | | | 1.6 | | 1040-225-16 |
| | | 00343C          * * * * * * * $$ | | 12.0 | | 15.0 | | 1.56 | 1.56 | 1.56 | 9.36 | | | | | | .91 | | |

```
G21294
'81131-A  DIRECT =2        DOMESTIC              HICC SPECIAL  CHEMICALS                    FOR DI 1977        PAGE  35
12/31/77                   SALES                 PRODUCT/CUSTOMER SALES REPORT
                                      -IN THOUSANDS OF POUNDS AND DOLLARS-
```

| G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJR-GRD-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PHOSPHOROUS ACID SOLN 50PC | | | | | | | | | | | | | | | 91856A | | 7212-000-09 |
| | 11H7 | .PETROLITE CORP ST LOUIS MO | | | | | | | | | | | | | | | | | 00044970 |
| | | .MISCELLANEOUS ADJUSTMENTS | | | | | | | | | | | | | | | | | 00197777 |
| | | TOTAL PRODUCT * * * * * * LB | | | | | | | | | | | | | | | | | 7212-000-09 |
| | | 91856A       * * * * * * $$ | | | | | | | | | | | | | | | | | |
| | | 85 TOT MAJOR PHOSPHORUS ACID LB | | | | | | | | | | | | | | | | | |
| | | $$ | | | | | | | | | | | | | | | | | |
| | | 41 TOT CLASS DISC SPEC CHEM LB | | 2839 | | 256 | 66.3 | 51.6 | 17.9 | 16.2 | 2.0 | 10.3 | 12.0 | 6.0 | 5.2 | 9.5 | 11.6 | 47.8 | |
| | | $$ | | 4457 | | 428 | 91.6 | 82.8 | 39.9 | 33.3 | 4.3 | 38.9 | 23.5 | 14.1 | 11.1 | 15.9 | 24.1 | 48.4 | |
| | | 02 TOT SUPV R.RICHARDSON LB | 7205 | 11035 | 7888 | 7462 | 691 | 543 | 477 | 878 | 746 | 664 | 575 | 409 | 832 | 780 | 113 | 785 | |
| | | $$ | 6848 | 11452 | 7597 | 7029 | 775 | 448 | 468 | 710 | 612 | 718 | 397 | 475 | 824 | 459 | 490 | 651 | |
| | | AROCLOR 1016 | | | | | | | | | | | | | | | 02250A | | 1040-016-16 |
| | 16P1 | .AEROVOX-BELLVIL NEW BEDFORD MA | 1540 | 1958 | 2550 | 2756 | 90 | 89 | 273 | 180 | 180 | 179 | 178 | 273 | 277 | 1038 | | | 00294438 |
| | 16P1 | .BALDOR ELECTRIC RIDGEVILLE SC | | 1.80 | | 60.6 | | | | | | 20.4 | | | | 40.2 | | | 00309826 |
| | 16P1 | .CAPACITOR SPECLST ESCONDIDO CA | 20.0 | 28.8 | 30.0 | 13.8 | 1.80 | 3.60 | 5.40 | 3.00 | | | | | | | | | 00181374 |
| | 16P1 | .CINE-CHROME-EL DV-PALO ALTO CA | | 1.20 | | | | | | | | | | | | | | | 00287040 |
| | 16P1 | .ELECTRICAL UTILIT LA SALLE IL | 600 | 798 | 1300 | 673 | | 80 | 85 | 41 | 41 | 36 | 86 | | 118 | 187 | | | 10025745 |
| | 16P1 | .UNIV. MFG CORP BRIDGEPORT CT | 915 | 1086 | 1200 | 1081 | 89 | 89 | 91 | 91 | 181 | 90 | 89 | 119 | 150 | 91 | | | 10025796 |
| | 16P1 | UNIV MFG CORP TOTOWA NJ | 545 | 1080 | 1000 | 1444 | 90 | 89 | 90 | 90 | 92 | 90 | 92 | 89 | 356 | 367 | | | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | 1460 | 2166 | 2200 | 2524 | 178 | 178 | 181 | 181 | 273 | 180 | 181 | 209 | 506 | 458 | | | 10025796 |
| | 16P1 | .CORNELL DUB ELEC N BEDFORD MAS | 910 | 1056 | 950 | 896 | 90 | 89 | 90 | 91 | 92 | 91 | 90 | | 177 | 88 | | | 00086746 |
| | 16P1 | .GEN ELEC FORT EDWARDS NY | 3864 | 5866 | 1300 | 1667 | 285 | 191 | 189 | 567 | 369 | 66 | 1 | | | | | | 00249467 |
| | 16P1 | GEN ELEC HUDSON FALLS NY | 1472 | 1704 | 300 | 94.1 | 94.1 | | | | | | | | | | | | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | 5336 | 7570 | 1600 | 1761 | 379 | 191 | 189 | 567 | 369 | 66 | 1 | | | | | | 10599474 |
| | 16P1 | .HIGH ENERGY MALVERN PA | 90.0 | 44.9 | 50.0 | 45.5 | | | | 45.5 | | | | | | | | | 10037964 |
| | 16P1 | .JARD COMPANY INC BENNINGTON VT | 450 | 901 | 1050 | 540 | | | 98.4 | 89.0 | 91.7 | 90.8 | 88.7 | | 89.1 | | | | 00183830 |
| | 16P1 | .MALLORY CAPACITOR WAYNESBOR TN | 700 | 1200 | 1150 | 1304 | 96 | 96 | 94 | 95 | 90 | 96 | 91 | 180 | | 467 | | | 00216143 |
| | 16P1 | .MCGRAW EDISON GREENWOOD SC | 270 | 180 | | | | | | | | | | | | | | | 00290696 |
| | | .MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| | 16P1 | .SANGAMO WESTON PICKENS SC | 360 | 645 | | 13.2 | | | | 13.2 | | | | | | | | | 10070783 |
| | 16P1 | .SPRAGUE ELEC N ADAMS MA | 270 | 450 | 180 | 106 | 90.8 | | 88.9 | | | | 73.9 | | | | | | 10074770 |
| | 16P1 | .WESTINGHOUSE BLOOMINGTON IND | 600 | 1188 | 270 | 227 | 89.9 | 89.1 | | | | | | 48.0 | | | | | 10089786 |
| | 16P1 | WESTINGHOUSE TERRE HAUTE IN | | 1.80 | | 1.80 | | | .60 | | | | 1.20 | | | | | | 00283096 |
| | 16P1 | WESTINGHOUSE RESEARCH PITTS PA | | .600 | | | | | | | | | | | | | | | 00252433 |
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 600 | 1190 | 270 | 229 | 89.9 | 89.1 | .6 | | | | 1.2 | 48.0 | | | | | 00047740 |
| | 16P1 | .YORK CAPACITOR WINOOSKI VT | 104 | 85.2 | 70.0 | 158 | | | 26.4 | | 26.4 | | 26.4 | | 26.4 | 52.8 | | | 10092590 |