Exhibit H

MINUTES OF MEETING

ON

PROPOSED PCB EFFLUENT STANDARDS

February 28, 1974

Monsanto Company
St. Louis, Mo.

0036921

Chairman:   Mr. W. B. Papageorge
            Manager, Product Acceptability
            Monsanto Industrial Chemicals Co.


Objective:

The purpose of the meeting was to share
information, experiences and impressions to
help each of the participating companies in
taking appropriate actions which are mutually
supportive and effective in persuading the
Administration of EPA to modify the proposed PCB
Effluent Standard.

0036922

PARTICIPANTS

PCB STANDARDS MEETING

February 28, 1974

CERTIFIED BALLAST MANUFACTURERS

    Mr. N. R. Clark            Universal Manufacturing Co.

E.I.A.

    Mr. Arnold S. Doty        P. R. Mallory & Co., Inc.
    Dr. E. M. Moore           Electrical Utilities Co.
    Mr. Rudy Carlson         Electrical Utilities Co.

GENERAL ELECTRIC COMPANY

    Mr. James S. Nelson
    Mr. Stuart Richel
    Dr. Edward L. Simons

JARD COMPANY, INC.

    Mr. Richard Rollins

NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION (NEMA)

    Mr. A. M. Salazar

WESTINGHOUSE CORPORATION

    Mr. H. Sheppard
    Mr. N. H. Smith

0036923

-2-

MONSANTO COMPANY

P. G. Benignus        Market Manager

H. S. Bergen        Business Director

D. B. Hosmer        Utilities and Environmental
                               Protection Director

R. H. Munch        Senior Science Fellow

W. B. Papageorge        Manager, Product Acceptability

W. W. Withers        Attorney

C. Paton        Product Manager

W. R. Richard        Manager, Research and Development

J. R. Savage        Manager, Manufacturing

E. S. Tucker        Research Group Leader

P. L. Wright        Manager, Toxicology

0036924

<u>AGENDA</u>

<u>PCB EFFLUENT STANDARDS MEETING</u>

February 28, 1974

9:00 AM     1.  Welcome - H. S. Bergen

9:10 AM     2.  Introductory Remarks - W. B. Papageorge

                a.  Brief Review of Proposed Standard

                b.  Critical Action Dates

                c.  Objectives of Meeting

        3.  Discussion Topics

9:15 AM     a.  PCB Characteristics - Realistic Definition
                    chemical, physical, biodegradation

9:45 AM     b.  Sampling and Analytical Methodology

10:15 AM    Break

10:30 AM    c.  Toxicity
                    Acute
                    Chronic

11:30 AM    d.  Bioaccumulation - Biomagnification

12:00 Noon  e.  Dilution - Stream Size

12:30 PM    Lunch

1:15 PM     f.  Proposed Effluent Standard

2:00 PM     g.  Control at Manufacturing and Use Sites
                    Current losses
                    Background

2:45 PM     Break

3:00 PM     h.  Economic Considerations

3:30 PM     i.  Action Plans

4:00 PM     Adjourn

0036925

## MINUTES OF PCB EFFLUENT STANDARDS MEETING

1. Mr. Howard S. Bergen, Jr., Director, Specialty Products Business Group of Monsanto Industrial Chemicals Company, welcomed the participants.

2. <u>Introduction</u> - W. B. Papageorge

   Mr. Papageorge summarized the timetable past and future on toxic pollutants:

   | | |
   |---|---|
   | July 6, 1973 | - Toxic Pollutants list published |
   | September 7, 1973 | - Final toxic pollutants list published including PCBs and 8 other chemical classes (e.g. cyanide, mercury, DDT, cadmium, etc.) |
   | December 27, 1973 | - Proposed Effluent Standards published |
   | January 18, 1974 | - Filing date for status as participant at proposed EPA Hearing on Standards |
   | January 25, 1974 | - (i)  Prehearing Conference with EPA |
   | | (ii)  NEMA, Monsanto, G.E. and Westinghouse recognized as participants. |
   | | (iii)  A total of 38 objectors expressed an interest.  They represented industry or trade associations with the exception of the Michigan Water Research Commission and two powerful environmental groups (Environmental Defense Fund and National Resources Defense Council). |
   | | (iv)  <u>Presiding officer made it clear that Hearings will be strictly for cross-examination of participants' testimonies in affidavit form only.</u> |

0036926

| | | |
|---|---|---|
| March 15, 1974 | - | Written testimony by 38 objectors to be submitted in affidavit form. |
| April 8, 1974 | - | Hearings open for cross-examination and rebuttal evidence.  CN⁻/Cd/Hg - first three.  PCBs are 7th (third from last). |
| Mid-May, 1974 | - | Hearings completed.  (Evenings/week-ends may be used.) |
| June 25, 1974 | - | Final standards published - effective in one year. |

It should be noted that others who are affected by these standards can still comment by March 25 to:

> Dr. C. Hugh Thompson,
> Chairman-Hazardous and Toxic Substances
> Regulation Task Force
> Office of Water Protection Agency,
> Environmental Protection Agency
> Washington D. C.  20460

Industry representatives still wishing to comment and who need more background information can contact any of the industry participants (see attached list) or Mr. W. B. Papageorge of Monsanto (314-694-4051).

Mr. Richel (G.E.):

(i)   Made a plea for greater industry participation.  Comments can still be made up to March 25 with sound excuse for tardiness.

(ii)  EPA at January 25 prehearing Conference were reluctant to expose themselves to cross-examination.  Dr. Hugh Thompson to be available for cross-examination at Hearings.

(iii) Many objectors had common interest (e.g. environmentalists). EPA suggested a common counsel for this group.

(iv)  On each of first 3 pollutants, EPA would offer 2 witnesses.

Mr. Doty (P.R. Mallory) asked about bearing of economic factors on standards.

Mr. Richel (G.E.) stated:

(i)   Law is clear-economic factors are not relevant in establishing standards.

(ii)  EPA is somewhat of a split personality on this.  The

0036927

Presiding Officer at the Prehearing Conference ruled that economics are relevant.  NRDC (National Resources Defense Council) objected and was over-ruled.

(iii)  Industry can and should therefore introduce relevant economic data.  EPA would be wise not to expressly refer to such data in the published standard otherwise NRDC could go to court and EPA over-ruled.

Department of Commerce

It was pointed out that Sidney R. Gallier, Deputy Assistant Secretary for Environmental Affairs at the Department of Commerce wrote Monsanto on January 15 asking their views on the proposed effluent standards.  Copies of Dr. Gallier's letter and Monsanto's response were circulated at the meeting.  Industry should contact the Dept. of Commerce.  Their legal counsel (Mr. Morland) has been active on the side of industry in other environmental hearings.

Mr. Salazar (NEMA) pointed out that the PCB Task Force had recommended a standard for PCBs of 0.01 ppb in the main body of water.  (EPA was a member of that task force).  ANSI C-119 proposes to use this Task Force recommendation and print this as a standard of 0.01 ppb in main body of water.

Mr. Sheppard (Westinghouse) queried if plant effluent standards could be set to meet 0.01 ppb.

Dr. Simons (G.E.) said this implied an acceptance of ANSI C-119 by industry.

There seemed to be some doubt on this.

PCB Characteristics

Dr. Tucker (Monsanto) presented hand-outs on:

(a)  Monsanto's proposed definition of PCBs

(b)  Comments on EPA's proposed analytical methodology

(c)  Monsanto's pre-publication paper on biodegradation of PCBs.

(a)  Definition of PCBs

1-4 chlorobiphenyls do not have long residence time. PCBs up to tetrachlorobiphenyl are not of concern on environmental persistence or biomagnification. Dr. Tucker proposed the following definition:

-4-

"Polychlorinated biphenyls (PCBs) means
materials containing the biphenyl group
which is chlorinated and which have been
shown to persist and rapidly bioaccumulate
in the aquatic environment. These
chlorinated biphenyls are identified as
those components having gas chromatographic
retention times greater than 54, relative
to p, p-DDE = 100, under the standard con-
ditions recommended in the EPA PCB test
method."

Mr. Sheppard (Westinghouse) said Monsanto's proposed definition
was relevant to persistence but was it relevant for standards
directed toward toxic materials?  Are persistent materials non-
toxic?

Mr. Wright (Monsanto) stated the proposed effluent standard had
two parts:

(i)   acute limits directed to toxicity of materials
      and specifically limits PCB concentrations on
      that basis.

(ii)  daily load in effluent - based solely on bio-
      magnification (relevant to persistence).

Dr. Simons (G.E.) pointed out that section 307-A of the proposed
standard refers to persistence as being a critical factor to be
considered.

Dr. Tucker (Monsanto) stated we were badly hurt if all PCBs are
regarded as persistent and if biomagnification factors of
200,000 are used.  Researchers other than Monsanto have found
bacterial degradation of PCBs and that PCBs have been found to
undergo metabolism in both aviarian and mammalian animals.

Mr. Nelson (G.E.)  asked if proposed PCB definition would
exclude Aroclor 1016.

Dr. Tucker (Monsanto) Aroclor 1016 would be excluded for the most
part (98.9% is lower than pentachlorobiphenyl).  Aroclor 1242
would be excluded to 65% or better.  Aroclor 1254 however would
not be excluded.

Mr. Papageorge (Monsanto) pointed out that of the factors listed
as being critical in determining which pollutants made the EPA
list of 9/7/73 only biomagnification appeared relevant to PCBs.

Dr. Simons (G.E.) agreed.

0036929

-5-

Mr. Wright (Monsanto) stated that an acute toxicological level is defined in the EPA Basis & Purpose document as ≤ 10 ppm (96 hour LC-50). He also believes that differences in toxicity among PCBs are minor until chlorinated as high as Aroclor 1260.

Mr. Nelson (G.E.) stated that words should be used in a discourse on definition to properly screen us on acute toxicity.

In reference to a comment that Aroclor 1254 would not be excluded by the proposed definition, Dr. Tucker (Monsanto) offered the opinion that transformer fluids were easier to recover than capacitors.

   (b)  Analytical Methodology

Dr. Tucker (Monsanto) stated the EPA's proposed method for PCB analysis was being submitted to ASTM. He thought the method was well written and capable of detection to ppt (parts per trillion) but it was untried and the quantitative accuracy is in question. The method was not submitted for round-robin testing before EPA adopted it. Monsanto has found that by spiking distilled water with 500,000 ppt or 500 ppb of PCBs we get values for PCB that vary by ± 55%. The EPA, however, claims a capability of detecting absolute values at 50 ppt. The EPA method ignores interfering substances.

Mr. Clark (Universal Manufacturing) said that with a proposed upper limit for PCB discharge of 0.0648 lb./day the sensitivity of the analytical method would vary "all over the lot" depending on the size of the water "reservoir" into which the PCBs discharge.

Mr. Sheppard (Westinghouse) commented that if the analytical techniques on determining PCB levels are so difficult, how valid are the determination of toxic values for PCBs.

Mr. Clark (Universal Manufacturing) asked if analytical techniques differentiate between different chlorine levels. Dr. Tucker (Monsanto) said it would depend on the PCB mixture. Aroclor 1242 could probably be identified quantitatively in a mixture with Aroclor 1260 but addition of Aroclor 1254 to the mixture would prevent identification because Aroclor 1254 contains PCB homologs that overlap both Aroclor 1242 and 1260.

Dr. Munch (Monsanto) said that the proposed EPA method does not use high resolution and hence handicaps identification of individual peaks.

Dr. Simons (G.E.) mentioned that after EPA set automotive emission standards (NIOX) the analytical methodology was found faulty and the standards were delayed. In this case, EPA is not setting the effluent standard on analytical methodology but

on factors such as toxicity and persistence. The methodology is relevant in enforcement and monitoring. This then leads to the possible argument that the effluent standard is correct and justified on the basis of toxicology et al, but is not enforceable due to lack of an accurate method for absolute value determination of PCB discharge.

Mr. Richel (G.E.) pointed out that EPA won't buy an answer to that argument which seeks to raise the effluent standard to a level that can be accurately measured. Mr. Savage (Monsanto) felt strongly, however, that this dilemma needed to be in the record. Others agreed.

Dr. Tucker (Monsanto) said ASTM would hold a round-robin on the EPA method and that Monsanto would participate. He will send the name of the ASTM contact to the participants so that they can decide if they want to join the round-robin test.

Mr. Sheppard (Westinghouse) said he was not prepared to accept that the proposed EPA method for determining quantities and types of PCB in samples and animals was accurate enough so that toxic limits could be defined on the basis of PCB levels of questionable accuracy.

Toxicity

Mr. Hosmer (Monsanto) stated that the original EPA publication on Water Quality Criteria came from a publication by McKee and Wolfe for the State of California. The McKee/Wolfe volume was well done and EPA did not change much of it. There is now a new 2-volume EPA edition extracted from the work of 10 committees of the National Academy of Sciences.

The toxicity of PCBs is related to salmon egg studies and Monsanto doubts the validity of this. Monsanto has made their feelings known to Dr. Thompson of EPA but he thought the criteria were sound. Since then Russell Train has been sued by NRDC and other groups on the grounds that the toxic pollutants list is not long enough and the proposed standards are too lenient.

Mr. Wright (Monsanto) went through the rationale used by EPA in arriving at a PCB discharge maximum of 0.0648 lb./day. He also showed how the standard could be changed and yet be consistent with published data on PCBs. Details follow.

(a)   FDA set arbritary proposed tolerances:

     5 ppm in fish for human consumption
     5 ppm in components for animal feed
     0.5 ppm in complete animal feed

(b)   Monsanto would not disagree with these tolerances.

(c)   FDA has presented - acute toxicity limits (point
                         sources)
                       - chronic toxicity limits (daily
                         load)

Acute toxicity limits:

96 hour LC-50 studies for PCBs show:

    ~280 ppb in fresh water (bluegill)
    ~10 ppb in coastal or seawater (pink shrimp/oysters)

Published data based on materials leaving an outlet and going
into a body of water.  Acute limits have no direct relation to
chronic limits.

Chronic toxicity limits:

The EPA equation is:

Chronic limit X water flow rate X safety factor = gm/day
    discharge

In Marine organisms the chronic limit is set as

$$\frac{0.5 \text{ ppm}}{30,000} = 0.0167 \text{ ppb}$$

In fresh water the chronic limit has been determined by using
0.5 ppm as toxic limit for salmon eggs and a 200,000 bio-
magnification factor.  This gives a chronic limit of

$$\frac{0.5}{200,000} = \underline{0.0025 \text{ ppb}}$$

The biomagnification level of 200,000 is based on unpublished
data from Stalling & Meyer (Fish Pesticide Lab, U. S. Dept. of
Interior, Colombia, Mo.).  Dr. Simons said that in response to
repeated requests by G.E. to the Columbia Lab the only reference
they have been given is a Stalling & Meyer paper presented in
Carolina in 1971 and which contains no mention of a 200,000 factor.
Mr. Wright (Monsanto) stated he has seen only one literature
reference to an accumulation factor of ~200,000 and that was
in the hepato pancreas of a pink shrimp.  If the PCB level was
calculated on the basis of the total shrimp then the
accumulation factor was only 22,000.  Other references give
accumulation factors of 1000-75,000 for whole tissues of various
fresh water organisms.  Accordingly, Mr. Wright proposes that a
biomagnification factor of 30,000 and not 200,000 be used.  He
also proposes that we retain the chronic limit of 0.5 ppm with-
out debating the salmon egg issue.

0036932

-8-

This would lead to a discharge level for PCBs:

$$\frac{0.5}{30,000} \times \underset{\text{(flow rate)}}{10,000} \times \underset{\text{(safety factor)}}{0.5} \times \underset{\substack{\text{(conversion} \\ \text{into lb./} \\ \text{day)}}}{5.4} = 0.459 \text{ lb./day}$$

$\frac{0.5}{2,000}$ (handwritten) $\times 189 \cap \cap \times \underline{\quad} \times 5.4 =$ (handwritten)  $243^\# / da.$ (handwritten)

This compares to the proposed standard of 0.0648 lb./day. 

The safety factor comes from the EPA's Basis and Purpose document supporting the proposed effluent standards. It is supposed to take account of non-point sources of PCBs and is the same as 6 of the 9 toxic pollutants proposed for EPA standards. Monsanto's Medical Department feels this safety factor is arbitrary and confers no real toxicological benefit. If deleted, the revised Wright PCB discharge level would be 0.918 lb./day.

One of the most critical parts of the discharge equation is the water flow rate. A significant number of dielectric PCB manufacturers have plants on rivers where the flow rate is under 100 cfs or 1% of the EPA cut-off flow of 10,000 cfs. Several plants discharge into sewage plants which in turn have treated liquid flowing into rivers or streams with very low flow rates. For a river with 100 cfs flow the EPA maximum discharge would drop to 0.000648 lb./day or 0.162 lb. in a 250 work-day year. Even a revised standard of 0.918 lb./day at 10,000 cfs would only be 0.00918 lb./day at 100 cfs or ~2.3 lb. per 250 work-day year. Clearly this is a staggering target to have to meet.

Mr. Doty (Mallory) pointed out that in the present language of the EPA standards municipal sewage systems are not considered point sources.

Mr. Richel (G.E.) was of the opinion that where a plant discharged into a sewage system without treatment and hence into navigable waters the plant could have to comply with effluent standards on toxic pollutants. Mr. Papageorge (Monsanto) felt we should not be complacent and regard discharge to sewage plants being the answer to problems. Mr. Hosmer (Monsanto) stated that 10,000 cfs represents the largest flow the EPA will consider on the grounds that all industry would move to the largest river. The opposite of that argument is that it encourages small plants on every stream in the country.

Mr. Sheppard (Westinghouse) raised the issue of sedimentation. Since it appears that all the experiments to establish toxic values were run without sediment effects being considered, the real-life values were questioned. PCBs attach themselves to sediment. Furthermore the sediment moves down river and so PCB would be dispersed from the point source. It was pointed out by Dr. Richard (Monsanto) that Aroclor 1254 is soluble in water up to 50 ppb and that in time partitioning between sediment and

0036933

water could take place.  Mr. Wright (Monsanto) agreed that the discharge limits were extreme cases in the absence of sediment considerations and this was worth study and incorporation into arguments against the proposed levels.

Dr. Simons (G.E.) queried whether we were correct in concentrating our attacks on the criterion of toxic effects of mammals eating fish and ignoring the possible argument that fish per se must be protected.  Mr. Wright (Monsanto) said the proposed standard says both.  In salt water, standards are proposed that would protect the species that eat organisms containing PCB. In fresh water, if 0.5 ppm in salmon eggs correlates with <5 ppm in salmon then we are protecting salmon.  He also said that the chronic limits and biomagnification limits he was proposing would protect the species themselves.  We should, however, beware of arguing for higher levels in fish because we could draw EPA and FDA into conflict.  The FDA levels in food, fish etc., are temporary tolerances and any arguments against their validity could lead to a reduction in these tolerances.

Mr. Savage (Monsanto) queried whether raising the level in organisms could cause possible danger to predators.

Dr. Simons (G.E.) quoted from page 39 of the Basis & Purposes document which states that the body burdens of birds and mammals should not increase over present levels.  Page 51 of the same document cites a Nat. Acad. Sci. report which gives 2.0 ppm PCB as tolerable level in flesh of whole fish.  $\frac{2.0}{200,000} = 0.1$ ppm PCB is given as tolerable level in water divided by a safety factor of 5 to give a maximum PCB concentration in water of 0.002 ppm. Thus EPA accepted 2 ppm PCB level in fish but got to water concentration of 0.002 ppm by using a high level of 200,000 for biomagnification and an arbitrary factor of 5.

If we were to revise the proposed EPA standard by:

(1)  using 2.0 ppm as chronic limit in fresh water species instead of 0.5 ppm;

(ii)  substituting 30,000 instead of 200,000 for biomagnification factor;

and

(iii)  ignoring safety factor of 0.5

then the maximum permissible discharge in lb. PCB per day would be:

$$\frac{2.0}{30,000} \ \ X \ \ 10,000 \ \ X \ \ 5.4 \ \simeq \ 3.6 \ lb.$$

For the plant situation on a river with a flow of only 100 cfs the discharge would be 0.036 lb/day or 9.0 lb. per 250 work-day year.  These levels are still far below the 5 lb./day given in ANSI C-107.

It is therefore apparent that other aspects of PCBs must be highlighted in order to get away from PCB discharge levels as low as even our "revised" proposals.

Aspects to concentrate on are:

(1)  Definition of PCBs that excludes biodegradable homologs.

   This could exclude 90% or better of Aroclor 1016 and 65% or better of Aroclor 1242.  On that basis, discharge levels would be as follows:

| PCB Type | Stream Flow (cfs) | Discharge (lb.PCB equivalent/day) | | |
|---|---|---|---|---|
| | | EPA | Wright | Simons/Wright |
| Any PCB | 10,000 | 0.0648 | 0.918 | 3.6 |
| Any PCB | 100 | 0.000648 | 0.00918 | 0.036 |
| Aroclor 1016 | 10,000 | 0.648 | 9.18 | 36.0 |
| Aroclor 1016 | 100 | 0.00648 | 0.0918 | 0.36 |
| Aroclor 1242 | 10,000 | 0.194 | 2.75 | 10.8 |
| Aroclor 1242 | 100 | 0.0019 | 0.027 | 0.10 |

(2)  Try to change stream flows from the present value of the flow rate in cubic feet per second (cfs) expressed as the probable low rate occurring during a 7 consecutive day period once in 10 years at the effluent point.

   If the average flow rate over a period of time (to be agreed on) was used, the lowest flow rate in the equation could conceivably be raised by a factor of 10 from 100 to 1000.  In the Simons/Wright version for a standard the Aroclor 1016 discharge could be raised to 3.6 lb./day at 1000 cfs flow and Aroclor 1242 to 1.0 lb./ day at 1000 cfs flow.

(3)  Magnitude of PCB Point-Sources

   It is possible that EPA and environmentalists are totally misinformed on the number of plants still using PCBs. In the U.S. today there are:

0036935

1 PCB manufacturing plant

~18 capacitor plants using PCB

~27 transformer manufacturing plants using PCB

In the past there were probably 1500-2500* plants using PCBs. Only 2-3% of these plants continue to use PCB today.

* (Subject to closer checking if necessary)

In the past ~97% of plants using PCBs purchased ~40 million pounds of PCB per year. Monsanto's PCB sales policy has therefore

- reduced number of using plants to ~2-3% of previous total.

- eliminated ~40M lbs. PCB sales per year.

The EPA standard would limit PCB discharge per plant to 0.0648 lb./day or ~3.2 lb./day across the U.S. (~50 plants). This equates to ~800 pounds in a 250 work-day year. Since fish have survived throughout the 40+ years that PCBs have been produced and widely used, the standard proposed by EPA seems far too drastic.

Turning again to the Simons/Wright proposal we can estimate the effect in terms of annual PCB discharge into water across the U.S. at 1000 cfs:

| Discharge As | Discharge (lb./day) | No. Plants | US Total per 250 days (pounds) | As Persistent PCBs | | |
|---|---|---|---|---|---|---|
| | | | | Discharge (lb./day) | No. Plants | US Total |
| Any PCB | 3.6 | *1 | 900 | | | |
| Aroclor 1016 | 3.6 | 18 | 16200 | 1.2 | 1 | 300 |
| Aroclor 1242 | 1.08 | 4 | 1080 | 0.36 | 18 | 1620 |
| Aroclor 1254 | 0.36 | 23 | 2070 | 0.36 | 4 | 360 |
| | | | | 0.36 | 23 | 2070 |
| | | | 20,250 | | | 4350 |

* Plant is on river in excess of 10,000 cfs.

Using this technique an argument can be made in favor of the ANSI C-107 proposal of 5.0 lb./day.

0036936

Proposed Effluent Standards

Dr. Simons (G.E.) summarized the points he felt had to be dealt
with in trying to change the proposed standard:

    1.  Higher persistence of higher PCBs versus
        alleged lower acute toxicity

    2.  Background levels of PCBs

    3.  Written testimony of participants and correlation

Toxicity

EPA Basis & Purpose document (page 50) states that 96 hour
LC-50 to fish cannot adequately measure toxicity of PCB.  Where
is time demarcation between acute and chronic.  Chronic effects
can be either lethal or non-lethal.

Why are PCBs on the list on toxic grounds?

LD-50 for PCB is such that it is not considered toxic to humans.

For protection of aquatic life the Nat. Aca. Sci. set a 96 hour
LC-50 of 10 ppm or less.

In proposing a definition for PCBs, Dr. Simons (G.E.) felt we
should stress:

    (a)  lack of persistence of homologs below tetra-
         chlorobiphenyl.

    (b)  chronic toxicity does not arise for the lower
         homologs because they are non-persistent.

    (c)  ignore acute toxicity - no real differences
         between Aroclor 1016, 1242 and 1254.

Participants need to consider:  Do we have the best definition?

In the tentative EPA analytical method we should take note that
in the table on p.3-22, the percentage of PCB was not controlled.

Mr. Carlson (E.U.C.) pointed out that in its present form the
standard could saddle present PCB users with all other dis-
continued uses.  Dr. Richard (Monsanto) pointed out that FDA and
Boxboard Manufacturer's Association had agreed on a protocol that
protected recycle paper users from just such a situation.
Mr. Bergen (Monsanto) asked that copies be circulated to
participants.

0036937

We need to word our definitions to exclude residuals.
Participants should exchange proposed drafts on wording re-
garding residuals by March 7.

G. E. stated we should not approach the hearing on the basis
that things can't be done.  Rather take the proposed standard
and point out what it means in real life.  In G.E.'s case they
use X M lb./year and yet can't lost 0.5 drops per day.  Stream
flow rates make the matter worse.  This is a point on which
Dr. Thompson should be cross-examined.

Of the participants present, 5 plants discharge into sewers with
outlets into rivers (very small except in 2 cases).  Three
plants discharge into small rivers.

No one at the meeting could cope with the EPA standard as it is
proposed.  Only Jard expressed an opinion on what level they
could live with.  (Jard stated 27 lb. Aroclor 1016 per day.
This would be 2.7 lb. PCB by our proposed definition.)

0036938

Participation at EPA Hearing

Definite participation:    Monsanto
                           G. E.
                           Westinghouse

Undecided:                 Electrical Utilities
                           Jard
                           NEMA

No participation:          Electronic Components
                           Mallory


Objectors of record could adopt non-responding company as witness.

G.E.'s testimony will fall into the following areas:

- Explanation of why PCBs are used
- Consequences of ban on customers
- Inadequacy of EPA/Nat. Acad. Sci. statements
- How standards would apply to G.E.
- Inadequacies of the Standard

    - definition
    - methodology
    - logic behind the standard

Other contributory actions:

- Involve Federal Energy Office (e.g. Aerovox letter on motor-run capacitor contribution to ease energy crisis.)

- Involve F.E.O./other agencies along lines of petrochemical producers' PEG report.

- Power Systems Group of IEEE will circulate a position paper on PCBs (technical aspects) in the dielectric industry to Congress, EPA, FEO and Dept. of Commerce (target date:  April).

0036939

-15-

<u>Action Plans</u>

1.  (W. B. Papageorge)   Circulate to participants copies of FDA/Boxboard Manufacturers protocol on PCBs in recycle paper.

2.  (Participants)   Exchange drafts on testimony regarding PCB residuals/background levels with each other by March 7. (Monsanto contact should be W. B. Papageorge.)

3.  (Participants)   Submit to W. B. Papageorge their thoughts on proposed PCB definition (to exclude 1-4 chlorine homologs).

4.  (Participants)   Communicate with each other on how best to handle sedimentation phenomenon (as raised by Mr. Sheppard of Westinghouse).

5.  (E. S. Tucker)   Send out name of ASTM contact for participation in round-robin on proposed EPA analytical method.

6.  (Participants)   Write to Dr. Galler of Commerce Dept. opposing EPA standards. (See Galler letter to Monsanto and Monsanto response.)

7.  (Participants)   Those who have not responded to EPA can still write Dr. Thompson by March 25.

8.  (A. Salazar, NEMA)   (a)  Get feedback from Sangamo/McGraw Edison on the proposed standards.

    (b)  Determine role NEMA will take on affidavits/testimony at EPA hearing.

9.  (W. B. Papageorge)   Obtain PEG report and send to Mr. Nelson (G.E.).

10.  (Participants)   Involve F.E.O. in EPA Hearing along lines of Aerovox letter to Secretary Simon.

0036940

# Monsanto

FROM (NAME & LOCATION):   C. Paton - B2SC

| | |
|---|---|
| DATE | September 12, 1974 |
| SUBJECT | |
| REFERENCE | |

cc:  T. L. Gossage
P. G. Benignus
D. Wood
W. R. Richard

J. G. Bryant
W. D. Lubic
R. H. Munch
W. B. Papageorge

TO :  D. R. Hansen - 1800
D. L. Mellon - 1010
H. R. Ford - 1070
P. L. Slayton - 1650

Status of dielectric symposium attendance as of September 11:

| | Organization | Attending | Declined | No Reply |
|---|---|---|---|---|
| 1. | Aerovox | Hutzler<br>Kalstein | Tuttle | |
| 2. | ASTM | Sadler | | |
| 3. | Axel | | | Zweig |
| 4. | Capacitor Specialists | Hayworth | | Steinbarge |
| 5. | Carolina Capacitor | Wershey | | |
| 6. | Cornell-Dublier | Todd<br>(St. Louis) | Robinson<br>Hurd | |
| 7. | E.U.C. | R. Hauser<br>A. O. Hauser Ⓢ<br>R. Carlson | Moore | Sampo |
| 8. | Electronic Components | Clark Ⓢ<br>Rayno | | DiJacomo |
| 9. | Filtron | | | ~~Milton~~ |
| 10. | G.E. - Rome | Kinney | Dutton<br>Mays<br>Frahm<br>Crowe | |
| 11. | G.E. - Pittsfield | Raab Ⓢ | Ostoff | |
| 12. | G.E. - Hudson Falls | Pozefsky Ⓢ | Hart<br>Scoville<br>Barker<br>Price<br>Stenger<br>Klingebiel<br>Hopkins | Lichiello<br>McKenzie |
| 13. | High Energy | Buss | | |
| 14. | Hevi-Duty | | | ~~Nay~~ |
| 15. | McGraw-Edison | Willy | Draeger | Frey<br>Hammer |
| 16. | Jard | Rollins Ⓢ | Arsenault<br>Paquin | |
| 17. | Mallory-Waynesboro | Vaught | | |
| 18. | Mallory-Indianapolis | Shoot<br>Van Buskirk<br>Wilson<br>Doty | Moss | Schock<br>Baker |
| 19. | Maxwell | Sevigny | | Ferranti |
| 20. | NEMA | Hoffman | | Fortunis<br>~~Salazar~~ |

0108619

-2-

| | Organization | Attending | Declined | No Reply |
|---|---|---|---|---|
| 21. | Niagara Transformer | Courtade | Gabel | Darby |
| 22. | R. F. Interonics | | | ~~Lasky~~ ~~Rubin~~ |
| 23. | Research-Cottrell | | | ~~Johnson~~ ~~Sollman~~ ~~Waida~~ |
| 24. | St. Regis Paper | Myers | | |
| 25. | Sangamo | Butaner | McGee | Hydrick |
| 26. | P. F. Schweitzer | Bullwinkel | | Selke |
| 27. | Sprague | Sears | Davis Ross Vail Carpenter | |
| 28. | Stevens Paper | | | ~~Schoales~~ |
| 29. | Universal Voltronics | | | ~~Polis~~ |
| 30. | R. E. Uptegraf | Uptegraf | | |
| 31. | Van Tran | | Bolin Tindall | |
| 32. | Westinghouse (Bloomington) | McClaim Schoaff | Mercier Pickett Zimmerman | Kelly |
| 33. | Westinghouse (Pittsburgh) | Dakin | Gainer | |
| 34. | Westinghouse (Sharon) | Sheppard Sloat | Ford | |
| 35. | Westinghouse (South Boston) | | Keiser Wilburn | |
| 36. | York Capacitor | | | Dubilier LaGreca |
| 37. | Dings | | | ~~Nahey~~ |
| 38. | Doble Engineering | | | ~~Lowe~~ |
| 39. | Energy Systems | | | ~~Rutledge~~ ~~Pugh~~ |
| 40. | Essex Electro Eng. | | | ~~Tompson~~ |
| 41. | H. K. Porter | | | Kellogg |
| 42. | Standard Transformer | | | Auzenne |
| 43. | Teledyne | Emanuel Power | | ~~Saunders~~ |
| 44. | Electro Engineering | | | Jones |
| 45. | Helena Corp. | *Wheeler* | | Thallner |
| 46. | Sanders Associates | | | ~~Rankin~~ |
| 47. | Kuhlman | | | ~~Dell~~ ~~Smelko~~ |

In addition Bob Abbe of G. E. Schenectady will be here for the dinner
if not for the symposium.  All will attend the dinner except:

      Wershey (Carolina Capacitors)
      Schoaff (Westinghouse)
      Emanuel (Teledyne)
      Power (Teledyne)

0108620

We have 7 acceptances from outside the U.S. so far - 5 from Canada, 1 from Mexico and 1 from Sweden.

Unless we hear from the following by Friday, September 13, we should call the following important invited delegates:

| Customer | Name | Responsibility |
|---|---|---|
| Hevi-Duty | J. Nay | HRF |
| NEMA | A. Salazar | CP |
| Research-Cottrell | Johnson | PLS |
| | Sollman | |
| | Waida | |
| Niagara Transformer* | Darby | DLM |
| Stevens Paper | Schoales | CP |
| York Capacitor | Dubilier | PLS |
| | LaGreca | |
| Doble Engrg. | Lowe | CP |
| Standard Transformer | Auzenna | DRH |
| Helena Corp. | Thallner | HRF |
| Kuhlman* | Dell | HRF |
| | Smelko | |

*Invitations mailed 9/10/74 so could delay phone call till 9/16/74.

C. Paton

/cc

0108621

# Monsanto

**MONSANTO INDUSTRIAL CHEMICALS CO.**
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

**September 12, 1974**

Mr. Lyle E. Shoot
P. R. Mallory
3029 East Washington Street
Indianapolis, IN   46201

Dear Mr. Shoot:

Thank you very much for your reply to Mr. Bergen's invitation to the
Dielectrics Symposium to be held at the Sheraton West Port Inn, St. Louis
on September 23, 1974. We are very pleased that you can attend.

In accordance with your reply we note that you will be making your own
arrangements and do not require accommodations at the Sheraton West Port.

The schedule of events for the Symposium on September 23 is as follows:

| | | |
|---|---|---|
| 7:00 a.m.: | Buffet Breakfast | Basel Room |
| 8:30 a.m.: | Symposium | Geneva Room |
| 12:30 p.m.: | Lunch | Basel Room |
| 1:30 p.m. | Symposium | Geneva Room |
| 4:30-5:00 p.m.: | Symposium ends | |
| 6:30 p.m.: | Symposium Cocktail Party | Zurich Room |

For those attending the Testimonial Dinner for Paul Benignus, a pre-dinner
cocktail party will be held at 6:30 p.m. in the Zurich Room of the West Port
Inn. The dinner will be at 7:30 p.m. in the Geneva Room.

For your convenience, we will operate a message center from 8:00 a.m. to
5:30 p.m. on September 23 at the Sheraton West Port. The telephone number
is 314 878-1500.

There has been some interest expressed in a tour of Monsanto's dielectric
facilities on September 24. For those interested we will organize tours
of our research laboratories in St. Louis as well as of our manufacturing
plant at Sauget, Illinois. The latter tour may benefit those of you in-
terested in pollution control on PCBs. We will announce details of these
tours at the Symposium. We would expect these tours to terminate in time
for you to leave St. Louis on late afternoon flights on September 24.

Continued on next page                              0108640

# Monsanto

**MONSANTO INDUSTRIAL CHEMICALS CO.**
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

September 12, 1974

Dr. Donald G. Wilson
P. R. Mallory & Co. Inc.
P. O. Box 706
Indianapolis, IN   46206

Dear Dr. Wilson:

Thank you very much for your reply to Mr. Bergen's invitation to the
Dielectrics Symposium to be held at the Sheraton West Port Inn, St. Louis
on September 23, 1974. We are very pleased that you can attend.

In accordance with your reply we note that you will be making your own
arrangements and do not require accommodations at the Sheraton West Port.

The schedule of events for the Symposium on September 23 is as follows:

| Time | Event | Room |
|------|-------|------|
| 7:00 a.m.: | Buffet Breakfast | Basel Room |
| 8:30 a.m.: | Symposium | Geneva Room |
| 12:30 p.m.: | Lunch | Basel Room |
| 1:30 p.m. | Symposium | Geneva Room |
| 4:30-5:00 p.m.: | Symposium ends | |
| 6:30 p.m.: | Symposium Cocktail Party | Zurich Room |

For those attending the Testimonial Dinner for Paul Benignus, a pre-dinner
cocktail party will be held at 6:30 p.m. in the Zurich Room of the West Port
Inn. The dinner will be at 7:30 p.m. in the Geneva Room.

For your convenience, we will operate a message center from 8:00 a.m. to
5:30 p.m. on September 23 at the Sheraton West Port. The telephone number
is 314 878-1500.

There has been some interest expressed in a tour of Monsanto's dielectric
facilities on September 24. For those interested we will organize tours
of our research laboratories in St. Louis as well as of our manufacturing
plant at Sauget, Illinois. The latter tour may benefit those of you in-
terested in pollution control on PCBs. We will announce details of these
tours at the Symposium. We would expect these tours to terminate in time
for you to leave St. Louis on late afternoon flights on September 24.

Continued on next page

a unit of Monsanto Company        0108642

# Monsanto

**MONSANTO INDUSTRIAL CHEMICALS CO.**
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

September 12, 1974

Mr. Mark Van Buskirk
P. R. Mallory
P. O. Box 372
Indianapolis, IN   46206

Dear Mr. Van Buskirk:

Thank you very much for your reply to Mr. Bergen's invitation to the Dielectrics Symposium to be held at the Sheraton West Port Inn, St. Louis on September 23, 1974. We are very pleased that you can attend.

In accordance with your reply we note that you will be making your own arrangements and do not require accommodations at the Sheraton West Port.

The schedule of events for the Symposium on September 23 is as follows:

| | | |
|---|---|---|
| 7:00 a.m.: | Buffet Breakfast | Basel Room |
| 8:30 a.m.: | Symposium | Geneva Room |
| 12:30 p.m.: | Lunch | Basel Room |
| 1:30 p.m. | Symposium | Geneva Room |
| 4:30-5:00 p.m.: | Symposium ends | |
| 6:30 p.m.: | Symposium Cocktail Party | Zurich Room |

For those attending the Testimonial Dinner for Paul Benignus, a pre-dinner cocktail party will be held at 6:30 p.m. in the Zurich Room of the West Port Inn. The dinner will be at 7:30 p.m. in the Geneva Room.

For your convenience, we will operate a message center from 8:00 a.m. to 5:30 p.m. on September 23 at the Sheraton West Port. The telephone number is 314 878-1500.

There has been some interest expressed in a tour of Monsanto's dielectric facilities on September 24. For those interested we will organize tours of our research laboratories in St. Louis as well as of our manufacturing plant at Sauget, Illinois. The latter tour may benefit those of you interested in pollution control on PCBs. We will announce details of these tours at the Symposium. We would expect these tours to terminate in time for you to leave St. Louis on late afternoon flights on September 24.

Continued on next page

0108643

a unit of Monsanto Company

## Monsanto

FROM (NAME & LOCATION): **D. Wood - St. Louis (B2SC)**

DATE: October 30, 1974

SUBJECT: Report of Meeting with MALLORY CAPACITOR

REFERENCE:

TO : **FILE**

cc:
J. G. Bryant - T1J
C. L. Clay - 1070
H. R. Ford - 1070
D. R. Mellon - 1010
W. C. Moore - 1010
R. H. Munch - T1B
C. Paton
W. R. Richard - T3F

DATE OF VISIT: October 29, 1974 (at St. Louis)

FOR MALLORY:    Mark Van Buskirk    Applicational
               Windsor Waits       Engineering

FOR MONSANTO:    J. G. Bryant
                R. H. Munch
                D. Wood

| Total Usage: | | |
|---|---|---|
| 1973 | 1,547 | M lbs. |
| 1974 Sept. | 911 | |
| 1974 1st half | 726 | |
| 1974 3rd quarter | 185 | |
| Budget 1975 | 1,000 | |

Mark Van Buskirk attended the Dielectrics Seminar in St. Louis but was not able to participate in the Research/Plant tour. Since he had meetings in St. Louis with motor producers on Monday, he asked if he could meet with us and have the tour he missed. Windsor Waits is taking over from Mark as Applicational Engineer liquid capacitors. Mark is newly assigned to special projects including new PCB capacitors.

1. Non-PCB Units

     Mallory position is unusual in that 10-12% of their volume is in data process power capacitors and Univac/Control Data and IBM are all actively seeking non-PCB units because of (a) exports to Japan where PCB is banned and (b) inventory production requires standardization on non-PCB units.

     Univac want all non-PCB by January 1, 1975 and thus pressure is on Mallory to move ahead with MCS-1475 run.

0452656

IN - 10 REV. 1/72

- 2 -

2. In spite of previous experience with MCS-1588, our visitors expressed interest in repeat trials once 1475 pilot run was completed.

3. Firmly convinced that A-1016 is better as di-electric than new non-PCB fluids, and hope to see continued use in bulk of production.

4. Main areas motor run for air conditioners/general appliance motor run and data process power capacitors, estimated about 60/30/10%.

   Central air conditioner market has not sagged yet but they expect downturn.

   Room airconditioners are way off.

   General Motor area steady.

   Data process will move to non-PCB early 1975.

5. In order to familiarize myself with their organization, I asked for details (attached).

   Underlined are people we should regularly meet.  Dotted are contacts to be made intermittently but important.

6. Some projects may be introduced into Burlington Res in November which could be significant for us.  Mark would not divulge nature but need to check him or Ed Moss early December.

7. MCS-1489 - Non-PCB has top priority now but in view of potential metallized mylar interest, MCS-1489 should be raised again January, 1975 latest.

8. 1975 budget seems high by possibly 100 M pounds.  Need to re-check December, 1974 with John Cox.

9. Production cycle for a/c units starts October/November, ends about June.  Note hot humid May tends to give good a/c season.  If stays cool till June, they normally expect bad a/c year.

D. Wood

Attachment

0452657

*Aroclor*

**Monsanto** INDUSTRIAL CHEM(A)LS CO.        ( )

FROM (NAME & LOCATION):        E. S. Tucker - R3B

| | | |
|---|---|---|
| **DATE** | November 6, 1974 | **CC:** H. S. Bergen - B2SL |
| | | R. G. Kaley - T2F |
| **SUBJECT** | P. R. MALLORY CORPORATION - VISIT TO | R. E. Keller - T1B ⟵ |
| | DISCUSS PCB ANALYTICAL TECHNIQUES | J. P. Mieure - T2F |
| **REFERENCE** | 10/29/74 Memo EST/WBP | R. H. Munch - T1B |
| | | W. R. Richard - T3A |
| **TO** | : W. B. Papageorge | |
| | B1ND | |

As planned, on November 4, 1974 Mr. George Smith (chemist) of
P. R. Mallory Corporation (3029 E. Washington St., Indianapolis,
Indiana, 46206) visited our laboratories to discuss PCB
analytical techniques.  Mr. Smith reports to Mr. John Burney
who is the Director of their Physical and Chemical Testing
Laboratories.  The following is a brief summary of the informa-
tion exchanged and actions taken.

Mr. Smith has been working in the general area of gas chroma-
tography for less than 1 year and has only recently begun
working with electron capture detectors and PCB analysis.  To
date, he has run about 12 plant effluent samples (Waynesbrough,
Tennessee) and only one check sample.  The check sample was
spiked with 5 ppm Aroclor 1016 and he found only 50% of amount
added.  However, his laboratory background is essentially zero
(detection limit 1 ppb) and so he does not have to worry about
laboratory contamination.   It appears that with more experience
and some guidance they should be able to accurately and precisely
measure PCB levels in effluent samples.

Dr. Bob Kaley and I then reviewed in detail for Mr. Smith
electron capture gas chromatography and PCB methodology.

During our discussion, he mentioned that the plant effluent
samples (24 hour composites) analyzed,typically contained on
the order of 400 ppb Aroclor 1016.  He was not sure of the
plant effluent discharge rate but thought it was on the order
of 30,000 gal/day which means that they would be discharging
50-60 grams of Aroclor 1016 per day.  The plant effluent
apparently is discharged into a municipal sewage treatment
plant, but again, he was not certain of this.  The discharge
level of 50-60 grams per day seems low to me and is probably
off by more than one order of magnitude due to the sampling
technique used and the lack of experience in analyzing samples
for PCBs.

He also mentioned that they were looking at carbon absorption
as a means of cleaning up their plant effluent and that prelim-
inary studies indicated that an effluent level of 5 ppb could
be achieved.  However, he was not directly involved in the study
design.  Further details can probably be obtained from Mr.
Arnold S. Doty, Director Environmental Effluent Control.

0269810

W. B. Papageorge
November 6, 1974
Page No. 2

Mr. Smith requested standard samples of Aroclor 1016, Aroclor 1242, and Aroclor 1254 as well as any information that we could provide about plant effluent sampling, air sampling, and polyurethane foam adsorption of PCBs.

We will send him literature information on adsorption of PCBs with polyurethane foam and internal information, which has been previously released, on the best air sampling techniques. I indicated that I would ask you to send him the Aroclor standards and the information on plant effluent sampling.

We also updated Mr. Smith on the current status of the ASTM round robin testing of the proposed EPA PCB method (see 11-6-74 memo EST/WBP) in which they want to participate.

E. Scott Tucker

db

0269811

P. R. MALLORY CAPACITOR COMPANY VISIT TO ST. LOUIS

WEDNESDAY, MARCH 31, 1976

Visitors:

Bud Dibble, Mallory Capacitor Div., General Manager
Ron Warwick, President, Mallory Capacitor Co.
Dr. Shep Wolsky, Director, Mallory Physical Science Lab.
Dr. George Wallis, Mallory Environmental Affairs
Robert Ellis, Mallory Director of Personnel and Labor Relations.
Dr. Len Goldwater, Consultant to Mallory.

AGENDA

March 30th 5:53 P.M.   Dibble, Warwick, Ellis arrive TWA 139
Jim Alley meet and drive to The Breckenridge
Inn. Wolsky and Wallis to arrive later and
taxi to Breckenridge.

7:00 P.M.   Jim Alley, Dave Wood to meet Dibble, Warwick,
and Ellis for dinner.

March 31st 9:30 A.M.   Jim Alley meet visitors at Breckenridge and
drive to Monsanto Headquarters.  Dave
Wood/Dee Brewer meet Mallory party at Bldg.
B reception area, issue passes, and escort
to meeting room E-311.

10:00 A.M.-
2:30 P.M.-   Medical session with Monsanto Medical, Pro-
duct Acceptability and Marketing personnel-
George Roush, Dick Osland, Cole Weber, Dave
Wood, Jim Alley (Dave Wood will kick-off
meeting.)

10:27 A.M. - Jim Alley will meet Eastern Flight 94 and
drive Dr. Goldwater to Monsanto Headquarters
(We should arrive at Room E 3-11 about
11:00 A.M.

12:30 P.M. - Lunch Monsanto Dining Room-Round Table Room-
Table reserved for visitors and available
Monsanto personnel.

3:00 P.M. - Mallory representatives depart for airport.

## Topics To Be Discussed

Physical exams for personnel exposed to PCBs.

Frequency of physical exams.

Peak versus average exposure to PCBs.

Dioxanes formed on heating PCBs, medical effects from, what
limits of dioxanes should be of concern.

Hygiene measures to prevent physical contact of personnel
with PCBs.

Monsanto Medical procedures, i.e., physical exams, medical
records, communication with workers exposed to PCBs, etc.

There may be additional questions related to PCB exposure
which our visitors will raise.

0294561

**Monsanto**

FROM (NAME & LOCATION): **J. A. Alley-St. Louis-B2SD**

| | |
|---|---|
| DATE | September 8, 1976 |
| SUBJECT | P. R. MALLORY COMPANY |
| REFERENCE | VISIT TO MONSANTO HEADQUARTERS<br>TUESDAY, SEPTEMBER 14, 1976 |

<sup>cc</sup>J. Mieure-T1J
O. Hicks-T2F
R. E. Hatton

TO    :    D. Wood

1.  This memo will confirm that a meeting has been
    scheduled in St. Louis for Tuesday, September 14,
    with Roy Davidson of P. R. Mallory Company, Burlington,
    Massachusetts.

2.  Background information:

    a.  Visitor

        Roy Davidson, Director of Analytical Laboratory
                      P. R. Mallory Company
                      Burlington, Mass.

    b.  Visit was suggested by Davidson.

    c.  Objective cannot be achieved without a visit to
        St. Louis.

    d.  Purpose of the visit:

    1)  The purpose of Davidson's visit is to obtain infor-
        mation on methods Monsanto might recommend or discuss
        for detecting PCBs in effluent.  Davidson said they
        are interested in detecting parts per billion.  He
        said Mallory can detect to this level, but they are
        getting a large standard deviation.  Mallory wants
        to improve their analytical methods so they can run
        larger volumes of analyses each week.  They also want
        to improve their methods of extraction.  Davidson also
        wants to see the equipment used by Monsanto for analy-
        tical purposes.

        Davidson is involved in effluent analytical work
        for the Mallory capacitor plant at Waynesboro, Tenn.
        Waynesboro is the only Mallory plant location that
        uses a PCB fluid.

    2)  Field Sales wants to achieve:

        a)  Maintain a healthy, cooperative working relationship
            with Mallory.

0439025

IN-13 REV. 3-72

-2-

3) <u>Who does customer want to see?</u>

a) Monsanto Research Personnel

4) <u>Who do we want him to see?</u>

a) Orville Hicks, Senior Research Chemist
(Jim Mieure is not available on dates of visit
and has arranged for Orville to handle the
visit.)

e. <u>Criteria for successful visit</u>:

He leaves with information outlined in Paragraph d.

f. <u>What groundwork needs to be laid for the visit?</u>

1) A phone call by Orville Hicks to Davidson is
suggested to ensure that we are prepared to cover
the appropriate technical details.

g. <u>Entertainment</u>

Davidson will arrive on Allegheny #163 at 6:15 P.M.
September 13. He has reservation at the Sheraton West-
port. He plans to depart St. Louis Wednesday morning,
September 15.

Orville Hicks to arrange entertainment as appropriate.

h. <u>Sales History</u>

<u>Aroclor 1016</u>

|  | M Lbs. | $M |
|---|---|---|
| 1974 | 1003 | 295 |
| 1975 | 608 | 230 |
| 1976 YTD | 835 | 418 |
| 1976 Budget | 800 | 396 |

i. <u>Special Note</u>:

I expect to be making customer calls on PCB phase-out and
price increases when Davidson is here. It is suggested
that Orville Hicks prepare an agenda for the visit.

James A. Alley

/deb

0439026