# Exhibit I

(617) 996 8861

Customer __CORNELL DUBILIER__ (FED. PACIFIC ELECT.)

Address __1605 Rodney French Boulevard__

__New Bedford, Mass.  02741__

Letter Sent    #1 ☒    #2 ☐    Date _____

Addressed to _Duane M. Blough_ (Return Receipt #: 645570 )

Receipt Received _12-24-71_    Signed by _M. Luma_

Product(s) __AROCLOR 1016__

__1242__

__1254__

1971 Sales Total Lbs. _1,128,800_    $ _203,184_

Hold Harmless Letter    Signed _____

Progress of Conversion

| Date | Action |
|---|---|
| 1/10/72 | Rec'd Telex from W. Hitchcock, matl's mgr. requesting delay to Feb 1. Will call him tomorrow - saying no. |
| 1/11/72 | I phoned Hitchcock. New England hit by double virus plus all other reasons in his Telex. I said I'm sorry - but no exceptions. He apparently is in good inventory shape and if their letter is delayed 1 week - won't make much difference. Their lawyer in Newark and working on the letter. His boss who is V.P. & Genl. mgr out with virus - maybe all week. I urged him to go to the Pres. of the Co. He (visited with Papageorge in Nov 1971 in St. Louis. He wants Paton to see Bill Robinson, their Chf Eng. |
| 1/12/72 | J Bryant reports that Bill Hitchcock says their Co. will sign - get it in after 15th. |

0527057

# FEDERAL PACIFIC ELECTRIC COMPANY

BERNARD S. CHESKIN
*Secretary*
*Corporate Counsel*

January 26, 1972

Howard Bergen, Director
Specialty Products Group
Monsanto Industrial Chemical Co.
800 N. Lindbergh Blvd.
St. Louis, Mo. 63166

      Re: Polychlorinated Biphenyls -
        Liability Agreement

Dear Sir:

  As per your letter of December 21, 1971, we are returning herewith a copy of the above agreement most reluctantly executed by Wayne Peterson, Executive Vice President, on behalf of our Cornell-Dubilier subsidiary.

  It goes without saying that this agreement, if valid, is prospective in nature only.

          Sincerely,

          BERNARD S. CHESKIN

BSC:dl

Att.

0527054