# Exhibit J

**Special Undertaking Project re Post 1971 Sales Summaries for Cornell Dubilier**

| Year of sale | Year of sales summary sheet | Page No. | Product | Entity Name | Pounds | City | State |
|---|---|---|---|---|---|---|---|
| 1972 | 1972 | 367 | Aroclor 1016 | Cornell Dub Elec. | 1,611,600 | N. Bedford | MA |
| 1973 | 1973 | 173 | Aroclor 1254 | Cornell Dub Elec. | 12,000 | N. Bedford | MA |
| 1973 | 1973 | 186 | Aroclor 1242 | Cornell Dub Elec. | 91,100 | N. Bedford | MA |
| 1974 | 1974 | 211 | Aroclor 1254 | Cornell Dub Elec. | 12,000 | N. Bedford | MA |
| 1974 | 1974 | 394 | Aroclor 1016 | Cornell Dub Elec. | 1,538,400 | N. Bedford | MA |
| 1973 | 1974 | 394 | Aroclor 1016 | Cornell Dub Elec. | 1,423,100 | N. Bedford | MA |
| 1975 | 1975 | 151 | Aroclor 1016 | Cornell Dub Elec. | 800,000 | N. Bedford | MA |
| 1975 | 1975 | 152 | Aroclor 1254 | Cornell Dub Elec. | 6,000 | N. Bedford | MA |
| 1976 | 1976 | 20 | Aroclor 1016 | Cornell Dub Elec. | 1,056,000 | N. Bedford | MA |
| 1977 | 1977 | 35 | Aroclor 1016 | Cornell Dub Elec. | 896,000 | N. Bedford | MA |

```
REPORT B1476-A            MIGC DIV-02    SPECIALTY PRODUCTS                                              PAGE 367
                          NO.4 CUSTOMER/PRODUCT SALES REPORT FOR  DEC 1972
01/09/73                       -IN ACTUAL POUNDS AND DOLLARS-
```

| | TOTAL MONTH SALES | | Y-T-D SALES | | TOTAL LAST YEAR SALES | | TOTAL YEAR | CUST ID |
|---|---|---|---|---|---|---|---|---|
| | POUNDS | DOLLARS | POUNDS | DOLLARS | POUNDS | DOLLARS | GOAL LBS | MAJR-GRD-GP |
| ESSEX CHEM BALTIMORE MD | | | | | | | | 10026679 |
| ESSEX CHEM SAYREVILLE NJ | | | | | | | AR 242372 | 10026687 |
| 1237 AROCLOR 1242 | | | | | 12,000 | 2,724 | | 1040-240-16 |
| ETTCO WIRE - CABLE BKLYN NY | | | | | | | | 10026865 |
| | | | | | | | AR 243054 | 10026865 |
| 1131 TRANSFORMER INERTEEN 54POL KA | | | | 54 | | | | 1050-217-16 |
| FAGAN AND CO LITTLE ROCK AR | | | | | | | AR 246775 | 00251577 |
| | | | | | | | | 00251577 |
| 1974 INERTEEN 70-30 | | | | | 4,044 | 910 | | 1050-210-16 |
| FAIRCHILD HILLER HAGERSTOWN MD | | | | | | | | 00118273 |
| FAIRCHILD HILLER HAGERSTOWN MD | | | | | | | AR | 00118273 |
| 1237 TRANSFORM PYRANOL A13B3B | | | | | 1,350 | 304 | | 1050-300-16 |
| FALSTAFF BREWERY  NEW ORLE LA | | | | | | | | 00118311 |
| | | | | | | | AR 248565 | 00118311 |
| 1975 TRANSFORM PYRANOL A13B3B | | | | | 360 | 83 | | 1050-300-16 |
| FED PAC ELEC NEWARK NJ | | | | | | | | 10027527 |
| CORNELL DUB ELEC N BEDFORD MAS | | | | | | | AR 179800 | 00086746 |
| 1237 AROCLOR 1016 | 93,100 | 19,086 | 1,611,600 | 317,463 | 371,400 | 66,852 | 2,000,000 | 1040-016-16 |
| 1237 AROCLOR 1242 | | | | | 845,408 | 152,172 | | 1040-240-16 |
| 1237 AROCLOR 1254 | | | | | | | 50,000 | 1040-280-16 |
| TOTAL CUSTOMER | 93,100 | 19,086 | 1,611,600 | 317,463 | 1,216,808 | 219,024 | 2,050,000 | 00086746 |
| FEDERAL PACIFIC EL MILPITAS CA | | | | | | | AR 254491 | 00153389 |
| 1866 INERTEEN 70-30 | | | 20,220 | 5,427 | 235,244 | 47,043 | 145,000 | 1050-210-16 |
| FEDERAL PACIFIC EL SN DIEGO CA | | | | | | | AR 254491 | 00234583 |
| 1866 INERTEEN 70-30 | | | | | 4,044 | 1,112 | 4,000 | 1050-210-16 |
| FED PAC ELEC ST CLAIR MI | | | | | | | AR 254491 | 00250171 |
| 1153 INERTEEN 70-30 | | | | | 3,056 | 689 | | 1050-210-16 |
| FED PACIFIC EL CLIFFWOOD NJ | | | | | | | AR 254491 | 00290157 |
| 1237 INERTEEN 70-30 | | | 360 | 101 | | | | 1050-210-16 |
| TOT PAR FED PAC ELEC NEWARK NJ | 93,100 | 19,086 | 1,632,180 | 322,991 | 1,459,144 | 267,868 | 2,199,000 | 10027527 |
| FILTRON CO INC FLUSHING NY | | | | | | | | 10027861 |
| | | | | | | | AR 257930 | 10027861 |
| 1237 AROCLOR 1016 | 3,000 | 780 | 9,000 | 2,340 | | | | 1040-016-16 |
| 1237 AROCLOR 1254 | | | | | 46,800 | 10,624 | | 1040-280-16 |
| TOTAL CUSTOMER | 3,000 | 780 | 9,000 | 2,340 | 46,800 | 10,624 | | 10027861 |

G21426

81131-A  DIRECT #2  
01/09/74

MICC SPECIAL PRODUCTS  
PRODUCT/CUSTOMER SALES REPORT

FOR O. 1973      PAGE - 173

—IN THOUSANDS OF POUNDS AND DOLLARS—

| M G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y.T.O. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D./ MAR.-GRD.-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16 DIELECTRICS  DR.C.PATON | | | | | | | | | | | | | | | | | |
| | X | ARUCLOR 1254 | | | | | | | | | | | | | | | | 00361C | 1040-280-16 |
| | 1287 | -AEROVOX-BELLVIL NEW BEDFORD MA | | | | 7.20 | | | 3.60 | | | | | | 3.60 | | | | 00294438 |
| | 1287 | -AEROVOX CORP NEW BEDFORD MA | 20.0 | | 20.0 | | | | | | | | | | | | | | 1D001013 |
| | 1184 | -WESTERN ELEC CICERO ILL | | 1.20 | | | | | | | | | | | | | | | 10088755 |
| | 1230 | WESTERN ELECTRIC ALLENTOWN PA | | | | .060 | | | .060 | | | | | | | | | | 00269638 |
| | | PARENT CUST. TOT-AMERICAN TEL & | | 1.20 | | .060 | | | .060 | | | | | | | | | | 00045160 |
| | 1287 | -AXEL ELECTRONICS JAMAICA NY | | 4.80 | | 7.20 | | | | | 3.60 | | | | | | | 3.60 | 10007739 |
| | 1287 | -CORNELL DUB ELEC N BEDFORD MAS | | | | 12.0 | | | | | 6.00 | | | 6.00 | | | | | 00086746 |
| | 1932 | -GEN ELEC ROME GA | | 200 | | | | | | | | | | | | | | | 10031281 |
| | 1287 | GEN ELEC PITTSFIELD MA | 800 | 522 | 800 | 2.58 | -18 | | | | | | | 2.40 | | | | | 10031761 |
| | 1287 | GEN ELEC INS MATL-SCHECTADY NY | | .120 | | | | | | | | | | | | | | | 10031850 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | 800 | 722 | 800 | 2.58 | -18 | | | | | | | 2.40 | | | | | 10599474 |
| | 1287 | -HIGH ENERGY MALVERN PA | | 6.00 | | 6.00 | | | | | | | 6.00 | | | | | | 10037964 |
| | 1184 | -MCGRAW EDISON SOUTH MI WI | | 3.00 | | | | | | | | | | | | | | | 00128910 |
| | 1967 | -MCGRAW EDISON GREENWOOD SC | | | | 1.80 | | | | | | 1.80 | | | | | | | 00290696 |
| | 1935 | -NYTRONICS DARLINGTON SC | | .600 | | | | | | | | | | | | | | | 00131962 |
| | 1287 | -R F INTERONICS BAYSHORE LI NY | | 10.2 | | 9.00 | | 1.20 | | | | 2.40 | 2.40 | | | 3.00 | | | 00270849 |
| | 1967 | -SANGAMO ELEC PICKENS SC | 50.0 | 94.2 | 50.0 | 70.2 | 7.2 | 7.2 | 7.2 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | | 10.8 | 5.4 | 5.4 | 10070783 |
| | 1287 | -SPRAGUE ELEC N ADAMS MA | 20.0 | | 20.0 | | | | | | | | | | | | | | 10074770 |
| | | TOTAL PRODUCT * * * * .* * *  LB | 890 | 842 | 090 | 116 | 7.4 | 8.4 | 10.9 | 5.4 | 15.0 | 5.4 | 9.6 | 22.2 | 3.6 | 10.8 | 8.4 | 9.0 | 1040-280-16 |
| | | 00361C       * * * * * * .* $$ | 205 | 169 | 205 | 29.0 | 1.86 | 2.10 | 2.72 | 1.29 | 3.75 | 1.35 | 2.40 | 5.55 | .90 | 2.70 | 2.10 | 2.25 | |
| | X | INERTEEN VO-90 | | | | | | | | | | | | | | | | 00360A | 1050-210-16 |
| | 1287 | -ALLIED CHEM-AG-HOPEWELL VA | | .360 | | | | | | | | | | | | | | | 10002451 |
| | 1131 | -ALLIS CHALMERS PITTS PA | | 547 | | | | | | | | | | | | | | | 10002664 |
| | 1967 | -WESTERN ELECTRIC NORCROSS GA | | 8.09 | | | | | | | | | | | | | | | 00279838 |
| | 1968 | -BOISE SOUTHERN DERIDDER LA | | | | | | | | | | | | | | | | | 00230642 |
| | 1866 | -BUCK MFG CO GARDEN GROVE CA | | .674 | | | | | | | | | | | | | | | 00252603 |
| | 1287 | -BUELL DIV ENVIROTECH LEBAN PA | 300 | 323 | 300 | 448 | 54 | 54 | | 27 | | 81 | | 27 | 27 | 152 | 27 | | 00259489 |
| | 1153 | -DETROIT EDISON CO BELLE RIV MI | | .674 | | | | | | | | | | | | | | | 00249785 |
| | 1866 | -ENERGY SYSTEMS PALO ALTO CA | | 3.37 | | 13.5 | | | -.67 | | | | | | 2.70 | 8.09 | 2.02 | | 10026253 |
| | 1974 | -ESCO MFG GREENVILLE TX | | 7.41 | | | | | | | | | | | | | | | 10026636 |
| | 1287 | -ESPEY MFG ELECTR SARATOGA NY | | 20.2 | | | | | | | | | | | | | | | 00158852 |
| | 1184 | -ESSEX ELEC ENG BENSENVILLE IL | | | | 14.8 | | | | | 14.8 | | | | | | | | 00299987 |
| | 1866 | -FEDERAL PACIFIC EL MILPITAS CA | | 20.2 | | | | | | | | | | | | | | | 00153389 |
| | 1287 | FED PACIFIC EL CLIFFWOOD NJ | | .360 | | | | | | | | | | | | | | | 00290157 |
| | 1287 | FED PAC ELEC NEWARK NJ | | | | .360 | | | | | | -.360 | | | | | | | 10027527 |

```
B1131-A DIRECT #2
01/09/74
```

MICC SPECIAL / PRODUCTS
PRODUCT/CUSTOMER SALES REPORT

FOR DEC 1973     PAGE 186

—IN THOUSANDS OF POUNDS AND DOLLARS—

| MG | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y.T.D. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJR.GRD.GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AROCLOR 1016 | | | | | | | | | | | | | | | 02250A | | 1040-016-16 |
| | 1153 | WESTINGHOUSE DETROIT MICHIGAN | | .165 | | | | | | | | | | | | | | | 10089484 |
| | 1138 | WESTINGHOUSE-LIGHT-DIV-CLEV OH | 30.0 | 49.8 | 30.0 | 65.4 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 4.2 | 6.0 | 13.2 | 6.0 | | | | 10089441 |
| | 1131 | WESTINGHOUSE RESEARCH PITTS PA | | | | 1.20 | | | | | | 1.20 | | | | | | | 00252433 |
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 1430 | 1769 | 1430 | 2212 | 105 | 235 | 200 | 389 | 198 | 293 | 103 | 13 | 197 | 191 | 96 | 192 | 00047740 |
| | 1237 | .YORK CAPACITOR CORP BRKLYN NY | 100 | 103 | 100 | 132 | 26.4 | | | 26.4 | | 26.4 | | | 26.4 | | 26.4 | | 10092590 |
| | | TOTAL PRODUCT ******* LB | 20761 | 20517 | 20211 | 23622 | 2015 | 1877 | 2217 | 2050 | 2249 | 1956 | 1705 | 1482 | 1694 | 1931 | 2609 | 1838 | 1040-016-16 |
| | | 02250A      ******* $$ | 4256 | 3997 | 4143 | 4849 | 415 | 388 | 455 | 425 | 462 | 403 | 350 | 306 | 349 | 398 | 536 | 363 | |
| ✱ | | AROCLOR 1242 | | | | | | | | | | | | | | | | 00349C | 1040-240-16 |
| | 1866 | .CAPACITOR SPECLST ESCONDIDO CA | | 8.40 | | | | | | | | | | | | | | | 00181374 |
| | 1976 | .CONDENSER PROD BROOKSVILLE FL | | .600 | | | | | | | | | | | | | | | 00257036 |
| | 1237 | .CORNELL DUB ELEC N BEDFORD MAS | | | | 91.1 | | | 91.1 | | | | | | | | | | 00086746 |
| | 1237 | .GEN ELEC FORT EDWARDS NY | | | | 288 | | | 288 | | | | | | | | | | 00249467 |
| | 1237 | GEN ELEC HUDSON FALLS NY | | | | 96.6 | | | 96.6 | | | | | | | | | | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | | | | 384 | | | 384 | | | | | | | | | | 10599474 |
| | 1237 | .JARD,COMPANY INC BENNINGTON VT | | | | | | | | | | | | | | | | | 00183830 |
| | 1237 | .RAYTHEON CO CANTON MASS | | | | 3.00 | | | | 2.40 | .60 | | | | | | | | 00299006 |
| | 1237 | .SPRAGUE ELEC N ADAMS MA | | | | 92.3 | | | 92.3 | | | | | | | | | | 10074770 |
| | 1178 | .WESTINGHOUSE BLOOMINGTON IND | | | | 95.7 | | | 95.7 | | | | | | | | | | 10089786 |
| | | TOTAL PRODUCT ******* LB | | 9.00 | | 666 | | | 663 | 2 | 1 | | | | | | | | 1040-240-16 |
| | | 00349C      ******* $$ | | .803 | | 137 | | | 136 | 1 | | | | | | | | | |
| ✱ | | CAPACITOR 21 | | | | | | | | | | | | | | | | 00343C | 1040-225-16 |
| | 1237 | .GEN ELEC FORT EDWARDS NY | 30.0 | 19.8 | 30.0 | 35.4 | | 5.20 | 5.20 | | | 4.16 | 5.20 | | 5.20 | 5.20 | | 5.20 | 00249467 |
| | | TOTAL PRODUCT ******* LB | 30.0 | 19.8 | 30.0 | 35.4 | | 5.20 | 5.20 | | | 4.16 | 5.20 | | 5.20 | 5.20 | | 5.20 | 1040-225-16 |
| | | 00343C      ******* $$ | 7.35 | 4.89 | 7.35 | 9.02 | | 1.33 | 1.33 | | | 1.06 | 1.33 | | 1.33 | 1.33 | | 1.33 | |
| | | DISC DIELECTRICS | | | | | | | | | | | | | | | | 02442D | 9998-000-16 |
| | 1154 | .E I DU PONT DE NEM CLINTON IA | | .880 | | | | | | | | | | | | | | | 10023688 |
| | 1237 | .GEN ELEC PITTSFIELD MA | | 112 | | | | | | | | | | | | | | | 10031761 |
| | 1933 | .HERCULES INC TERRE HAUTE IN | | 1.20 | | | | | | | | | | | | | | | 00153958 |
| | | TOTAL PRODUCT ******* LB | | 114 | | | | | | | | | | | | | | | 9998-000-16 |
| | | 02442D      ******* $$ | | 22.3 | | | | | | | | | | | | | | | |

021425

B1131-A  DIRECT #2  
12/31/74

MICC SPECIAL / PRODUCTS  
PRODUCT/CUSTOMER SALES REPORT

FOR DEC 1974    PAGE 211

—IN THOUSANDS OF POUNDS AND DOLLARS—

| M G R | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y.T.D. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST.I.D./ MAJ.GRO.GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AROCLOR 1016 | | | | | | | | | | | | | | | 02250A | | 1040-016-16 |
| | 1252 | .YORK CAPACITOR CORP BRKLYN NY | 100 | 132 | 100 | 132 | 26.4 | | 26.4 | | 26.4 | | 26.4 | | | | 26.4 | | 10092590 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | 24176 | 23531 | 24176 | 21941 | 2384 | 1676 | 1873 | 2185 | 2200 | 2223 | 1753 | 1890 | 1587 | 1603 | 1396 | 1171 | 1040-016-16 |
| | | 02250A     * * * * * * * $$ | 5137 | 4846 | 5137 | 6693 | 491 | 431 | 527 | 614 | 620 | 626 | 632 | 674 | 565 | 570 | 514 | 430 | |
| | | AROCLOR 1242 | | | | | | | | | | | | | | | | 00349C | 1040-240-16 |
| | 1270 | .CORNELL DUB ELEC N BEDFORD MAS | | 91.1 | | | | | | | | | | | | | | | 00086746 |
| | 1273 | .GEN ELEC FORT EDWARDS NY | | 288 | | | | | | | | | | | | | | | 00249467 |
| | 1273 | GEN ELEC HUDSON FALLS NY | | 96.6 | | | | | | | | | | | | | | | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | | 384 | | | | | | | | | | | | | | | 10599474 |
| | 1277 | .RAYTHEON CO CANTON MASS | | 3.00 | | 1.80 | | | | | | | | 1.80 | | | | | 00299006 |
| | 1252 | .SPRAGUE ELEC N ADAMS MA | | 92.3 | | | | | | | | | | | | | | | 10074770 |
| | 1178 | .WESTINGHOUSE BLOOMINGTON IND | | 95.7 | | | | | | | | | | | | | | | 10089786 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | 666 | | 1.80 | | | | | | | | 1.80 | | | | | 1040-240-16 |
| | | 00349C     * * * * * * * $$ | | 137 | | .765 | | | | | | | | -.765 | | | | | |
| | | AROCLOR 1254 | | | | | | | | | | | | | | | | 00361C | 1040-280-16 |
| | 1270 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 7.20 | | 16.8 | | 3.60 | | | 2.40 | | | | 3.60 | | 3.60 | 3.60 | 00294438 |
| | 1237 | .WESTERN ELECTRIC ALLENTOWN PA | | .060 | | | | | | | | | | | | | | | 00269638 |
| | 1252 | .AXEL ELECTRONICS JAMAICA NY | | 7.20 | | 3.60 | | | | | | | | | 2.40 | | 1.20 | | 10007739 |
| | 1270 | .CORNELL DUB ELEC N BEDFORD MAS | | 12.0 | | 12.0 | 6.00 | | 6.00 | | | | | | | | | | 00086746 |
| | 1252 | .FILTRON CO INC FLUSHING NY | 20.0 | | 20.0 | | | | | | | | | | | | | | 10027861 |
| | 1252 | .GEN ELEC PITTSFIELD MA | | 2.58 | | | | | | | | | | | | | | | 10031761 |
| | 1237 | .HIGH ENERGY MALVERN PA | | 6.00 | | 6.00 | | | 6.00 | | | | | | | | | | 10037964 |
| | 1237 | .ITE CIRCUIT BREAKER PHIL PA | | | | .120 | | | | | | | | | | | -.120 | | 10042054 |
| | 1967 | .MCGRAW EDISON GREENWOOD SC | | 1.80 | | 3.60 | | | | | | | | | 3.60 | | | | 00290696 |
| | 1237 | .R F INTERONICS BAYSHORE LI NY | | 9.00 | | 15.0 | | | | 1.20 | 3.60 | 1.20 | 2.40 | 3.60 | | | 3.00 | | 00335673 |
| | 1967 | .SANGAMO ELEC PICKENS SC | 75.0 | 70.2 | 75.0 | 15.6 | 5.40 | | 5.40 | | | | 1.20 | | | 1.20 | | 2.40 | 10070783 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | 95.0 | 116 | 95.0 | 72.7 | 11.4 | 3.6 | 17.4 | 1.2 | 6.0 | 2.4 | 2.4 | 7.2 | 7.2 | | 7.9 | 6.0 | 1040-280-16 |
| | | 00361C     * * * * * * * $$ | 24.5 | 28.9 | 24.5 | 25.6 | 2.85 | .95 | 6.09 | .42 | 2.10 | .84 | 1.02 | 3.06 | 3.06 | | 3.44 | 1.79 | |
| | | CAPACITOR-21 | | | | | | | | | | | | | | | | 00343C | 1040-225-16 |
| | 1273 | .GEN ELEC FORT EDWARDS NY | 30.0 | 35.4 | 30.0 | 57.2 | 5.2 | 5.2 | 10.4 | | 7.3 | | 8.3 | 5.2 | 5.2 | | | 10.4 | 00249467 |
| | | TOTAL PRODUCT * * * * * * * LB | 30.0 | 35.4 | 30.0 | 57.2 | 5.2 | 5.2 | 10.4 | | 7.3 | | 8.3 | 5.2 | 5.2 | | | 10.4 | 1040-225-16 |
| | | 00343C     * * * * * * * $$ | 7.88 | 9.02 | 7.88 | 23.4 | 1.33 | 1.82 | 3.64 | | 2.55 | | 3.54 | 2.21 | 2.21 | | | 6.08 | |

```
REPORT B1476-A                      MICC     SPECIALTY PRODUCTS                                              PAGE 394
                        NO.4 CUSTOMER/PRODUCT SALES REPORT FOR  DEC 1974
12/31/74                      -IN ACTUAL POUNDS AND DOLLARS-


                             TOTAL  MONTH  SALES     Y-T-D      SALES     TOTAL LAST YEAR SALES    TOTAL YEAR    CUST ID
                             POUNDS       DOLLARS    POUNDS     DOLLARS   POUNDS          DOLLARS  GOAL LBS      MAJR-GRD-GP

  .FEDERAL PAC ELEC NEWARK NJ                                                                                    10027527
   FEDERAL PAC ELEC NEWARK NJ                                                                      AR 254490      10027527
   1237 INERTEEN 70-30                                                     360             101                    1050-210-16

    CORNELL DUB ELEC|N BEDFORD MAS                                                                 AR 179800      00086746
    1270 AROCLOR 1016                          1,538,400    467,248       1,423,100      291,718   1,400,000     1040-016-16
    1270 AROCLOR 1242                                                        91,100       18,676                 1040-240-16
    1270 AROCLOR 1254                             12,000      3,600         12,000         3,000                 1040-280-16
    1270 CAPACITOR FLUID 1588       470    378      470        378                                               1040-019-16
             TOTAL CUSTOMER         470    378  1,550,870    471,226      1,526,200      313,394   1,400,000      00086746

    FEDERAL PACIFIC EL MILPITAS CA                                                                 AR 254492      00153389
    1866 INERTEEN 70-30                            4,044      1,638                                              1050-210-16

  TOT PAR FED PAC ELEC NEWARK NJ    470    378  1,554,914    472,864      1,526,560      313,495   1,400,000     10027527

  .                                                                                                              00329606
   FILM CAPACITORS PASSAIC NJ                                                                      AR 257876      00329606
   1237 CAPACITOR FLUID 1588                         45         32                                               1040-019-16

  .                                                                                                              10027861
   FILTRON CO INC FLUSHING NY                                                                      AR 257930      10027861
   1252 AROCLOR 1254                                                                                  20,000     1040-280-16

  .GEN ELEC SCHNECTADY NY                                                                                        10599474
   GEN ELEC MOBILE AL                                                                              AR 283023      00281506
   1975 TRANSFORMER PYRANOL A1383B-2                                         360             101                 1050-301-16

    GENL ELEC SERV GLENDALE AZ                                                                     AR 282796      00326968
    1866 TRANSFORMER PYRANOL A1383B-3             360        164                                                 1050-302-16

    GEN ELECTRIC PHOENIX AZ                                                                        AR 282796      00300888
    1866 TRANSFORMER PYRANOL A1383B-2                                       4,725          1,319                 1050-301-16

    GENL ELECTRIC TUCSON AZ                                                                        AR 283141      00273570
    1866 TRANSFORMER PYRANOL A1383B-2                                       6,750          1,789     2,000       1050-301-16
    1866 TRANSFORMER PYRANOL A1383B-3           4,725      1,961            2,025            537                 1050-302-16
             TOTAL CUSTOMER                     4,725      1,961            8,775          2,326     2,000        00273570

    G E CO LOS ANGELES ANAHEIM  CA                                                                 AR 282908      00120006
    1866 TRANSFORMER PYRANOL A1383B-2                                       8,100          2,551     5,000       1050-301-16
    1866 TRANSFORMER PYRANOL A1383B-3          14,850      6,959                                                 1050-302-16
             TOTAL CUSTOMER                    14,850      6,959            8,100          2,551     5,000        00120006

    GENL ELECT CO CALEXICO CA                                                                      AR 282830      00335479
    1866 TRANSFORMER PYRANOL A1383B-3           1,350        763                                                 1050-302-16
```

GT103

81131-A  DIRECT #2        DOMESTIC                MICC FUNCTION / PRODUCTS                FOR 01 /1975        PAGE 151
12/31/75                  SALES                   PRODUCT/CUSTOMER SALES REPORT

—IN THOUSANDS OF POUNDS AND DOLLARS—

| M G R | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y.T.D. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST.I.D./ MAJR.GRO.-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16 DIELECTRICS C.PATON | | | | | | | | | | | | | | | | | |
| | | AROCLOR 1016 | | | | | | | | | | | | | | | | 02250A | 1040-016-16 |
| 16 | P2 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 1915 | 1800 | 999 | | 91 | 90 | 91 | 91 | | 90 | 89 | 91 | 91 | 183 | 92 | 00294438 |
| 16 | P2 | .WESTERN ELECTRIC ALLENTOWN PA | | | | .110 | | .110 | | | | | | | | | | | 00269638 |
| 16 | P1 | .CAPACITOR SPECLST ESCONDIDO CA | 120 | 101 | 120 | 37.8 | 1.80 | 1.80 | 5.40 | 3.60 | 3.60 | 1.80 | 3.60 | 1.80 | 1.80 | 7.20 | 5.40 | | 00181374 |
| 16 | P3 | .CAROLINA CAPACITR RIDGEVILL SC | 100 | | 50.0 | 1.80 | | | | | | 1.80 | | | | | | | 00309826 |
| 16 | P2 | .TOBE DEUTSCHMAN LABS CANTON MA | - | 1.80 | | .600 | | | .600 | | | | | | | | | | 00335568 |
| 16 | P3 | .ELECTRICAL UTILIT LA SALLE, IL | 1250 | 966 | 800 | 414 | | 42.4 | 42.3 | 84.6 | | 78.5 | | 42.8 | 39.2 | 42.2 | | 42.3 | 10025745 |
| 16 | P2 | .UNIV MFG CORP BRIDGEPORT CT | | 1080 | 800 | 543 | | 92.1 | | | 89.0 | 87.7 | | | 91.3 | 90.9 | | 92.0 | 10025796 |
| 16 | P2 | UNIV MFG CORP TOTOWA NJ | | 870 | 900 | 543 | 94.0 | 89.2 | | 90.9 | 89.1 | 89.2 | | | | | 91.0 | | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | | 1950 | 1700 | 1086 | 94 | 181 | | 91 | 178 | 177 | | | 91 | 91 | 91 | 92 | 10025796 |
| 16 | P1 | .ELECTRO MAGNET FI PALO ALTO CA | 1.00 | 1.20 | 1.00 | .110 | | | | | | | | | | | | .110 | 00287040 |
| 16 | P2 | .CORNELL DUB ELEC N BEDFORD MAS | | 1538 | 1000 | 800 | 81.7 | 92.0 | 83.0 | 90.4 | 89.5 | | 89.8 | | 91.0 | | 91.6 | 90.9 | 00086746 |
| 16 | P3 | .GEN ELEC ROME GA | | .600 | | | | | | | | | | | | | | | 10031281 |
| 16 | P2 | GEN ELEC FORT EDWARDS NY | | 6418 | 4000 | 3397 | 383 | 287 | 379 | 191 | 186 | 280 | 185 | 281 | 282 | 471 | 285 | 188 | 00249467 |
| 16 | P2 | GEN ELEC HUDSON FALLS NY | | 2280 | 1872 | 2072 | 285 | 96 | 282 | 188 | 282 | 1 | 186 | 187 | 188 | 188 | 96 | 95 | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | | 8699 | 5872 | 5469 | 668 | 383 | 661 | 379 | 469 | 279 | 371 | 468 | 470 | 659 | 381 | 283 | 10599474 |
| 16 | P2 | .HIGH ENERGY MALVERN PA | | 129 | 100 | | | | | | | | | | | | | | 10037964 |
| 16 | P2 | .JARD COMPANY INC BENNINGTON VT | | 677 | 600 | 271 | | 90.5 | | | | | 90.7 | | | | 90.2 | | 00183830 |
| 16 | P3 | .MALLORY CAPACITOR WAYNESBOR TN | 1200 | 1003 | 750 | 608 | | 45 | 46 | 45 | 95 | | | 45 | 96 | 141 | | 96 | 00216143 |
| 16 | P3 | .MCGRAW EDISON PWR FERNDALE MI | | 7.20 | | | | | | | | | | | | | | | 00302279 |
| 16 | P3 | MCGRAW EDISON GREENWOOD SC | 800 | 791 | 600 | 781 | 90 | 87 | | 88 | 169 | | 84 | | 86 | 89 | | 89 | 00290696 |
| | | PARENT CUST. TOT-MCGRAW EDISON C | 800 | 799 | 600 | 781 | 90 | 87 | | 88 | 169 | | 84 | | 86 | 89 | | 89 | 00044687 |
| | | .MONSANTO LOS ANGELES CA | | | | | | | | | | | | | | | | | 00148822 |
| | | MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| | | PARENT CUST. TOT-MONSANTO CORP S | | | | | | | | | | | | | | | | | 00047147 |
| 06 | P4 | .NO CHG SHIPMENTS SPECIALTY PRO | | | | | | | | | | | | | | | | | 00271020 |
| 16 | P2 | .R F INTERONICS BAYSHORE LI NY | | | | .220 | | | | | | | | | .220 | | | | 00335673 |
| 16 | P3 | .SANGAMO ELEC PICKENS SC | 700 | 717 | 700 | 852 | 96.1 | 94.9 | 96.3 | | 93.3 | 94.3 | | 94.8 | 94.0 | 94.8 | | 93.7 | 10070783 |
| 16 | P2 | .SPRAGUE ELEC N ADAMS MA | | 902 | 700 | 362 | | | 91.6 | 90.4 | | | | 89.1 | | | 90.4 | | 10074770 |
| 16 | P1 | .WESTINGHOUSE ELEC BENICIA CA | | .600 | | | | | | | | | | | | | | | 00319406 |
| 16 | P3 | WESTINGHOUSE BLOOMINGTON IND | 2200 | 2420 | 2100 | 1031 | 94 | 187 | 95 | | 92 | 92 | 93 | | 94 | 94 | 94 | 96 | 10089786 |
| 16 | P3 | WESTINGHOUSE TERRE HAUTE IN | | 1.20 | | 3.00 | 1.20 | | | | | | 1.20 | | | | .60 | | 00283096 |
| 16 | P2 | WESTINGHOUSE-LIGHT-DIV CLEV OH | | 12.0 | | | | | | | | | | | | | | | 10089441 |
| 16 | P2 | WESTINGHOUSE RESEARCH PITTS PA | | .600 | | | | | | | | | | | | | | | 00252433 |

```
B1131-A  DIRECT R2        DOMESTIC              NICC FUNCTION  PRODUCTS              FOR DL 1975         PAGE 152
12/31/75                   SALES                PRODUCT/CUSTOMER SALES REPORT
                                          —IN THOUSANDS OF POUNDS AND DOLLARS—
```

| M O | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJ.-GRD.-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 2200 | 2411 | 2100 | 1034 | 95 | 187 | 95 | | 92 | 92 | 94 | | 94 | 94 | 94 | 96 | 00047740 |
| | | AROCLOR 1016 | | | | | | | | | | | | | | | 02250A | | 1040-016-16 |
| 16 | P2 | .YORK CAPACITOR CORP BRKLYN NY | | 132 | 78.0 | 79.2 | | | 26.4 | | | | 26.4 | | | 26.4 | | | 10092590 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | .6371 | 21941 | 16971 | 12795 | 1127 | 1296 | 1238 | 962 | 1280 | 724 | 850 | 830 | 1153 | 1336 | 1026 | 974 | 1040-016-16 |
| | | 02250A         * * * * * * * $$ | 2262 | 6691 | 5855 | 4801 | 414 | 475 | 456 | 353 | 469 | 266 | 314 | 305 | 423 | 532 | 408 | 385 | |
| | | AROCLOR 1232 | | | | | | | | | | | | | | | 003450 | | 1040-230-16 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | | | | | | | | | | | | | | | | | 1040-230-16 |
| | | 003450         * * * * * * * $$ | | .019 | | | | | | | | | | | | | | | | |
| | | AROCLOR 1242 | | | | | | | | | | | | | | | 00349C | | 1040-240-16 |
| 16 | P2 | .RAYTHEON CO CANTON MASS | | 1.80 | | | | | | | | | | | | | | | | 00299006 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | 1.80 | | | | | | | | | | | | | | | | 1040-240-16 |
| | | 00349C         * * * * * * * $$ | | .665 | | | | | | | | | | | | | | | | |
| | | AROCLOR 1254 | | | | | | | | | | | | | | | 00361C | | 1040-280-16 |
| 16 | P2 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 16.8 | 8.00 | 3.60 | | | | | | | 3.60 | | | | | | 00294438 |
| 16 | P2 | .AXEL ELECTRONICS JAMAICA NY | | 3.60 | 17.0 | 19.8 | 1.80 | | 2.40 | 3.60 | 1.20 | | | 1.80 | | | | 9.00 | 10007739 |
| 16 | P2 | .CORNELL DUB ELEC N BEDFORD MAS | | 12.0 | 24.0 | 6.00 | 6.00 | | | | | | | | | | | | 00086746 |
| 16 | P2 | .HIGH ENERGY MALVERN PA | | 6.00 | 7.00 | | | | | | | | | | | | | | | 10037964 |
| 16 | P2 | .ITE CIRCUIT BREAKER PHIL PA | | .120 | | | | | | | | | | | | | | | | 10042054 |
| 16 | P3 | .MCGRAW EDISON GREENWOOD SC | | 3.60 | | 1.80 | | | | 1.80 | | | | | | | | | | 00290696 |
| 16 | P2 | .R F INTERONICS BAYSHORE LI NY | | 15.0 | | 10.8 | 1.80 | 2.40 | | | | | 1.20 | 1.80 | | .60 | | 4.20 | | 00335673 |
| 16 | P3 | .SANGAMO ELEC PICKENS SC | | 15.6 | | 7.80 | 2.40 | 1.80 | | | | | 1.20 | | | 2.40 | | | | 10070783 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | 72.7 | 56.0 | 49.8 | 12.0 | 4.2 | 2.4 | 5.4 | 1.2 | | 6.0 | 3.6 | | 1.8 | | 13.2 | | 1040-280-16 |
| | | 00361C         * * * * * * * $$ | | 25.5 | 23.0 | 24.5 | 5.28 | 1.85 | 1.06 | 2.38 | .53 | | 2.64 | 1.58 | 2.05 | .83 | | 6.27 | | |
| | | CAPACITOR 21 | | | | | | | | | | | | | | | 00343C | | 1040-225-16 |
| 16 | P2 | .GEN ELEC FORT EDWARDS NY | | 57.2 | | 20.8 | 5.20 | 5.20 | | | | | | | 5.20 | | 5.20 | | | 00249467 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | 57.2 | | 20.8 | 5.20 | 5.20 | | | | | | | 5.20 | | 5.20 | | | 1040-225-16 |
| | | 00343C         * * * * * * * $$ | | 23.4 | | 12.0 | 3.04 | 3.04 | | | | | | | 3.04 | | 3.04 | .12 | | |

```
G21425
B1131-A  DIRECT =2       DOMESTIC           MICC FUNCTION PRODUCTS                    FOR D  1976         PAGE  20
12/31/76                 SALES              PRODUCT/CUSTOMER SALES REPORT
                                     -IN THOUSANDS OF POUNDS AND DOLLARS-
```

| MG RP | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES CONT FOR CURR YEAR | SALES CURR YTD | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST ID / MAJR.GRO.GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MOULD COAT | | | | | | | | | | | | | | | 03157A | | 1341-100-53 |
| 11 | A3 | .KENNECOTT REF CORP SALT MO | | 90.0 | 60.0 | | | | | | | | | | | | | | 10043891 |
| 15 | C2 | .LEARNER CO OAKLAND CA | | .400 | | | | | | | | | | | | | | | 10552249 |
| 11 | A3 | .NORTH AMER SMELT WILMINGTON DE | | .600 | | .200 | | | | .200 | | | | | | | | | 10535476 |
| 11 | A1 | .PHELPS DODGE MASPETH NY | | 32.0 | | 32.0 | | | | | | 16.0 | | | | | | 16.0 | 10062462 |
| 15 | C4 | PHELPS DODGE EL PASO TX | | 24.4 | 125 | .400 | | | | | .400 | | | | | | | | 10062470 |
| | | PARENT CUST. TOT-PHELPS DODGE CO | | 56.4 | 125 | 32.4 | | | | | .4 | 16.0 | | | | | | 16.0 | 000449A9 |
| 15 | C4 | .RUCKER, CALIF HOUSTON TX | | | | .200 | | | | | | | | | | | | | 00136826 |
| 11 | M5 | .WHITE PINE COPPER WHITE PIN MI | | 2.00 | | | | | | | .200 | | | | | | | | 10562317 |
| | | *UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT * * * * * * * LB | | 338 | 465 | 104 | 4.0 | 5.2 | 3.0 | .6 | 3.6 | 15.4 | 3.4 | | 6.2 | 40.0 | 5.2 | 13.0 | 1341-100-53 |
| | | 03157A * * * * * * * $$ | | 144 | 226 | 51.7 | 2.0 | 2.6 | 1.5 | .3 | 1.8 | 5.8 | 1.7 | | 3.1 | 19.7 | 2.6 | 6.6 | |
| 19 | | TOT MAJOR MOULD COAT     LB | | 338 | 465 | 104 | 4.0 | 5.2 | 3.0 | .6 | 3.6 | 15.4 | 3.4 | | 6.2 | 40.0 | 5.2 | 13.0 | |
| | | $$ | | 144 | 226 | 51.7 | 2.0 | 2.6 | 1.5 | .3 | 1.8 | 5.8 | 1.7 | | 3.1 | 19.7 | 2.6 | 6.6 | |
| 18 | | TOT CLASS BONE ASH & MOULD LB | | 839 | 1039 | 869 | 27 | 124 | 14 | 71 | 50 | 100 | .8 | 104 | 131 | 62 | 108 | 70 | |
| | | $$ | | 357 | 504 | 430 | 13.7 | 61.4 | 7.0 | 35.0 | 24.7 | 49.3 | 3.8 | 51.6 | 64.6 | 30.9 | 53.5 | 34.9 | |
| 02 | | TOT SUPV P.RICHARDSON    LB | 1821 | 6939 | 7316 | 8196 | 614 | 765 | 639 | 858 | 837 | 736 | 567 | 547 | 822 | 481 | 429 | 899 | |
| | | $$ | 689 | 5212 | 5982 | 6992 | 614 | 608 | 541 | 673 | 711 | 666 | 441 | 458 | 803 | 340 | 375 | 720 | |
| | | AROCLOR 1016 | | | | | | | | | | | | | | | | 02260A | 1040-016-16 |
| 16 | P1 | .AEROVOX-BELLVIL NEW BEDFORD MA | 1490 | 999 | 1300 | 1958 | 90 | 181 | 179 | 179 | 178 | 180 | 90 | 168 | 175 | 269 | | 270 | 00294438 |
| 16 | P1 | .WESTERN ELECTRIC ALLENTOWN PA | | .110 | | | | | | | | | | | | | | | 00269638 |
| 16 | P1 | .AXEL ELECTRONICS JAMAICA NY | 12.0 | | 12.0 | | | | | | | | | | | | | | 10007739 |
| 16 | P1 | .CAPACITOR SPECLST ESCONDIDO CA | 50.0 | 37.8 | 50.0 | 28.8 | 3.60 | 1.80 | | 3.60 | 1.80 | 1.80 | 1.60 | 3.60 | 1.80 | 3.60 | 3.60 | 1.80 | 00181374 |
| 16 | P1 | .CAROLINA CAPACITR RIDGEVILL SC | 30.0 | 1.80 | 3.00 | 1.80 | | | | | | | | 1.80 | | | | | 00309826 |
| 16 | P1 | .CINE-CHROME-EL DV-PALO ALTO CA | 1.00 | .110 | 1.00 | 1.20 | | | | | | | 1.20 | | | | | | 00287040 |
| 16 | P1 | .TODD DEUTSCHMAN LABS CANTON MA | | .600 | | | | | | | | | | | | | | | 00335568 |
| 16 | P1 | .ELECTRICAL UTILIT LA SALLE IL | 800 | 414 | 600 | 798 | 40 | 84 | 127 | 43 | 86 | 84 | 83 | | 43 | 42 | 41 | 126 | 10025745 |
| 16 | P1 | .UNIV MFG CORP BRIDGEPORT CT | 830 | 543 | 750 | 1086 | 90.8 | 91.4 | 91.3 | 91.2 | 92.5 | 89.3 | 89.5 | 89.2 | 68.7 | 89.5 | 90.9 | 91.9 | 10025795 |
| 16 | P1 | UNIV MFG CORP TOTOWA NJ | 830 | 543 | 750 | 1080 | 182 | 91 | 92 | 88 | 90 | 90 | 1 | 89 | 86 | 89 | 90 | 91 | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | 1660 | 1086 | 1500 | 2166 | 273 | 182 | 184 | 179 | 182 | 180 | 85 | 179 | 177 | 179 | 181 | 182 | 10025796 |
| 16 | P1 | .CORNELL DUB ELEC N BEDFORD MAS | 1210 | 800 | 1100 | 1056 | | 92 | 86 | 90 | 88 | 90 | 85 | 87 | 86 | 89 | 90 | 173 | 00086746 |
| 16 | P1 | .GEN ELEC FORT EDWARDS NY | 5000 | 3397 | 4700 | 5866 | 574 | 477 | 569 | 571 | 472 | 558 | 378 | 471 | 375 | 473 | 476 | 476 | 00249A67 |
| 16 | P1 | GEN ELEC HUDSON FALLS NY | 3100 | 2072 | 2000 | 1704 | 188 | 94 | 285 | 190 | 96 | 280 | 190 | 94 | | 95 | 95 | 96 | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | 8100 | 5469 | 6700 | 7570 | 762 | 571 | 854 | 761 | 568 | 836 | 568 | 565 | 375 | 568 | 571 | 572 | 10599474 |
| 16 | P1 | .HIGH ENERGY MALVERN PA | 126 | | 126 | 44.9 | | 44.9 | | | | | | | | | | | 10037964 |

G2165

| '81131-A DIRECT =2 | DOMESTIC SALES | MICC SPECIAL CHEMICALS PRODUCT/CUSTOMER SALES REPORT | FOR DI 1977 | PAGE 35 |
| --- | --- | --- | --- | --- |
| 12/31/77 | | | | |

—IN THOUSANDS OF POUNDS AND DOLLARS—

| G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJR-GRD-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PHOSPHOROUS ACID SOLN 50PC | | | | | | | | | | | | | | | 91856A | | 7212-000-09 |
| 1 | LN7 | .PETROLITE CORP ST LOUIS MO | | | | | | | | | | | | | | | | | 00044970 |
| | | .MISCELLANEOUS ADJUSTMENTS | | | | | | | | | | | | | | | | | OD197777 |
| | | TOTAL PRODUCT * * * * * * * LB | | | | | | | | | | | | | | | | | 7212-000-09 |
| | | 91856A  * * * * * * * $$ | | | | | | | | | | | | | | | | | |
| | | 85 TOT MAJOR PHOSPHORUS ACID LB | | | | | | | | | | | | | | | | | |
| | | $$ | | | | | | | | | | | | | | | | | |
| | | 41 TOT CLASS DISC SPEC CHEM LB | | 2839 | | 256 | 66.3 | 51.6 | 17.9 | 16.2 | 2.0 | 10.3 | 12.0 | 6.0 | 5.2 | 9.5 | 11.6 | 47.8 | |
| | | $$ | | 4457 | | 428 | 91.6 | 82.8 | 39.9 | 33.3 | 4.3 | 38.9 | 23.5 | 14.1 | 11.1 | 15.9 | 24.1 | 48.4 | |
| | | 02 TOT SUPV R.RICHARDSON LB | 7205 | 11035 | 7888 | 7462 | 691 | 543 | 477 | 878 | 746 | 664 | 575 | 409 | 832 | 780 | 113 | 785 | |
| | | $$ | 6848 | 11452 | 7597 | 7029 | 775 | 448 | 468 | 710 | 612 | 718 | 397 | 475 | 824 | 459 | 490 | 651 | |
| ★ | | AROCLOR 1016 | | | | | | | | | | | | | | | 02250A | | 1040-016-16 |
| | 16P1 | .AEROVOX-BELLVIL NEW BEDFORD MA | 1540 | 1958 | 2550 | 2756 | 90 | 89 | 273 | 180 | 180 | 179 | 178 | 273 | 277 | 1038 | | | 00294438 |
| | 16P1 | .BALDOR ELECTRIC RIDGEVILLE SC | | 1.80 | | 60.6 | | | | | | | 20.4 | | | 40.2 | | | 00309826 |
| | 16P1 | .CAPACITOR SPECLST ESCOND100 CA | 20.0 | 28.8 | 30.0 | 13.8 | 1.80 | 3.60 | 5.40 | 3.00 | | | | | | | | | 00181374 |
| | 16P1 | .CINE-CHROME-EL DV-PALO.ALTO CA | | 1.20 | | | | | | | | | | | | | | | 00287040 |
| | 16P1 | .ELECTRICAL UTILIT LA SALLE IL | 600 | 798 | 1300 | 673 | | 80 | 85 | 41 | 41 | 36 | 86 | | 118 | 187 | | | 10025745 |
| | 16P1 | .UNIV. MFG CORP BRIDGEPORT CT | 915 | 1086 | 1200 | 1081 | 89 | 89 | 91 | 91 | 181 | 90 | 89 | 119 | 150 | 91 | | | 10025796 |
| | 16P1 | UNIV MFG CORP TOTOWA NJ | 545 | 1080 | 1000 | 1444 | 90 | 89 | 90 | 90 | 92 | 90 | 92 | 89 | 356 | 367 | | | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | 1460 | 2166 | 2200 | 2524 | 178 | 178 | 181 | 101 | 273 | 180 | 101 | 209 | 506 | 458 | | | 10025796 |
| | 16P1 | .CORNELL DUB ELEC N BEDFORD MAS | 910 | 1056 | 950 | 896 | 90 | 89 | 90 | 91 | 92 | 91 | 90 | | 177 | 88 | | | 00086746 |
| | 16P1 | .GEN ELEC FORT EDWARDS NY | 3864 | 5866 | 1300 | 1667 | 285 | 191 | 189 | 567 | 369 | 66 | 1 | | | | | | 00249467 |
| | 16P1 | GEN ELEC HUDSON FALLS NY | 1472 | 1704 | 300 | 94.1 | 94.1 | | | | | | | | | | | | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | 5336 | 7570 | 1600 | 1761 | 379 | 191 | 189 | 567 | 369 | 66 | 1 | | | | | | 10599474 |
| | 16P1 | .HIGH ENERGY MALVERN PA | 90.0 | 44.9 | 50.0 | 45.5 | | | | 45.5 | | | | | | | | | 10037964 |
| | 16P1 | .JARO COMPANY INC BENNINGTON VT | 450 | 901 | 1050 | 540 | | | 90.4 | 89.0 | 91.7 | 90.8 | 88.7 | | 89.1 | | | | 00183830 |
| | 16P1 | .MALLORY CAPACITOR WAYNESBOR TN | 700 | 1200 | 1150 | 1304 | 96 | 96 | 94 | 95 | 90 | 96 | 91 | 180 | | 467 | | | 00216143 |
| | 16P1 | .MCGRAW EDISON GREENWOOD SC | 270 | 180 | | | | | | | | | | | | | | | 00290696 |
| | | .MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| | 16P1 | .SANGAMO WESTON PICKENS SC | 360 | 645 | | 13.2 | | | | 13.2 | | | | | | | | | 10070783 |
| | 16P1 | .SPRAGUE ELEC N ADAMS MA | 270 | 450 | 180 | 106 | 90.8 | | 88.9 | | | | 73.9 | | | | | | 10074770 |
| | 16P1 | .WESTINGHOUSE BLOOMINGTON IND | 600 | 1188 | 270 | 227 | 89.9 | 89.1 | | | | | | 48.0 | | | | | 10089786 |
| | 16P1 | WESTINGHOUSE TERRE HAUTE IN | | 1.80 | | 1.80 | | | .60 | | | | 1.20 | | | | | | 00283096 |
| | 16P1 | WESTINGHOUSE RESEARCH PITTS PA | | .600 | | | | | | | | | | | | | | | 00252433 |
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 600 | 1190 | 270 | 229 | 89.9 | 89.1 | .6 | | | | 1.2 | 48.0 | | | | | 00047740 |
| | 16P1 | .YORK CAPACITOR WINOOSKI VT | 104 | 85.2 | 70.0 | 158 | | | 26.4 | | 26.4 | | 26.4 | | 26.4 | 52.8 | | | 10092590 |