# Exhibit K

A/GK425/JL26/1458/1459/1/CH247/QZQ43

C JORDAN GO

RE SN 712 4423

DATE SHIPPED 7/23

I-8000 GL TC
DYKANOL L

FOR CORNELL-DUBILIER ELECTRONICS
NEW BEDFORD MASS

VIA TRRA CR

CAR ACFX 023874

CUST NO 1-01290

G 142300    57800    84500

A JONES
SAUGET ILL

7/26/76

0566804

Case: 4:23-cv-00204-HEA  Doc. #:  105-12   Filed: 06/09/23   Page: 3 of 26 PageID #: 5148

# Monsanto

0/EQ943/JL09/1440/1442/2/OK/EH814/QZQ43    MIC ORDER

| SHIPPER'S NO. | DISTRICT | DATE ENTERED | CUSTOMER'S ORDER NO. | | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 712 4423B | EV | 07-09-76 | 1-01290 | | ROS 110 | ID  000 86 746 |
| TERMS | | | | | DATE SHIPPED | CAR INITIALS AND NO. |

**NET 30 DAYS OR AS INDICATED**

PREPAID OR COLLECT-ROUTING

COL  1-PENN CENTRAL

* DELIVERY F.O.B.

AS INDICATED

| SHIPPED FROM | | WHSE CODE | BOOKED THRU | COPIES CODE | CUST FORM | | |
|---|---|---|---|---|---|---|---|
| SAUGET | , IL | 0003 | 16-P2 | | | C JORDAN | 3355 |

```
S  CORNELL-DUBILIER ELECTRONICS
O  DIV. OF FEDERAL PACIFIC ELECTRIC CO
L  1605 RODNEY FRENCH BLVD.
D  NEW BEDFORD, MASS.  02741
T
O
```

```
S
H  CORNELL-DUBILIER ELECTRONICS
I  DIV. OF FEDERAL PACIFIC ELECTRIC CO
P  1605 RODNEY FRENCH BLVD.
D  NEW BEDFORD, MASS.  02741
T
O
```

| DESCRIPTION | GROSS WEIGHT | * PRICE & UNIT | NET WEIGHT |
|---|---|---|---|
| PLASTICS SYNTHETIC LIQUID NOIBN | GROSS WT | | APPRX NET WT |
| 1- 8000 GL TANK CAR        ITEM 1 | LB | | 91920 LB |
| DYKANOL L | | | |
| /1040-016-16-00003-45/02250A/011/ | | | |
| FOB SAUGET          IL | | | |
| | | | |
| CAR TRIP LEASED TO CONSIGNEE | | | |

* PRICE AND POINT OF DELIVERY ARE SUBJECT TO PROVISIONS OF SECTION 1 ON REVERSE SIDE.

TERMS AND CONDITIONS: NOTWITHSTANDING ANY INCONSISTENT OR ADDITIONAL TERMS THAT MAY BE EMBODIED IN YOUR PURCHASE ORDER, WE ACCEPT YOUR ORDER, SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT BETWEEN US UNDER WHICH YOUR ORDER IS PLACED.  IF NO SUCH CONTRACT EXISTS, WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ASSENT TO THE TERMS CONTAINED ABOVE AND ON THE REVERSE SIDE HEREOF, AND YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER SHALL CONSTITUTE ASSENT TO SUCH TERMS.

THANK YOU FOR THE ORDER. SHIPMENT AND/OR DELIVERY WILL BE MADE ON OR ABOUT THE DATE SHOWN BELOW OR AS SOON THEREAFTER AS PRACTICAL.

IF THERE IS ANY UNUSUAL DELAY IN TRANSIT, WE SHALL BE GRATEFUL IF YOU WILL NOTIFY US.

MONSANTO COMPANY

| SHIPPING DATE | ARRIVAL DATE |
|---|---|
| 07-22-76 | |

2 QT PRESHPMNT SMPL G.BRANCO-SOLD
MANDATORY IN WINTER.SEND TC
SHIPNG.INFORMATION INCLUDING WTS.
APPLY LEASE PLACARD TO CAR
WIRE ROS TO MICC-COP CUST REP

SHP AROCLOR 1016.SND CERT ANAL AND
TO. LOAD CAR 125 D C & SHIP IMME
INST.RET.C.REBELLO.WIRE COMPLETE
C. REBELLO SHIP TO
APPLY PCB-PCT WARNING ON LADING

EOT

0566805

# CDÉ   CORNELL-DUBILIER ELECTRONICS
### DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX B967                    1605 RODNEY FRENCH BOULEVARD

NEW BEDFORD, MASSACHUSETTS 02741 · 617·996·8561

**PURCHASE ORDER**
**1- 01290**

VENDOR CODE
**63129**

THESE NUMBERS MUST APPEAR ON INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE

DATE        6/23/76

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

**ACKNOWLEDGE, SHIP AND INVOICE TO:**
**CORNELL-DUBILIER ELECTRIC CORP.**
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX B967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EXPRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA Rail | F.O.B. Your Plant | TERMS | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO |
|---|---|---|---|---|---|---|---|

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 90,000 | lbs | 1LD000DYK000L | DYK-L  1016 Araclor | 4 | | .53/lb | 47,700.00 |
| | | | | | *Charge* | | | | |
| | | | | | 160-11-125   60% | | | | |
| | | | | | 16-07-225   40% | | | | |
| | | | | | Del.  Ship: 7/22/76 | | | | |

**PRICE AND DELIVERY CONFIRMED BY:**
☐ SALESMAN   ☐ CATALOGUE
☐ TELEPHONE   ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES   ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | 90,000 | 7/22/76 | 0 | | | | | |
| | | | | | | | | | |
| | | | | | | | 0566806 | | |

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

**CORNELL-DUBILIER ELECTRONIC CORPORATION**

By _____
PURCHASING AGENT                    BUYER

VENDOR'S COPY

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

## NOTICE

## GENERAL TERMS AND CONDITIONS

## SUPPLEMENTAL TERMS AND CONDITIONS

0566807

**CDE**

# CORNELL-DUBILIER ELECTRONICS
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX 8967                    1605 RODNEY FRENCH BOULEVARD
NEW BEDFORD, MASSACHUSETTS 02741  ·  617-996-8561

PURCHASE ORDER
**1- 01290**

VENDOR CODE
**63129**

DATE           6/23/76

THESE NUMBERS MUST APPEAR
ON INVOICES, CASES, BUNDLES,
B/L AND ALL CORRESPONDENCE

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX 8967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EX-
   PRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA Rail | F.O.B. Your Plant | TERMS | | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO |
|----------|-------------------|-------|--|--------|---------|--------|------|--------|

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|------------|------|----------|-----|--------------|-------------|------------|------------|------------|-------|
| | 1 | 90,000 | lbs | 1LD000DYK000L | DYK-L  1016 Araclor | 4 | | .53/lb | 47,700.00 |
| | | | | | | | | | |
| | | | | | *Charge* | | | | |
| | | | | | 160-11-125    60% | | | | |
| | | | | | 16-07-225    40% | | | | |
| | | | | | | | | | |
| | | | | | Del.  Ship: 7/22/76 | | | | |

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN    ☐ CATALOGUE
☐ TELEPHONE   ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES  ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|------|---------|----------|----------|-----|------|---------|----------|----------|-----|
| 001  | 001     | 90,000   | 7/22/76  | 0   |      |         |          |          |     |

0566808

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL-DUBILIER ELECTRONIC CORPORATION

By _Charles Rebello_
        PURCHASING AGENT                        BUYER

ACKNOWLEDGMENT

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

## NOTICE

## GENERAL TERMS AND CONDITIONS

## SUPPLEMENTAL TERMS AND CONDITIONS

0566809

**CDE** **CORNELL-DUBILIER ELECTRONICS**
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX B967                    1605 RODNEY FRENCH BOULEVARD
NEW BEDFORD, MASSACHUSETTS 02741 · 617·996·8561

PURCHASE ORDER
1-03427

VENDOR CODE  63129

DATE  10/21/76

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

THESE NUMBERS MUST APPEAR
ON INVOICES, CASES, BUNDLES,
B/L AND ALL CORRESPONDENCE
ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX B967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EX-
PRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA Rail | F.O.B. Your Plant | TERMS Net 30 | M·ACCT PLT/DIV S·ACCT See Below | DEPT | DEL TO | (10/28 ) |
|---|---|---|---|---|---|---|

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 90,000 | lbs | 1LD000DYK000L | DYK-1  1016 Araclor | 4 |  | .53/lb | 47,700.00 |
|  |  |  |  |  | *Charge* |  |  |  |  |
|  |  |  |  | (Item 1) | 63,000 lbs. 70% 160-11-125 |  |  |  |  |
|  |  |  |  | (Item 2) | 27,000 lbs. 30% 160-07-225 |  |  |  |  |
|  |  |  |  |  | Del.  Ship 11/9/76 |  |  |  |  |

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN   ☐ CATALOGUE
☐ TELEPHONE  ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES  ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | 90,000 | 11/9/76 | 0 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 0566791 |  |

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL-DUBILIER ELECTRONIC CORPORATION

By

PURCHASING AGENT                    BUYER

VENDOR'S COPY

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

**NOTICE**

**GENERAL TERMS AND CONDITIONS**

**SUPPLEMENTAL TERMS AND CONDITIONS**

0556792

**CDE** **CORNELL-DUBILIER ELECTRONICS**
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX B967                    1605 RODNEY FRENCH BOULEVARD
NEW BEDFORD, MASSACHUSETTS 02741 · 617-996-8561

PURCHASE ORDER
**1- 03427**

VENDOR CODE **63129**

DATE    **10/21/76**

VENDOR

**Monsanto Chemical Co.**
**800 No. Lindbergh Blvd.**
**St. Louis, Missouri  63166**

THESE NUMBERS MUST APPEAR ON INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE

ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX B967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EXPRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA | F.O.B. | TERMS | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO |
|-----|--------|-------|--------|---------|--------|------|--------|
| **Rail** | **Your Plant** | **Net 30** | **See Below** | | | | |

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 90,000 | lbs | 11D000DYK000L | DYK-1  1016 Araclor | 4 | | .53/lb | 47,700.00 |
| | | | | | *Charge* | | | | |
| | | | | | (Item 1)63,000 lbs. 70% 160-11-125 | | | | |
| | | | | | (Item 2)27,000 lbs. 30% 160-07-225 | | | | |
| | | | | | Del.  Ship 11/9/76 | | | | |

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN     ☐ CATALOGUE
☐ TELEPHONE    ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES  ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 0 | 90,000 | 11/9/76 | 0 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

0566793

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL-DUBILIER ELECTRONIC CORPORATION

By

ACKNOWLEDGMENT

PURCHASING AGENT                         BUYER

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

NOTICE

## GENERAL TERMS AND CONDITIONS

0566794

## SUPPLEMENTAL TERMS AND CONDITIONS

V
A/GK789/NO 10/1316/1316/1/CH621/QZQ43     02-003-910.00-880

C JORDAN GO

RE SN 741 6373

DATE SHIPPED 11/9              B2NG

1-8000 GL TC
DYKANOL L

FOR CORNELL-DUBILIER ELECTRONICS
NEW BEDFORD MASS

VIA TRRA NW FT WAYNE CR

CAR MONX 008610

CUST NO 1-03427

G 131800    41700    90100

A JONES
SAUGET ILL

11/10/76

0566795

A/GKP39/JA13/1513/1513/1/AH286/QZ043     02-003-910.00-880

C JORDAN GO

RE SN 757 2456

DATE SHIPPED 1/12

1-8000 GAL TC
DYKANOL L

FOR CORNELL-DUBILIER ELECTRONICS
NEW BEDFORD MASS

VIA TRRA CR

CAR MONX 008624

CUST NO 1-04173

C 133000    42600    S0400

A JONES
SAUGET ILL

1/13/77

0566770

# Monsanto

0/EQ229/JA04/1241/1322/2/OK/EH475/QZQ43   MIC ORDER

| SHIPPER'S NO. | DISTRICT | DATE ENTERED | CUSTOMER'S ORDER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|
| 757 2456B | EV 01-04-77 | 1-04173 | | ROS 110 | ID 000 86 746 |

TERMS
NET 30 DAYS OR AS INDICATED

DATE SHIPPED | CAR INITIALS AND NO.

PRE PAID OR COLLECT-ROUTING
COL 1-PENN CENTRAL

DELIVERY F O B
AS INDICATED

| SHIPPED FROM | WHSE CODE | BOOKED THRU | COPIES CODE | CUST FORM |
|---|---|---|---|---|
| SAUGET , IL | 0003 | 16-P1 | | C JORDAN 3355 |

CORNELL-DUBILIER ELECTRONICS
DIV. OF FEDERAL PACIFIC ELECTRIC CO
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

CORNELL-DUBILIER ELECTRONICS
DIV. OF FEDERAL PACIFIC ELECTRIC CO
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

| DESCRIPTION | GROSS WEIGHT | * PRICE & UNIT | NET WEIGHT |
|---|---|---|---|
| PLASTICS SYNTHETIC LIQUID NOIBN | GROSS WT | | APPRX NET WT |
| 1- 8000 GL TANK CAR       ITEM 1 | LB | | 91920 LB |
| DYKANOL L | | | |
| /1040-016-16-81104-45/02250A/011/ | | | |
| FOB SAUGET       IL | | | |
| | | | |
| CAR TRIP LEASED TO CONSIGNEE | | | |

* PRICE AND POINT OF DELIVERY ARE SUBJECT TO PROVISIONS OF SECTION 1 ON REVERSE SIDE.

TERMS AND CONDITIONS: NOTWITHSTANDING ANY INCONSISTENT OR ADDITIONAL TERMS THAT MAY BE EMBODIED IN YOUR PURCHASE ORDER, WE ACCEPT YOUR ORDER, SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT BETWEEN US UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS, WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ASSENT TO THE TERMS CONTAINED ABOVE AND ON THE REVERSE SIDE HEREOF, AND YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER SHALL CONSTITUTE ASSENT TO SUCH TERMS.

THANK YOU FOR THE ORDER. SHIPMENT AND/OR DELIVERY WILL BE MADE ON OR ABOUT THE DATE SHOWN BELOW OR AS SOON THEREAFTER AS PRACTICAL.

IF THERE IS ANY UNUSUAL DELAY IN TRANSIT, WE SHALL BE GRATEFUL IF YOU WILL NOTIFY US

MONSANTO COMPANY

| SHIPPING DATE | ARRIVAL DATE |
|---|---|
| 01-12-77 | |

2 QT PRESHPMNT SMPL G.BRANCO-SOLD
MANDATORY IN WINTER.SEND TC
SHIPNG.INFORMATION INCLUDING WTS.
APPLY LEASE PLACARD TO CAR
WIRE ROS TO MIC-COP CUST REP

SHP AROCLOR 1016.SND CERT ANAL AND
TO. LOAD CAR 125 D C & SHIP IMME
INST.RET.C.REBELLO.WIRE COMPLETE
C. REBELLO SHIP TO
APPLY PCB-PCT WARNING ON LADING

EOT

0566771

**CDE** **CORNELL-DUBILIER ELECTRONICS**
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX 8967                    1605 RODNEY FRENCH BOULEVARD
NEW BEDFORD, MASSACHUSETTS 02741  ·  617 996 8561

PURCHASE ORDER
1- **04173**

VENDOR CODE 63179

DATE 10/27/76

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

THESE NUMBERS MUST APPEAR
ON INVOICES, CASES, BUNDLES,
B/L AND ALL CORRESPONDENCE

ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO
P.O. BOX 8967
1605 RODNEY FRENCH BLVD
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EX-
PRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA | F.O.B. | TERMS | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO | |
|-----|--------|-------|--------|---------|--------|------|--------|---|
| Rail | Your Plant | Net 30 | See Below | | | | | |

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STOR. LOC. | UNIT PRICE | TOTAL |
|------------|------|----------|-----|--------------|-------------|------------|------------|-----------|-------|
| | 1 | 90,000 | lbs | 11D000DYK000L | DYK-L Araclor 1016 | 4 | | .53/lb | 47,700.00 |
| | | | | | *Charge | | | | |
| | | | | | 160-11-125   70% 63,000 lbs | | | | |
| | | | | | 160-07-225   30% 27,000 lbs | | | | |
| | | | | | Deix   1/12/79   Ship | | | | |

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN   ☐ CATALOGUE
☐ TELEPHONE   ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES  ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|------|---------|----------|----------|-----|------|---------|----------|----------|-----|
| 001 | 001 | 63,000 | 1/12/77 | 0 | | | | | |
| 002 | 001 | 27,000 | 1/12/77 | 0 | | | | | |

0566772

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL-DUBILIER ELECTRONIC CORPORATION

By_____
PURCHASING AGENT          BUYER

VENDOR'S COPY

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

**NOTICE**

**GENERAL TERMS AND CONDITIONS**

**SUPPLEMENTAL TERMS AND CONDITIONS**



0566773

# **CDE** CORNELL-DUBILIER ELECTRONICS
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY

P.O. BOX B967          1605 RODNEY FRENCH BOULEVARD

NEW BEDFORD, MASSACHUSETTS 02741 · 617 996-8561

PURCHASE ORDER

1- 04173

VENDOR CODE 63129

DATE     12/27/76

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

THESE NUMBERS MUST APPEAR ON INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE

ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX B967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EX-PRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA | F.O.B. | TERMS | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO |
|-----|--------|-------|--------|---------|--------|------|--------|
| Rail | Your Plant | Net 30 | See Below | | | | |

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE. LOC. | UNIT PRICE | TOTAL |
|-----|------|----------|-----|--------------|-------------|------------|-------------|------------|-------|
| | 1 | 90,000 | lbs | 11D000DYK000L | DYK-L Aroclor 1016 | 4 | | .53/lb | 47,700.00 |
| | | | | | *Charge* | | | | |
| | | | | | 160-11-125   70% 63,000 lbs | | | | |
| | | | | | 160-07-225   30% 27,000 lbs | | | | |
| | | | | | 004x  1/12/76   Ship | | | | |

PRICE AND DELIVERY CONFIRMED BY:

☐ SALESMAN   ☐ CATALOGUE
☐ TELEPHONE   ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES   ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|------|---------|----------|----------|-----|------|---------|----------|----------|-----|
| 001 | 001 | 63,000 | 1/12/77 | 0 | | | | | |
| 002 | 001 | 27,000 | 1/12/77 | 0 | | | | | |

0566774

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL-DUBILIER ELECTRONIC CORPORATION

By _____

PURCHASING AGENT          BUYER

ACKNOWLEDGMENT

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

FORM



SUPPLEMENTAL TERMS AND CONDITIONS

0566775

V
A/GK302/FE 09/1445/1445/1/BH434/QZQ43     02-003-910.00-880

C JORDAN GO

RE SN 765 1144

DATE SHIPPED 2/8

1-8000 GAL TC

DYKANOL L

FOR CORNELL-DUBILIER ELECTRONICS
NEW BEDFORD MASS

VIA TRRA CONRAIL

CAR MONX 008621

CUST NO 1-04537

G 131400    42200    89200

A JONES
SAUGET ILL

2/9/77 -

0566748

Case: 4:23-cv-00304-HEA   Doc. #: 105-12   Filed: 06/09/23   Page: 20 of 26 PageID #: 5165

# Monsanto

OS BB10

O/EQ346/FE02/1104/1113/2/OK/DHB26/QZQ43     MIC ORDER

| SHIPPER'S NO. | DISTRICT | DATE ENTERED | CUSTOMER'S ORDER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|
| 765 1144B | EV | 02-02-77 | 1-04537 | ROS 110 | ID 000 6 746 |

TERMS: NET 30 DAYS OR AS INDICATED

DATE SHIPPED | CAR INITIALS AND NO.

PREPAID OR COLLECT-ROUTING

COL 1-PENN CENTRAL

* DELIVERY F.O.B.

AS INDICATED

| SHIPPED FROM | WHSE. CODE | BOOKED THRU | COPIES CODE | CUST. FORM | |
|---|---|---|---|---|---|
| SAUGET , IL | 0003 | 16-P1 | | | C JORDAN 3355 |

**CORNELL-DUBILIER ELECTRONICS**
**DIV. OF FEDERAL PACIFIC ELECTRIC CO**
**1605 RODNEY FRENCH BLVD.**
**NEW BEDFORD, MASS.  02741**

**CORNELL-DUBILIER ELECTRONICS**
**DIV. OF FEDERAL PACIFIC ELECTRIC CO**
**1605 RODNEY FRENCH BLVD.**
**NEW BEDFORD, MASS.  02741**

| DESCRIPTION | GROSS WEIGHT | * PRICE & UNIT | NET WEIGHT |
|---|---|---|---|
| PLASTICS SYNTHETIC LIQUID NOIBN | GROSS WT | | APPRX NET WT |
| 1- 8000 GL TANK CAR       ITEM 1 | LB | | 91920 LB |
| DYKANOL L | | | |
| /1040-016-16-81104-45/02250A/011/ | | | |
| FOB SAUGET       IL | | | |
| | | | |
| CAR TRIP LEASED TO CONSIGNEE | | | |

*handwritten notation:* 91420

* PRICE AND POINT OF DELIVERY ARE SUBJECT TO PROVISIONS OF SECTION 1 ON REVERSE SIDE.

TERMS AND CONDITIONS  NOTWITHSTANDING ANY INCONSISTENT OR ADDITIONAL TERMS THAT MAY BE EMBODIED IN YOUR PURCHASE ORDER, WE ACCEPT YOUR ORDER, SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT BETWEEN US UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS, WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ASSENT TO THE TERMS CONTAINED ABOVE AND ON THE REVERSE SIDE HEREOF, AND THAT YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER SHALL CONSTITUTE ASSENT TO SUCH TERMS.

THANK YOU FOR THE ORDER. SHIPMENT AND/OR DELIVERY WILL BE MADE ON OR ABOUT THE DATE SHOWN BELOW OR AS SOON THEREAFTER AS PRACTICAL.

IF THERE IS ANY UNUSUAL DELAY IN TRANSIT, WE SHALL BE GRATEFUL IF YOU WILL NOTIFY US.

MONSANTO COMPANY

| SHIPPING DATE | ARRIVAL DATE |
|---|---|
| 02-08-77 | |

2 QT PRESHPMNT SMPL G. BRANCO-SOLD
MANDATORY IN WINTER. SEND TC
SHIPNG. INFORMATION INCLUDING WTS.
APPLY LEASE PLACARD TO CAR
WIRE ROS TO MIC-COP CUST REP

SHP AROCLOR 1016. SND CERT ANAL AND
TO. LOAD CAR 125 D C & SHIP IMME
INST. RET. C. REBELLO. WIRE COMPLETE
C. REBELLO SHIP TO
APPLY PCB-PCT WARNING ON LADING

EOT

0566749

# CDE    CORNELL-DUBILIER ELECTRONICS
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX B967                    1605 RODNEY FRENCH BOULEVARD

NEW BEDFORD, MASSACHUSETTS 02741 · 617-996 8561

**PURCHASE ORDER**

1- 04537

VENDOR CODE: 6319

| DATE | 1/24/77 |
|------|---------|

THESE NUMBERS MUST APPEAR ON INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE

VENDOR:
Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri   63166

ACKNOWLEDGE, SHIP AND INVOICE TO:
**CORNELL-DUBILIER ELECTRIC CORP.**
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX B967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EXPRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA | F.O.B. | TERMS | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO |
|-----|--------|-------|--------|---------|--------|------|--------|
| Rail | Your Plant | Net 30 | See Below | | | 24 | |

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|-----|------|----------|-----|-------------|-------------|------------|------------|------------|-------|
| | 1 | 90,000 | lbs | 1LD000DY1000L | DYA-L Araclor 1016 | 4 | | .53/lb | 47,700.00 |
| | | | | | *Charge* | | | | |
| | | | | | 160-11-125   70% 63,000 lbs | | | | |
| | | | | | 160-07-825   30% 27,000 lbs | | | | |
| | | | | | Del.  Ship: 2/7/77 | | | | |

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN   ☐ CATALOGUE
☐ TELEPHONE   ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES   ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|------|---------|----------|----------|-----|------|---------|----------|----------|-----|
| 001 | 001 | 63,000 | 2/7/77 | 0 | | | | | |
| 002 | 001 | 27,000 | 2/7/77 | 0 | | | | | |

0566750

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL-DUBILIER ELECTRONIC CORPORATION

By _____     _____
          PURCHASING AGENT              BUYER

VENDOR'S COPY

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

Case: 4:23-cv-00204-HEA   Doc. #:  105-12   Filed: 06/09/23   Page: 22 of 26 PageID #: 5167

**NOTICE**

GENERAL TERMS AND CONDITIONS

SUPPLEMENTAL TERMS AND CONDITIONS



**CDÉ** **CORNELL-DUBILIER ELECTRONICS**
DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX B967                    1605 RODNEY FRENCH BOULEVARD
NEW BEDFORD, MASSACHUSETTS 02741 · 617-996-8561

PURCHASE ORDER
**1- 04537**

VENDOR CODE **63129**

DATE **1/24/77**

VENDOR
Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

THESE NUMBERS MUST APPEAR ON INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE

ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX B967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE

2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.

3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EXPRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| VIA | F.O.B. | TERMS | M-ACCT | PLT/DIV | S-ACCT | DEPT | DEL TO |
|-----|--------|-------|--------|---------|--------|------|--------|
| Rail | Your Plant | Net 30 | See Below | | | 24 | |

| INSP. CODE | ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 90,000 | lbs | 11D000DYK000L | DYK-L Araclor 1016 | 4 | | .53/lb | 47,700.00 |
| | | | | | *Charge* 160-11-125  70% 63,000 lbs 160-07-225  30% 27,000 lbs | | | | |
| | | | | | Del.  Ship:  2/7/77 | | | | |

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN    ☐ CATALOGUE
☐ TELEPHONE   ☐ OTHER

SUBJECT TO MASS. SALES TAX   ☐ YES  ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | 63,000 | 2/7/77 | 0 | | | | | |
| 002 | 001 | 27,000 | 2/7/77 | 0 | | | | | |

0566752

THE FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

CORNELL DUBILIER ELECTRONIC CORPORATION

By _____
PURCHASING AGENT          BUYER

ACKNOWLEDGMENT

BY ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER

NOTICE

GENERAL TERMS AND CONDITIONS

(16)   The Equal Employment Opportunity Clause in Section 202 of Executive Order 11246 as amended, relative to equal employment opportunity and the implementing rules and regulations of the Office of Federal Contract Compliance are incorporated herein by specific reference

(17)   Blanket Orders   Such agreements are for the purpose of establishing prices and conditions to supply to purchaser of the items covered during the period such the agreements are in effect...

(18)   Consideration   Buyer reserves the right to cancel all or any part of the undelivered portion of this order if Seller does not make deliveries as specified in the schedules or if Seller breaches any of the terms hereof including the warranties of Seller. Buyer shall have the right to terminate this order or any part hereof in the event of the happening of any of the following: insolvency of Seller, filing of a voluntary petition in bankruptcy, filing of an involuntary petition to have Seller declared bankrupt...

(19)   Assignments   This order may not be assigned by Seller without the consent in writing of Buyer

SUPPLEMENTAL TERMS AND CONDITIONS



0566753

Case: C2C-cv-09243-UL-AIDB-8 Doc #: 105-12 Filed: 06/09/23 Page: 25 of 26 PageID #: 5120

# CORNELL-DUBILIER ELECTRONICS
### DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY
P.O. BOX 8967
1605 RODNEY FRENCH BOULEVARD
NEW BEDFORD, MASSACHUSETTS 02741 · 617-996-8561

**PURCHASE ORDER**
1-06077

VENDOR CODE **63129**

THESE NUMBERS MUST APPEAR ON INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE

DATE **4/29/77**

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri 63166

ACKNOWLEDGE, SHIP AND INVOICE TO:
CORNELL-DUBILIER ELECTRIC CORP.
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
P.O. BOX 8967
1605 RODNEY FRENCH BLVD.
NEW BEDFORD, MASS. 02741

1. INVOICE IN TRIPLICATE.
2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT.
3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EXPRESS BILL WHEN INVOICING TRANSPORTATION CHARGES.

| Rail | F.O.B. Your Plant | TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 160 | 11 | 125 | DEPT | | 70% 315,000 lbs. | |
| | | | 160 | 07 | 225 | 80 | | 30% 135,000 lbs. | |

| ITEM | QUANTITY | U/M | CDE PART NO. | DESCRIPTION | PART CLASS | STORE LOC. | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | 450,000 lbs | 1ID000DYK000L | DYK-1 1016 Araclor (5 tank cars) | | 4 | | .66/lb | 297,000.00 |

Note: A supplement to this P.O. will follow stating Credit terms, when they are finalized.

Note: 90,000 lbs. 6/4/77 Bal. as required, Monsanto may ship Bal. by 10/31/77 if C.D.E. hasn't already released this material.

Confirming phone

PRICE AND DELIVERY CONFIRMED BY:
☐ SALESMAN  ☐ CATALOGUE
☒ TELEPHONE  ☐ OTHER

SUBJECT TO MASS. SALES TAX  ☐ YES  ☒ NO

| ITEM | RELEASE | QUANTITY | DUE DATE | USE | ITEM | RELEASE | QUANTITY | DUE DATE | USE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 001 | 90,000 | 6/4/77 | 0 | | | | | |
| 02 | 001 | 360,000 | 10/31/77 | 0 | | | | | |

FOLLOWING CLAUSES ON ATTACHED FLY SHEET APPLY TO THIS ORDER

ACKNOWLEDGMENT

CORNELL-DUBILIER ELECTRONIC CORPORATION

By _____ PURCHASING AGENT   BUYER

ACCEPTING THIS ORDER, VENDOR AGREES TO ALL TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE ON REVERSE SIDE OF THIS PURCHASE ORDER
DE-NEO-35

0437269

FORM CDENEO 36 6/68

PART 1 OF CHANGE ORDER - VENDOR'S COPY

## CDE

## CORNELL-DUBILIER ELECTRIC CORPORATION

### DIVISION OF FEDERAL PACIFIC ELECTRIC COMPANY

1605 RODNEY FRENCH BOULEVARD, NEW BEDFORD, MASS. 02744

DATE  7/28/77

| SHOW THESE NUMBERS ON ALL INVOICES, CASES, BUNDLES, B/L AND ALL CORRESPONDENCE | 1-06077 |
| --- | --- |
| | PURCHASE ORDER NO |
| | VENDOR CODE |

VENDOR

Monsanto Chemical Co.
800 No. Lindbergh Blvd.
St. Louis, Missouri  63166

MAIL ACKNOWLEDGMENT AND INVOICE TO
**CORNELL-DUBILIER ELECTRIC CORP.**
DIVISION OF FEDERAL PACIFIC ELECTRIC CO.
NEW BEDFORD, MASS. 02744

1. INVOICE IN TRIPLICATE
2. ATTACH PACKING SLIP AND B/L OR EXPRESS RECEIPT
3. ATTACH ORIGINAL RECEIPTED PREPAID FREIGHT OR EXPRESS BILL WHEN INVOICING TRANSPORTATION CHARGES

| VIA | F.O.B. | TERMS | CH 160 11 125 160 07 225 | REQ. BY | TAX EXEMPT (CERTIFICATE IN YOUR POSSESSION) | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | RESALE | GOV'T |

| QUANTITY | U/M | CDE PART NO. | ITEM NO. | DESCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **ORDER NOW READS** | | |
| | | | | *CHANGE* AUG 8 1977 | | |
| | | | | **ORDER SHOULD READ** | | |
| | | | | Rel. #3 90,000  Ship  9/2/77 Tank Car | | |
| | | | | Rel. #4 90,000  Ship  9/27/77 (drums) *ORDER* | 0021080 | |
| | | | | Rel. #5 90,000  Ship  10/27/ | | |

DATE REQUIRED IN OUR PLANT

CHANGE IN DELIVERY

THE FOLLOWING CLAUSES ON ATTACHED FLYSHEET APPLY TO THIS ORDER:

CORNELL-DUBILIER ELECTRIC CORPORATION

BY _____
PURCHASING AGENT          BUYER

BY ACCEPTING THIS ORDER VENDOR AGREES TO ALL OF THE TERMS AND CONDITIONS SET FORTH HEREIN, INCLUDING THOSE PRINTED ON THE REVERSE SIDE OF PURCHASE ORDER.