# Exhibit N

bcc: B. Stevenson-1410
P. L. Slayton-1650
C. Paton
D. Wood
C. Field-B2NE
T. L. Gossage
C. Jordan-B2NE
Redbook

May 30, 1975

Mr. Duane M. Blough
Cornell Dubilier
1605 Rodney French Blvd.
New Bedford, Mass. 02741

Dear Mr. Blough:

Special Undertaking by Purchasers of
Polychlorinated Biphenyls (PCBs)

You will recall that our ability to supply polychlorinated
biphenyls to your company and/or subsidiaries under the
Special Undertaking was contingent on your having specific
product liability insurance coverage.

According to our records, you have two insurance certificates
on file with our Company, Kemper NBR 2SX010020, and CNA NBR
RDX8936473 which will expire on July 1, 1975.  In order for
us to continue shipment of PCB dielectric fluids, it will be
necessary for us to receive a renewal certificate for both
of these policies prior to the above date.

We would also like to remind you that the insurance we require
in support of your Special Undertaking is $10,000,000 if your
annual purchases are 200,000 pounds or over, and $5,000,000 if
your annual purchases are under 200,000 pounds.

Please send the insurance certificates addressed to my attention.

Very truly yours,

H. S. Bergen          0527047
Director
Specialty Products

/deb

B.P.S. to C. Field:  This reminder is for company's excess insurance
coverage.  No shipments will be made to customer after July 1, 1975
until you are notified of certificates received.

bcc: M. A. Petrilli
E. Potter – B2NK
D. Wood
C. Paton
G. Swallow – B2NG
Carol Jordan
Redbook

**MONSANTO INDUSTRIAL CHEMICALS CO.**
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

February 27, 1976

Mr. Duane M. Blough
Cornell Dubilier
1605 Rodney French Blvd.
New Bedford, Massachusetts   02741

Dear Mr. Blough:

Special Undertaking by Purchasers
of Polychlorinated Biphenyls (PCBs)

You will recall that our ability to supply polychlorinated biphenyls to your company and/or subsidiaries under the Special Undertaking was contingent on your having specific product liability insurance coverage.

According to our records the insurance certificate on file with our Company will expire on April 1, 1976.  In order for us to continue shipment of PCB dielectric fluids, it will be necessary for us to receive a renewal certificate prior to the above date.  In order for this certificate to be acceptable, it must contain the clause stating "Includes blanket contractual liability and pollution coverage in case of sudden and accidental spill."

We would also like to remind you that the insurance we require in support of your Special Undertaking is $10,000,000 if your annual purchases are 200,000 pounds or over, and $5,000,000 if your annual purchases are under 200,000 pounds.

Please send the insurance certificate addressed to my attention.

Very truly yours,


R. G. Potter
Business Director
Functional Products

dw

0564929

NO SHIPMENTS WILL BE MADE TO THIS COMPANY AFTER APRIL 1, 1976.

C. Jardan
B2NG

0564930

TO: W. Maddox - No shipments shall be made to this customer after 4/1/77.

bcc: H. N. Brandstetter
     M. C. Jordan
     J. A. Alley
     C. Paton
     D. Wood/Redbook
     E. M. Potter

# Monsanto

——————————————————————————————————SPECIALTY CHEMICALS DIVISION

**MONSANTO INDUSTRIAL CHEMICALS CO.**
800 N. Lindborgh Boulevard
St. Louis. Missouri 63166
Phone: (314) 694-1000

March 8, 1977

Mr. Phillip Murray, General Manager
Cornell Dubilier Electronics
1605 E. Rodney French Blvd.
New Bedford, Mass. 02744

Dear Mr. Murray:

Re:  Special Undertaking By Purchasers of
     Polychlorinated Biphenyls (PCB's)

You will recall that our ability to supply polychlorinated
biphenyls to your company and/or subsidiaries under the
Special Undertaking was contingent on your having specified
product liability insurance coverage.

According to our records, the insurance certificate on file
with our Company will expire on  April 1, 1977.  In order
for us to continue shipment of PCB dielectric fluids, it will
be necessary for us to receive a renewal certificate prior to
the above date.

We would also like to remind you that the insurance we require
in support of your Special Undertaking is $10,000,000 if your
annual purchases are 200,000 pounds or over and $5,000,000 if
your annual purchases are under 200,000 pounds.  All insurance
certificates must contain the clause, Includes blanket contractual
liability and pollution coverage in case of sudden and accidental
spill."

Please send the insurance certificate addressed to my attention.

Sincerely,

D. Wood
Market Manager
Dielectrics

tmc

0526996

a unit of Monsanto Company

## MEMORANDUM OF INSURANCE

# The HOME Insurance Company
### New York, N.Y.



#### This is to certify that the following described insurance is in force at this date.

**NAME OF INSURED**

FEDERAL PACIFIC ELECTRIC COMPANY, CORNELL DUBLIER AND F.P.E. - PIONEER ELECTRIC LTD.

**ADDRESS OF INSURED**

150 AVENUE "L", NEWARK, NEW JERSEY 07101

| POLICY NUMBER | CERTIFICATE NO. | POLICY PERIOD | | |
|---|---|---|---|---|
| HEC 9794317 | | FROM 7/1/71 | TO | 7/1/72 |

### DESCRIPTION OF COVERAGE

### LIMITS

Excess Personal Injuries and Property Damage Liability Insurance - to indemnify the Insured for all sums which the Insured shall be obligated to pay by reason of the Liability imposed upon the Insured by law or assumed by the Insured under contract or agreement, for damages, direct or consequential, and expenses, on account of Personal Injuries, including death at any time resulting therefrom, and Propoerty Damage, caused by or arising out of each occurrence and sudden and accidental pollution happening during the policy period.

$10,000,000 each and every occurrence combined for Personal Injuries and Property Damage Liability in excess of underlying insurance.

This document is furnished to you as a matter of information only. The issuance of this document does not make the person or organization to whom it is issued an additional insured, nor does it modify in any manner the contracts of insurance between the Insured and the Company. Any amendment, change or extension of such contracts can only be effected by specific endorsement attached thereto.

Should the above mentioned contracts of insurance be cancelled, assigned or changed during the above named policy period in such manner as to affect this document, we, the undersigned, will endeavor to give notice to the holder of this document, but failure to give such notice shall impose no obligation of any kind upon the undersigned or upon the Company.

**ISSUED TO**

MONSANTO CHEMICAL COMPANY

**ADDRESS**

800 NORTH LINDBERG BLVD, ST. LOUIS, MISSOURI

0526390

**THE HOME INSURANCE COMPANY**

BY: _____

DATED: April 21, 1972

EC 10 (D)   3/67



RECEIVED
APR 2 1972
INSURANCE SECTION

0526391

# CERTIFICATE OF INSURANCE

 **THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT.

Co. Code
☐ 1 Hartford Fire Insurance Company
☐ 2 Hartford Accident and Indemnity Company
☐ 3 Citizens Insurance Company of New Jersey

Co. Code
☐ 6 New York Underwriters Insurance Company
☐ 7 Twin City Fire Insurance Company

This is to certify that the company designated herein by Co. Code has issued to the named insured the policies enumerated below.

Co. Code
5

Named Insured and Address

FEDERAL PACIFIC ELECTRIC COMPANY
AND CORNELL DUBILIER ELECTRONICS
150 AVENUE L
NEWARK, NEW JERSEY

The policies indicated herein apply with respect to the hazards and for the coverages and limits of liability indicated by specific entry herein but this certificate of Insurance does not amend, extend or otherwise alter the terms and conditions of the insurance coverage in the policies identified herein.

| Hazards | Policy Number and Policy Term | (SINGLE LIMIT) Bodily Injury and Property Damage Liability | | (DUAL LIMITS) Bodily Injury Liability | | Property Damage Liability | |
|---|---|---|---|---|---|---|---|
| | | *each occurrence | aggregate | each person | *each occurrence | *each occurrence | aggregate |
| **General Liability** Premises-Operations | | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 |
| Independent Contractors | | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 |
| Completed Operations; Products | | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 |
| | | $     ,000 | $     ,000 | Aggregate: | $     ,000 | XXXX | XXXX |
| Contractual (as described below) | | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 | $     ,000 |
| **Automobile Liability** Owned Automobiles | | $     ,000 | XXXX | $     ,000 | $     ,000 | $     ,000 | XXXX |
| Hired Automobiles | | $     ,000 | XXXX | $     ,000 | $     ,000 | $     ,000 | XXXX |
| Non-Owned Automobiles | | $     ,000 | XXXX | $     ,000 | $     ,000 | $     ,000 | XXXX |
| **Workmen's Compensation and Employers' Liability** | | | | Compensation — Statutory  Employers' Liability   —   $     ,000 | | | |
| **Umbrella Liability** | 10HUA46300 7-1-72-75 | | | $  1,000,000 | | | |

*If with respect to **Automobile Liability** the Policy Number entered above includes the symbol GB, AZ, MVP, MAG or PGB, the word "occurrence" is amended to read "accident".

Location and description of operations, automobiles, contracts, etc. (For contracts, indicate type of agreement, party and date.)

0526382

*Canceled Effective 4-11-75*

If policy is canceled, **10 DAYS** written notice will be given to:

MONSANTO INDUSTRIAL CHEMICAL COMPANY
800 NORTH LINDBERG BLVD.
ST. LOUIS, MISSOURI  63116

Date

By ............................................
Authorized Representative

## CERTIFICATE OF INSURANCE

# LEXINGTON INSURANCE COMPANY

### 25 New Chardon Street · Boston, Massachusetts 02114

#### A CAPITAL STOCK COMPANY

This is to certify that the insurance policy specified below has been issued to the insured named herein and that, subject to their provisions, exclusions and conditions, such policies afford the coverages indicated insofar as such coverages apply to the occupation or business of the Named Insured as stated:

**INSURED:** Cornell-Dubilier Electric Corporation (Federal Pacific Electric Company)

**ADDRESS:** c/o UV Industries, Inc. 437 Madison Ave., New York, N. Y. 10022

**BUSINESS:** Electrical Equipment Manufacturer

**COVERAGE:** Umbrella Liability

| Policy Number | Effective Date | Expiration Date | Limit of Liability |
|---|---|---|---|
| 500-28-16 | April 23,1975 | April 1,1976 | $1,000,000 |

**EXCESS OF**

| | Coverage | | | Underlying Limits |
|---|---|---|---|---|
| A. | Bodily Injury | $ | 500,000 | Each Person |
| | Automobile | $ | | Each Accident or Occurrence |
| B. | Bodily Injury | $ | 500,000 | Each Person |
| | Except Automobile | $ | 500,000 | Each Accident or Occurrence |
| | | $ | | Aggregate Products |
| C. | Property Damage | $ | 250,000 | Each Accident or Occurrence |
| | Automobile | | | |
| D. | Property Damage | $ | 250,000 | Each Accident or Occurrence |
| | Except Automobile | $ | 500,000 | Aggregate Operations |
| | | $ | | Aggregate Protective |
| | | $ | | Aggregate Products |
| | | $ | 500,000 | Aggregate Contractual |
| E. | Combined Single Limit Bodily Injury and/or Property Damage | $ | | Each Accident or Occurrence |
| F. | Employers Liability, Coverage "B" | $ | 100,000 | Statutory |

Includes Pollution on a Sudden and Accidental Basis

**OR EXCESS OF**

$ 10,000 ultimate net loss in respect of each occurrence not covered by underlying but applicable to umbrella liability only.

This Certificate of Insurance is issued as a matter of information only to:

**NAME:** Monsanto Company

**ADDRESS:** 800 North Lindbergh

St. Louis, Mo.

Dated at this 27 Day of May 19 75

_H. Ray Barnes_
Authorized Signature

Form 8401

0526359

# Certificate of Insurance

☐ LUMBERMENS MUTUAL CASUALTY COMPANY   ☒☒ AMERICAN MOTORISTS INSURANCE COMPANY   ☐ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY   ☐ FEDERAL KEMPER INSURANCE COMPANY   ☐ SEQUOIA INSURANCE COMPANY

## THIS CERTIFICATE IS ISSUED AT THE REQUEST OF:

Mansanto Company
800 North Lindbergh
St. Louis, Missouri 63166

DATE ISSUED: May 30th, 1975

THE POLICIES INDICATED BELOW BY POLICY NUMBER, POLICY PERIOD AND LIMITS OF LIABILITY HAVE BEEN ISSUED TO:

INSURED'S NAME AND ADDRESS

Cornell-Dubilier Electric Corp.
437 Madison Avenue
New York, New York 10022

| POLICY FORM | POLICY NUMBER | POLICY PERIOD (MO.-DAY-YEAR) | COVERAGES AND LIMITS OF LIABILITY |
|---|---|---|---|
| Workmen's Compensation and Employers' Liability | | From / To | Workmen's Compensation—Workmen's Compensation Law of Employers' Liability—$ |
| Combination Automobile—General Liability | 5ZM 578 702 | From 4/1/75 To until canc | For such Coverage Parts as are indicated below by "x" and for the Limits of Liability stated opposite thereto. |

| COVERAGE AFFORDED | BODILY INJURY LIABILITY | | | PROPERTY DAMAGE LIABILITY | |
|---|---|---|---|---|---|
| | each person | each occurrence | aggregate | each occurrence | aggregate |
| ☐ — Comprehensive Automobile Liability Insurance | $ | $ | | $ | |
| ☐ — Garage Insurance  ☐ — Hazard 1  ☐ — Hazard 2 | $ | $ | | $ | |
| ☐ — Garagekeepers' Legal Liability | | | | $ | |
| X̶X̶ — Comprehensive General Liability Insurance* | | $500,000 | $500,000 | $200,000 | $200,000 |
| ☐ — Owners', Landlords' and Tenants' Liability Insurance | | | | $ | |
| ☐ — Manufacturers' and Contractors' Liability Insurance | | $ | | $ | $ |
| ☐ — Completed Operations and Products Liability Insurance | | $ | $ | $ | |
| ☐ — Contractual Liability Insurance (Designated Contracts Only) | | $ | | $ | |
| ☐ — Independent Contractors Liability Insurance | | $ | | $ | $ |
| XX — Other Coverage Parts: Employee Benefit Liability | | $ 250,000  500,000 each claim aggregate | | $ | $ |
| 2SX 010 020 | | $4,000,000 Excess of $1,000,000 | | | |

DESCRIPTION OF OPERATIONS AND LOCATION TO WHICH CERTIFICATE APPLIES

All operations undertaken by the Insured.

SPECIAL PROVISIONS

In the event of any cancellation or material change in said policy the company will notify the party to whom this certificate is addressed ten (10) days prior to such change or cancellation.

This certificate of insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by the above numbered policy.

*Comprehensive General Liability Insurance applies to the following hazards: Owners', Landlords' and Tenants' and Manufacturers' and Contractors; Independent Contractors; and Products, Completed Operations, except as noted above.

Issued at ___ New York, New York ___

*C. H. Teves*

AUTHORIZED REPRESENTATIVE

0526358



CK 934-2 250M   2-75

PRINTED IN U.S.A.

**CNA insurance**                    CERTIFICATE OF INSURANCE

The Policy identified below by a policy number is in force on the date of Certificate Issuance. Insurance is afforded only with respect to those coverages for which a specific limit of liability has been entered and is subject to all the terms of the Policy having reference thereto including for Umbrella Excess Third Party Liability Insurance a provision requiring the maintenance of underlying insurance or self insurance. This Certificate of Insurance neither affirmatively nor negatively amends, nds or alters the coverage afforded under any policy identified herein.

In the event of cancellation of the Policy the Company issuing said Policy will make all reasonable effort to  send notice of cancellation to the Certificate Holder at the address shown herein, but the Company assumes no responsibility for any mistake or for failure to give such notice.

NAME AND ADDRESS OF INSURED
Federal Pacific Electric Company
150 Avenue L
Newark, New Jersey  07101

*3ⁿᵈ EXCESS LAYER (EXPIRED)*

NAME AND ADDRESS OF CERTIFICATE HOLDER

DATE OF CERTIFICATE ISSUANCE:

Monsanto Company
  800 North Lindbergh
  St. Louis, Missouri  63166

*Dan Mitchell*
Authorized Representative

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE HOLDER**

| | TYPE OF INSURANCE IS DESIGNATED BELOW | COVERAGES | LIMITS OF LIABILITY | | |
|---|---|---|---|---|---|
| | | | EACH PERSON | EACH OCCURRENCE | AGGREGATE |
| I. | ☐ Comprehensive Automobile Liability | Bodily Injury Liability | $ | $ | |
| | ☐ Schedule Automobile Liability | Property Damage Liability | | $ | |
| | | Bodily Injury and Property Damage Liability Combined | | $ | |
| | ☐ Protection Against Uninsured Motorists | Uninsured Motorists | $ | $           † | |
| | ☐ Comprehensive General Liability | Bodily Injury Liability | $ | $ | $ |
| | ☐ Owners', Landlords' and Tenants' Liability | Property Damage Liability | | $ | $ |
| | ☐ | | | | |
| | ☐ Manufacturers' and Contractors' Liability | Bodily Injury and Property Damage Liability Combined | | $ | $ |
| | ☐ Owner's and Contractor's Protective Liability | | | | |
| | ☐ Beauticians' Malpractice Liability | Bodily Injury Liability | $ | $ | $ |
| | | Property Damage Liability | | $ | $ |
| * III. | ☒ EXCESS THIRD PARTY LIABILITY | Combined Bodily Injury & Property Damage Liability | | 5 Million excess 5 Million | 5 Million excess 5 Million |
| IV. | ☐ Workmen's Compensation | A. Statutory | Statutory | Locations: | |
| | Employers' Liability | B. Bodily Injury | $           † | | |
| V. | ☐ Umbrella Excess Third Party Liability | The Excess Insuror's Limit of Liability is (Complete one) | | | |
| | | (a) $_____ in excess of a Retained Limit | | | |
| | | (b) Up to $_____ in excess of a Retained Limit | | | |
| | | and in excess of various underlying Insuror's Limits of Liability | | | |
| | | † each Accident | | | |

**\*  Includes Coverage for Cornell Dubilier Electric Corp.**
Complete below, by designating company by number in the box and entering policy number and expiration date in the sections corresponding to the type of insurance indicated above.

| I. ☐ | II. ☐ | III. ☐1  RDX 893-64-73 *expired* ⊙7/1/75⊙ | Policy Number Expiration Date |
|---|---|---|---|
| IV. ☐ | V. ☐ | | Policy Number Expiration Date |

| | | | | | |
|---|---|---|---|---|---|
| 1 Continental Casualty Company | | 6 National Fire Insurance Company of Hartford | | 8 American Casualty Company of Reading, Pa. | |
| 2 Transportation Insurance Company | | 7 Transcontinental Insurance Company | | 9 Valley Forge Insurance Company | |

G-32343-I

0526354

# Certificate of Insurance

☐ LUMBERMENS MUTUAL CASUALTY COMPANY ☒ AMERICAN MOTORISTS INSURANCE COMPANY ☐ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY ☐ FEDERAL KEMPER INSURANCE COMPANY ☐ SEQUOIA INSURANCE COMPANY

**THIS CERTIFICATE IS ISSUED AT THE REQUEST OF:**

Monsanto Company
800 North Lindburgh
St. Louis, Missouri 63166

**DATE ISSUED:** July 22nd, 1975

**THE POLICIES INDICATED BELOW BY POLICY NUMBER, POLICY PERIOD AND LIMITS OF LIABILITY HAVE BEEN ISSUED TO:**

**INSURED'S NAME AND ADDRESS** Federal Pacific Electric Company, Cornell Dubilier Electric Federal Pioneer Limited
c/o U.V. Industries, Inc.
437 Madison Avenue, New York, NY 10022

| POLICY FORM | POLICY NUMBER | POLICY PERIOD (MO.-DAY-YEAR) | COVERAGES AND LIMITS OF LIABILITY |
|---|---|---|---|
| Workmen's Compensation and Employers' Liability | | From<br>To | Workmen's Compensation—Workmen's Compensation Law of Employers' Liability—$ |
| Combination Automobile—General Liability | 5ZM 578 702 | From 4/1/75<br>To Until Canc. | For such Coverage Parts as are indicated below by "x" and for the Limits of Liability stated opposite thereto. |

| COVERAGE AFFORDED | BODILY INJURY LIABILITY | | | PROPERTY DAMAGE LIABILITY | |
|---|---|---|---|---|---|
| | each person | each occurrence | aggregate | each occurrence | aggregate |
| ☐ — Comprehensive Automobile Liability Insurance | $ | $ | | $ | |
| ☐ — Garage Insurance ☐ — Hazard 1 ☐ — Hazard 2 | $ | $ | | $ | |
| ☐ — Garagekeepers' Legal Liability | | | | | |
| ☒ — Comprehensive General Liability Insurance* | $ | * * $ 500,000 | | * * $ 500,000 | |
| ☐ — Owners', Landlords' and Tenants' Liability Insurance | $ | | | $ | |
| ☐ — Manufacturers' and Contractors' Liability Insurance | $ | | | $ | |
| ☐ — Completed Operations and Products Liability Insurance | $ | $ | | $ | $ |
| ☐ — Contractual Liability Insurance (Designated Contracts Only) | $ | | | $ | $ |
| ☐ — Independent Contractors Liability Insurance | $ | | | $ | $ |
| ☒ — Other Coverage Parts: Employee Benefit Liability | $ 250,000 Each Claim 500,000 Aggregate | | | $ | $ |

**DESCRIPTION OF OPERATIONS AND LOCATION TO WHICH CERTIFICATE APPLIES** All operations of the Named Insured, including blanket contractual and pollution and contamination as afforded by the Policy

**SPECIAL PROVISIONS**

**Bodily Injury and Property Damage $500,000 Combined Single Limit

In the event of any cancellation or material change in said policy the company will notify the party to whom this certificate is addressed ten (10) days prior to such change or cancellation.

This certificate of insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by the above numbered policy.
* Comprehensive General Liability Insurance applies to the following hazards: Owners', Landlords' and Tenants' and Manufacturers' and Contractors'; Independent Contractors; and Products, Completed Operations, except as noted above.

Issued at New York, New York

**AUTHORIZED REPRESENTATIVE**

0526340

KEMPER INSURANCE COMPANIES

CERTIFICATE OF INSURANCE

# LEXINGTON INSURANCE COMPANY

### 25 New Chardon Street · Boston, Massachusetts 02114

A CAPITAL STOCK COMPANY

This is to certify that the insurance policy specified below has been issued to the insured named herein and that, subject to their provisions, exclusions and conditions, such policies afford the coverages indicated insofar as such coverages apply to the occupation or business of the Named Insured as stated:

INSURED: Federal Pacific Electric Co., Cornell Dubilier Electric Co. Federal Pioneer Ltd.

ADDRESS: c/o UV Industries, Inc., 437 Madison Ave., N.Y., N.Y. 10027

BUSINESS: Electrical Equipment Manufacturer

COVERAGE: Umbrella Liability

| Policy Number | Effective Date | Expiration Date | Limit of Liability |
|---|---|---|---|
| 500-28-16 | 4/23/75 | 4/1/76 | $1,000,000 Excess of Primary |

EXCESS OF

| | Coverage | | Underlying Limits | |
|---|---|---|---|---|
| A. | Bodily Injury Automobile | $ _____ $ _____ | Each Person Each Accident or Occurrence | |
| B. | Bodily Injury Except Automobile | $ 500,000. * $ _____ | Each Person Each Accident or Occurrence Aggregate Products | *BI/PD $500,000 combined single limit. |
| C. | Property Damage Automobile | $ _____ | Each Accident or Occurrence | |
| D. | Property Damage Except Automobile | $ 500,000. * $ _____ $ _____ $ _____ | Each Accident or Occurrence Aggregate Operations Aggregate Protective Aggregate Products Aggregate Contractual | |
| E. | Combined Single Limit Bodily Injury and/or Property Damage | $ _____ | Each Accident or Occurrence | |
| F. | Employers Liability, Coverage "B" | $ _____ | | |

Coverage includes Blanket Contractual and Sudden and Accidental Pollution.

OR

EXCESS OF

$ 10,000 ultimate net loss in respect of each occurrence not covered by underlying but applicable to umbrella liability only.

This Certificate of Insurance is issued as a matter of information only to:

NAME: Monsanto Company

ADDRESS: 800 North Lindbergh Blvd.

St. Louis, Missouri 63166

Dated at this 29 Day of July 19 75

Authorized Signature

Form 8401

0526341

CERTIFICATE OF INSURANCE

# LEXINGTON INSURANCE COMPANY

25 New Chardon Street · Boston, Massachusetts 02114

A CAPITAL STOCK COMPANY

This is to certify that the insurance policy specified below has been issued to the insured named herein and that, subject to their provisions, exclusions and conditions, such policies afford the coverages indicated insofar as such coverages apply to the occupation or business of the Named Insured as stated:

**INSURED:** Federal Pacific Electric Co., Cornell Dubilier Electric Co. Federal Pioneer Ltd.

**ADDRESS:** c/o UV Industries, Inc., 437 Madison Ave., N.Y., N.Y. 10027

**BUSINESS:** Electrical Equipment Manufacturer

**COVERAGE:** Umbrella Liability

| Policy Number | Effective Date | Expiration Date | Limit of Liability |
|---|---|---|---|
| GC550-46-02 | 7/1/75 | 4/1/76 | *See Below |

EXCESS OF

| | Coverage | | Underlying Limits | |
|---|---|---|---|---|
| A. | Bodily Injury Automobile | $ _____ | Each Person | |
| | | $ _____ | Each Accident or Occurrence | |
| B. | Bodily Injury Except Automobile | $ _____ | Each Person | |
| | | $ _____ | Each Accident or Occurrence | |
| | | $ _____ | Aggregate Products | |
| C. | Property Damage Automobile | $ _____ | Each Accident or Occurrence | |
| D. | Property Damage Except Automobile | $ _____ | Each Accident or Occurrence | |
| | | $ _____ | Aggregate Operations | |
| | | $ _____ | Aggregate Protective | |
| | | $ _____ | Aggregate Products | |
| | | $ _____ | Aggregate Contractual | |
| E. | Combined Single Limit Bodily Injury and/or Property Damage | $ _____ | Each Accident or Occurrence | |
| F. | Employers Liability, Coverage "B" | $ _____ | | |

*Limit of Liability
$5,000,000 Excess of
$4,000,000 Excess of
$1,000,000 Excess of
Primary

Coverage includes Blanket Contractual and Sudden and Accidental Pollution

OR

EXCESS OF

$ _____ ultimate net loss in respect of each occurrence not covered by underlying  but applicable to umbrella liability only.

This Certificate of Insurance is issued as a matter of information only to:

**NAME:** Mosanto Company

**ADDRESS:** 800 North Lindbergh Blvd.

S. Louis, Missouri   63166

Dated at
this 29 Day of July 19 75

Authorized Signature

Form 8401

U526343

# Certificate of Insurance

| | | | | |
|---|---|---|---|---|
| ☐ LUMBERMENS MUTUAL CASUALTY COMPANY | ☒ AMERICAN MOTORISTS INSURANCE COMPANY | ☐ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | ☐ FEDERAL MUTUAL INSURANCE COMPANY | ☐ SEQUOIA INSURANCE COMPANY |

**THIS CERTIFICATE IS ISSUED AT THE REQUEST OF:**

Monsanto Industrial Chemicals
Company
800 North Lindbergh Boulevard
St. Louis, Missouri 63166

**DATE ISSUED:** April 1, 1976

THE POLICIES INDICATED BELOW BY POLICY NUMBER, POLICY PERIOD AND LIMITS OF LIABILITY HAVE BEEN ISSUED TO:

**INSURED'S NAME AND ADDRESS**

Federal Pacific Electric Company & Cornell-Dubilier Electric
c/o U. V. Industries, Inc.                                    Corporation
437 Madison Avenue
New York, N. Y. 10022

| POLICY FORM | POLICY NUMBER | POLICY PERIOD (MO.-DAY-YEAR) | COVERAGES AND LIMITS OF LIABILITY |
|---|---|---|---|
| Workmen's Compensation and Employers' Liability | 5CM 578 701 | From 4/1/75 To until canc. | Workmen's Compensation—Workmen's Compensation Law of **Statutory** Employers' Liability—$ 100,000 |
| Combination Automobile— General Liability | 5ZM 578 702 | From 4/1/75 To until canc. | For such Coverage Parts as are indicated below by "x" and for the Limits of Liability stated opposite thereto. |

| COVERAGE AFFORDED | BODILY INJURY LIABILITY | | | PROPERTY DAMAGE LIABILITY | |
|---|---|---|---|---|---|
| | each person | each occurrence | aggregate | each occurrence | aggregate |
| ☒ — Comprehensive Automobile Liability Insurance | $ | $ 500,000 | | $ 250,000 | |
| ☐ — Garage Insurance  ☐ — Hazard 1  ☐ — Hazard 2 | $ | $ | | $ | |
| ☐ — Garagekeepers' Legal Liability | | | | $ | |
| ☒ — Comprehensive General Liability Insurance* | | $ 500,000 | $ 500,000 | $ 250,000 | $ 500,000 |
| - Owners', Landlords' and Tenants' Liability Insurance | | $ | | $ | |
| ☐ — Manufacturers' and Contractors' Liability Insurance | | $ | | $ | $ |
| ☐ — Completed Operations and Products Liability Insurance | | $ | $ | $ | $ |
| ☒ — Contractual Liability Insurance (Designated Contracts Only) | | $ | | $ | $ 500,000 |
| ☐ — Independent Contractors Liability Insurance | | $ | | $ | |
| ☐ — Other Coverage Parts: Employee Benefit Liability | | 250,000 – 500,000 each claim aggregate | | | |

**DESCRIPTION OF OPERATIONS AND LOCATION TO WHICH CERTIFICATE APPLIES**

All operations undertaken by the Insured and all automobiles owned or
operated by the Insured.

**SPECIAL PROVISIONS**

In the event of any cancellation or material change in said
policy the company will notify the party to whom this certificate
is addressed ten (10) days prior to such change or cancellation.
Blanket Contractual Liability Coverage and Pollution Coverage in
case of sudden and accidental spillage are included.

This certificate of insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by the above numbered policy.
* Comprehensive General Liability Insurance applies to the following hazards: Owners', Landlords' and Tenants' and Manufacturers' and Contractors; Independent Contractors; and Products, Completed Operations, except as noted above.
XX ᵡᵡᵡᵡᵡᵡᵡᵡᵡᵡᵡ and Contractual.

Issued at  New York, New York

AUTHORIZED REPRESENTATIVE



0526314

CK 934.3 200M  4-74                                                                      PRINTED IN U.S.A.

## CERTIFICATE OF INSURANCE

# LEXINGTON INSURANCE COMPANY

### 25 New Chardon Street · Boston, Massachusetts 02114
#### A CAPITAL STOCK COMPANY

This is to certify that the insurance policy specified below has been issued to the insured named herein and that, subject to their provisions, exclusions and conditions, such policies afford the coverages indicated insofar as such coverages apply to the occupation or business of the Named Insured as stated:

INSURED: Federal Pacific Electric Company & Cornell Dubilier Electric Corp.

ADDRESS: c/o U.V. Industries Inc., 437 Madison Ave., N.Y., N.Y. 10022

BUSINESS: _____

COVERAGE: _____ Umbrella Liability _____

| Policy Number | Effective Date | Expiration Date | Limit of Liability |
|---|---|---|---|
| 500-2844 | 4/1/76 | 4/1/77 | $5,000,000. |

EXCESS OF $5,000,000.

| | Coverage | | Underlying Limits | |
|---|---|---|---|---|
| A. | Bodily Injury Automobile | $ _____ | Each Person | |
| | | $ _____ | Each Accident or Occurrence | |
| B. | Bodily Injury Except Automobile | $ _____ | Each Person | |
| | | $ _____ | Each Accident or Occurrence | |
| | | $ _____ | Aggregate Products | See Over |
| C. | Property Damage Automobile | $ _____ | Each Accident or Occurrence | |
| D. | Property Damage Except Automobile | $ _____ | Each Accident or Occurrence | |
| | | $ _____ | Aggregate Operations | |
| | | $ _____ | Aggregate Protective | |
| | | $ _____ | Aggregate Products | |
| | | $ _____ | Aggregate Contractual | |
| E. | Combined Single Limit Bodily Injury and/or Property Damage | $ _____ | Each Accident or Occurrence | |
| F. | Employers Liability, Coverage "B" | $ _____ | | |

### OR
### EXCESS OF

$ _____ ultimate net loss in respect of each occurrence not covered by underlying but applicable to umbrella liability only.

This Certificate of Insurance is issued as a matter of information only to:

NAME: Monsanto Industrial Chemicals Co.

ADDRESS: 800 N. Lindberg Boulevard

0527010

St. Louis, Missouri 63166

Dated at this __5__ Day of __May__ 19 76

_H. Roy Barnes_
Authorized signature

H. Roy Barnes

Form 8401

Excess Liability following the terms,conditions,definitions and exclusions of the Lexington Insurance Companyş policy.Blanket Contractual Liability coverage and Pollution coverage in case of sudden and accidental spillage are included.

0527011

### CERTIFICATE OF INSURANCE

# LEXINGTON INSURANCE COMPANY

### 25 New Chardon Street · Boston, Massachusetts 02114

#### A CAPITAL STOCK COMPANY

This is to certify that the insurance policy specified below has been issued to the insured named herein and that, subject to their provisions, exclusions and conditions, such policies afford the coverages indicated insofar as such coverages apply to the occupation or business of the Named Insured as stated:

INSURED: Federal Pacific Electric Company & Cornell Dubilier Electric Corp.

ADDRESS: c/o U. V. Industries, Inc., 437 Madison Ave., New York 10022

BUSINESS: _____

COVERAGE: Umbrella Liability

| Policy Number | Effective Date | Expiration Date | Limit of Liability |
|---|---|---|---|
| 500-2844 | 4/1/76 | 4/1/77 | $1,000,000 |

**EXCESS OF    PRIMARY**

| | Coverage | | Underlying Limits | |
|---|---|---|---|---|
| A. | Bodily Injury Automobile | $ _____ | Each Person | |
| | | | Each Accident or Occurrence | |
| B. | Bodily Injury Except Automobile | $ _____ | Each Person | |
| | | $ _____ | Each Accident or Occurrence | |
| | | $ _____ | Aggregate Products | See Over |
| C. | Property Damage Automobile | $ _____ | Each Accident or Occurrence | |
| D. | Property Damage Except Automobile | $ _____ | Each Accident or Occurrence | |
| | | $ _____ | Aggregate Operations | |
| | | $ _____ | Aggregate Protective | |
| | | $ _____ | Aggregate Products | |
| | | $ _____ | Aggregate Contractual | |
| E. | Combined Single Limit Bodily Injury and/or Property Damage | $ _____ | Each Accident or Occurrence | |
| F. | Employers Liability, Coverage "B" | $ _____ | | |

**OR**
**EXCESS OF**

$ 10,000 ultimate net loss in respect of each occurrence not covered by underlying but applicable to umbrella liability only.

This Certificate of Insurance is issued as a matter of information only to:

NAME: Monsanto Industrial Chemicals Co.

ADDRESS: 800 N. Lindbergh Blvd.

St. Louis, Mo. 63166

Dated at New York
this 30th Day of April 1976

_____
Authorized Signature

H. Roy Barnes

Form 8401

$4,000,000 excess of $1,000,000 each Occurrence or in the Aggregate where applicable.  Excess Liability following the terms, conditions, definitions and exclusions of the Lexington Insurance Company's policy.  Blanket Contractual Liability coverage and Pollution coverage in case of sudden and accidental spillage are included.

0526326

C-101 1/73

# HIGHLANDS INSURANCE COMPANY

## HIGHLANDS UNDERWRITERS INSURANCE COMPANY

600 JEFFERSON STREET
HOUSTON, TEXAS 77002

### CERTIFICATE OF INSURANCE

| NAME AND ADDRESS OF CERTIFICATE HOLDER | NAME AND ADDRESS OF INSURED |
|---|---|
| Monsanto Industrial Chemicals Co.<br>800 North Lindbergh Boulevard<br>St. Louis,Missouri | Federal Pioneer Limited<br><br>Cornell Dubilier Electronics |

This is to certify that the policies of insurance as described below have been issued to the insured for whom this certificate is executed and are in force at this time. In the event of cancellation or material change in a policy affecting the certificate holder, 10 days prior written notice will be given the certificate holder.

| COVERAGE | POLICY NUMBER | DATE EFFECTIVE | DATE EXPIRATION | LIMITS OF LIABILITY |
|---|---|---|---|---|
| Workmen's Compensation and Employers Liability in the states named below Employers Liability Coverage B | | | | Statutory<br><br>,000 |
| Bodily Injury Liability – Except Automobile Comprehensive: Yes     No | | | | ,000 each occurrence ,000 aggregate |
| Property damage liability – except automobile | | | | ,000 each occurrence ,000 aggregate |
| Automobile Bodily Injury Liability Comprehensive: Yes     No | | | | ,000 each person ,000 each occurrence |
| Automobile Property Damage Liability | | | | ,000 each occurrence |
| **Excess Umbrella Liability** | SR 20287 | 4/1/77 | 4/1/78 | **$2,000,000 PART OF $5,000,000 EXCESS OF $5,000,000 EXCESS OF PRIMARY INSURANCE** |
| Other Insurance | | | | |

Absence of entry in any space means that insurance is not afforded to the coverage opposite thereto.
This certificate of insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by Policies shown above.
Location of Operations

Description of Operations:

**Manufacturing of electrical equipment**                                    0526399

Highlands Insurance Company
Highlands Underwriters Insurance Company

_Authorized Representative_

Date  5/19/77

  
# Northbrook
# Insurance Company
## Northbrook, Illinois



# Certificate of Insurance – Casualty          **STOCK COMPANY**

Insured's Name and Mailing Address:     (No., Street, Town, County, State, Zip Code)

Federal Pacific Electric Co.
150 Avenue L
Newark, New Jersey  07101

<u>63-002-939</u>
Policy Number

**Federal Pioneer Limited**          **Cornell-Dubilier Electronics**
**19 Waterman Avenue**
**Toronto, Ontario M4B1Y2**

This is to certify, that insurance has been effected as follows:

| Coverage for Which Insurance is Afforded | Limits of Liability | Term |
|---|---|---|
| Umbrella Liability | $5,000,000. any one occurrence and in the aggregate (where applicable) excess of Primary and/or a $25,000. Self Insured Retention | April 1, 1977<br><br>To<br><br>April 1, 1978 |

Certificate Holder:

Monsanto Industrial Chemicals Co.
800 N. Lindbergh Blvd.
St. Louis, Missouri
Attn:  D. Wood, Market Manager

PRODUCER   Avreco, Inc. (Chicago, Illinois)

This document is furnished you as a matter of information only. The issuance of this document does not make the person or organization to whom it is issued an additional assured, nor does it modify in any manner the contract of insurance between the Assured and the Company. Any amendment, change or extension of such contract can only be effected by specific endorsement attached thereto. Should the above mentioned contract of insurance be cancelled, assigned or changed during the above named policy period in such manner as to effect this document, we, the undersigned, will endeavour to give ___10___ days written notice to the holder of this document, but failure to give such notice shall impose no obligation of any kind upon the undersigned or upon this Company.

Date___May 31, 1977___          By_____
                                          Authorized Representative

0526984

RU60

# CERTIFICATE OF INSURANCE

THIS CERTIFICATE OF INSURANCE NEITHER AFFIRMATIVELY NOR NEGATIVELY AMENDS, EXTENDS OR ALTERS THE COVERAGE AFFORDED BY ANY POLICY DESCRIBED HEREIN.

☐ UNITED STATES FIRE INSURANCE COMPANY
☒ THE NORTH RIVER INSURANCE COMPANY
☐ WESTCHESTER FIRE INSURANCE COMPANY
☐ INTERNATIONAL INSURANCE COMPANY

## CRUM & FORSTER INSURANCE COMPANIES
## THE POLICY MAKERS

THIS IS TO CERTIFY TO **Monsanto Industrial Chemicals Co., Att: Mr. D. Wood**
(NAME OF CERTIFICATE - HOLDER)

OF **800 N. Lindbergh Blvd., St. Louis, Missouri**
(ADDRESS OF CERTIFICATE-HOLDER)

THAT ON THE DATE BELOW THE FOLLOWING DESCRIBED INSURANCE POLICIES, ISSUED BY THIS COMPANY, ARE IN FULL FORCE AND EFFECT:

INSURED'S NAME: **Federal Pioneer Limited**          **Cornell - Dubilier Electronics**

ADDRESS: **19 Waterman Avenue**          **Federal Pacific Electric Co.**

CITY & STATE: **Toronto, Ontario, Canada   M4B1Y2**

THE POLICIES INDICATED HEREIN APPLY WITH RESPECT TO THE HAZARDS AND FOR THE COVERAGES AND LIMITS OF LIABILITY INDICATED BY SPECIFIC ENTRY HEREIN, SUBJECT TO ALL THE TERMS OF SUCH POLICIES.

| HAZARDS | POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE | COVERAGES AND LIMITS OF LIABILITY | | | |
|---|---|---|---|---|---|---|---|
| | | | | BODILY INJURY LIABILITY | | PROPERTY DAMAGE LIABILITY | |
| | | | | each occurrence | | each occurrence | aggregate |
| PREMISES - OPERATIONS | | | | $ ,000 | | $ ,000 | $ ,000 |
| ELEVATORS | | | | $ ,000 | | $ ,000 | XXXX |
| INDEPENDENT CONTRACTORS | | | | $ ,000 | | $ ,000 | $ ,000 |
| PRODUCTS - COMPLETED OPERATIONS | | | | $ ,000 | | $ ,000 | $ ,000 |
| | | | | AGGREGATE: $ ,000 | | XXXX | XXXX |
| CONTRACTUAL AS DESCRIBED BELOW | | | | $ ,000 | | $ ,000 | $ ,000 |
| | | | | each person | each occurrence | | |
| AUTOMOBILE LIABILITY OWNED AUTOMOBILES | | | | $ ,000 | $ ,000 | $ ,000 | XXXX |
| HIRED AUTOMOBILES | | | | $ ,000 | $ ,000 | $ ,000 | XXXX |
| NON-OWNED AUTOMOBILES | | | | $ ,000 | $ ,000 | $ ,000 | XXXX |
| WORKMEN'S COMPENSATION AND EMPLOYERS' LIABILITY | | | | COMPENSATION-STATUTORY  EMPLOYERS' LIABILITY - $ ,000 | | | |
| UMBRELLA LIABILITY | JU0313 | 4/1/77 | 4/1/78 | $ 1 ,000,000  part of $5,000,000  excess of $5,000,000 | | | |

LOCATION AND DESCRIPTION OF OPERATIONS, AUTOMOBILES, CONTRACTS. CONTRACTUAL LIABILITY - (INDICATE TYPE OF AGREEMENT, PARTY AND DATE).

U526397

Should any of the above described policies be cancelled before the normal expiration date thereof, the Company will endeavor to give written notice to the above Named Certificate-holder, but failure to give such notice shall impose no obligation or liability of any kind upon the Company.

DATE: **June 28, 1977**          BY _William T. Schwass per RM Schmitt_
                                     AUTHORIZED REPRESENTATIVE

FM 103.0.4 8 PT. REV. (10-73)          **ORIGINAL COPY**