# Exhibit O

# Monsanto

| | |
|---|---|
| FROM (NAME & LOCATION) | B2SC   P. G. Benignus |
| DATE | August 28, 1972 |
| SUBJECT | Cornell Dubilier Co. New Bedford, Mass. |
| REFERENCE | |
| TO | 1650 J. G. BRYANT |

cc: B2SL  H. S. Bergen
    B2SL  T. L. Gossage
    B2SC  C. Paton
    1650  P. L. Slayton
    T3A   W. R. Richard
    1760  R. H. Munch

For your benefit, Cumming Paton asked that a report be written of Cornell Dubilier's visit to St. Louis, Thursday, Aug. 3, 1972.

### Cornell Dubilier Visitors:

Wayne Peterson, VP, In Charge of All C-D
Dwayne Blough, VP, General Manager, New Bedford
Ray Hurd, Div. Manager, New Bedford

### Monsanto:

E. P. Cunningham
W. R. Corey
H. S. Bergen
T. L. Gossage
P. G. Benignus
W. R. Richard
Scott Tucker

### Summary

A. Views and Questions by C-D:

I. Mr. Peterson's initial remarks emphasized that C-D's capacitor operations representing large investments and requiring additional heavy capital expenditures are mainly committed and geared to making liquid impregnated capacitors - not dry types.

II. He related that TRW offered dry-type capacitors to a prime C-D account. He mentioned learning in Europe of a dry capacitor useful at 800 volts. He indicated possibility that Aroclor ballast may be completely replaced by dry-type and that motor-run would be the next target.

0012358

Case: 4:23-cv-00204-HEA   Doc. #: 105-16   Filed: 06/09/23   Page: 3 of 11 PageID #: 5339

-2-

   III. He asked whether Monsanto intended to continue to supply PCBs. We said yes -- unless unforeseen difficulty causes Government ban.

   IV. He asked whether our pricing will continue to spiral upward. We said we believe we are finished with what we had to do - and do not foresee increase.

   V. He asked whether we are researching possible PCB replacement fluids. We said that we are.

B. Monsanto Presentations:

   I. Dr. Tucker presented a detailed and comprehensive review of the bio studies on PCBs.

   II. We discussed the commercial status of PCBs in the USA and ROW, giving various Government attitudes.

   III. We discussed the work centered at ANSI.

   IV. We reviewed the need for askarel type capacitors regarding report by the National 2nd Pollution Control Council.

   V. We reviewed the U.S. Government Interdepartmental Task Force Report

   VI. We discussed analytical methodology and need for C-D to minimize pollution and police their area.

   VII. We reviewed disposal of liquid PCB and solid scrap.

   VIII. Dr. Richard related that our research people are studying four classes of compounds with DK similar to Aroclor 1016. All are to possess biodegradation rates such that they will not be pollution hazard. We are life testing several of these fluids in ballast type units. We strive for price performance close to Aroclor. We realize that these fluids would not meet Underwriters" fire resistant rating assigned to askarel dielectrics.

We are aware that a great deal of study, especially bio and toxicity investigations would be required before we could offer any of these development items for possible further consideration.

P. G. Benignus

cs

0012359

# Monsanto

**MONSANTO INDUSTRIAL CHEMICALS CO.**
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166
Phone: (314) 694-1000

September 12, 1974

Mr. G. B. Todd
Cornell-Dubilier Electronics
4480 Clayton Avenue
St. Louis, MO   63110

Dear Mr. Todd:

Thank you very much for your reply to Mr. Bergen's invitation to the Dielectrics Symposium to be held at the Sheraton West Port Inn, St. Louis on September 23, 1974. We are very pleased that you can attend.

In accordance with your reply we note that you will be making your own arrangements and do not require accommodations at the Sheraton West Port.

The schedule of events for the Symposium on September 23 is as follows:

| | | |
|---|---|---|
| 7:00 a.m.: | Buffet Breakfast | Basel Room |
| 8:30 a.m.: | Symposium | Geneva Room |
| 12:30 p.m.: | Lunch | Basel Room |
| 1:30 p.m. | Symposium | Geneva Room |
| 4:30-5:00 p.m.: | Symposium ends | |
| 6:30 p.m.: | Symposium Cocktail Party | Zurich Room |

For those attending the Testimonial Dinner for Paul Benignus, a pre-dinner cocktail party will be held at 6:30 p.m. in the Zurich Room of the West Port Inn. The dinner will be at 7:30 p.m. in the Geneva Room.

For your convenience, we will operate a message center from 8:00 a.m. to 5:30 p.m. on September 23 at the Sheraton West Port. The telephone number is 314 878-1500.

There has been some interest expressed in a tour of Monsanto's dielectric facilities on September 24. For those interested we will organize tours of our research laboratories in St. Louis as well as of our manufacturing plant at Sauget, Illinois. The latter tour may benefit those of you interested in pollution control on PCBs. We will announce details of these tours at the Symposium. We would expect these tours to terminate in time for you to leave St. Louis on late afternoon flights on September 24.

Continued on next page

0108639

a unit of Monsanto Company

## Monsanto

FROM (NAME & LOCATION): C. Paton - B2SC

DATE: September 12, 1974

SUBJECT:

REFERENCE:

TO: D. R. Hansen - 1800
D. L. Mellon - 1010
H. R. Ford - 1070
P. L. Slayton - 1650

cc: T. L. Gossage
P. G. Benignus
D. Wood
W. R. Richard

J. G. Bryant
W. D. Lubic
R. H. Munch
W. B. Papageorge

Status of dielectric symposium attendance as of September 11:

| | Organization | Attending | Declined | No Reply |
|---|---|---|---|---|
| 1. | Aerovox | Hutzler<br>Kalstein | Tuttle | |
| 2. | ASTM | Sadler | | |
| 3. | Axel | | | Zweig |
| 4. | Capacitor Specialists | Hayworth | | Steinbarge |
| 5. | Carolina Capacitor | Wershey | | |
| 6. | Cornell-Dublier | Todd<br>(St. Louis) | Robinson<br>Hurd | |
| 7. | E.U.C. | R. Hauser<br>A. O. Hauser (S)<br>R. Carlson | Moore | Sampo |
| 8. | Electronic Components | Clark (S)<br>Rayno | | DiJacomo |
| 9. | Filtron | | | ~~Milton~~ |
| 10. | G.E. - Rome | Kinney | Dutton<br>Mays<br>Frahm<br>Crowe | |
| 11. | G.E. - Pittsfield | Raab (S) | Ostoff | |
| 12. | G.E. - Hudson Falls | Pozefsky (S) | Hart<br>Scoville<br>Barker<br>Price<br>Stenger<br>Klingebiel<br>Hopkins | Lichiello<br>McKenzie |
| 13. | High Energy | Buss | | |
| 14. | Hevi-Duty | | | ~~Nay~~ |
| 15. | McGraw-Edison | Willy | Draeger | Frey<br>Hammer |
| 16. | Jard | Rollins (S) | Arsenault<br>Paquin | |
| 17. | Mallory-Waynesboro | Vaught | | |
| 18. | Mallory-Indianapolis | Shoot<br>Van Buskirk<br>Wilson<br>Doty | Moss | Schock<br>Baker |
| 19. | Maxwell | Sevigny<br>Hoffman | | Ferranti<br>Fortunis |
| 20. | NEMA | | | ~~Salazar~~ |

0108619

|    | Organization | Attending | Declined | No Reply |
|----|---|---|---|---|
| 21. | Niagara Transformer | Courtade | Gabel | Darby |
| 22. | R. F. Interonics | | | ~~Lasky~~ |
| | | | | ~~Rubin~~ |
| 23. | Research-Cottrell | | | ~~Johnson~~ |
| | | | | ~~Sollman~~ |
| | | | | ~~Waida~~ |
| 24. | St. Regis Paper | Myers | | |
| 25. | Sangamo | Butner | McGee | Hydrick |
| 26. | P. F. Schweitzer | Bullwinkel | | Selke |
| 27. | Sprague | Sears | Davis | |
| | | | Ross | |
| | | | Vail | |
| | | | Carpenter | |
| 28. | Stevens Paper | | | ~~Schoales~~ |
| 29. | Universal Voltronics | | | ~~Polls~~ |
| 30. | R. E. Uptegraf | Uptegraf | | |
| 31. | Van Tran | | Bolin | |
| | | | Tindall | |
| 32. | Westinghouse (Bloomington) | McClaim | Mercier | Kelly |
| | | Schoaff | Pickett | |
| | | | Zimmerman | |
| 33. | Westinghouse (Pittsburgh) | Dakin | Gainer | |
| 34. | Westinghouse (Sharon) | Sheppard | Ford | |
| | | Sloat | | |
| 35. | Westinghouse (South Boston) | | Keiser | |
| | | | Wilburn | |
| 36. | York Capacitor | | | Dubilier |
| | | | | LaGreca |
| 37. | Dings | | | ~~Nahey~~ |
| 38. | Doble Engineering | | | ~~Lowe~~ |
| 39. | Energy Systems | | | ~~Rutledge~~ |
| | | | | ~~Pugh~~ |
| 40. | Essex Electro Eng. | | | ~~Tompson~~ |
| 41. | H. K. Porter | | | Kellogg |
| 42. | Standard Transformer | | | Auzenne |
| 43. | Teledyne | Emanuel | | ~~Saunders~~ |
| | | Power | | |
| 44. | Electro Engineering | | | Jones |
| 45. | Helena Corp. | Wheeler | | Thallner |
| 46. | Sanders Associates | | | ~~Rankin~~ |
| 47. | Kuhlman | | | ~~Dell~~ |
| | | | | ~~Smelko~~ |

In addition Bob Abbe of G. E. Schenectady will be here for the dinner if not for the symposium. All will attend the dinner except:

      Wershey (Carolina Capacitors)
      Schoaff (Westinghouse)
      Emanuel (Teledyne)
      Power (Teledyne)

0108620

We have 7 acceptances from outside the U.S. so far - 5 from Canada, 1 from Mexico and 1 from Sweden.

Unless we hear from the following by Friday, September 13, we should call the following important invited delegates:

| Customer | Name | Responsibility |
| --- | --- | --- |
| Hevi-Duty | J. Nay | HRF |
| NEMA | A. Salazar | CP |
| Research-Cottrell | Johnson | PLS |
|  | Sollman |  |
|  | Waida |  |
| Niagara Transformer* | Darby | DLM |
| Stevens Paper | Schoales | CP |
| York Capacitor | Dubilier | PLS |
|  | LaGreca |  |
| Doble Engrg. | Lowe | CP |
| Standard Transformer | Auzenna | DRH |
| Helena Corp. | Thallner | HRF |
| Kuhlman* | Dell | HRF |
|  | Smelko |  |

*Invitations mailed 9/10/74 so could delay phone call till 9/16/74.

C. Paton

/cc

0108621

TESTIMONIAL DINNER

September 23, 1974

✓ Abbe, Robert T. (General Electric Co.)

✓ Beal, Roger E.

✓ Benignus, Paul G.

✓ Bergen, Howard S.

✓ Bergenstein, Eric G. (Ferranti-Packard Co.)

✓ Bergomi, Joseph G.

✓ Bryant, James G.

✓ Buchanan, George R. (Edwin Cooper)

✓ Buchanan, John S.

✓ Bullwinkel, Edward P. (P. J. Schweitzer)

✓ Buss, Robert (High Energy)

✓ Butner, Jess (Sangamo Electric Co.)

✓ Camargo, Frank J.

✓ Carlson, Rudy (Electrical Utilities Co.)

✓ Clark, N. Ray (Electronic Components)

✓ Corey, Winthrop R.

Owe $/16 ✓ Courtade, William (Niagara Transformer)
      Dakin, Tom
      Davis, Richard

✓ Doty, Arnold S. (P. R. Mallory Co.)

0156119

✓ Eades, Alan G.

✓ Ford, H. Ray

✓ Gossage, Tom L.

No Harris, John S.

✓ Hauser, Al O. (Electrical Utilities Co.)

✓ Hauser, Richard (Electrical Utilities Co.)

✓ Hayworth, Bruce R. (Capacitor Specialists)

✓ Herber, John F.

No Herrera, Ing. (Reguladores Automaticos Mexico)

✓ Hoffman, Paul S. (Maxwell Laboratories)

✓ Hosmer, Desmond B.

✓ Hutzler, John R. (Aerovox Corporation)

✓ Jacobus, Richard

✓ Kalstein, Abraham G. (Aerovox Corporation)

✓ Kelly, Dr. R. Emmet

✓ Kinney, James P., Jr. (General Electric Co.)

✓ Koch, Richard L.

✓ Koenig, Arthur J.

✓ Kuster, Ronald

✓ Langenfeld, Frank H.

✓ Larkin, James C.

✓ Leisy, Arthur

✓ Maddox, William N.

✓ Magner, J. Marshall

✓ Mason, John

0156120

No Maza, Rudolpho (Reguladores Automaticos Mexico)

9ors $20 McClain, Robert D. (Westinghouse Electric)

No Mellon, David L.

✓ Mulhall, Vernon (Canadian General Electric)

✓ Munch, Ralph H.

✓ Myers, Dr. Robert L. (St. Regis Paper Co.)

✓ Nerf, Dr. Owe (Liljeholmens Kabelfabrik)

✓ Olson, Donald A.

✓ Oneson, Tom W.

✓ Papageorge, Wm. B.

Paton, Cumming

✓ Potter, Earl M.

✓ Pozefsky, Dr. Al

✓ Quinn, John F.

✓ Raab, Edward L. (General Electric Co.)

✓ Rayno, Glenn D. (Electronic Components)

✓ Richard, William R.

✓ Rollins, Richard (Jard Company)

✓ Sadler, Albert J. (ASTM)

✓ Salazar, Al (NEMA)

✓ Sears, Noel C. (Sprague Electric Co.)

✓ Sevigny, Joe A. (Maxwell Laboratories)

Sheppard, Harry R. (Westinghouse Electric)

✓ Shoot, Lyle E. (P. R. Mallory Co.)

0156121

No Sipes, Rolland A.

✓ Slayton, Phil L.

✓ Sloat, Dr. T. K. (Westinghouse Electric)

✓ Smith, Dale F.

✓ Smith, Tom K.

✓ Stapleton, John F.

✓ Stewart, Edward E.

✓ Thompson, Quentin E.

✓ Tibbetts, Bobby G.

✓ Todd, Jerry B. (Cornell-Dubilier)

No Tucker, David E. G.

✓ Van Buskirk, Mark (P. R. Mallory Co.)

· [ Schwach / Vaught, Robert L.] (P. R. Mallory Co.)

✓ Vodden, H. Alf

✓ Wheeler, Elmer P.

✓ White, Gerald E.

✓ Wikoff, John L.

✓ Willy, J. Robert (McGraw-Edison Co.)

✓ Wilson, Dr. Donald G. (P. R. Mallory Co.)

✓ Wood, David

0156122