# Exhibit Q

FEB 9 REC'D



Aerovox Corporation
New Bedford
Massachusetts 02741
(617) 994-9661  Cable: AVX

February 7, 1972

John Stapleton, Esq.
Monsanto Industrial Chemicals Co.
800 N. Lindbergh Boulevard
St. Louis, Missouri   63166

Dear Mr. Stapleton:

    I am enclosing two copies of the Special Undertaking by Purchasers of Polychlorinated Biphenyls which have been executed for Aerovox Corporation by its Vice President, Manufacturing, and for Aerovox Canada Limited, a wholly-owned subsidiary of Aerovox Corporation, by its Vice President.  I have modified the agreement by adding on page 1 the language to which you and I agreed regarding the specifications of the products.

    In addition, I enclose a copy of a letter of Fairfield & Ellis, Inc. Insurance, the Company's insurance broker of record, evidencing the amount of the Company's general liability insurance.  The company's Vice President, Finance, Mr. James F. Pablo, has discussed this matter with Mr. Robert Chapman of your office.  As they discussed, the insurance described in the letter includes blanket contractual and provides coverage not only for Aerovox Corporation, but also its subsidiaries.

    I also enclose the 1970 Annual Report of Aerovox Corporation.

    As I understand it, these documents meet Monsanto's requirements and assure a continuing supply of Aroclor to

0479408

Case: 4:23-cv-00204-HEA   Doc. #: 105-18   Filed: 06/09/23   Page: 3 of 3 PageID #: 5360



                    -2-                    February 7, 1972

Aerovox Corporation and Aerovox Canada Limited.

    If you have any questions about this matter, please write or telephone me.

                    Very truly yours,

TKM/db                    T. Kenwood Mullare
Enclosures              Corporate Counsel

0479409