# Exhibit S

## Special Undertaking Project re Post 1971 Sales Summaries for Aerovox

| Year of sale | Year of sales summary sheet | Page No. | Product | Entity Name | Pounds | City | State |
|---|---|---|---|---|---|---|---|
| 1972 | 1972 | 358 | Aroclor 1016 | Aerovox Corp | 1,662,800 | New Bedford | MA |
| 1973 | 1973 | 173 | Aroclor 1254 | Aerovox-Bellvil | 7,200 | New Bedford | MA |
| 1974 | 1974 | 211 | Aroclor 1254 | Aerovox-Bellvil | 16,800 | New Bedford | MA |
| 1974 | 1974 | 392 | Aroclor 1016 | Aerovox-Bellvil | 1,914,500 | New Bedford | MA |
| 1973 | 1974 | 392 | Aroclor 1016 | Aerovox-Bellvil | 1,839,800 | New Bedford | MA |
| 1975 | 1975 | 151 | Aroclor 1016 | Aerovox-Bellvil | 999,000 | New Bedford | MA |
| 1975 | 1975 | 152 | Aroclor 1254 | Aerovox-Bellvil | 3,600 | New Bedford | MA |
| 1976 | 1976 | 20 | Aroclor 1016 | Aerovox-Bellvil | 1,958,000 | New Bedford | MA |
| 1977 | 1977 | 35 | Aroclor 1016 | Aerovox-Bellvil | 2,756,000 | New Bedford | MA |

1

```
REPORT B1476-A           MICC DIV-02    SPECIALTY PRODUCTS                                   PAGE 358
01/09/73                 NO.4 CUSTOMER/PRODUCT SALES REPORT FOR DEC 1972
                           -IN ACTUAL POUNDS AND DOLLARS-
```

| | TOTAL MONTH SALES | | Y-T-D SALES | | TOTAL LAST YEAR SALES | | TOTAL YEAR | CUST ID |
|---|---|---|---|---|---|---|---|---|
| | POUNDS | DOLLARS | POUNDS | DOLLARS | POUNDS | DOLLARS | GOAL LBS | MAJR-GRD-GP |
| .ACE TRANSFORMER CO DETROIT MI | | | | | | | | 10000459 |
| ACE TRANSFORMER DETROIT MI | | | | | | | AR 002130 | 10000459 |
| 1153 TRANSFORM PYRANOL A1383B | | | | | 2,880 | 664 | 2,500 | 1050-300-16 |
| | | | | | | | | |
| ACME ELECTRIC CUBA NEW YORK | | | | | | | | 00164658 |
| 1237 INERTEEN PPO | | | | | 59,986 | 12,991 | AR 002846 | 00164658 |
| | | | | | | | 50,000 | 1050-200-16 |
| .AEROVOX CORP NEW BEDFORD MA. | | | | | | | | 10001013 |
| AEROVOX CORP NEW BEDFORD MA | | | | | | | AR 006385 | 10001013 |
| 1237 AROCLOR 1016 | 186,400 | 38,213 | 1,662,800 | 329,318 | 284,100 | 51,138 | 1,069,000 | 1040-016-16 |
| 1237 AROCLOR 1242 | | | | | 568,008 | 102,240 | | 1040-240-16 |
| 1237 AROCLOR 1254 | | | | | 90,600 | 20,314 | | 1040-280-16 |
| TOTAL CUSTOMER | 186,400 | 38,213 | 1,662,800 | 329,318 | 942,700 | 173,692 | 1,069,000 | 10001013 |
| | | | | | | | | 00259462 |
| AKRON CONTROLLER AKRON OHIO | | | | | | | AR 007722 | 00259462 |
| 1138 INERTEEN 70-30 | | | | | 6,740 | 1,517 | | 1050-210-16 |
| | | | | | | | | |
| ALBANY FELT CO ALBANY NY | | | | | | | | 10001811 |
| | | | | | | | AR 009534 | 10001811 |
| 1237 AROCLOR 1016 | | | | | 165 | 54 | | 1040-016-16 |
| 1237 AROCLOR 1242 | | | | | 165 | 54 | | 1040-240-16 |
| TOTAL CUSTOMER | | | | | 330 | 108 | | 10001811 |
| | | | | | | | | 00264008 |
| ALCO MACHY & SUPPLY NYC NY | | | | | | | AR 010500 | 00264008 |
| 1252 PYRANOL A1381 | | | | | 120- | 39- | | 1040-281-16 |
| | | | | | | | | 00153680 |
| ALLEN TRANSFORMER FT SMITH AR | | | | | | | AR 012794 | 00153680 |
| 1974 TRANSFORM PYRANOL A1383B | | | | | 6,750 | 1,519 | | 1050-300-16 |
| .ALLIED CHEM NYC NY | | | | | | | | 00045039 |
| ALLIED CHEM HOPEWELL VA | | | | | | | AR 013568 | 10002451 |
| 1237 INERTEEN 70-30 | | | 360 | 83 | | | | 1050-210-16 |
| .ALLIS CHALMERS W ALLIS WI | | | | | | | | 00045055 |
| ALLIS-CHALMERS CARLSBAD NM | | | | | | | AR 014014 | 00248045 |
| 1237 INERTEEN 70-30 | | | | | 1,348 | 303 | | 1050-210-16 |
| ALLIS CHALMERS LOS ALMOS N M | | | | | | | AR 014014 | 00164119 |
| 1866 INERTEEN 70-30 | | | | | 1,080 | 248 | | 1050-210-16 |

G21426

B1131-A DIRECT #2　　　　　　　　　MICC SPECIAL PRODUCTS　　　　　　　　FOR D. 1973　　　PAGE 173
01/09/74　　　　　　　　　　　　　PRODUCT/CUSTOMER SALES REPORT

—IN THOUSANDS OF POUNDS AND DOLLARS—

| M G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y.T.D. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. LO. / MAJ.-GRD.-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16 DIELECTRICS  DR.C.PATON | | | | | | | | | | | | | | | | | |
| | ✗ | AROCLOR 1254 | | | | | | | | | | | | | | | | 0036IC | 1040-280-16 |
| 1287 | | -AEROVOX-BELLVIL NEW BEDFORD MA | | | | 7.20 | | | 3.60 | | | | | 3.60 | | | | | 00294438 |
| 1287 | | -AEROVOX CORP NEW BEDFORD MA | 20.0 | | 20.0 | | | | | | | | | | | | | | 10001013 |
| 1184 | | -WESTERN ELEC CICERO ILL | | 1.20 | | | | | | | | | | | | | | | 10088755 |
| 1290 | | WESTERN ELECTRIC ALLENTOWN PA | | | | .060 | | | .060 | | | | | | | | | | 00269638 |
| | | PARENT CUST. TOT-AMERICAN TEL & | | 1.20 | | .060 | | | .060 | | | | | | | | | | 00045160 |
| 1287 | | -AXEL ELECTRONICS JAMAICA NY | | 4.80 | | 7.20 | | | | | 3.60 | | | | | | | 3.60 | 10007739 |
| 1287 | | -CORNELL DUB ELEC N BEDFORD MAS | | | | 12.0 | | | | | 6.00 | | | 6.00 | | | | | 00086746 |
| 1982 | | -GEN ELEC ROME GA | | 200 | | | | | | | | | | | | | | | 10031281 |
| 1287 | | GEN ELEC PITTSFIELD MA | 800 | 522 | 800 | 2.58 | .18 | | | | | | | 2.40 | | | | | 10031761 |
| 1287 | | GEN ELEC INS MATL-SCHECTADY NY | | .120 | | | | | | | | | | | | | | | 10031850 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | 800 | 722 | 800 | 2.58 | .18 | | | | | | | 2.40 | | | | | 10599474 |
| 1287 | | -HIGH ENERGY MALVERN PA | | 6.00 | | 6.00 | | | | | | | | 6.00 | | | | | 10037964 |
| 1184 | | -MCGRAW EDISON SOUTH MI MI | | 3.00 | | | | | | | | | | | | | | | 00128910 |
| 1967 | | -MCGRAW EDISON GREENWOOD SC | | | | 1.80 | | | | | | | 1.80 | | | | | | 00290696 |
| 1985 | | -NYTRONICS DARLINGTON SC | | .600 | | | | | | | | | | | | | | | 00131962 |
| 1287 | | -R F INTERONICS BAYSHORE LI NY | | 10.2 | | 9.08 | | | 1.20 | | | | | 2.40 | 2.40 | | | 3.00 | | 00270849 |
| 1967 | | -SARGAND ELEC PICKENS SC | 50.0 | 94.2 | 50.0 | 70.2 | 7.2 | 7.2 | 7.2 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | | 10.8 | 5.4 | 5.4 | 10070783 |
| 1287 | | -SPRAGUE ELEC N ADAMS MA | 20.0 | | 20.0 | | | | | | | | | | | | | | 10074778 |
| | | TOTAL PRODUCT ****** LB | 890 | 842 | 890 | 116 | 7.4 | 8.4 | 18.9 | 5.4 | 15.0 | 5.4 | 9.6 | 22.2 | 3.6 | 10.8 | 8.4 | 9.0 | 1040-280-16 |
| | | 00361C ******** $$ | 205 | 169 | 205 | 29.0 | 1.86 | 2.10 | 2.72 | 1.29 | 3.75 | 1.35 | 2.40 | 5.55 | .90 | 2.70 | 2.10 | 2.25 | |
| | ✗ | INERTEEN ***** | | | | | | | | | | | | | | | | 00360A | 1050-210-16 |
| 1287 | | -ALLIED CHEM-AG-HOPEWELL VA | | .360 | | | | | | | | | | | | | | | 10002451 |
| 1131 | | -ALLIS CHALMERS PITTS PA | | 547 | | | | | | | | | | | | | | | 10002664 |
| 1967 | | -WESTERN ELECTRIC NORCROSS GA | | 8.09 | | | | | | | | | | | | | | | 00279838 |
| 1968 | | -BOISE SOUTHERN DERIDDER LA | | | | | | | | | | | | | | | | | 00230642 |
| 1866 | | -BUCK MFG CO GARDEN GROVE CA | | .674 | | | | | | | | | | | | | | | 00252603 |
| 1287 | | -BUELL DIV ENVIROTECH LEBAN PA | 300 | 323 | 300 | 448 | 54 | 54 | | 27 | | 81 | | 27 | 27 | 152 | 27 | | 08259489 |
| 1153 | | -DETROIT EDISON CO BELLE RIV MI | | .674 | | | | | | | | | | | | | | | 00249785 |
| 1866 | | -ENERGY SYSTEMS PALO ALTO CA | | 3.37 | | 13.5 | | | .67 | | | | | | 2.78 | 8.09 | 2.02 | | 10026253 |
| 1974 | | -ESCO MFG GREENVILLE TX | | 7.41 | | | | | | | | | | | | | | | 10026636 |
| 1287 | | -ESPEY MFG ELECTR SARATOGA NY | | 20.2 | | | | | | | | | | | | | | | 00158852 |
| 1186 | | -ESSEX ELEC ENG BENSENVILLE IL | | | | 14.8 | | | | | 14.8 | | | | | | | | 00299987 |
| 1866 | | -FEDERAL PACIFIC EL MILPITAS CA | | 20.2 | | | | | | | | | | | | | | | 00153389 |
| 1287 | | FED PACIFIC EL CLIFFWOOD NJ | | .360 | | | | | | | | | | | | | | | 00290157 |
| 1287 | | FED PAC ELEC NEWARK NJ | | | | .360 | | | | | | | .360 | | | | | | 18827527 |

```
021435
B1131-A  DIRECT #2                    MICC SPECIAL. / PRODUCTS                 FOR  DEC 1974      PAGE 211
12/31/74                            PRODUCT/CUSTOMER SALES REPORT
```

—IN THOUSANDS OF POUNDS AND DOLLARS—

| G | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST I.D. / MAR.-GRD-GR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | AROCLOR 1016 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 02250A |  | 1040-016-16 |
| 1252 |  | .YORK CAPACITOR CORP BRKLYN NY | 100 | 132 | 100 | 132 | 26.4 |  | 26.4 |  | 26.4 |  | 26.4 |  |  |  | 26.4 |  | 10092590 |
|  |  | .UNMATCHED FREIGHT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 99999999 |
|  |  | TOTAL PRODUCT * * * * * * * LB | 24176 | 23531 | 24176 | 21941 | 2384 | 1676 | 1873 | 2185 | 2200 | 2223 | 1753 | 1890 | 1587 | 1603 | 1396 | 1171 | 1040-016-16 |
|  |  | 02250A         * * * * * * * $$ | 5137 | 4846 | 5137 | 6693 | 491 | 431 | 527 | 614 | 620 | 626 | 632 | 674 | 565 | 570 | 514 | 430 |  |
| ✗ |  | AROCLOR 1242 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00349C |  | 1040-240-16 |
| 1270 |  | .CORNELL DUB ELEC N BEDFORD MAS |  | 91.1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00086746 |
| 1273 |  | .GEN ELEC FORT EDWARDS NY |  | 288 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00249467 |
| 1273 |  | GEN ELEC HUDSON FALLS NY |  | 96.6 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 10031931 |
|  |  | PARENT CUST. TOT-GEN ELEC SCHNEC |  | 384 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 10599474 |
| 1277 |  | .RAYTHEON CO CANTON MASS |  | 3.00 |  | 1.80 |  |  |  |  |  |  |  | 1.80 |  |  |  |  | 00299006 |
| 1252 |  | .SPRAGUE ELEC N·ADAMS MA |  | 92.3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 10074770 |
| 1178 |  | .WESTINGHOUSE BLOOMINGTON IND |  | 95.7 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 10089786 |
|  |  | .UNMATCHED FREIGHT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 99999999 |
|  |  | TOTAL PRODUCT * * * * * * * LB |  | 666 |  | 1.80 |  |  |  |  |  |  |  | 1.80 |  |  |  |  | 1040-240-16 |
|  |  | 00349C          * * * * * * * $$ |  | 137 |  | .765 |  |  |  |  |  |  |  | .765 |  |  |  |  |  |
| ✗ |  | AROCLOR 1254 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00361C | 1040-280-16 |
| 1270 |  | .AEROVOX-BELLVIL NEW BEDFORD MA |  | 7.20 |  | 16.8 |  | 3.60 |  |  | 2.40 |  |  |  | 3.60 |  | 3.60 | 3.60 | 00294438 |
| 1237 |  | .WESTERN ELECTRIC ALLENTOWN·PA |  | .060 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00269638 |
| 1252 |  | .AKEL ELECTRONICS JAMAICA NY |  | 7.20 |  | 3.60 |  |  |  |  |  |  |  |  | 2.40 |  | 1.20 |  | 10007739 |
| 1270 |  | .CORNELL DUB ELEC N BEDFORD MAS |  | 12.0 |  | 12.0 | 6.00 |  | 6.00 |  |  |  |  |  |  |  |  |  | 00086746 |
| 1252 |  | .FILTRON CO INC FLUSHING, NY | 20.0 |  | 20.0 |  |  |  |  |  |  |  |  |  |  |  |  |  | 10027861 |
| 1252 |  | .GEN ELEC PITTSFIELD MA |  | 2.58 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 10031761 |
| 1237 |  | .HIGH ENERGY MALVERN PA |  | 6.00 |  | 6.00 |  |  | 6.00 |  |  |  |  |  |  |  |  |  | 10037964 |
| 1237 |  | .ITE CIRCUIT BREAKER·PHIL PA |  |  |  | .120 |  |  |  |  |  |  |  |  |  |  | .120 |  | 10042054 |
| 1967 |  | .MCGRAW EDISON GREENWOOD SC |  | 1.80 |  | 3.60 |  |  |  |  |  |  |  |  | 3.60 |  |  |  | 00290696 |
| 1237 |  | .R·F INTERONICS BAYSHORE LI NY |  | 9.00 |  | 15.0 |  |  |  |  | 1.20 | 3.60 | 1.20 | 2.40 | 3.60 |  | 3.00 |  | 08335673 |
| 1967 |  | .SANGAMO ELEC PICKENS SC | 75.0 | 70.2 | 75.0 | 15.6 | 5.40 |  | 5.40 |  |  |  | 1.20 |  |  | 1.20 |  | 2.40 | 10070783 |
|  |  | .UNMATCHED FREIGHT |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 99999999 |
|  |  | TOTAL PRODUCT * * * * * * * LB | 95.0 | 116 | 95.0 | 72.7 | 11.4 | 3.6 | 17.4 | 1.2 | 6.0 | 2.4 | 2.4 | 7.2 | 7.2 |  | 7.9 | 6.0 | 1040-280-16 |
|  |  | 00361C          * * * * * * * $$ | 24.5 | 28.9 | 24.5 | 25.6 | 2.85 | .95 | 6.09 | .42 | 2.10 | .84 | 1.02 | 3.06 | 3.06 |  | 3.44 | 1.79 |  |
| ✗ |  | CAPACITOR·21 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00343C | 1040-225-16 |
| 1273 |  | .GEN ELEC FORT EDWARDS NY | 30.0 | 35.4 | 30.0 | 57.2 | 5.2 | 5.2 | 10.4 |  | 7.3 |  | 8.3 | 5.2 | 5.2 |  |  | 10.4 | 00249467 |
|  |  | TOTAL PRODUCT * * * * * * * LB | 30.0 | 35.4 | 30.0 | 57.2 | 5.2 | 5.2 | 10.4 |  | 7.3 |  | 8.3 | 5.2 | 5.2 |  |  | 10.4 | 1040-225-16 |
|  |  | 00343C          * * * * * * * $$ | 7.88 | 9.02 | 7.88 | 23.4 | 1.33 | 1.82 | 3.64 |  | 2.55 |  | 3.54 | 2.21 | 2.21 |  |  | 6.08 |  |

```
REPORT B1476-A                    MICC     SPECIALTY PRODUCTS                                        PAGE 392
                           NO.4 CUSTOMER/PRODUCT SALES REPORT FOR  DEC 1974
12/31/74                         --IN ACTUAL POUNDS AND DOLLARS--
```

| | TOTAL MONTH SALES POUNDS | DOLLARS | Y-T-D POUNDS | SALES DOLLARS | TOTAL LAST YEAR SALES POUNDS | DOLLARS | TOTAL YEAR GOAL LBS | CUST ID MAJR-GRD-GP |
|---|---|---|---|---|---|---|---|---|
| •AEROVOX CORP NEW BEDFORD MA | | | | | | | | 10001013 |
| AEROVOX-BELLVIL NEW BEDFORD MA | | | | | | | AR 006406 | 00294438 |
| 1270 AROCLOR 1016 | 89,300 | 32,773 | 1,914,500 | 589,096 | 1,839,800 | 377,409 | 1,500,000 | 1040-016-16 |
| 1270 AROCLOR 1254 | 3,600 | 1,584 | 16,800 | 6,438 | 7,200 | 1,800 | | 1040-280-16 |
| TOTAL CUSTOMER | 92,900 | 34,357 | 1,931,300 | 595,534 | 1,847,000 | 379,209 | 1,500,000 | 00294438 |
| •ALLIS CHALMERS W ALLIS WI | | | | | | | | 10002648 |
| ALLIS-CHALMERS SPRINGFIELD IL | | | | | | | AR 014011 | 00315486 |
| 1933 INERTEEN 70-30 | | | 1,348 | 357 | | | | 1050-210-16 |
| •AMERICAN TEL & TEL NYC NY | | | | | | | | 00045160 |
| WESTERN ELECTRIC ALLENTOWN PA | | | | | | | AR 790263 | 00269638 |
| 1237 AROCLOR 1016 | | | | | 55 | 20 | | 1040-016-16 |
| 1237 AROCLOR 1254 | | | | | 60 | 21 | | 1040-280-16 |
| TOTAL CUSTOMER | | | | | 115 | 41 | | 00269638 |
| AXEL ELECTRONICS JAMAICA NY | | | | | | | AR 049950 | 10007739 10007739 |
| 1252 AROCLOR 1254 | | | 3,600 | 1,548 | 7,200 | 1,800 | | 1040-280-16 |
| BALDOR ELEC RIDGEVILLE SC | | | | | | | AR 053966 | 00298581 00298581 |
| 1935 AROCLOR 1016 | | | | | 1,800 | 468 | | 1040-016-16 |
| BUELL DIV ENVIROTECH LEBAN PA | | | | | | | AR 106028 | 00259489 00259489 |
| 1237 INERTEEN 70-30 | 47,200 | 19,352 | 249,020 | 70,154 | 448,480 | 106,445 | 500,000 | 1050-210-16 |
| CAPACITOR SPECLST ESCONDIDO CA | | | | | | | AR 119180 | 00181374 00181374 |
| 1866 AROCLOR 1016 | 1,800 | 873 | 100,800 | 41,722 | 81,600 | 25,222 | 75,000 | 1040-016-16 |
| 1866 CAPACITOR FLUID 1475 | | | 448 | 177 | | | | 1040-018-16 |
| 1866 CAPACITOR AROCLOR 1489 | 590 | 330 | 2,950 | 1,480 | | | | 1040-017-16 |
| TOTAL CUSTOMER | 2,390 | 1,203 | 104,198 | 43,379 | 81,600 | 25,222 | 75,000 | 00181374 |
| CAROLINA CAPACITR RIDGEVILL SC | | | | | | | AR | 00309826 00309826 |
| 1935 AROCLOR 1016 | | | | | | | 50,000 | 1040-016-16 |
| •CATERPILLAR TRACTOR PEORIA ILL | | | | | | | | 10014549 |
| CATERPILLER TRACTOR MORTON IL | | | | | | | AR 127904 | 00295744 |
| 1134 INERTEEN 70-30 | | | | 280 | | | | 1050-210-16 |

```
G21425
B1131-A DIRECT #2        DOMESTIC         MICC FUNCTION / PRODUCTS              FOR 01 1975           PAGE 151
12/31/75                 SALES            PRODUCT/CUSTOMER SALES REPORT
                                        —IN THOUSANDS OF POUNDS AND DOLLARS—
```

| G | SLS REF | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. YTD | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST.I.D./ MJR-GRD-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16 DIELECTRICS C.PATON | | | | | | | | | | | | | | | | | |
| X | | AROCLOR 1016 | | | | | | | | | | | | | | | | 02250A | 1040-016-16 |
| 16 | P2 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 1915 | 1800 | 999 | | 91 | 90 | 91 | 91 | | 90 | 89 | 91 | 91 | 183 | 92 | 00294438 |
| 16 | P2 | .WESTERN ELECTRIC ALLENTOWN PA | | | | .110 | | .110 | | | | | | | | | | | 00269638 |
| 16 | P1 | .CAPACITOR SPECLST ESCONDIDO CA | 120 | 101 | 120 | 37.8 | 1.80 | 1.80 | 5.40 | 3.60 | 3.60 | 1.80 | 3.60 | 1.80 | 1.80 | 7.20 | 5.40 | | 00181374 |
| 16 | P3 | .CAROLINA CAPACITR RIDGEVILL SC | 100 | | 50.0 | 1.80 | | | | | | 1.80 | | | | | | | 00309826 |
| 16 | P2 | .TOBE DEUTSCHMAN LABS CANTON MA | | 1.80 | | .600 | | | .600 | | | | | | | | | | 00335568 |
| 16 | P3 | .ELECTRICAL UTILIT LA SALLE, IL | 1250 | 966 | 800 | 414 | | 42.4 | 42.3 | 84.6 | | 78.5 | | 42.8 | 39.2 | 42.2 | | 42.3 | 10025745 |
| 16 | P2 | .UNIV MFG CORP BRIDGEPORT CT | | 1080 | 800 | 543 | | 92.1 | | | 89.0 | 87.7 | | | 91.3 | 90.9 | | 92.0 | 10025796 |
| 16 | P2 | ONIV MFG CORP TOTOWA NJ | | 870 | 900 | 543 | 94.0 | 89.2 | | 90.9 | 89.1 | 89.2 | | | | | 91.0 | | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | | 1950 | 1700 | 1086 | 94 | 181 | | 91 | 178 | 177 | | | 91 | 91 | 91 | 92 | 10025796 |
| 16 | P1 | .ELECTRO MAGNET FI PALO ALTO CA | 1.00 | 1.20 | 1.00 | .110 | | | | | | | | | | | | .110 | 00287040 |
| 16 | P2 | .CORNELL DUB ELEC N BEDFORD MAS | | 1538 | 1000 | 800 | 81.7 | 92.0 | 83.0 | 90.4 | 89.5 | | 89.8 | | 91.0 | | 91.6 | 90.9 | 00066746 |
| 16 | P3 | .GEN ELEC ROME GA | | .600 | | | | | | | | | | | | | | | 10031281 |
| 16 | P2 | GEN ELEC FORT EDWARDS NY | | 6418 | 4000 | 3397 | 383 | 287 | 379 | 191 | 186 | 280 | 185 | 281 | 282 | 471 | 285 | 188 | 00249467 |
| 16 | P2 | GEN ELEC. HUDSON FALLS NY | | 2280 | 1872 | 2072 | 285 | 96 | 282 | 188 | 282 | 1 | 186 | 187 | 188 | 188 | 96 | 95 | 10051931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | | 8699 | 5872 | 5469 | 668 | 383 | 661 | 379 | 469 | 279 | 371 | 468 | 470 | 659 | 361 | 283 | 10599474 |
| 16 | P2 | .HIGH ENERGY MALVERN PA | | 129 | 100 | | | | | | | | | | | | | | 10037964 |
| 16 | P2 | .JARD COMPANY INC BENNINGTON VT | | 677 | 600 | 271 | | 90.5 | | | | | 90.7 | | | | 90.2 | | 00183830 |
| 16 | P3 | .MALLORY CAPACITOR WAYNESBOR TN | 1200 | 1003 | 750 | 608 | | | 45 | 46 | 45 | 95 | | 45 | 96 | 141 | | 96 | 00216143 |
| 16 | P3 | .MCGRAW EDISON PWR FERNDALE MI | | 7.20 | | | | | | | | | | | | | | | 00302279 |
| 16 | P3 | MCGRAW EDISON GREENWOOD SC | 800 | 791 | 600 | 781 | 90 | 87 | | 88 | 169 | | 84 | | 86 | 89 | | 89 | 00290696 |
| | | PARENT CUST. TOT-MCGRAW EDISON C | 800 | 799 | 600 | 781 | 90 | 87 | | 88 | 169 | | 84 | | 86 | 89 | | 89 | 00044687 |
| | | .MONSANTO LOS ANGELES CA | | | | | | | | | | | | | | | | | 00148822 |
| | | MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| | | PARENT CUST. TOT-MONSANTO CORP S | | | | | | | | | | | | | | | | | 00047141 |
| 06 | 24 | .NO CHG SHIPMENTS SPECIALTY PRO | | | | | | | | | | | | | | | | | 00271020 |
| 16 | P2 | .R F INTERONICS BAYSHORE LI NY | | | | -.220 | | | | | | | | | -.220 | | | | 00335673 |
| 16 | P3 | .SANGAMO ELEC PICKENS SC | 700 | 717 | 700 | 852 | 96.1 | 94.9 | 96.3 | | 93.3 | 94.3 | | 94.8 | 94.0 | 94.8 | | 93.7 | 10070783 |
| 16 | P2 | .SPRAGUE ELEC N ADAMS MA | | 902 | 700 | 362 | | | 91.6 | 90.4 | | | | 89.1 | | | 90.4 | | 10074770 |
| 16 | P1 | .WESTINGHOUSE ELEC BENICIA CA | | .600 | | | | | | | | | | | | | | | 00319406 |
| 16 | P3 | WESTINGHOUSE BLOOMINGTON IND | 2200 | 2420 | 2100 | 1031 | 94 | 187 | 95 | | 92 | 92 | 93 | | 94 | 94 | 94 | 96 | 10089786 |
| 16 | P3 | WESTINGHOUSE TERRE HAUTE IN | | 1.20 | | 3.00 | 1.20 | | | | | | 1.20 | | | | .60 | | 00283056 |
| 16 | P2 | WESTINGHOUSE-LIGHT-DIV CLEV OH | | 12.0 | | | | | | | | | | | | | | | 10089441 |
| 16 | P2 | WESTINGHOUSE RESEARCH PITTS PA | | .600 | | | | | | | | | | | | | | | 00252433 |

```
B1131-A  DIRECT #2    DOMESTIC              MICC FUNCTION  PRODUCTS                      FOR DL 1975         PAGE 152
12/31/75               SALES                PRODUCT/CUSTOMER SALES REPORT
                                        -IN THOUSANDS OF POUNDS AND DOLLARS-
```

| MG | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. YTD | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJR-GRP-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 2200 | 2411 | 2100 | 1034 | 95 | 187 | 95 | | 92 | 92 | 94 | | 94 | 94 | 94 | 96 | 00047740 |
| | | AROCLOR 1016 | | | | | | | | | | | | | | | | 02250A | 1040-016-16 |
| 16 | P2 | .YORK CAPACITOR CORP BRKLYN NY | | 132 | 78.0 | 79.2 | | | 26.4 | | | | 26.4 | | | 26.4 | | | 10092590 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT ******* LB | -6371 | 21941 | 16971 | 12795 | 1127 | 1296 | 1238 | 962 | 1280 | 724 | 850 | 830 | 1153 | 1336 | 1026 | 974 | 1040-016-16 |
| | | 02250A    ******* $$ | 2262 | 6691 | 5855 | 4801 | 414 | 475 | 456 | 353 | 469 | 266 | 314 | 305 | 423 | 532 | 408 | 385 | |
| ✶ | | AROCLOR 1232 | | | | | | | | | | | | | | | | 00345D | 1040-230-16 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT ******* LB | | | | | | | | | | | | | | | | | | 1040-230-16 |
| | | 00345D   ******* $$ | | .019 | | | | | | | | | | | | | | | | |
| ✶ | | AROCLOR 1242 | | | | | | | | | | | | | | | | 00349C | 1040-240-16 |
| 16 | P2 | .RAYTHEON CO CANTON MASS | | 1.80 | | | | | | | | | | | | | | | | 00299006 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT ******* LB | | 1.80 | | | | | | | | | | | | | | | | 1040-240-16 |
| | | 00349C   ******* $$ | | .665 | | | | | | | | | | | | | | | | |
| ✶ | | AROCLOR 1254 | | | | | | | | | | | | | | | | | 00361C | 1040-280-16 |
| 16 | P2 | .AEROVOX-BELLVIL NEW BEDFORD MA | | 16.8 | 8.00 | 3.60 | | | | | | | 3.60 | | | | | | 00294438 |
| 16 | P2 | .AXEL ELECTRONICS JAMAICA NY | | 3.60 | 17.0 | 19.8 | 1.80 | | 2.40 | 3.60 | 1.20 | | | 1.80 | | | | 9.00 | 10007739 |
| 16 | P2 | .CORNELL DUB ELEC N BEDFORD MAS | | 12.0 | 24.0 | 6.00 | 6.00 | | | | | | | | | | | | | 00086746 |
| 16 | P2 | .HIGH ENERGY MALVERN PA | | 6.00 | 7.00 | | | | | | | | | | | | | | | 10037964 |
| 16 | P2 | .ITE CIRCUIT BREAKER PHIL PA | | .120 | | | | | | | | | | | | | | | | 10042054 |
| 16 | P3 | .MCGRAW EDISON GREENWOOD SC | | 3.60 | | 1.80 | | | | 1.80 | | | | | | | | | | 00290696 |
| 16 | P2 | .R F INTERONICS BAYSHORE LI NY | | 15.0 | | 10.8 | 1.80 | 2.40 | | | | | 1.20 | 1.80 | | .60 | | 4.20 | 00335673 |
| 16 | P3 | .SANGAMO ELEC PICKENS SC | | 15.6 | | 7.80 | 2.40 | 1.80 | | | | | 1.20 | | | 2.40 | | | 10070783 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT ******* LB | | 72.7 | 56.0 | 49.8 | 12.0 | 4.2 | 2.4 | 5.4 | 1.2 | | 6.0 | 3.6 | | 1.8 | | 13.2 | 1040-280-16 |
| | | 00361C   ******* $$ | | 25.5 | 23.0 | 24.5 | 5.28 | 1.85 | 1.06 | 2.38 | .53 | | 2.64 | 1.58 | 2.05 | .83 | | 6.27 | |
| ✶ | | CAPACITOR 21 | | | | | | | | | | | | | | | | 00343C | 1040-225-16 |
| 16 | P2 | .GEN ELEC FORT EDWARDS NY | | 57.2 | | 20.8 | 5.20 | 5.20 | | | | | | | 5.20 | | 5.20 | | 00249467 |
| | | .UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | | 99999999 |
| | | TOTAL PRODUCT ******* LB | | 57.2 | | 20.8 | 5.20 | 5.20 | | | | | | | 5.20 | | 5.20 | | 1040-225-16 |
| | | 00343C   ******* $$ | | 23.4 | | 12.0 | 3.04 | 3.04 | | | | | | | 3.04 | | 3.04 | .12 | |

```
B1131-A  DIRECT =2       DOMESTIC              MICC FUNCTION PRODUCTS              FOR D 1976          PAGE  20
12/31/76                 SALES                 PRODUCT/CUSTOMER SALES REPORT
                                       -IN THOUSANDS OF POUNDS AND DOLLARS-
```

| SLS GRP REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.O. / MAJR-GRD-GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MOULD COAT | | | | | | | | | | | | | | | | 0315TA | 1341-100-53 |
| 11A3 | .KENNECOTT REF CORP SALT MD | | 90.0 | 60.0 | | | | | | | | | | | | | | 10043891 |
| 15C2 | .LEARNER CO OAKLAND CA | | .400 | | | | | | | | | | | | | | | 10552249 |
| 11A3 | .NORTH AMER SMELT WILMINGTON DE | | .600 | | .200 | | | | .200 | | | | | | | | | 10535476 |
| 11A1 | .PHELPS DODGE MASPETH NY | | 32.0 | | 32.0 | | | | | | 16.0 | | | | | | 16.0 | 10062462 |
| 15C4 | PHELPS DODGE EL PASO TX | | 24.4 | 125 | .400 | | | | | .400 | | | | | | | | 10062470 |
| | PARENT CUST. TOT-PHELPS DODGE CO | | 56.4 | 125 | 32.4 | | | | | .4 | 16.0 | | | | | | 16.0 | 00044989 |
| 15C4 | .RUCKER CALIF HOUSTON TX | | | | .200 | | | | | | .200 | | | | | | | 00136826 |
| 11H5 | .WHITE PINE COPPER-WHITE PINE MI | | 2.00 | | | | | | | | | | | | | | | 10562317 |
| | $UNMATCHED FREIGHT | | | | | | | | | | | | | | | | | 99999999 |
| | TOTAL PRODUCT * * * * * * * LB | | 338 | 465 | 104 | 4.0 | 5.2 | 3.0 | .6 | 3.6 | 15.4 | 3.4 | | 6.2 | 40.0 | 5.2 | 13.0 | 1341-100-53 |
| | 0315TA     * * * * * * * $$ | | 144 | 226 | 51.7 | 2.0 | 2.6 | 1.5 | .3 | 1.8 | 5.8 | 1.7 | | 3.1 | 19.7 | 2.6 | 6.6 | |
| | 19 TOT MAJOR MOULD COAT LB | | 338 | 465 | 104 | 4.0 | 5.2 | 3.0 | .6 | 3.6 | 15.4 | 3.4 | | 6.2 | 40.0 | 5.2 | 13.0 | |
| | $$ | | 144 | 226 | 51.7 | 2.0 | 2.6 | 1.5 | .3 | 1.8 | 5.8 | 1.7 | | 3.1 | 19.7 | 2.6 | 6.6 | |
| | 18 TOT CLASS BONE ASH & MOULD LB | | 839 | 1039 | 869 | 27 | 124 | 14 | 71 | 50 | 100 | .6 | 104 | 131 | 62 | 108 | 70 | |
| | $$ | | 357 | 504 | 430 | 13.7 | 61.4 | 7.0 | 35.0 | 24.7 | 45.3 | 3.8 | 51.6 | 64.6 | 30.9 | 53.5 | 34.9 | |
| | 02 TOT SUPV R.RICHARDSON LB | 1821 | 6939 | 7316 | 8196 | 614 | 765 | 639 | 658 | 837 | 736 | 567 | 547 | 822 | 481 | 629 | 899 | |
| | $$ | 689 | 5212 | 5982 | 6992 | 614 | 608 | 541 | 673 | 711 | 666 | 441 | 458 | 803 | 340 | 375 | 720 | |
| ★ | AROCLOR 1016 | | | | | | | | | | | | | | | | 0226OA | 1040-016-16 |
| 16P1 | .AEROVOX-BELLVIL NEW BEDFORD MA | 1490 | 999 | 1300 | 1958 | 90 | 181 | 119 | 179 | 178 | 180 | 90 | 168 | 175 | 269 | | 270 | 00294438 |
| 16P1 | .WESTERN ELECTRIC ALLENTOWN PA | | .110 | | | | | | | | | | | | | | | 00269638 |
| 16P1 | .AXEL ELECTRONICS JAMAICA NY | 12.0 | | 12.0 | | | | | | | | | | | | | | 10007789 |
| 16P1 | .CAPACITOR SPECLST ESCONDIDO CA | 50.0 | 37.8 | 50.0 | 28.8 | 3.60 | 1.80 | | 3.60 | 1.80 | 1.80 | 1.60 | 3.60 | 1.80 | 3.60 | 3.60 | 1.80 | 00181374 |
| 16P1 | .CAROLINA CAPACITR RIDGEVILL SC | 30.0 | 1.80 | 3.00 | 1.80 | | | | | | | | 1.80 | | | | | 00309826 |
| 16P1 | .CINE-CHROME-EL DV-PALO ALTO CA | 1.00 | .110 | 1.00 | 1.20 | | | | | | | 1.20 | | | | | | 00287040 |
| 16P1 | .TOBE DEUTSCHMAN LABS CANTON MA | | .600 | | | | | | | | | | | | | | | 00335568 |
| 16P1 | .ELECTRICAL UTILIT LA SALLE IL | 800 | 414 | 600 | 798 | 40 | 84 | 127 | 43 | 86 | 84 | 83 | | 43 | 42 | 41 | 126 | 10025745 |
| 16P1 | .UNIV MFG CORP BRIDGEPORT CT | 830 | 543 | 750 | 1086 | 90.8 | 91.4 | 91.3 | 91.2 | 92.5 | 89.3 | 89.5 | 89.2 | 68.7 | 89.5 | 90.9 | 91.9 | 10025796 |
| 16P1 | UNIV MFG CORP TOTOWA NJ | 830 | 543 | 750 | 1080 | 182 | 91 | 92 | 88 | 90 | 90 | 1 | 89 | 66 | 89 | 90 | 91 | 00165018 |
| | PARENT CUST. TOT-ELECTRON IC COM | 1660 | 1086 | 1500 | 2166 | 273 | 182 | 184 | 179 | 182 | 180 | 89 | 179 | 177 | 179 | 181 | 182 | 10025796 |
| 16P1 | .CORNELL DUB ELEC N BEDFORD MAS | 1210 | 800 | 1100 | 1056 | | 92 | 86 | 90 | 88 | 90 | 85 | 87 | 86 | 89 | 90 | 173 | 00086746 |
| 16P1 | .GEN ELEC FORT EDWARDS NY | 5000 | 3397 | 4700 | 5866 | 574 | 477 | 569 | 571 | 472 | 558 | 378 | 471 | 375 | 473 | 476 | 476 | 00249467 |
| 16P1 | GEN ELEC HUDSON FALLS NY | 3100 | 2072 | 2000 | 1704 | 186 | 94 | 285 | 190 | 96 | 280 | 190 | 94 | | 95 | 95 | 96 | 10031931 |
| | PARENT CUST. TOT-GEN ELEC SCHNEC | 8100 | 5469 | 6700 | 7570 | 762 | 571 | 854 | 761 | 568 | 836 | 568 | 565 | 375 | 568 | 571 | 572 | 10599374 |
| 16P1 | .HIGH ENERGY MALVERN PA | 126 | | 126 | 44.9 | | 44.9 | | | | | | | | | | | 10037964 |

```
07104
'BIL31-A  DIRECT =2       DOMESTIC         MICC SPECIAL CHEMICALS              FOR DI 1977         PAGE 35
12/31/77                  SALES            PRODUCT/CUSTOMER SALES REPORT
                                    -IN THOUSANDS OF POUNDS AND DOLLARS-
```

| M G C | SLS REP | NAME OF PRODUCT/CUSTOMER | POTENTIAL | LAST YEAR SALES | SALES GOAL FOR CURR. YEAR | SALES CURR. Y-T-D | JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | CUST. I.D. / MAJ.GRD.GP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PHOSPHOROUS ACID SOLN 50PC | | | | | | | | | | | | | | | 91856A | | 7212-000-09 |
| 1LM7 | | .PETROLITE CORP ST LOUIS MO | | | | | | | | | | | | | | | | | 00044970 |
| | | .MISCELLANEOUS ADJUSTMENTS | | | | | | | | | | | | | | | | | 00197777 |
| | | TOTAL PRODUCT * * * * * * * LB | | | | | | | | | | | | | | | | | 7212-000-09 |
| | | 91856A * * * * * * * $$ | | | | | | | | | | | | | | | | | |
| | | 85 TOT MAJOR PHOSPHORUS ACID LB | | | | | | | | | | | | | | | | | |
| | | $$ | | | | | | | | | | | | | | | | | |
| | | 41 TOT CLASS DISC SPEC CHEM LB | | 2839 | | 256 | 66.3 | 51.6 | 17.9 | 16.2 | 2.0 | 10.3 | 12.0 | 6.0 | 5.2 | 9.5 | 11.6 | 47.8 | |
| | | $$ | | 4457 | | 428 | 91.6 | 82.8 | 39.9 | 33.3 | 4.3 | 38.9 | 23.5 | 14.1 | 11.1 | 15.9 | 24.1 | 48.4 | |
| | | 02 TOT SUPV R.RICHARDSON LB | 7205 | 11035 | 7888 | 7462 | 691 | 543 | 477 | 878 | 746 | 666 | 575 | 409 | 832 | 780 | 113 | 755 | |
| | | $$ | 6848 | 11452 | 7597 | 7029 | 775 | 448 | 468 | 710 | 612 | 718 | 397 | 475 | 824 | 459 | 490 | 651 | |
| | | AROCLOR 1016 | | | | | | | | | | | | | | | 02250A | | 1040-016-16 |
| 16P1 | | .AEROVOX-BELLVIL NEW BEDFORD MA | 1540 | 1958 | 2550 | 2756 | 90 | 89 | 273 | 180 | 180 | 179 | 178 | 273 | 277 | 1038 | | | 00294438 |
| 16P1 | | .BALDOR ELECTRIC RIDGEVILLE SC | | 1.80 | | 60.6 | | | | | | 20.4 | | | | 40.2 | | | 00309826 |
| 16P1 | | .CAPACITOR SPECLST ESCONDIDO CA | 20.0 | 28.8 | 30.0 | 13.8 | 1.80 | 3.60 | 5.40 | 3.00 | | | | | | | | | 00181374 |
| 16P1 | | .CINE-CHROME-EL DV-PALO ALTO CA | | 1.20 | | | | | | | | | | | | | | | 00287040 |
| 16P1 | | .ELECTRICAL UTILIT LA SALLE IL | 600 | 798 | 1300 | 673 | | 80 | 85 | 41 | 41 | 36 | 86 | | 118 | 187 | | | 10025745 |
| 16P1 | | .UNIV. MFG CORP BRIDGEPORT CT | 915 | 1086 | 1280 | 1081 | 89 | 89 | 91 | 91 | 181 | 90 | 89 | 119 | 150 | 91 | | | 10025796 |
| 16P1 | | UNIV MFG CORP TOTOWA NJ | 545 | 1080 | 1000 | 1444 | 90 | 89 | 90 | 90 | 92 | 90 | 92 | 89 | 356 | 367 | | | 00165018 |
| | | PARENT CUST. TOT-ELECTRON IC COM | 1460 | 2166 | 2200 | 2524 | 178 | 178 | 181 | 181 | 273 | 180 | 181 | 209 | 506 | 458 | | | 10025796 |
| 16P1 | | .CORNELL DUB ELEC N BEDFORD MAS | 910 | 1056 | 950 | 896 | 90 | 89 | 90 | 91 | 92 | 91 | 90 | | 177 | 88 | | | 00086746 |
| 16P1 | | .GEN ELEC FORT EDWARDS NY | 3864 | 5866 | 1300 | 1667 | 285 | 191 | 189 | 567 | 369 | 66 | 1 | | | | | | 00249467 |
| 16P1 | | GEN ELEC HUDSON FALLS NY | 1472 | 1704 | 300 | 94.1 | 94.1 | | | | | | | | | | | | 10031931 |
| | | PARENT CUST. TOT-GEN ELEC SCHNEC | 5336 | 7570 | 1680 | 1761 | 379 | 191 | 189 | 567 | 369 | 66 | 1 | | | | | | 10599474 |
| 16P1 | | .HIGH ENERGY HALVERN PA | 90.0 | 44.9 | 50.0 | 45.5 | | | | 45.5 | | | | | | | | | 10037964 |
| 16P1 | | .JARD COMPANY INC BENNINGTON VT | 450 | 901 | 1050 | 540 | | | 98.4 | 89.0 | 91.7 | 90.8 | 88.7 | | 89.1 | | | | 00183830 |
| 16P1 | | .MALLORY CAPACITOR WAYNESBOR TN | 700 | 1200 | 1150 | 1304 | 96 | 96 | 94 | 95 | 90 | 96 | 91 | 180 | | 467 | | | 00216143 |
| 16P1 | | .MCGRAW EDISON GREENWOOD SC | 270 | 180 | | | | | | | | | | | | | | | 00290696 |
| | | .MONSANTO-SPEC-LOS ANGELES CA | | | | | | | | | | | | | | | | | 00309362 |
| 16P1 | | .SANGAMO WESTON PICKENS SC | 360 | 645 | | 13.2 | | | | 13.2 | | | | | | | | | 18070783 |
| 16P1 | | .SPRAGUE ELEC N ADAMS MA | 270 | 450 | 180 | 106 | 90.8 | | 88.9 | | | | 73.9 | | | | | | 10074770 |
| 16P1 | | .WESTINGHOUSE BLOOMINGTON IND | 600 | 1188 | 270 | 227 | 89.9 | 89.1 | | | | | | 48.0 | | | | | 10089786 |
| 16P1 | | WESTINGHOUSE TERRE HAUTE IN | | 1.80 | | 1.80 | | | .60 | | | | 1.20 | | | | | | 00283096 |
| 16P1 | | WESTINGHOUSE RESEARCH PITTS PA | | .600 | | | | | | | | | | | | | | | 00252433 |
| | | PARENT CUST. TOT-WESTINGHOUSE EL | 600 | 1190 | 270 | 229 | 89.9 | 89.1 | .6 | | | | 1.2 | 48.0 | | | | | 00047740 |
| 16P1 | | .YORK CAPACITOR WINOOSKI VT | 104 | 85.2 | 70.0 | 158 | | | 26.4 | | 26.4 | | 26.4 | | 26.4 | 52.8 | | | 10092590 |