# Exhibit U

## CERTIFICATE OF INSURANCE

☒ American Home Assurance Company          ☐ The Insurance Company of the State of Pennsylvania

**102 Maiden Lane, New York, N. Y. 10005**

This is to certify that the insurance policy specified below has been issued to the insured named herein and that, subject to their provisions, exclusions and conditions, such policies afford the coverages indicated insofar as such coverages apply to the occupation or business of the Named Insured as stated:

INSURED: ___Aerovox Corporation_____

ADDRESS: ___742 Belleville Avenue_____New Bedford, Mass.____

BUSINESS: _____

COVERAGE: __Excess Umbrella Liability_____

| Policy Number | Effective Date | Expiration Date | Limit of Liability |
|---|---|---|---|
| CE 35 74 22 | 2/3/72 | 4/9/74 | $5,000,000 |

### EXCESS OF

| | Coverage | | Underlying Limits |
|---|---|---|---|
| A. | Bodily Injury Automobile | $ NIL | Each Person |
| | | | Each Accident or Occurrence |
| B. | Bodily Injury Except Automobile | $ NIL | Each Person |
| | | $ NIL | Each Accident or Occurrence |
| | | $ NIL | Aggregate Products |
| C. | Property Damage Automobile | $ NIL | Each Accident or Occurrence |
| D. | Property Damage Except Automobile | $ NIL | Each Accident or Occurrence |
| | | $ NIL | Aggregate Operations |
| | | $ NIL | Aggregate Protective |
| | | $ NIL | Aggregate Products |
| | | $ NIL | Aggregate Contractual |
| E. | Combined Single Limit Bodily Injury and/or Property Damage | $ 5,000,000 | Each Accident or Occurrence |
| F. | Employers Liability, Coverage "B" | $ NIL | |

This certificate neither affirmatively nor negatively amends, alters, or extends the coverage afforded by policy no. CE357422 issued by American Home Assurance Company

**OR
EXCESS OF**

$ __NIL_____ultimate net loss in respect of each occurrence not covered by underlying but applicable to umbrella liability only.

This Certificate of Insurance is issued as a matter of information only to:

NAME: ___Monsanto Company_____

ADDRESS: ___St. Louis, Missouri_____

_____

0525897

Dated at
this __24__ Day of __March__ 19 72                    _Bruce R. Leonard_
                                                        Authorized Signature

Form 2641

RECEIVED
FEB 17 1972
INSURANCE SECTION

0525898

# Certificate of Insurance

| ☐ LUMBERMENS MUTUAL CASUALTY COMPANY | ☐ AMERICAN MOTORISTS INSURANCE COMPANY | ☐ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | ☐ FEDERAL MUTUAL INSURANCE COMPANY |

**THIS CERTIFICATE IS ISSUED AT THE REQUEST OF:**

Monsanto Company

St. Louis, Missouri

DATE ISSUED: March 31, 1972

o.k.
R T. Chapman
4/17/72

THE POLICIES INDICATED BELOW BY POLICY NUMBER, POLICY PERIOD AND LIMITS OF LIABILITY HAVE BEEN ISSUED TO:

INSURED'S NAME AND ADDRESS

Aerovox Corporation
New Bedford
Massachusetts

| POLICY FORM | POLICY NUMBER | POLICY PERIOD (MO.-DAY-YEAR) | COVERAGES AND LIMITS OF LIABILITY |
|---|---|---|---|
| Workmen's Compensation and Employers' Liability | | From To | Workmen's Compensation—Workmen's Compensation Law of Employers' Liability—$ |
| Comprehensive Catas-trophe Liability | ICN 10188 | From 4/9/71 To 4/9/74 | For such Coverage Parts as are indicated below by "x" and for the Limits of Liability stated opposite thereto. |

| COVERAGE PARTS | BODILY INJURY LIABILITY | | | PROPERTY DAMAGE LIABILITY | |
|---|---|---|---|---|---|
| | each person | each occurrence | aggregate | each occurrence | aggregate |
| ☐ — Comprehensive Automobile Liability Insurance | $ | $ | | $ | $ |
| — Comprehensive General Liability Insurance | $ | $ | $ | $ | $ |
| ☐ — Owners', Landlords' and Tenants' Liability Insurance | $ | $ | | $ | $ |
| ☐ — Manufacturers' and Contractors' Liability Insurance | $ | $ | | $ | $ |
| ☐ — Completed Operations and Products Liability Insurance | $ | $ | $ | $ | $ |
| ☐ — Contractual Liability Insurance (Designated Contracts Only) | $ | $ | | $ | $ |
| ☐ — Independent Contractors Liability Insurance | $ | $ | | $ | $ |

PERSONAL INJURY LIABILITY

each person aggregate   general aggregate

| ☐ — Personal Injury Liability Insurance | $ | $ | | |

Occurrence limit 5,000,000
Aggregate limit 5,000,000

Combined Single Lim
Bodily Injury and/o
Property Damage

**DESCRIPTION OF OPERATIONS AND LOCATION TO WHICH CERTIFICATE APPLIES**

All operation of the named insured including subsidiary
companies in U.S.A. and Canada

**SPECIAL PROVISIONS**

This certificate of insurance is merely a recital of insurance afforded by the company on policy and endorsement forms in use by the company. Nothing contained herein shall
[...]te to alter such insurance.

Issued at Boston, Mass.

AUTHORIZED REPRESENTATIVE



KEMPER INSURANCE

0525895

CK 934-1  200M  8-70

PRINTED IN U.S.A.

RECEIVED
APR 17 1972
INSURANCE SECTION

0525896



# Fairfield & Ellis

April 13, 1972

Mr. Robert B. Chapman, Manager
    Corporate Insurance Department
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, Missouri 63166

RE:  Certificates of Insurance
     Aerovox Corporation
     Umbrella Liability Insurance

Dear Mr. Chapman:

On behalf of Aerovox Corporation we are enclosing for your files
evidence of the $10,000,000 of umbrella liability insurance
currently in force for this insured.

You will recall our discussions and subsequent telex that you
asked me to send to Mr. Howard S. Bergen and I thought it would
be a good idea to support that with these certificates.  Should you
have any questions please do not hesitate to call on me.

                        Very truly yours,

                        FAIRFIELD & ELLIS, INC.

                        FRANK J. MONTESANO
                        Asst. Vice President

FJM:skc
Enclosures

RECEIVED

APR 17 1972

INSURANCE SECTION

0525894

Fairfield & Ellis Inc., Insurance, 225 Franklin Street, Boston, Massachusetts 02110 (617) 426-0750 / New York / Montreal