# Exhibit V





# John R. Ashcroft
### Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |

## Business Entity Details

Required Field *

If you wish to request a rescission package online, click the REQUEST RESCISSION PACKET button.

If you have already requested a rescission packet, you may file a reinstatement online by selecting the correct reinstatement filing from the Filing Type drop-down list and then clicking the FILE ONLINE button.

To view copies or certificates, click the VIEW DOCUMENT button.

| RETURN TO SEARCH RESULTS | Create Filing | FILE ONLINE |
| --- | --- | --- |
| | Amended Articles Accepting Professional Corporation Law (Corp 43) | |
| ORDER COPIES/ CERTIFICATES | | REQUEST RESCISSION PACKET |

General Information    Filings    Principal Office Address    Contact(s)

### Principal Office Address

☐ Show Previous Principal Office Address

| Type | Address | Since | To |
| --- | --- | --- | --- |
| Reg. Office | 308 NORTH 6TH STREET<br>ST. LOUIS,, MO | 2/19/1948 | |

Hey there! I am an A.I. chatbot, let's talk.

2



# Business Entity Details

Required Field *

If you wish to request a rescission package online, click the REQUEST RESCISSION PACKET button.

If you have already requested a rescission packet, you may file a reinstatement online by selecting the correct reinstatement filing from the Filing Type drop-down list and then clicking the FILE ONLINE button.

To view copies or certificates, click the VIEW DOCUMENT button.

| RETURN TO SEARCH RESULTS | Create Filing | FILE ONLINE |
|---|---|---|
| ORDER COPIES/ CERTIFICATES | Amended Articles Accepting Professional Corporation Law (Corp 43) | REQUEST RESCISSION PACKET |

General Information    Filings    Principal Office Address    Contact(s)

**Filed Documents as of 6/9/2023 8:50 AM**    ☑ Show Registration Reports

| Action | Type | Create Filing | Date Filed | Effective Date |
|---|---|---|---|---|
| | Mergers | Articles of Merger (Non-survivor) | 06/09/1972 | 06/09/1972 |
| | Creation | Creation - Gen. Business Foreign | 02/19/1948 | 02/19/1948 |

Hey there! I am an A.I. chatbot, let's talk.

2



# Business Entity Details

Required Field *

If you wish to request a rescission package online, click the REQUEST RESCISSION PACKET button.

If you have already requested a rescission packet, you may file a reinstatement online by selecting the correct reinstatement filing from the Filing Type drop-down list and then clicking the FILE ONLINE button.

To view copies or certificates, click the VIEW DOCUMENT button.

**RETURN TO SEARCH RESULTS**

**Create Filing**
Change of Registered Agent and/or Registered Office

**FILE ONLINE**

**ORDER COPIES/ CERTIFICATES**

**REQUEST RESCISSION PACKET**

General Information | Filings | Principal Office Address | Contact(s)

| | | | |
|---|---|---|---|
| Name(s) | **FEDERAL PACIFIC ELECTRIC COMPANY** | Principal Office Address | |
| Type | **Gen. Business - For Profit** | Charter No. | **F00154057** |
| Domesticity | **Foreign** | Home State | **DE** |
| Registered Agent | **UNITED STATES CORPORATION CO.**<br>**200 S. BEMISTON-BARTON BLDG.**<br>**ST. LOUIS, MO 63105** | Status | **Inactive - Merged** |
| Date Formed | **4/13/1972** | | |
| Duration | **Perpetual** | | |
| Report Due | **8/31/1980** | | |

Hey there! I am an A.I. chatbot, let's talk.

2



# Business Entity Details

Required Field *

If you wish to request a rescission package online, click the REQUEST RESCISSION PACKET button.

If you have already requested a rescission packet, you may file a reinstatement online by selecting the correct reinstatement filing from the Filing Type drop-down list and then clicking the FILE ONLINE button.

To view copies or certificates, click the VIEW DOCUMENT button.

**RETURN TO SEARCH RESULTS**   **Create Filing**   **FILE ONLINE**

Change of Registered Agent and/or Registered Office

**ORDER COPIES/ CERTIFICATES**   **REQUEST RESCISSION PACKET**

General Information  Filings  Principal Office Address  Contact(s)

**Filed Documents as of 6/9/2023 8:47 AM**  ☑ Show Registration Reports

| Action | Type | Create Filing | Date Filed | Effective Date |
|---|---|---|---|---|
| | Registration Reports | Annual Registration Report | 07/17/1979 | 07/17/1979 |
| | Mergers | Articles of Merger (Non-survivor) | 04/17/1979 | 04/17/1979 |
| | Registration Reports | Annual Registration Report | 07/27/1978 | 07/27/1978 |
| | Registration Reports | Annual Registration Report | 07/27/1977 | 07/27/1977 |
| | Registration Reports | Annual Registration Report | 08/02/1976 | 08/02/1976 |
| | Registration Reports | Annual Registration Report | 07/25/1975 | 07/25/1975 |
| | Mergers | Articles of Merger | 06/09/1972 | 06/09/1972 |
| | Creation | Creation - Gen. Business Foreign | 04/13/1972 | 04/13/1972 |

Hey there! I am an A.I. chatbot, let's talk.

2

# John R. Ashcroft
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | Help |

## Business Entity Details

Required Field *

If you wish to request a rescission package online, click the REQUEST RESCISSION PACKET button.

If you have already requested a rescission packet, you may file a reinstatement online by selecting the correct reinstatement filing from the Filing Type drop-down list and then clicking the FILE ONLINE button.

To view copies or certificates, click the VIEW DOCUMENT button.

**RETURN TO SEARCH RESULTS**

**Create Filing**
Change of Registered Agent and/or Registered Office

**FILE ONLINE**

**ORDER COPIES/ CERTIFICATES**

**REQUEST RESCISSION PACKET**

General Information    Filings    Principal Office Address    Contact(s)

### Principal Office Address

☐ Show Previous Principal Office Address

| Type | Address | Since | To |
|---|---|---|---|
| Reg. Office | 200 S. BEMISTON-BARTON BLDG. ST. LOUIS,, MO 63105 | 4/13/1972 | |

Hey there! I am an A.I. chatbot, let's talk.

2