# Exhibit G

# ASSIGNMENT AND ASSUMPTION AGREEMENT

Assignment and Assumption Agreement, dated as of September 1, 1997, by and between Monsanto Company, a Delaware corporation ("Monsanto"), and Solutia Inc., a Delaware corporation ("Chemicals").

WHEREAS, the Board of Directors of Monsanto has approved the restructuring of Monsanto into two publicly held companies through the spinoff (the "Spinoff") of the chemicals business of Monsanto to the stockholders of Monsanto, which was approved by the stockholders of Monsanto at a special meeting of stockholders held on August 18, 1997;

WHEREAS, Monsanto has established Chemicals as a wholly-owned subsidiary of Monsanto that will own and operate the chemicals business;

WHEREAS, Monsanto and Chemicals have entered into a Distribution Agreement dated as of September 1, 1997 (including the exhibits and schedules attached thereto, the "Distribution Agreement") providing for the principal corporate transactions required to effectuate the Spinoff; and

WHEREAS, pursuant to the Distribution Agreement, Monsanto wishes to transfer to Chemicals all of the right, title and interest of the Monsanto Group in the Chemicals Assets, subject to the assumption by Chemicals of the Chemicals Liabilities (as such terms are defined in the Distribution Agreement);

NOW, THEREFORE, in consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. Assignment. Monsanto hereby sells, assigns and conveys unto Chemicals all of the right, title and interest of the Monsanto Group in and to all of the Chemicals Assets not heretofore transferred to Chemicals.

2. Assumption. Chemicals hereby assumes and agrees to pay, perform and discharge all of the Chemicals Liabilities.

3. Defined Terms; Conflicts. All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Distribution Agreement. The agreements, covenants and terms contained herein are subject to the terms and provisions of, and the rights and obligations of the parties under, the Distribution Agreement. In the event of a conflict between this Agreement and the Distribution Agreement, the Distribution Agreement shall control.

4. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware (other than the laws regarding choice of laws and conflicts of laws) as to all matters, including matters of validity, construction, effect, performance and remedies.

**IN WITNESS WHEREOF**, the parties hereto have caused this Assignment and Assumption Agreement to be duly executed as of the date first above written.

MONSANTO COMPANY,
a Delaware corporation

By: ______________________
Nicholas L. Reding, Vice Chairman

SOLUTIA INC.,
a Delaware corporation

By: ______________________