# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-1158 (LPS) (CJB) |
| | ) |
| DOLLAR SHAVE CLUB, INC., DORCO | ) |
| COMPANY LTD. and PACE SHAVE, INC., | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO SUBSTITUTE PARTY

WHEREAS, on or about August 25, 2016, Plaintiff The Gillette Company ("Gillette Co.") entered into a merger agreement with The Gillette Company LLC ("Gillette LLC") effective September 1, 2016;

WHEREAS, the agreement provides that "all the properties, rights, privileges, immunities, powers and franchises of [Gillette Co.] shall vest in [Gillette LLC]";

WHEREAS, pursuant to this agreement, Gillette Co.'s intellectual property, including U.S. Patent No. 6,684,513 ("the '513 patent") asserted in this case, was assigned to Gillette LLC;

WHEREAS, the assignment of the '513 patent, and other patents, from the Gillette Co. to Gillette LLC was recorded with the U.S. Patent and Trademark Office on September 26, 2016;

WHEREAS, Gillette LLC contends that it is now the current and sole owner of the asserted '513 patent, and has standing to pursue claims of infringement against Defendants;

WHEREAS, on July 23, 2018, the Court granted Gillette Co.'s motion to amend for permission to file its Second Amended Complaint (D.I. 564); and

WHEREAS, in reliance on Gillette's representation that the facts set forth above are true and accurate, and without agreeing to Gillette's legal contentions (including those directed to ownership and standing), defendants do not oppose Gillette LLC being substituted as the plaintiff in this action, and do not oppose Gillette LLC being permitted to file the Second Amended Complaint as plaintiff (*see* revised Second Amended Complaint attached hereto as Exhibit A).

NOW THEREFORE, for the reasons stated herein, plaintiff respectfully requests the following relief:

1. That The Gillette Company LLC shall be substituted for The Gillette Company as a Plaintiff in this action.

2. That The Gillette Company LLC shall be permitted to file the Second Amended Complaint attached hereto as Exhibit A.

3. The case caption shall hereafter be styled as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158 (LPS) (CJB) |
| | ) | |
| DOLLAR SHAVE CLUB, INC., DORCO COMPANY LTD. and PACE SHAVE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

2

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Rodger D. Smith II* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
| OF COUNSEL: | Michael J. Flynn (#5333) |
|  | 1201 North Market Street |
| Mark J. Abate | P.O. Box 1347 |
| Jeffrey A. Simes | Wilmington, DE 19899 |
| Alexandra D. Valenti | (302) 658-9200 |
| Steven J. Bernstein | jblumenfeld@mnat.com |
| Tyler Doh | rsmith@mnat.com |
| Michael B. Cottler | mflynn@mnat.com |
| Jordan D. Weiss |  |
| GOODWIN PROCTER LLP | *Attorneys for Plaintiff* |
| The New York Times Building |  |
| 620 Eighth Avenue |  |
| New York, NY 10018 |  |
| (212) 813-8800 |  |

Jennifer A. Albert
Charles T. Cox
Adeel Haroon
William M. Jay
Brian Burgess
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000

Elaine Herrmann Blais
Kevin J. DeJong
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1205

August 10, 2018

      SO ORDERED this _____ day of _____, 2018.

                                       _____
                                       CHIEF, UNITED STATES DISTRICT JUDGE

3