## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:23-CV-00204-HEA |
| ) | |
| MAGNETEK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MONSANTO'S RESPONSE TO KRAFT HEINZ FOODS COMPANY'S REQUEST FOR ORAL ARGUMENT ON KRAFT HEINZ FOOD COMPANY'S <u>MOTION TO INTERVENE</u>

Plaintiffs Monsanto Company, Pharmacia, LLC, and Solutia, Inc (collectively "Monsanto") oppose Kraft Heinz Foods Company's ("KHFC") request for oral argument on KHFC's Motion To Intervene (ECF #124). On March 21, 2023, Monsanto filed a Motion to Remand (ECF #52) asking this Court to remand this case back to the Circuit Court of St. Louis County, Missouri because General Electric Co.'s notice of removal was untimely and failed to provide sufficient evidence supporting federal officer jurisdiction. Monsanto's Motion to Remand is fully briefed. Monsanto respectfully submits that the Court should determine its jurisdiction over this case and rule on the Motion to Remand before it holds any hearing on KHFC's Motion To Intervene (ECF #122). If the Court determines that it has jurisdiction over this case, and wishes to hear oral argument on the Motion to Intervene, then Monsanto would be happy to appear and further explain to the Court why KHFC's Motion to Intervene should be denied.

Respectfully Submitted,

THOMPSON COBURN LLP

By: /s/ Christopher M. Hohn
    Christopher M. Hohn #44124
    Nicholas J. Lamb #33486
    David M. Mangian #61728
    Nicholas Schnell #73932
    Brittney K. Mollman #65745
    One U.S. Bank Plaza
    St. Louis, Missouri 63101
    (314) 552-6000 (Telephone)
    (314) 552-7000 (Facsimile)
    chohn@thompsoncoburn.com
    nlamb@thompsoncoburn.com
    dmangian@thompsoncoburn.com
    nschnell@thompsoncoburn.com
    bmollman@thompsoncoburn.com

*Attorneys for Plaintiffs Monsanto Company, Pharmacia, LLC, and Solutia, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing has been filed with the Court for service on all counsel of record via the Court's CM/ECF system on October 13, 2023.

/s/ Christopher M. Hohn