# EXHIBIT C

# EXHIBIT C

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE SAID "DART & KRAFT, INC." FILED A CERTIFICATE OF OWNERSHIP, CHANGING ITS NAME TO "KRAFT, INC.", ON THE TWENTY-FIRST DAY OF NOVEMBER, A.D. 1986, AT 4:30 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THE SAID "KRAFT, INC." FILED A CERTIFICATE OF MERGER, CHANGING ITS NAME TO "KRAFT GENERAL FOODS, INC.", ON THE TWENTY-NINTH DAY OF DECEMBER, A.D. 1989, AT 8:32 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTIETH DAY OF DECEMBER, A.D. 1989.

AND I DO HEREBY FURTHER CERTIFY THE SAID "KRAFT GENERAL FOODS, INC." FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "KRAFT FOODS, INC.", ON THE FOURTH DAY OF JANUARY, A.D. 1995, AT 1 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THE SAID "KRAFT FOODS, INC." FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "KRAFT FOODS NORTH AMERICA, INC.", ON THE TWELFTH DAY OF MARCH, A.D. 2001, AT 12 O'CLOCK P.M.

0894018   8321

130824153

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0547980

DATE: 06-27-13



# Delaware

PAGE   2

## The First State

AND I DO HEREBY FURTHER CERTIFY THE SAID "KRAFT FOODS NORTH AMERICA, INC." FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "KRAFT FOODS GLOBAL, INC.", ON THE NINETEENTH DAY OF MARCH, A.D. 2004, AT 9:54 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "KRAFT FOODS GLOBAL, INC.", IS THE LAST KNOWN TITLE OF RECORD OF THE AFORESAID CORPORATION.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0547980

DATE: 06-27-13

0894018   8321

130824153

You may verify this certificate online
at corp.delaware.gov/authver.shtml