# EXHIBIT F

# EXHIBIT F

0748836 - 4

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, JULY 2, 2015

The State Corporation Commission finds the accompanying articles submitted on behalf of

## Kraft Foods Group, Inc.

comply with the requirements of law and confirms payment of all required fees. Therefore, it is ORDERED that this

## CERTIFICATE OF MERGER AND RESTATEMENT

be issued and admitted to record with the articles of merger in the Office of the Clerk of the Commission, effective July 2, 2015, at 04:01 PM. Each of the following:

Kite Merger Sub Corp.

is merged into Kraft Foods Group, Inc., which continues to exist under the laws of VIRGINIA with the name Kraft Foods Group, Inc., and the separate existence of each non-surviving entity ceases.

STATE CORPORATION COMMISSION

By *[signature]*

Mark C. Christie
Commissioner

MERGACPT
CIS0353
15-07-02-1102

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

July 2, 2015

JANIS PAVIA
MCGUIREWOODS LLP
800 EAST CANAL STREET
GATEWAY PLAZA
RICHMOND, VA 23219-3916

RECEIPT

RE:   Kraft Foods Group, Inc.

ID:   0748836 - 4

DCN:  15-07-02-1102

Dear Customer:

This is your receipt for $25.00, covering the fees for filing articles of merger and restatement with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of merger and restatement is July 2, 2015 at 04:01 PM..

Each non-surviving entity:

Kite Merger Sub Corp.

is merged into Kraft Foods Group, Inc..

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

MERGRCPT
MERGACPT
CIS0353

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk