# EXHIBIT G

# EXHIBIT G



# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"KRAFT FOODS GROUP, INC.", A VIRGINIA CORPORATION,

WITH AND INTO "KITE MERGER SUB LLC" UNDER THE NAME OF "KITE MERGER SUB LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE SECOND DAY OF JULY, A.D. 2015, AT 9:31 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE SECOND DAY OF JULY, A.D. 2015, AT 5 O'CLOCK P.M.

5713931   8100M

151003584

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2522438

DATE: 07-02-15

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:38 AM 07/02/2015*
*FILED 09:31 AM 07/02/2015*
*SRV 151003584 - 5713931 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER OF A FOREIGN CORPORATION INTO A DOMESTIC LIMITED LIABILITY COMPANY

Kite Merger Sub LLC, a limited liability company duly organized and existing under and by virtue of the laws of the State of Delaware ("Merger Sub II"), desiring to merge Kraft Foods Group, Inc., a Virginia corporation ("Kraft"), with and into Merger Sub II with Merger Sub II continuing as the surviving limited liability company (the "Merger") pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, DOES HEREBY CERTIFY as follows:

**FIRST:** The name of the surviving limited liability company is Kite Merger Sub LLC, a Delaware limited liability company.

**SECOND:** The name of foreign corporation being merged into Merger Sub II is Kraft Foods Group, Inc. The jurisdiction in which the foreign corporation was formed and is incorporated is the Commonwealth of Virginia.

**THIRD:** An agreement and plan of merger (the "Merger Agreement"), dated as of March 24, 2015, among H.J. Heinz Holding Corporation, a Delaware corporation ("Heinz"), Kite Merger Sub Corp, a Virginia corporation and direct wholly owned subsidiary of Heinz ("Merger Sub I"), Merger Sub II and Kraft, setting forth the terms and conditions of the Merger, has been approved, adopted, executed and acknowledged by each of the constituent entities.

**FOURTH:** The name of the surviving limited liability company is Kite Merger Sub LLC.

**FIFTH:** The Merger is to become effective at 5:00 p.m. Dover, Delaware time on July 2, 2015.

[[3539301]]

- 2 -

**SIXTH:** The Merger Agreement is on file at the principal place of business of the surviving limited liability company at One PPG Place, Pittsburgh, Pennsylvania 15222.

**SEVENTH:** A copy of the Merger Agreement will be furnished by the surviving limited liability company, on request and without cost, to any member or stockholder of the constituent entities.

*   *   *   *   *

IN WITNESS WHEREOF, Merger Sub II, as the surviving limited liability company, has caused this certificate to be signed by an authorized person, on this 2nd day of July, 2015.

KITE MERGER SUB LLC

By: _____
　　　　　　　　Authorized Person
Name: Paulo Basilio
Title: Executive Manager

*[Signature Page to DE Certificate of Merger for Merger of Kraft into Merger Sub II]*

{[3539301]}