# EXHIBIT H

# EXHIBIT H

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

10/05/2015

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

Kraft Heinz Foods Company

I, Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania do hereby certify that the foregoing and annexed is a true and correct photocopy of

Amendment filed on Jul 2, 2015 - Pages (2)



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of the Secretary's Office to be affixed, the day and year above written

*Pedro A. Cortés*
Secretary of the commonwealth

Certification Number: TSC151005110619-1

Verify this certificate online at http://www.corporations.pa.gov/orders/verify.aspx

**Entity #: 157772**
Date Filed: 07/02/2015
Pedro A. Cortés
Secretary of the Commonwealth

PENNSYLVANIA DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

## Articles of Amendment-Domestic Corporation
(15 Pa.C.S.)

X   Business Corporation (§ 1915)
___  Nonprofit Corporation (§ 5915)

Name: **CT - COUNTER**
Address:
City / State / Zip Code: 9611482 SO1

Document will be returned to the name and address you enter to the left.

Commonwealth of Pennsylvania
ARTICLES OF AMENDMENT-BUSINESS 3 Page(s)

T1518364034

Fee: $70

In compliance with the requirements of the applicable provisions (relating to articles of amendment), the undersigned, desiring to amend its articles, hereby states that:

1. The name of the corporation is:
   **H. J. Heinz Company**

2. The (a) address of this corporation's current registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is (the Department is hereby authorized to correct the following information to conform to the records of the Department):
   (a) Number and Street   City   State   Zip   County

   (b) Name of Commercial Registered Office Provider   County
   c/o **CT Corporation System**   **Allegheny**

3. The statute by or under which it was incorporated:   The Act of the General Assembly of the Commonwealth of Pennsylvania, approved April 29, 1874

4. The date of its incorporation: **7/27/1900**

5. Check, and if appropriate complete, one of the following:

   ___ The amendment shall be effective upon filing these Articles of Amendment in the Department of State.

   X The amendment shall be effective on: **July 2, 2015** at **4:00 p.m.**
                                              Date              Hour

2015 JUL -2 AM 10: 43

COMM OF PA
DEPT OF STATE

DSCB:15-1915/5915–2

---

6. *Check one of the following*:

   **X**    The amendment was adopted by the shareholders or members pursuant to 15 Pa.C.S. § 1914(a) and (b) or § 5914(a).

   \_\_\_    The amendment was adopted by the board of directors pursuant to 15 Pa. C.S. § 1914(c) or § 5914(b).

---

7. *Check, and if appropriate, complete one of the following:*

   **X**    The amendment adopted by the corporation, set forth in full, is as follows

   **The name of the corporation is Kraft Heinz Foods Company.**

   \_\_\_    The amendment adopted by the corporation is set forth in full in Exhibit A attached hereto and made a part hereof.

---

8. *Check if the amendment restates the Articles:*

   \_\_\_    The restated Articles of Incorporation supersede the original articles and all amendments thereto.

---

IN TESTIMONY WHEREOF, the undersigned corporation has caused these Articles of Amendment to be signed by a duly authorized officer thereof this

\_\_2nd\_\_ day of \_\_July\_\_,

\_\_2015\_\_ .

**H. J. Heinz Company**
Name of Corporation

_/s/ [Signature]_
Signature

**Chief Financial Officer**
Title