# EXHIBIT I

# EXHIBIT I



# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"KITE MERGER SUB LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "KRAFT HEINZ FOODS COMPANY" UNDER THE NAME OF "KRAFT HEINZ FOODS COMPANY", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF PENNSYLVANIA, AS RECEIVED AND FILED IN THIS OFFICE THE SIXTH DAY OF JULY, A.D. 2015, AT 8:42 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE SIXTH DAY OF JULY, A.D. 2015, AT 12 O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

5779120  8100M

151009694

AUTHENTICATION: 2526149

DATE: 07-06-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 08:49 AM 07/06/2015*
*FILED 08:42 AM 07/06/2015*
*SRV 151009694 - 5713931 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER OF A
# DOMESTIC LIMITED LIABILITY COMPANY INTO
# A FOREIGN CORPORATION

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**First:** The name of the surviving Corporation is Kraft Heinz Foods Company, a Foreign Corporation.

**Second:** The jurisdiction in which this Corporation was formed is the Commonwealth of Pennsylvania.

**Third:** The name of the Limited Liability Company being merged into the Corporation is Kite Merger Sub LLC, a Delaware Limited Liability Company.

**Fourth:** The agreement of merger or consolidation has been approved and executed by each of the business entities which is to merge or consolidate.

**Fifth:** The name of the surviving foreign Corporation is Kraft Heinz Foods Company.

**Sixth:** The merger is to become effective at 12:00 p.m. Dover, Delaware time on July 6, 2015.

**Seventh:** An agreement of merger or consolidation is on file at a place of business of the surviving foreign Corporation and the address thereof is One PPG Place, Pittsburgh, Pennsylvania 15222.

**Eighth:** A copy of the agreement of merger or consolidation will be furnished by the surviving foreign corporation, on request and without cost, to any member of any domestic limited liability company or any person holding an interest in any other business entity which is to merge or consolidate.

**Nineth:** The surviving foreign Corporation agrees that it may be served with process in the State of Delaware in any action, suit or proceeding for the enforcement of any obligation of any domestic limited liability company which is to merge or consolidate, irrevocably appointing the Secretary of State as its agent to accept service of process in any such action, suit or proceeding and the address to which a copy of such process shall be mailed to by the Secretary of State is One PPG Place, Pittsburgh, Pennsylvania 15222.

1[3539306]1

IN WITNESS WHEREOF, said Foreign Corporation has caused this certificate to be signed by its authorized officer, this 6th day of July, A.D., 2015.

By: _____
    Authorized Officer

Name: Paulo Basilio
      Print or type

*[Signature Page to DE Certificate of Merger for the Merger of the Surviving Company into Kraft Heinz Foods Company]*

[[3539306]]