# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, PHARMACIA, LLC, and SOLUTIA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| MAGNETEK, INC., GENERAL ELECTRIC CO., PARAMOUNT GLOBAL, KYOCERA AVX COMPONENTS CORNELL-DUBILIER ELECTRONICS, INC., and THE GILLETTE COMPANY, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO: 4:23-cv-00204-HEA

## DEFENDANTS GENERAL ELECTRIC COMPANY AND PARAMOUNT GLOBAL'S EMERGENCY MOTION TO STAY AND PREVENT TRANSMISSION OF CASE FILE TO STATE COURT

Defendants General Electric Co. ("GE") and Paramount Global ("Paramount" and together with GE, "Defendants") move to stay this case and prevent transmission of the case file to state court pending Defendants' interlocutory appeal of the Court's remand order. Defendants have a statutory right to appeal the district court's remand order, which entitles Defendants to an automatic stay of the Court's remand order. *See* 28 U.S.C. § 1447(d); *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (stating that an appeal "divests the district court of its control over those aspects of the case involved in the appeal"). Defendants have filed a supporting memorandum with this motion, which they incorporates by reference.

Accordingly, Defendants request that the Court stay its remand order until the Eighth Circuit resolves Defendants' appeal.

Dated: February 6, 2024

Respectfully submitted,

*/s/ Gerard T. Carmody*
Gerard T. Carmody, #24769MO
David M. Fedder, #38823MO
Tyler C. Schaeffer, #60847MO
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
Telephone: 314.854.8600
Facsimile: 314.854.8660
Email:    gtc@carmodymacdonald.com
          dmf@carmodymacdonald.com
          tcs@carmodymacdonald.com

Yehudah Lev Buchweitz (*Pro Hac Vice*)
Cameron Mae Bonk (*Pro Hac Vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8256
Facsimile: 212.310.8007
Email:    yehudah.buchweitz@weil.com
          cameron.bonk@weil.com

C. Michael Evert, Jr. (*Pro Hac Vice*)
Christopher G. Conley (*Pro Hac Vice*)
Evert Weathersby Houff
3455 Peachtree Road NE, Suite 1550
Atlanta, GA 30326
Telephone: 678.651.1200
Facsimile: 678.651.1201
Email:    cmevert@ewhlaw.com
          cgconley@ewhlaw.com

Attorneys for Defendant Paramount Global

Dated:  February 6, 2024                Respectfully submitted,

*/s/ Peter W. Herzog*
Peter W. Herzog III, #36429 (MO)
Wheeler Trigg O'Donnell LLP
One Metropolitan Square
211 N. Broadway, Suite 2825
St. Louis, MO  63102-2723
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: pherzog@wtotrial.com

Michael L. O'Donnell (*admitted pro hac vice*)
Marissa S. Ronk (*admitted pro hac vice*)
Erik D. Nadolink (*admitted pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email:    odonnell@wtotrial.com
          ronk@wtotrial.com
          nadolink@wtotrial.com

Attorney for Defendant General Electric Co.

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel and parties of record who have appeared.

                                            */s/ Gerard T. Carmody*