# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 07, 2024

Peter W. Herzog III
WHEELER & TRIGG
Suite 2825
One Metropolitan Square; Suite 2825
211 N. Broadway
Saint Louis, MO  63102

RE:  24-1230 Monsanto Company, et al v. General Electric Co., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in the issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                                Michael E. Gans
                                                Clerk of Court

CJO

Enclosure(s)

cc:     Cameron Bonk
       Yehudah L. Buchweitz
       Gerard T. Carmody
       Clerk, U.S. District Court, Eastern District of Missouri
       Christopher G. Conley
       Jonathan M. Ettinger
       C. Michael Evert
       David Fedder
       Hampton S. French
       Christopher Martin Hohn
       Nicholas James Lamb I
       Aaron Frederick Lang
       David Michael Mangian
       Brittney K. Mollman
       Erik David Nadolink
       Michael L. O'Donnell
       Marissa Ronk
       Tyler C. Schaeffer
       Nicholas Thomas Schnell

      District Court/Agency Case Number(s):   4:23-cv-00204-HEA

**Caption For Case Number:   24-1230**

Monsanto Company; Pharmacia, LLC; Solutia, Inc.

    Plaintiffs - Appellees

v.

Magnetek, Inc.

    Defendant

General Electric Company; Paramount Global

    Defendants - Appellants

Kyocera AVX Components Corporation

    Defendant

Cornell Dubilier Electronics, Inc.

    Defendant - Appellant

The Gillette Company, LLC

    Defendant

**Addresses For Case Participants:   24-1230**

Peter W. Herzog III
WHEELER & TRIGG
Suite 2825
One Metropolitan Square; Suite 2825
211 N. Broadway
Saint Louis, MO  63102

Cameron Bonk
WEIL & GOTSHAL
Concourse Level
767 Fifth Avenue
New York, NY  10153-0000

Yehudah L. Buchweitz
WEIL & GOTSHAL
Concourse Level
767 Fifth Avenue
New York, NY  10153-0000

Gerard T. Carmody
CARMODY & MACDONALD
Suite 1800
120 S. Central Avenue
Saint Louis, MO  63105-0000

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Christopher G. Conley
EVERT & WEATHERSBY
Suite 6
200 Cleveland Road
Bogart, GA  30622

Jonathan M. Ettinger
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

C. Michael Evert
EVERT & WEATHERSBY
Suite 1550
3455 Peachtree Road NE
Atlanta, GA  30326

David Fedder
CARMODY & MACDONALD
Suite 1800
120 S. Central Avenue
Saint Louis, MO  63105-0000

Hampton S. French
SEGAL & MCCAMBRIDGE
Suite 5500
233 S. Wacker Drive
Chicago, IL  60606

Christopher Martin Hohn
THOMPSON & COBURN
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, MO  63101-1693

Nicholas James Lamb I
THOMPSON & COBURN
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, MO  63101-1693

Aaron Frederick Lang
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

David Michael Mangian
THOMPSON & COBURN
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, MO  63101-1693

Brittney K. Mollman
THOMPSON & COBURN
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, MO  63101-1693

Erik David Nadolink
WHEELER & TRIGG
Suite 4500
370 17th Street
Denver, CO  80202-0000

Michael L. O'Donnell
WHEELER & TRIGG
Suite 4500
370 17th Street
Denver, CO  80202-0000

Marissa Ronk
WHEELER & TRIGG
Suite 4500
370 17th Street
Denver, CO  80202-0000

Tyler C. Schaeffer
CARMODY & MACDONALD
Suite 1800
120 S. Central Avenue
Saint Louis, MO  63105-0000

Nicholas Thomas Schnell
THOMPSON & COBURN
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, MO  63101-1693