# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-1230
_____

Monsanto Company; Pharmacia, LLC; Solutia, Inc.

Plaintiffs - Appellees

v.

Magnetek, Inc.

Defendant

General Electric Company; Paramount Global

Defendants - Appellants

Kyocera AVX Components Corporation

Defendant

Cornell Dubilier Electronics, Inc.

Defendant - Appellant

The Gillette Company, LLC

Defendant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00204-HEA)
_____

**JUDGMENT**

Before SMITH, ERICKSON, and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

January 22, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Maureen W. Gornik