# Exhibit 1

DECLASSIFIED
Authority NND 907565

FM(SCL)413.499

SIGNAL CORPS LABORATORIES
FORT MONMOUTH, NEW JERSEY

12

(Submit in triplicate)

Number SCL- 824

Date March 8, 1940.

Subject: Request for Type Number.

To: Chief Signal Officer, War Department, Washington, D.C.

Name of Article: Capacitor.
Description: Pyranol 1/4 MF, 20,000 volt.

Part of: Radio Set SCR-270.

Used with but not part of:

Notes:

For the Director:

Principal Reference
(Drawing or Spec.)

DAVID E. WASHBURN
Major, Signal Corps
OC, Spec. & Rec.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OCSigO -413.44(CA-373) 1st Ind. 10.

WD, OCSigO, Washington, D.C. March 12, 1940. To: Director, Signal Corps Laboratories, Fort Monmouth, New Jersey.

The article described is listed as

"CAPACITOR CA-373"

OPR.

By order of the Chief Signal Officer:

H. P. Browning,
Major, Signal Corps.

CC: Director, ARL,
Wright Field, Dayton, Ohio.

S FILE
SIG. & DATE 3-12-40

N

File 413.44(CA-373) Date MAR 11 1940

MEMORANDUM:

Research and Development Division TO: Supply Division

The attached request for nomenclature SCL-824, dated MAR 8 1940, is concurred in.

It is requested that this nomenclature be supplied promptly.

S

[signature]

Major, Signal Corps

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO: Research and Development Division FROM: Supply Division

Nomenclature is assigned as follows: 3/12/40

"Capacitor CA-373"

[signature]
Maj. Sig. C.
[illegible]

DECLASSIFIED
Authority NND 907505