# Exhibit 2

DECLASSIFIED
E.O. 12065/ DOD 5200.30 6/19/79
By GBS NARS, Date 4/11/83

3rd copied

APPLICATION FOR A NECESSITY CERTIFICATE
Under Section 124 of the Internal Revenue Code

of

OCT 4 1942

General Electric Company

New York

WAR D...
HQ. SER...
TAX AMOR...

1 River Road, Schenectady, New York

* Date September 1, 1942

* (This application is filed in accordance with letter dated September 3, file number SPUKF- signed by Capt. J. T. Ashworth, "when Formal Application is received, it will be deemed as filed on September 1, 1942")

TO: THE SECRETARY OF WAR:

General Electric Company, the undersigned corporation (hereinafter referred to as the applicant), represents that the facilities LISTED IN ATTACHED APPENDIX A are necessary in the interest of national defense during the emergency period, and requests the issuance with respect thereto of a Necessity Certificate as provided under Section 124, as amended, of the Internal Revenue Code, and in support thereof submits the following information:

1. Describe products to be produced or services to be rendered by the facilities listed in Appendix A.

Capacitors (also known as electrical condensers).

NECESSITY

WD-N 1316-L

DECLASSIFIED
E.O. 12065 / DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82

(b) Estimated for calendar quarter ending December 31, 194[illegible].

| | Dollar Volume |
|---|---|
| AA-1 | $ 536 000 |
| AA-2 | 179 000 |
| AA-3 | 179 000 |
| AA-4 | 178 000 |
| A-1-A to A-1-K | 2 505 000 |
| TOTAL SHIPMENTS | $3 577 000 |

4. The services referred to under item 1 are being rendered or will be rendered as follows:

Not applicable

5. What percentage of the products or services to be produced or rendered with the facilities listed in APPENDIX A will be absorbed in the war effort?

100%

6. Explain in detail what consideration has been given to:

(a) Converting presently [illegible]

100% of the Capacitor Department's facilities is being applied to war work.

(b) Use of other available facilities.

All available facilities which can be adapted to the manufacture of capacitors or parts thereof are being utilized.

(c) Subcontracting any portion of the products to be produced or services to be rendered with the facilities.

To the best of our knowledge, there are no concerns having sufficient capacity and necessary facilities to engineer and manufacture these products.

(d) Conservation of scarce materials in planning the project.

A careful study was made of this project and every effort made to conserve scarce materials. Several changes were made in original plans in order that the use of such materials could be minimized.

7. It is expected that production will begin with the facilities sought to be certified in this application as the individual facilities are acquired.

DECLASSIFIED
E.O. 12065 / DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82

Several of the more important applications for both large power factor types and small capacitor types are:

Large Power Factor Capacitors

(1) Large units for power factor correction to give increased kilowatt loading of electrical power systems and to meet the Government's proposal for extensive power system interconnection.
(2) Series capacitors for resistance welding machines to improve power factor and voltage regulation and provide uniform conditions for welding.
(3) D-C capacitors for energy storage for impulse welders.
(4) D-C capacitors for large Radar equipments.
(5) High frequency capacitors for inductive heating. This item has been stimulated by increased demands for crankshaft hardening, projectile shell forgings and numerous other surface hardening projects for Army and Navy work.

The use of capacitors in the above applications results in conservation of large amounts of copper, steel and other highly critical materials.

Small Capacitors

(1) D-C capacitors for small Radar equipments.
(2) Capacitors for radio transmitting and receiving equipments for Army and Navy and Signal Corps.
[illegible]
(4) 400 Cycle capacitors for aircraft service, motors, generators and radio interference suppression.
(5) Capacitors for mercury vapor lamps to provide modern lighting in large factories.
(6) Capacitors for Fluorescent lamp lighting in war production plants.
(7) Capacitors for motor starting and power factor correction while running.
(8) Capacitors for gun, tank and equipment controls for Army and Navy.
(9) Capacitors for anti-aircraft shell and torpedo detonators.

The manufacturing processes and types of facilities required are of a wide variety due to the fact that capacitors range in size from a few ounces to 100 pounds or more.

New applications for both large and small capacitors are developing almost daily. Inquiries from the government, utilities and industry indicate that a tremendous need has arisen for increased production of this vital product which is essential to conservation of the country's power resources and to new developments in the radar and radio and industrial fields.

To the best of our knowledge adequate manufacturing capacity is not available.

The urgent need for capacitors is well known to the Signal Corps, Bureau of Ships, Bureau of Ordnance and the War Production Board.

DECLASSIFIED
E.O. 12065/ DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82

Navy Department Bureau of Ships
Contract NObs 472 Motor [illegible]
Contract NObs 1437* Generators [illegible]
Navy Department Bureau of Ordnance
Contract NOd 1722 Gun Directors [illegible]

* Contract under negotiation.

18. The following applications for Necessity Certificates for this plant at this location have been filed, or are being concurrently filed, with either the War Department or the Navy Department:

| Date of application and Department | Govt. File No. | Estimated total dollar amount of facilities on each application | Date and (if Navy) number of Necessity Certificate (if issued) |
|---|---|---|---|
| 11/24/41 Navy | 3766 | $ 701 600 | 2/13/42 ND-N-1600 |
| 11/27/41 Navy | 3769 | 419 175* | 4/20/42 ND-N-21[illegible] |
| 2/27/42 Navy | 4691 | 1 503 800 | 3/ 5/42 ND-N-185[illegible] |
| 5/14/42 Navy | 5362 | 52 803 | 6/ 8/42 ND-N-2159 |
| 7/14/42 Navy | 5872 | 42 703* | |

* Pittsfield portion of applications.

19. The name, office, and address of the person or persons authorized to represent the applicant for the purpose of this application [illegible]

[illegible]
General Electric Company
Schenectady, New York

GENERAL ELECTRIC COMPANY
(Name of applicant)

BY ______________________

______________________
(Title)

(Corporate Seal)

Attest: ______________________
(Secretary)

DECLASSIFIED
E.O. 12065/ DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82

[illegible]

______________________, being first duly sworn, deposes and says that he is the ______________________ of [illegible] the applicant in the foregoing application [illegible] to make oath to the same; that he has read the foregoing application and knows the contents thereof; that the statements therein contained are true of his own knowledge, except the matters stated to be on information and belief, and as to those matters he believes them to be true.

______________________

Subscribed and sworn to before me this ____ day of ____________, 19__

(Notary Seal)

______________________
(Notary Public)

---

Items 1 to 5 inclusive are to be typed in by applicant. This portion of application will be returned to applicant as a receipt.

Receipt is acknowledged of the application for a Necessity Certificate, filed on the date stamped hereon. Further communications with respect to this application should bear the Government file number indicated hereon.

Government File No. ________

1. [illegible] facilities, this application, $[illegible]

2. [illegible] [illegible] 1, 1942

3. [illegible]

4. [illegible]

5. [illegible]

OCT 4 1942

WAR [illegible]
HQ [illegible]
TAX [illegible]

DECLASSIFIED
E.O. 12065 / DOD 5200.30 6/18/79
By [illegible] NARS Date [illegible]

OCT 4 1942

APPENDIX A

Application for a Certificate of Necessity

General Electric Company, 1 River Road, Schenectady, [illegible]

WAR [illegible]
HQ SE[illegible]
TAX AMO[illegible]

Location of facilities: General Electric Company
100 Woodlawn Avenue
Pittsfield, Mass.

SUMMARY

| Details on Schedule | Page | | Estimated cost |
|---|---|---|---|
| I | 2, 3 | Machinery and Equipment | $477,975-[illegible] |
| II | 4 | Ovens & furnaces | 1[illegible] |
| II | 4 | Conveyors | 33,[illegible] |
| | | TOTAL | $527,[illegible] |

[illegible] Includes motors, [illegible], foundations, installation and standard attachments.

Note: The earliest date of acquisition, or beginning of construction, erection, or installation of any of above facilities was March 14, 1942.

NECESSITY
WD-N 12154

DECLASSIFIED
E.O. 12065 / DOD 5200.30 6/18/7[illegible]

APPENDIX A

SCHEDULE I

| Priority ratings and serial numbers | | | Ordering Number | Description | Estimated cost |
|---|---|---|---|---|---|
| A-1-c | P-19 | 7047 | 27994) | Equip 18 treating tanks for vapor phase | $ [illegible] |
| A-1-a | P-19-a | 7047 | 27979) 27980) | Equip 16 treating tanks for vapor phase | [illegible] |
| A-1-a | P-19-a | 7047 | | 300 treat baskets | [illegible] |
| A-1-a | P-19-a | 7047 | | Liner handling equipment | [illegible] |
| A-1-a | P-19-a | 7047 | 27931) | 3 Pyranol processing tanks | [illegible] |
| A-1-a | P-19-a | 7047 | ) | 3 " filtering units | [illegible] |
| A-1-a | P-19-a | 7047 | 2794[illegible]) | 2 " storage tanks | [illegible] |
| A-1-a | P-19-a | 7047 | ) | 3 " pumps | [illegible] |
| A-1-a | P-19-a | 7047 | 2794[illegible] | 2 Resistivity test coils | [illegible] |
| A-1-a | P-19-a | 7047 | [illegible]97[illegible] | 2 new pyranol storage tanks | [illegible] |
| A-1-c | P-19 | 7047 | [illegible] | 5 Power factor [illegible] | [illegible] |
| A-1-c | P-19 | 7047 | 27965) | 2 Punch press-cover assembly | 1 1[illegible] |
| A-1-c | P-19 | 7047 | ) | 1 " " " " | 1 [illegible] |
| A-1-a | P-19-a | 7047 | 27976 | 1 Power factor bridge | 1 [illegible] |
| A-1-a | P-19-a | 7047 | 27964 | 1 Bushing assembly press | 3 [illegible] |
| A-1-a | P-19-a | 7047 | | 4 Assembly line seats | [illegible] |
| A-1-a | P-19-a | 7047 | 27965 | 8 half cycle welders | [illegible] |
| A-1-a | P-19-a | 7047 | 27975 | 4 assembly benches & conveyors | [illegible] |
| A-1-c | P-19 | 7047 | 27966 | 1 can stamping press | [illegible] |
| A-1-a | P-19-a | 7047 | 27974 | 3 sealing tables | [illegible] |
| A-1-a | P-19-a | 7047 | 27973 | 2 vapor degreasers | [illegible] |
| A-1-a | P-19-a | 7047 | 27967 | 1 double seamer | [illegible] |
| A-1-a | P-19-a | 7047 | 27970 | 1 Automatic test | [illegible] |
| A-1-a | P-19-a | 7047 | | 4- 5000 V hi-pot test | [illegible] |
| A-1-a | P-19-a | 7047 | 27968 | 2 Tap cutting machines | [illegible] |
| A-1-c | P-19 | 7047 | 29834 | 1- 5 HP and 1- 10 HP motor for conveyor | [illegible] |
| A-1-a | P-19-a | 7047 | | 1 Power crimper | [illegible] |
| | | | | Carried Forward | [illegible] |

DECLASSIFIED
E.O. 12065 / DOD 5200.30 [illegible]
By [illegible] NARS, Date [illegible]

| Priority ratings and serial numbers | Ordering Number | Description |
|---|---|---|
| | | Brought forward |
| (b) | | 4 paint spray booths |
| (b) | | Compressor for dry air storage [illegible] |
| (b) | 32405 | 10 cylindrical tanks |
| (b) | 32406 | 16 vacuum pumps |
| (b) | 32407 | 1 pneumatic vacuum pump |
| (b) | 32408 | 3 sets of 2 condensers [illegible], vapor phase |
| (b) | 32410 | 4 R.F. binding machines |
| (b) | 32411 | 3 D.C. hi-pot tests |
| (b) | 32412 | 3 [illegible] presses (built) |
| (b) | [illegible] | [illegible] gauges |
| (b) | | [illegible] power factor [illegible] |
| [illegible] | | [illegible] |
| (b) | | [illegible] R.F. [illegible] |
| (b) | [illegible] | 1 label printing machine |
| (b) | [illegible] | 1 impulse welder [illegible] tape |
| (b) | [illegible] | 2 crimping devices |
| (b) | 32439 | Panel and heads for line welder |
| (b) | 30418 | 1 lead welder [illegible] units |
| (b) | | Southern handling equipment |
| (b) | | Southern distillation equipment |
| (b) | | 1 - [illegible] processing unit |
| (b) | | 1 - Hi-pot test [illegible] DC [illegible] |
| (b) | | 8 solder pots [illegible] |
| (b) | | 2 drill presses |
| (b) | | 1 power factor [illegible] test |
| (b) | | 1 threading machine |
| (b) | | 10 tape dispensing machines |
| (b) | | 2 roll compressors |
| (b) | | [illegible] air drills |
| (b) | | [illegible] |
| | | 1 dust collector |
| | | [illegible] |
| | | [illegible] |

DECLASSIFIED
E.O. 12065 ... 
By GBS NARS, Date 4/13/82

APPENDIX A

SCHEDULE II

| Priority ratings and serial numbers | Ordering Number | Description | Estimated cost |
|---|---|---|---|
| Ovens and Furnaces | | | |
| A-1-a P-19-a 7047 | 27972 | 2 leak test ovens | $ 4 000 |
| A-1-a P-19-a 7047 | 27971 | 1 paint bake oven | 2 300 |
| (a) | | 5 leak test ovens | 11 [illegible] |
| | | TOTAL | $16 [illegible] |
| Conveyors | | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | Conveyor [illegible] | [illegible] |
| | | Conveyor for assembly [illegible] | 5 000 |
| | | TOTAL | $33 420 |

(a) - Application for priority rating will be filed.

DECLASSIFIED
E.O. 12065/ DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82

NOV 20 19[illegible]

WAR DEPARTMENT
HQ SERV[illegible]

APPENDIX A

Application for a Certificate of Necessity

General Electric Company, 1 River Road, Schenectady, [illegible]

Location of Facilities: General Electric Company
100 Woodlawn Avenue
Pittsfield, Mass.

SUMMARY

| Schedule or Exhibit | Page | | Estimated Cost |
|---|---|---|---|
| I | 2, 3 | Machinery and Equipment | $1[illegible] 865 |
| II | 4 | Ovens & furnaces | 15,[illegible] |
| [illegible] | 4 | Construction | [illegible] |

[illegible]

DECLASSIFIED
E.O. 12065 / DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82

[illegible]

| [illegible] | Ordering Number | Description | [illegible] |
|---|---|---|---|
| [illegible] P-19-a 7047 | [illegible] ) 27978) | Equip 16 treating tanks for vapor phase | [illegible] |
| A-1-a P-19-a 7047 | 27979) 27980) | Equip 16 treating tanks for vapor phase | [illegible] |
| A-1-a P-19-a 7047 | | 200 treat vessels | [illegible] |
| A-1-a P-19-a 7047 | | Liner handling equipment | [illegible] |
| A-1-a P-19-a 7047 | 27990) | 3 pyranol processing tanks | [illegible] |
| A-1-a P-19-a 7047 | ) | 4 " filtering units | [illegible] |
| A-1-a P-19-a 7047 | 27987 ) | 2 " storage tanks | [illegible] |
| A-1-a P-19-a 7047 | ) | 3 " pumps | [illegible] |
| A-1-a P-19-a 7047 | 27983 | 2 Resistivity test cells | [illegible] |
| A-1-a P-19-a 7047 | 27977 | 2 raw pyranol storage tanks | [illegible] |
| A-1-a P-19-a 7047 | 27992 | [illegible] | [illegible] |
| A-1-a P-19 [illegible] | [illegible] | [illegible] winding [illegible] | [illegible] |
| A-1-a P-19 [illegible] | [illegible] | [illegible] | [illegible] |
| A-1-a P-19 7047 | ) | 2 Punch presses cover assembly | [illegible] |
| A-1-a P-19 7047 | 27963) | 1 " " " " | [illegible] |
| A-1-a P-19-a 7047 | 27976 | 1 Power factor bridge | [illegible] |
| A-1-a P-19-a 7047 | 27964 | 1 Bushing assembly press | [illegible] |
| A-1-a P-19-a 7047 | 27965 | 8 half cycle welders | [illegible] |
| A-1-a P-19-a 7047 | 27975 | 4 assembly benches & conveyors | [illegible] |
| A-1-a P-19 7047 | 27966 | 1 can stamping press | [illegible] |
| A-1-a P-19-a 7047 | 27974 | 3 sealing tables | [illegible] |
| A-1-a P-19-a 7047 | 27973 | 2 vapor degreasers | [illegible] |
| A-1-a P-19-a 7047 | 27967 | 1 double seamer | [illegible] |
| A-1-a P-19-a 7047 | 27970 | 1 Automatic test | [illegible] |
| A-1-a P-19-a 7047 | | 4- 3000 V hi-pot test | [illegible] |
| A-1-a P-19-a 7047 | 27968 | 2 Tap cutting machines | [illegible] |
| A-1-a P-19 7047 | 29834 | 1- 5 HP and 1- 10 HP motor for conveyor | [illegible] |
| A-1-a P-19-a 7047 | | 1 Power crimper | [illegible] |
| | | Carried forward | [illegible] |

DECLASSIFIED
E.O. 12065 / DOD 5200.30 6/18/79
By GBS NARS, Date 4/13/82



APPENDIX A

SCHEDULE I (Concl.)

| Priority ratings and serial numbers | Ordering Number | Description | Estimated cost* |
|---|---|---|---|
| | | Brought forward | [illegible] |
| | | 6 paint spray booths | [illegible] |
| | | Compressor for dry air storage | [illegible] |
| | 32[illegible] | 6 vacuum pumps | [illegible] |
| | 32[illegible]1 | 1 A.C. Hi-pot sets | [illegible] |
| | 32[illegible] | [illegible] vacuum gauges | [illegible] |
| | | 2 [illegible] | [illegible] |
| | | 2 auto C3 test units | [illegible] |
| | | [illegible] | [illegible] |
| | | [illegible] | [illegible] |
| | | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] |
| | | [illegible] | [illegible] |
| | | [illegible] press | [illegible] |
| | | 1 threading machine | [illegible] |
| | | 2 revolving [illegible] for gas welding | [illegible] |
| | | 1 dust collector | [illegible] |
| | | Exhaust system [illegible] existing [illegible] | [illegible] |
| | | Testing equipment - [illegible] | [illegible] |
| | | Misc. equipment not yet determined | [illegible] |
| | 32[illegible]04 | Electric [illegible] | [illegible] |
| | | TOTAL | [illegible] |

*Includes motors, control, foundation, install[illegible]

[illegible] priority rating will be [illegible]

11/[illegible]

DECLASSIFIED
E.O. 12065/ DOD 5200.30 6/1970
By [illegible] NARS Date [illegible]

APPENDIX A

SCHEDULE II

| Priority Ratings and Serial Numbers | Ordering Number | Description | [illegible] |
|---|---|---|---|
| Ovens and Furnaces | | | |
| A-2-a P-19-a 7067 | 27773 | 2 lock test ovens | $ [illegible] |
| | | TOTAL | [illegible] |
| Dryers | | | |
| A-1-e P-19 7067 | [illegible] | 1 Generator and conveyor | $ [illegible] |
| | | TOTAL | [illegible] |

Application for priority rating will be filed.