# Exhibit 3

21

# TELETYPE

31

S71-8(45)

ORIGINATING DESK (Ad3a)3 EXT. 2898

DECLASSIFIED
Authority 745081

November 17, 1942

TO: NAD HAWTHORNE NEVADA

BUORD TELETYPE

M

OPR WA 342 BUORD HAWTHORNE NEV 187 OK

(Ad3a)3

SF RE P XXX RE RP OK T WORE

HAWTHORNE 187 GOVT OK

THIS IS HAWTHORNE NEV 187

HAWTHORNE NEV 187 BUORD 11-17-1259/AAA

TO NAD HAWTHORNE NEVADA

S71-8(45)

YOUR TWX 10-31-1005 X BUORD CAN PURCHASE FROM STOCK THREE SINGLE PHASE 75-KVA 2400/4160 UNGROUNDED WYE 240/480 PYRONOL TRANSFORMERS WITH TWO PAREN 2 PAREN FIVE PER CENT TAPS ON UPPER AND LOWER VOLTAGES X ADVISE WHETHER THESE TRANSFORMERS CAN BE USED IN CONNECTION WITH BATTERY CHARGING EQUIPMENT BEING FURNISHED BY BUORD X URGENT X

111742 70049

END WA 342
END HAWTHORNE 187 COMP 1318/17 EMC 2 MIN

7103-8152-10 PRINTED BY THE STANDARD REGISTER CO., DAYTON, OHIO, U. S. A.

BUORD. NAD HAWTHORNE NEV TWX 11-17-1132/AAA. (14 3a) 3

7108

YOUR TWX 11-17-1259/AAA. AFFIRMATIVE. CAN USE THESE XXX TRANSFORMERS WITH THE 220 VOLT SYNCHRONOUS MOTORS DESCRIBED IN YOUR TWX 10-31-1035. BY USING WYE CONNECTED PRIMARY AND WYE CONNECTED SECONDARY. IT IS ASSUMED THAT THE BUREAU INTENDS TO FURNISH THREE PHASE MOTOR WITH BATTERY OUTFIT AND TRANSFORMERS BE XXXXX SUPPLIED AS SOON AS POSSIBLE SO THAT PRELIMINARY CONSTRUCTION CAN BE BEGUN.

END HAWTHORNE NEV 187

3369 WA 342

BUORD TELETYPE

DECLASSIFIED
Authority 745081

11174 20 89

Form NOrd. 89A
Feb. 25, 1942

NAVY DEPARTMENT
BUREAU OF ORDNANCE

# ROUTE SLIP

DO NOT DETACH

HANDLING DESIRED
22 Information.
33 Take appropriate action.
44 Comment and return.
55 Prepare reply for chief's signature.
66 See me on this.

| SYMBOL (See other side) (1) | RELEASE By (initials) (2) | RELEASE Date (3) | REMARKS Indicate handling desired by number when applicable (4) | Enclosures No. (5) |
|---|---|---|---|---|
| Ad3a) | BJ 3 | 11/23 | 4160/208 1 Ø 60N 75KVA transformer pyranol purchased from GE | |

File No. (6): 87-8 (45)

Cross index (8)

Serial No. (7): 111742 20089

Index cards (9)

DECLASSIFIED
Authority 745081

(10)

Classified by: ________

Date ________

Initials ________

(11)

Action completed ✓

No action required ________

Initials BJ

16—29

Form NOrd. 89A
Feb. 25, 1942

NAVY DEPARTMENT
BUREAU OF ORDNANCE

## ROUTE SLIP

DO NOT DETACH

HANDLING DESIRED

22 Information.
33 Take appropriate action.
44 Comment and return.
55 Prepare reply for chief's signature.
66 See me on this.

| SYMBOL (See other side) (1) | RELEASE By (initials) (2) | RELEASE Date (3) | REMARKS Indicate handling desired by number when applicable (4) |
|---|---|---|---|
| Ad3a) | AT 3 | 11/23 | 4160/208 1Ø 60N 75KVA transformer pyranol purchased from GE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DECLASSIFIED
Authority 745081

nature.

**DO NOT DETACH**

## REMARKS

Indicate handling desired by number when applicable

(4)

4160/208 1Ø 60N 75KVA transformer
pyranol purchased from GE

**DECLASSIFIED**
Authority 745081

N/Ord. 6

IN REPLY ADDRESS
BUREAU OF ORDNANCE, NAVY DEPARTMENT
AND REFER TO No.

(Ad3a)

NAVY DEPARTMENT
BUREAU OF ORDNANCE
WASHINGTON, D. C.

November 23, 1942

1788

MEMORANDUM

From: Ad3
To: Pr2

Subject: Request for requisition. Regn # 1788-43 Bu. transformers

1. It is requested that Pr2 prepare the necessary requsition to secure from the General Electric Company, Shoreham Building, Washington, D.C., three (3) 175 KVA pyranol type single phase, 60 cycle, high voltage, 2400/4160 Y, high voltage tap, two 5 percent rated KVA below normal, low voltage 120/240. Units are to be connected in banks to obtain 208 volts, 3 phase. The net price of each is $520.74 for a total requisition cost of $1,562.22. Material is to be delivered to the Naval Ammunition Depot, Hawthorne, Nevada, within one week from date of contract for priority rating AA-1 which applies to this equipment. Quotation from the General Electric Company is attached.

2. It is requested that the Bureau of Supplies and Accounts' representative in Pr2 issue a verbal contract to the General Electric Company, Washington Office, for the three transformers. The equipment is to be delivered f.o.b. destination.

J. N. M. Schendeby [illegible]

J. C. BYRNES, JR.,
Captain, U.S.N.(Ret.)

IMA

112342 00230

FOR VICTORY BUY UNITED STATES DEFENSE BONDS AND STAMPS

DECLASSIFIED
Authority 745081

GENERAL ELECTRIC COMPANY
Schenectady, New York

Shoreham Building
Washington, D. C.
November 21, 1942

Chief of Ordnance
U. S. Navy Department
Washington, D. C.

Attention-Lt. R. C. Tiebout
Shore Station

Gentlemen:

Supplementing quotation #W26664, dated November 18, 1942, we are pleased to quote as follows:

ASSUMING MOTORS OPERATING AT UNITY POWER FACTOR AND THAT ALL MOTORS WILL NOT BE STARTED AT THE SAME TIME, 3-75 KVA TRANSFORMER SHOULD BE SATISFACTORY.

Provided you can supply an AA-1 priority or better, we can ship three (3) catalog #72X10 pyranol transformers, 75 KVA, in one week.

Transformers to be rated as follows:

75 KVA, pyranol type, single phase, 60 cycle, high voltage, 2400/4160 Y, high voltage tap, two 5 percent rated KVA below normal, low voltage 120/240.
These units to be connected in banks to obtain 208 volts, 3 phase
NET PRICE..................................$520.74 each.

The above price is net, f.o.b. Pittsfield, Massachusetts, with transportation allowed to freight station nearest destination. Based on an AA-1 priority or better, we estimate that we can make shipment as indicated above.

We wish to inform you that we have no stock of 100 KVA pyranol transformers and that it will be necessary that you act promptly on the above items inasmuch as these transformers are subject to prior sale.

We trust that the foregoing information is complete and satisfactory, however, if we can be of further assistance please get in touch with us promptly.

Very truly yours,

DECLASSIFIED
Authority 745081

A. O. WHITE,
WASHINGTON OFFICE
/s/ H. E. Jackson

H. G. Jackson:kc

112342 00230

Form NOrd.89A
2-25-42

HANDLING DESIRED
22 Information
33 Take Appropriate Action
44 Comment and Return
55 Prepare Reply for Chief's Signature
66 See me on this

NAVY DEPARTMENT
BUREAU OF ORDNANCE

# ROUTE SLIP

DO NOT DETACH

| SYMBOL See Other Side (1) | RELEASE By (initials) (2) | DATE (3) | REMARKS Indicate Handling Desired by Number when Applicable (4) | ENCLOSURES NUMBER (5) |
|---|---|---|---|---|
| Ad3 | MM | 12/4 | requisition for regn | |
| Fi2 | [illegible] | 12/4/42 | Regn 1788 forwarded to Sta | |

FILE NUMBER (6): S62

CROSS INDEX (8): 64-2(6)

SERIAL NUMBER (7): 112342 00230

INDEX CARDS (9)

FILED

DECLASSIFIED
Authority 745081

(10)
CLASSIFIED BY:
FE
NOV 23 1942
DATE
INITIALS

(11)
ACTION COMPLETED ✓
NO ACTION REQUIRED
INITIALS [illegible]

59518