# Exhibit 4

DECLASSIFIED
E.O. 12065/DOD 5200.30 - 6/12/79
GBS NARS, Date 4/13/82

Promika
G.E. Pittsfield Works
Project No. NDP-828

APPLICATION FOR A NECESSITY CERTIFICATE
Under Section 124 of the Internal Revenue Code

of

General Electric Company

Incorporated in the State of New York

1 River Road, Schenectady, New York

Date: July 9, 1943

JUL 15 1943

RECEIVED BY JUL 21 1943 TAX AMORTIZATION COMMITTEE

TO: THE SECRETARY OF WAR

General Electric Company, the undersigned corporation (hereinafter referred to as the applicant), represents that the facilities LISTED IN ATTACHED APPENDIX A are necessary in the interest of national defense during the emergency period, and requests the issuance with respect thereto of a Necessity Certificate as provided under Section 124, as amended, of the Internal Revenue Code, and in support thereof submits the following information:

1. Describe products to be produced or services to be rendered by the facilities listed in Appendix A.

G.E. dielectric material No. 2681-2682 and promika capacitors.

2. The products referred to under item 1 are being produced or will be produced under the following prime contracts with the United States, or under the following subcontracts (if known):

PRIME CONTRACTS:

| Contract Numbers | Government Department | Quantity |
|---|---|---|
| W2126SC11 | Army Signal Corps | 100 000 units |
| W2126SC1747 | Army Signal Corps | 144 000 units |

SUBCONTRACTS:

G.E. dielectric material No. 2681 and 2682 to be used in the manufacture of capacitors will be supplied to the following manufacturers who are manufacturing capacitors for U.S. Armed Forces.

Cornell Dubilier Electric Corp.
Sprague Specialties Co.
Sangamo Electric Co.
Tobe Deutschmann Corp.
Micamold Radio Corp.
Horn Electric Corp.
Electro Motive Corp.

Copy forwarded to
TAX AMORTIZATION COMMITTEE
OFFICE OF PRODUCTION MANAGEMENT
19 JUL 1943

NECESSITY
WD-N

DECLASSIFIED
E.O. 12065 / DOD 5200.30 - 6/13/79
by BS NARS, Date 8/13/82

E.O. 12065/DCB 5200.30 - 6/12/71
GBS NARS, Date 4/13/82

17. Has any Government agency financed any other expansion of this plant at this location for the applicant?

Yes.

Navy Department Bureau of Ships:

| | |
|---|---|
| Contract NObs-473 Motors | $6,528,000 |
| Contract NObs-883 Generators | 234,100 |

Navy Department Bureau of Ordnance

| | |
|---|---|
| Contract NOd-1722 Gun Directors | $8,191,284 |

18. The following applications for Necessity Certificates for this plant at this location have been filed, or are being concurrently filed, with either the War Department or the Navy Department:

| Date of application and Department | | Gov't File No. | Estimated total dollar amount of facilities on each application | Date and number of Necessity Certificate (if issued) | (if Navy) |
|---|---|---|---|---|---|
| 11/24/41 | Navy | 3766 | $ 585 413 | 2/13/42 | ND-N-1600 |
| 11/27/41 | Navy | 3769 | 483 611* | 4/28/42 | ND-N-2195 |
| 1/17/42 | Navy | 4691 | 1 503 800 | 3/ 9/42 | ND-N-1860 |
| 5/14/42 | Navy | 5364 | 52 803 | 6/ 8/42 | ND-N-2399 |
| 7/14/42 | Navy | 5872 | 42 703* | 11/20/42 | ND-N-3433 |
| 9/ 1/42 | War | WD-N-12184 | 365 025 | 1/23/43 | |
| 1/18/43 | Navy | 7742 | 115 000 | 3/11/43 | ND-N-4422 |
| 2/23/43 | War | WD-N-17581 | 64 385 | 6/ 3/43 | |
| 6/26/43 | Navy | | 37 550 | | |
| 7/ 1/43 | War | | 80 000 | | |

*Pittsfield portion of applications.

19. The name, office, and address of the person or persons authorized to represent the applicant for the purpose of this application:

J. G. Farrar, Assistant Comptroller
General Electric Company
Schenectady, New York

GENERAL ELECTRIC COMPANY
(Name of applicant)

BY ____________________

____________________
(Title)

(Corporate Seal)

Attest ____________________
Secretary

DECLASSIFIED
E.O. 12065 Sec. 6-102
GBS NARS, Date 4/13/82

State of New York )
)
County of Schenectady )

____________________, being first duly sworn, deposes and says that he is the Vice President of General Electric Company the applicant in the foregoing application; that he is duly authorized to make oath to the same; that he has read the foregoing application and knows the contents thereof; that the statements therein contained are true of his own knowledge, except the matters stated to be on information and belief, and as to those matters he believes them to be true.

____________________

Subscribed and sworn to before me this ____ day of __________, 1943

(Notary Seal) ____________________
(Notary Public)

---

Items 1 to 5 inclusive are to be typed in by applicant. This portion of application will be returned to applicant as a receipt.

Leave this space blank

Government File No. __________

JUL 15 1943

WAR DEPARTMENT
HQ S... 
TAX ...

Receipt is acknowledged of the application for a Necessity Certificate, filed on the date stamped hereon. Further communications with respect to this application should bear the Government file number indicated hereon.

1. Total facilities, this application: $98 629.
2. Date of application: July 9, 1943.
3. Name: General Electric Company.
   Attention: Mr. J. G. Farrar.
4. Street and Number: 1 River Road.
5. City and State: Schenectady, New York.

NDP-82B

DECLASSIFIED
E.O. 12065/DOD 5200.30 - 6/15/79
NARS Date [illegible]

Promika
G.E. Pittsfield Works
Project No. NDP-82B

## APPENDIX A

Application for a Certificate of Necessity
General Electric Company, 1 River Road, Schenectady, N. Y.

JUL 15 1943

Location of facilities: General Electric Company
Pittsfield, Massachusetts

Machinery and Equipment

| Priority Ratings and serial numbers | Ordering Number | Description | Estimated Cost |
|---|---|---|---|
| [illegible] | 26383 | Ovens | [illegible] |
| [illegible] | 26383 | Partitions | 2 667 |
| " " " | 26383 | Benches, racks, and stools | [illegible] |
| " " " | 26383 | Condenser | 881 |
| " " " | 26383 | Water jet aspirator | 17 [illegible] |
| " " " | 26383 | Test equipment [illegible] | 115 |
| " " " | 26383 | Heaters for vacuum treating tank | [illegible] |
| " " " | 26383 | 25 KVA transformer | [illegible] |
| " " " | 26383 | Switches and wiring | 3 [illegible] |
| " " " | 26383 | Fixtures and vacuum treating equipment | 80 |
| " " " | 26383 | [illegible] water jet exhauster | 13 [illegible] |
| " " " | 26383 | 2 molding presses | [illegible] |
| [illegible] | [illegible] | [illegible] molding units | 5 [illegible] |
| [illegible] | [illegible] | [illegible] | 4 [illegible] |
| [illegible] | [illegible] | [illegible] 500 [illegible] | [illegible] |
| [illegible] | [illegible] | 6- 150 watt oscillators | 1 747 |
| " " " | 26390 | Electrical equipment and power for coil box and oscillators | 772 |
| " " " | 26390 | 4- [illegible] power supplies | [illegible] |
| " " " | 26390 | 4- [illegible] power V DC supplies | [illegible] |
| " " " | 26390 | 2- coating machines and blower equipment | 345 |
| [illegible] PD-1A [illegible] | 36677 | 2- Benches 3' x 6' - 8' | 1 60 |
| " " " | 36677 | 6- stools | 263 |
| " " " | 36677 | 2- #4 precision [illegible] shears | [illegible] |
| " " " | 36677 | 1- shears to cut [illegible] paper | 1 [illegible] |
| " " " | 36677 | 2- 50 ton capacity presses | 55 |
| " " " | 36677 | 1- stock rack 4' x 1' x 5' | 1 14[illegible] |
| " " " | 36677 | Test equipment | [illegible] |
| " " " | 36677 | 2- recirculating ovens | [illegible] |
| " " " | 36677 | 2- storage tanks | 2 [illegible] |
| " " " | 36677 | Control panels | [illegible] |
| " " " | 36677 | Wire panels for machines and presses | 1 140 |
| " " " | 36677 | Supply necessary power for [illegible] and test equipment | [illegible] |
| | 36677 | 3- heat units for [illegible] | [illegible] |
| | 36731 | 2- hydraulic presses | [illegible] |
| [illegible] | [illegible] | Install [illegible] | [illegible] |
| [illegible] | [illegible] | Piping and valves | [illegible] |
| | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] for [illegible] | [illegible] |
| | | [illegible] forward | [illegible] |

NECESSITY
WD-N

DECLASSIFIED
E.O. 12065/DOD 5200.30 - 6/15/71
GBS NARS, Date [illegible]

APPENDIX A

SCHEDULE I

MACHINERY AND EQUIPMENT

| Priority Ratings and serial numbers | Ordering Number | Description | Cost? |
|---|---|---|---|
| AA-5 PD-3A 500000 | 26428 | [illegible] | [illegible] |
| AA-1 [illegible] - | 26433 | [illegible] | [illegible] |
| AA-1 [illegible] - | 26[illegible] | Electrical interlock | [illegible] |
| | | [illegible] for paper coating machine | [illegible] |
| | | Fire protection equipment | [illegible] |
| | | [illegible] per square inch | [illegible] |
| | | [illegible] | [illegible] |
| | | Miscellaneous items not yet determined | [illegible] |
| | | TOTAL | [illegible] |

(a-Includes motors, controls, foundations, installation and standard attachments.

Note: The earliest date of acquisition, or beginning of construction, reconstruction, erection, or installation of any of the above facilities was January 18, 1943.