# Exhibit 5

Pr 32.4842 : 945/v.2


# ALPHABETIC LISTING OF
# MAJOR WAR SUPPLY CONTRACTS

*Cumulative*

June 1940 through September 1945

Volume 2 D-J

CIVILIAN PRODUCTION ADMINISTRATION

Industrial Statistics Division

Digitized by Google

# INTRODUCTORY NOTE

### COVERAGE

This report covers contracts with a value of $50,000 and over awarded by the Army, Navy, Maritime Commission, Treasury Procurement Division (lend-lease awards only) and purchasing missions of foreign governments and reported to the War Production Board June 1940 through September 1945. Because of the lag in reporting, this listing does not include a substantial number of the contracts awarded June through September 1945. Undercoverage of awards for prior periods is believed not to be significant.

The amounts shown are the latest revised values including supplements and other changes. However, a contract supplement with a value of $10 million or over is treated as a separate award.

Contracts for construction and production facilities, awards for foodstuffs and food processing and contracts for utilities such as water, heat, steam, power and electricity are excluded.

### COMPLETION DATE

In some cases contracts are reported to the War Production Board without a scheduled completion date. In these cases an estimate is made of the completion and is identified by an asterisk.

### ESTABLISHMENT

An establishment covers facilities of an individual company located in one municipality. Two or more facilities operated by a company in the same municipality are considered one establishment. Different divisions of a corporation, however, are considered separate establishments even when located in the same municipality. Thus the three facilities of International Harvester at Chicago are listed as one establishment, while the several divisions of General Motors at Detroit are listed as separate establishments.

### ARRANGEMENT

Establishments are arranged alphabetically. Contracts for each establishment are listed by agency and chronologically by award completion date with the total value of contracts following the last contract listed.

### CONTRACT LOCATION

An effort has been made to determine the point of final manufacture or assembly and to allocate the individual contracts to a specific establishment on this basis rather than on the basis of the headquarters of the contracting company. Also, so far as possible, the name and location of the manufacturing concern is used if the contract was secured through a contracting agent; in such cases the contract carries the standard footnote "3." Subcontracts, except in this sense, are not included. Cases in which the manufacturer or the work location has not been identified have been footnoted, with the contract assigned to the company's address.

### CONTRACT NUMBERS

Contract numbers, which appear in the listing following the product description, consist of a number identifying the procurement station, and alphabetic abbreviation of the procurement service or bureau, and a contract serial number. Where procurement is centralized, as is largely the case of the Navy, Maritime Commission and Treasury Procurement Division a station number is not used. Contract numbers are not shown for awards made by foreign purchasing missions.

### ARMY PURCHASE ORDERS

Purchase orders, sometimes used by the Army in lieu of formal contracts, are identified by the letters "PO" appearing in the space carrying the alphabetic designation of the Army procurement service; the service is identified by code number prefix to the letters "PO"

### NAVY COGNIZANT BUREAUS

The third letter in the alphabetic designation for the Navy Bureau of Supplies and Accounts, which contracts to a considerable extent for other Navy Bureaus, identifies the cognizant bureau, i.e., the bureau for which the contract items were procured.

### SERVICE AND BUREAU SYMBOLS

The various procurement services and bureaus of the Army, Navy, Maritime Commission, and Treasury together with their identifying codes are as follows:

| | Symbol used for: Purchase Order Numbers | Symbol used for: Contract Numbers |
|---|---|---|
| **Army Service** | | |
| Air Forces | 1 | AC |
| Transportation Corps | 2 | TC |
| Chemical Warfare | 3 | CWS |
| Corps of Engineers | 4 | ENG |
| Medical Corps | 5 | MD |
| Ordnance | 6 | ORD |
| Quartermaster | 6 | QMC |
| Signal Corps | 8 | SC |
| Specialized Training | 9 | AST |
| Special Services | 9 | SS |
| Training Services | 0 | TNO |
| **Maritime Commission** | | |
| Emergency Shipping Program | | ESP |
| War Shipping Administration | | WSA |
| Maritime Commission | | MCC |
| **Treasury Department** | | |
| Treasury Procurement Schedule | | TPS |

| | Symbol used for: Contracting Bureau | Symbol used for: Cognizant Bureau[1] |
|---|---|---|
| **Navy Bureau** | | |
| Aeronautics | OA | XSA |
| Supplies & Accounts | - | XSX |
| Yards & Docks | OY | XSY |
| Ships | OBS | - |
| Radio Division | - | XSR |
| Other | - | XSS |
| Naval Personnel | OP | XSP |
| Medicine & Surgery | - | XSM |
| Ordnance | ORD | XSO |
| Marine Corps | OM | - |
| Coast Guard | TCO | - |
| Judge Advocate General | OD | - |
| Secretary's Office | - | XSD |

[1]Contracting Bureau is Supplies & Accounts. When XS contract serial numbers reach 99,999, a new series will be started in which the X will be replaced by the digit 5 for all new awards during the balance of the fiscal year 1945. Each new fiscal year will have its own series of numbers for new awards in which the X will be replaced by a digit indicative of the fiscal year of award.

### DUAL, LEND LEASE, AND SUPPLEMENTARY CONTRACTS

The symbol entered immediately after the contract serial number identifies contracts involving the following features:

| | Symbol |
|---|---|
| Dual Contract | D |
| Supplement of $10 Million or More to Dual Contracts | E |
| Lend Lease (Defense Aid) | L |
| Supplement of $10 Million or More to Lend Lease Contract | M |
| Supplement of $10 Million or More to Other Than Dual or Lend Lease Contract | S |

A dual contract is one that carries two contract numbers, one of which is generally a lend-lease award; only one contract number, however, appears in the listing. It may be assumed in most cases that a portion of each dual contract is for lend-lease purposes; contracts identified by the symbol "L" or "M" are entirely for lend-lease purposes.

### AGENCY SYMBOLS

When reported to the Statistics Division, contract numbers of the Army, Navy and the Emergency Shipping Program of the Maritime Commission carry the alphabetic designation "W," "N," and "MCC," respectively, as the initial code in the contract number. These identifications are not included. Contracts awarded by the Army, the Navy, the Maritime Commission, the Treasury, and foreign purchasing missions are distinguished respectively by the letters "A," "N," "M," "T," or "F" appearing in the "agency" column.

Digitized by Google

to inside cover

| NAME OF MANUFACTURER / LOCATION OF MANUFACTURE / PRODUCT AND CONTRACT NUMBER | | AGENCY | FOOTNOTE | VALUE THOUSANDS DOLLARS | AWARD DATE MO. | AWARD DATE YR. | COMPLETION DATE MO. | COMPLETION DATE YR. |
|---|---|---|---|---|---|---|---|---|
| BREAKERS CIRCUIT | XS821370 | N | | 93 | 1 | 43 | 1 | 44 |
| CIRCUIT BREAKERS | NXS24965 | N | | 374 | 2 | 43 | 2 | 44 |
| TRANSFORMERS | TPS27760L | T | | 204 | 4 | 43 | 10 | 43 |
| VACUUM TUBES | 2124 SC15807 | A | | 77 | 5 | 43 | 4 | 45 |
| ELEC GENERATOR SETS | 1098ENG 3897 | A | | 87 | 5 | 43 | 11 | 43 |
| ELECTRIC SWITCHBOARDS | 16999 | M | | 515 | 6 | 43 | 8 | 44 |
| RADIO PARTS | 2124 SC18131 | A | | 3614 | 6 | 43 | 6 | 44 |
| ELECTRIC-FAN PARTS | XSS32521 | N | | 77 | 6 | 43 | 12 | 44 |
| SWITCHING EQUIPMENT | TPS27426L | T | 3 | 84 | 7 | 43 | 7 | 43 |
| POWER SWITCHGEAR | OBS11538 | N | | 417 | 9 | 43 | 7 | 44 |
| SWITCHGEARS | OBS11708 | N | | 151 | 10 | 43 | 11 | 44 |
| POWER PLANTS | TPS34991L | T | | 607 | 11 | 43 | 10 | 44 |
| ELEC CIRCUIT BREAKERS | 102XS 40787 | N | | 112 | 11 | 43 | 5 | 46 |
| ELECTRIC SWITCHBOARDS | OBS12296 | N | | 207 | 11 | 43 | 6 | 45 |
| ELECTRIC SWITCHBOARDS | NXS38426 | N | | 190 | 11 | 43 | 10 | 44 |
| ELECTRIC SWITCHBOARDS | OBS12515 | N | | 146 | 12 | 43 | 8 | 44 |
| ELEC CONTROL PANELS | OBS12559 | N | | 141 | 12 | 43 | 4 | 44 |
| ELECTRIC SWITCHBOARDS | OBS12572 | N | | 94 | 12 | 43 | 6 | 44 |
| SWITCHBOARDS | OBS12482 | N | | 53 | 12 | 43 | 5 | 44 |
| SWITCHBOARDS | OBS12502 | N | | 53 | 12 | 43 | 4 | 44 |
| ELECTRIC SWITCHBOARDS | OBS12464 | N | | 206 | 12 | 43 | 10 | 44 |
| CLASSIFIED | ORD 3559 | N | | 8432 | 12 | 43 | 7 | 45 |
| ELECTRIC SWITCHGEARS | OBS12177 | N | | 93 | 1 | 44 | 8 | 44 |
| ELECTRIC SWITCHGEARS | OBS12337 | N | | 109 | 1 | 44 | 6 | 44 |
| ELECTRIC SWITCHBOARDS | OBS12853 | N | | 200 | 1 | 44 | 5 | 45 |
| CIRCUIT BREAKER EQUIP | OBS13020 | N | | 114 | 1 | 44 | 4 | 45 |
| MOBILE POWER PLANTS | TPS39037L | T | | 251 | 1 | 44 | 10 | 44 |
| ELECTRIC SWITCHBOARDS | 22938 | M | | 426 | 2 | 44 | 9 | 44 |
| ELECTRIC SWITCHBOARDS | OBS13033 | N | | 88 | 2 | 44 | 10 | 44 |
| ELEC SWITCHGEAR EQUIP | TPS47930L | T | | 84 | 4 | 44 | 6 | 44 |
| ARC RECTIFIER EQUIP | TPS42295L | T | 3 | 416 | 4 | 44 | 10 | 44 |
| SWITCHGEARS | OBS14253 | N | | 228 | 5 | 44 | 11 | 44 |
| ELEC CIRCUIT BREAKERS | XSX63068 | N | | 88 | 5 | 44 | 9 | 44 |
| SHIP ELECTRICAL EQUIP | MCC23022S | M | | 915 | 6 | 44 | 3 | 45 |
| ELEC CIRCUIT BREAKERS | OBS14925 | N | | 91 | 6 | 44 | 6 | 45 |
| PUMP CONTROLLERS | OBS13501 | N | | 118 | 6 | 44 | 10 | 45 |
| SWITCHBOARDS | OBS14957 | N | | 66 | 6 | 44 | 2 | 45 |
| GENERATORS SWITCHBDS | OBS15204 | N | | 297 | 6 | 44 | 1 | 45 |
| ELECTRIC SWITCHBOARDS | OBS16259 | N | | 264 | 7 | 44 | 3 | 45 |
| ELECTRIC SWITCHBOARDS | OBS16291 | N | | 193 | 7 | 44 | 5 | 45 |
| ELECTRIC SWITCHBOARDS | OBS16258 | N | | 73 | 7 | 44 | 2 | 45 |
| GENERATORS SWITCHBDS | OBS16111 | N | | 54 | 7 | 44 | 6 | 45 |
| SWITCHGEAR EQUIPMENT | 23065ENG 571 | A | | 56 | 8 | 44 | 11 | 44 |
| OIL CIRCUIT BREAKERS | TPS60172L | T | 3 | 462 | 8 | 44 | 12 | 44 |
| ELECTRIC SWITCHBOARDS | OBS16456 | N | | 64 | 8 | 44 | 5 | 45 |
| COMMUNICATION EQUIP | OBS16186 | N | | 52 | 8 | 44 | 3 | 45 |
| ELEC GENERATOR PANELS | OBS16011 | N | | 200 | 8 | 44 | 7 | 45 |
| GENERATORS SWITCHBDS | OBS16007 | N | 3 | 258 | 9 | 44 | 8 | 45 |
| ELECTRIC SUBSTATIONS | OBS17071 | N | | 75 | 9 | 44 | 2 | 45 |
| TURRET CONTROL EQUIP | 2HBXSA25931 | N | | 133 | 9 | 44 | 2 | 45 |
| ELECTRIC GENERATORS | OBS17114 | N | | 66 | 9 | 44 | 4 | 45 |
| ELECTRIC SWITCHBOARDS | OBS16967 | N | | 182 | 9 | 44 | 5 | 45 |
| ELECTRIC SWITCHBOARDS | OBS17113 | N | | 74 | 9 | 44 | 2 | 45 |
| ELECTRIC RELAYS | TPS59337L | T | 3 | 285 | 9 | 44 | 3 | 45 |
| ELEC SUBSTATIONS | TPS59697L | T | 3 | 529 | 9 | 44 | 6 | 45 |
| ELECTRIC SWITCHBOARDS | OBS17492 | N | | 212 | 10 | 44 | 5 | 45 |
| ELECTRIC CONTROLS | TPS66434L | T | 3 | 251 | 10 | 44 | 2 | 45• |
| SUPERCHARGER GEARS | OY 9503 | N | | 52 | 11 | 44 | 7 | 45 |
| SWITCH GEARS | OY11276 | N | | 59 | 11 | 44 | 3 | 45• |
| RELAY PANELS | OBS17591 | N | | 127 | 11 | 44 | 4 | 46 |
| CIRCUIT BREAKERS | OBS17426 | N | | 75 | 11 | 44 | 11 | 45 |
| POWER SWITCHGEARS | OBS20144 | N | | 134 | 11 | 44 | 4 | 45 |
| ELEC SWITCHBOARD PARTS | OBS17507 | N | | 51 | 11 | 44 | 5 | 45 |
| MOTOR CONTROLS | TPS70387L | T | 3 | 123 | 11 | 44 | 3 | 45• |
| SHIP PROPULSION EQUIP | MCC23022 | M | | 103 | 11 | 44 | 5 | 45 |
| ELECTRIC SWITCHBOARDS | OBS20059 | N | | 86 | 12 | 44 | 5 | 45 |
| DISTRIBN SWITCHBOARDS | OBS20195 | N | | 277 | 12 | 44 | 8 | 45 |
| SHIP PROPUL EQUIP | MCC23022 | M | | 339 | 1 | 45 | 8 | 45 |
| ELECTRIC SWITCHBOARDS | OBS20240 | N | | 79 | 1 | 45 | 10 | 45 |
| ELECTRIC SWITCHBOARDS | OBS20243 | N | | 300 | 1 | 45 | 10 | 45 |
| CLASSIFIED | ORD 8124 | N | | 225 | 1 | 45 | 9 | 45 |
| ELEC CIRCUIT BREAKERS | OBS20356 | N | | 67 | 1 | 45 | 7 | 45 |
| MOTORS CONTROLS | TPS75674L | T | 3 | 368 | 2 | 45 | 10 | 45• |
| ELEC MOTORS CONTROLS | TPS76137L | T | 3 | 80 | 2 | 45 | 6 | 45• |
| CIRCUIT BREAKER EQUIP | OBS20684 | N | | 264 | 3 | 45 | 12 | 45 |
| ELECTRIC SWITCHBOARDS | OBS20282 | N | | 61 | 3 | 45 | 9 | 45 |
| DISTRIBUTION SWITCHBDS | OBS20813 | N | | 770 | 3 | 45 | 5 | 46 |
| CIRCUIT BREAKERS | OBS20839 | N | | 173 | 4 | 45 | 12 | 46 |
| ELEC SWITCHBOARDS | OBS20858 | N | | 358 | 4 | 45 | 1 | 46 |
| CIRCUIT BREAKERS | TPS80745L | T | 3 | 126 | 6 | 45 | 12 | 45 |
| ELEC SWITCHBOARDS | OBS21087 | N | | 53 | 6 | 45 | 12 | 45 |
| ELEC SWITCHBOARDS | OBS21077 | N | | 105 | 6 | 45 | 2 | 46 |
| CIRCUIT BREAKERS | 30082ENG 6212 | A | 3 | 59 | 6 | 45 | 12 | 45 |
| CIRCUIT BREAKERS | OBS28175 | N | | 160 | 7 | 45 | 1 | 46 |

1 LOCATION OF WORK NOT DETERMINED. 2 CONTRACTOR, MANUFACTURER AND LOCATION OF WORK NOT DETERMINED. 3 MANUFACTURER BUT NOT CONTRACTOR



| NAME OF MANUFACTURER / LOCATION OF MANUFACTURE / PRODUCT AND CONTRACT NUMBER | | AGENCY | FOOTNOTE | VALUE THOUSANDS DOLLARS | AWARD DATE MO. | AWARD DATE YR. | COMPLETION DATE MO. | COMPLETION DATE YR. |
|---|---|---|---|---|---|---|---|---|
| SHIP ELEC EQUIPMENT | 2HBXSX70158 | N | | 150 | 7 | 45 | 6 | 46 |
| GENERATOR CONTROLS | OBS28148 | N | | 55 | 8 | 45 | 1 | 46 |
| ELECTRICAL MACHRY | TPS89450L | T | 3 | 107 | 8 | 45 | 4 | 46 |
| | | | | 49124 | | | | |
| GENERAL ELECTRIC CO | | | | | | | | |
| PITTSBURG CAL | | | | | | | | |
| ELECTRODES WELDING | NXS32056 | N | | 213 | 1 | 43 | 1 | 44 |
| | | | | 213 | | | | |
| GENERAL ELECTRIC CO | | | | | | | | |
| PITTSFIELD MASS | | | | | | | | |
| ELECTRIC EQUIPMENT | NOY 4634 | N | | 100 | 1 | 41 | 10 | 41• |
| COVERS MOLDED | 102 S31415 | N | | 81 | 3 | 41 | 10 | 41 |
| GUN DIRECTORS MC37 | ORD 7080 | N | | 19462 | 3 | 41 | 2 | 45 |
| MOLDS MOLDED PARTS | NOS90209 | N | | 985 | 8 | 41 | 5 | 43 |
| ELECTRICAL EQUIPMENT | 698ENG 1958 | A | | 497 | 11 | 41 | 3 | 43• |
| MARINE TURBINES | 3063 | M | | 164 | 11 | 41 | 5 | 42• |
| ELECTRICAL EQUIPMENT | TPS 3175L | T | | 62 | 1 | 42 | 9 | 43 |
| TURBOGENERATOR PARTS | OBS 471 | N | | 13768 | 2 | 42 | 11 | 44 |
| TRANSFORMERS | TPS 5862L | T | | 153 | 3 | 42 | 9 | 43 |
| TRANSFORMERS | 978ENG 6188 | A | | 117 | 6 | 42 | 6 | 42 |
| ELECTRICAL EQUIPMENT | TPS13156L | T | | 284 | 7 | 42 | 9 | 43 |
| ELECTRICAL MATERIAL | 102 S35660 | N | | 197 | 7 | 42 | 10 | 42 |
| CAPACITORS | 1131ENG 70L | A | | 61 | 8 | 42 | 2 | 43 |
| ALUMINUM FURNACE EQUIP | TPS16525L | T | | 130 | 9 | 42 | 12 | 42 |
| ELECTRICAL EQUIPMENT | NXS14940 | N | | 296 | 10 | 42 | 4 | 44 |
| TURBO GENERATOR PARTS | OBS 793 | N | | 4019 | 10 | 42 | 11 | 43 |
| MARINE TURBINES | MCC11576 | M | | 301 | 12 | 42 | 12 | 44• |
| ATTACK PLOTTERS | ORD 4749L | N | | 1046 | 12 | 42 | 10 | 44 |
| ELECTRICAL EQUIPMENT | TPS21533L | T | | 51 | 12 | 42 | 4 | 43 |
| SHIP TURBINES | MCC11585 | M | | 266 | 1 | 43 | 1 | 44• |
| TRANSFORMERS | TPS25394L | T | | 80 | 1 | 43 | 9 | 43 |
| VALVES | 1101ENG 6232 | A | | 61 | 2 | 43 | 9 | 43 |
| SHIELDS | ORD 847 | N | | 484 | 2 | 43 | 8 | 44 |
| GUN DIRECTOR PARTS | ORD 999 | N | | 385 | 3 | 43 | 8 | 44 |
| GUN DETECTORS | ORD 3247 | N | | 6449 | 3 | 43 | 6 | 46 |
| GUN DIRECTORS | ORD 3533L | N | | 1554 | 5 | 43 | 9 | 45 |
| FURNACES ELECTRIC ARC | XSS26689 | N | 3 | 60 | 5 | 43 | 4 | 44 |
| FUZE PARTS | 6720RD 6317 | A | | 96 | 5 | 43 | 11 | 43 |
| SEARCHLIGHT PARTS | NXS30271 | N | | 92 | 6 | 43 | 4 | 44 |
| TRANSFORMERS | 37018ENG 7 | A | | 115 | 10 | 43 | 8 | 44 |
| IGN HARNESS ASSYS | 33038 AC 1063 | A | | 2344 | 11 | 43 | 2 | 46 |
| POWER PLANTS | TPS34991L | T | | 75 | 11 | 43 | 10 | 44 |
| GUN DIRECTORS | ORD 4860L | N | | 6243 | 12 | 43 | 9 | 46 |
| ACTIVATOR PARTS | 19059ORD 754 | A | | 87 | 2 | 44 | 6 | 44 |
| SEARCHLIGHT PARTS | OBS12522 | N | | 71 | 2 | 44 | 2 | 45 |
| SYNCHRO EXCITER ASSYS | ORD 5589 | N | | 115 | 2 | 44 | 1 | 45 |
| SYNCHRO CAPACITORS | ORD 5721 | N | | 307 | 2 | 44 | 12 | 44 |
| ARC RECTIFIER EQUIP | TPS42295L | T | 3 | 1188 | 4 | 44 | 10 | 44 |
| ACTIVATORS M1 | 19059ORD 1258 | A | | 106 | 6 | 44 | 10 | 44 |
| ELECTRIC TRANSFORMERS | TPS61319L | T | 3 | 81 | 7 | 44 | 10 | 44• |
| LIGHTNING ARRESTERS | TPS56848L | T | 3 | 119 | 7 | 44 | 7 | 44 |
| ELEC CAPACITR BOXES | ORD 6309 | N | | 234 | 7 | 44 | 11 | 45 |
| SYNCHRO CAPACITORS | ORD 6849 | N | | 732 | 8 | 44 | 10 | 45 |
| ELECTRIC SUBSTATIONS | OBS17071 | N | | 350 | 9 | 44 | 2 | 45 |
| GUN DIRECTORS MK60 | ORD 7120 | N | | 10900 | 9 | 44 | 7 | 47 |
| ELECTRIC MOTORS | OBS15101 | N | | 398 | 9 | 44 | 12 | 45 |
| TRANSFORMERS | TPS65648L | T | 3 | 70 | 9 | 44 | 12 | 44• |
| ELECTRIC SUBSTATIONS | TPS59697L | T | 3 | 211 | 9 | 44 | 4 | 45 |
| RADIO FREQUENCY TABLES | 36039 SC14081 | A | | 122 | 10 | 44 | 3 | 45 |
| ELECTRIC TRANSFORMERS | TPS65627L | T | 3 | 88 | 10 | 44 | 1 | 45• |
| ELECT TRANSFORMERS | TPS74633L | T | 3 | 131 | 1 | 45 | 5 | 45 |
| SHIP PROPUL EQUIP | MCC23022 | M | | 1091 | 1 | 45 | 8 | 45 |
| GUN DIRECTOR MECHS | ORD 8830 | N | | 1058 | 4 | 45 | 6 | 46 |
| GUN DIRECTORS 140 | 30115ORD 1644 | A | | 81 | 4 | 45 | 8 | 45 |
| ELEC SUBSTATION EQUIP | TPS78854L | T | 3 | 124 | 4 | 45 | 8 | 45 |
| ELECTRIC SUBSTATIONS | TPS78762L | T | 3 | 734 | 4 | 45 | 9 | 45 |
| MOBILE SUBSTATIONS | TPS75797L | T | 3 | 695 | 4 | 45 | 9 | 45 |
| ELEVATOR FURNACES | 550 2397 | N | | 94 | 5 | 45 | 1 | 46 |
| | | | | 79285 | | | | |
| GENERAL ELECTRIC CO | | | | | | | | |
| PROVIDENCE R I | | | | | | | | |
| PERCUSSION PRIMERS | 19020ORD 666 | A | | 77 | 9 | 43 | 6 | 44 |
| | | | | 77 | | | | |
| GENERAL ELECTRIC CO | | | | | | | | |
| SAN FRANCISCO CAL | | | | | | | | |
| ELECTRICAL EQUIPMENT | 221 S 1800 | N | | 66 | 9 | 42 | 12 | 42• |
| REPAIR SERVICES | 221 S 1846 | N | | 59 | 10 | 42 | 1 | 43• |
| RADIO SETS | 28004 SC 123 | A | | 17579 | 10 | 43 | 1 | 45 |
| SHOP WORK | 220 S90336 | N | | 150 | 10 | 43 | 6 | 44 |
| | | | | 17854 | | | | |

1 LOCATION OF WORK NOT DETERMINED. 2 CONTRACTOR, MANUFACTURER AND LOCATION OF WORK NOT DETERMINED. 3 MANUFACTURER [illegible]