# Exhibit 6

REPRODUCED AT THE NATIONAL ARCHIVES

DECLASSIFIED
Authority EO 12958
By NW NARA Date 6/26/[illegible]

CONFIDENTIAL

FORM [illegible]
R

MASSACHUSETTS

UNITED STATES OF AMERICA
WAR PRODUCTION BOARD

# AUTHORIZATIONS OF WAR MANUFACTURING FACILITIES FINANCED WITH PUBLIC AND PRIVATE FUNDS THROUGH DECEMBER 31, 1944

| Plant operator and facility location | War products and capacity | | Capacity symbol | Date available | Source of public funds and sponsor | Total cost | Publicly financed: Total | Publicly financed: Structure | Publicly financed: Equipment | Privately financed: Total | Privately financed: Structure | Privately financed: Equipment | Privately financed: Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimated cost in thousands of dollars | | | | | | | |
| BERKSHIRE COUNTY | | | | | | 22,888 | 15,492 | 6,196 | 9,195 | 7,393 | 1,613 | 5,492 | 288 |
| ADAMS | | | | | | | | | | | | | |
| DEWEY AND ALMY CHEMICAL CO | CONDENSER PAPER, .0003 | 15 TONS PER MO | CT | 8-43 | | 125 | – | – | – | 125 | 5 | 120 | – |
| | CONDENSER PAPER, .0005 | 60 TONS PER MO | CT | 8-43 | | | | | | | | | |
| GREAT BARRINGTON | | | | | | | | | | | | | |
| FAN ENGINEERING CO INC | AIRCRAFT ENGINE PARTS | NOT REPORTED | – | 10-43 | DPC-NAVY | 16 | 16 | – | 16 | – | – | – | – |
| HOUSATONIC | | | | | | | | | | | | | |
| RISING PAPER CO | TECHNICAL BUSINESS AND FINE WRITING PAPER | 1,250,000 LBS PER MO | CT | 1-42 | | 191 | – | – | – | 191 | 77 | 108 | – |
| LEE | | | | | | | | | | | | | |
| SMITH PAPER CO | CONDENSER PAPER | NOT REPORTED | – | 1-43 | | 27 | – | – | – | 27 | 27 | – | – |
| | PAPER AND PAPERBOARD | NOT REPORTED | – | 1-45 | | | | | | | | | |
| NORTH ADAMS | | | | | | | | | | | | | |
| SPRAGUE ELECTRIC CO | AMMUNITION | NOT REPORTED | – | 6-43 | NAVY-ORD | 168 | 168 | – | 168 | – | – | – | – |
| | | | | | NAVY-SHIPS | 292 | 15 | – | 15 | 277 | 15 | 212 | – |
| | CERAMIC COATED WIRE | 48,000,000 FT PER MO | CT | 6-43 | DPC-WAR | 659 | 415 | 25 | 390 | 244 | 145 | 99 | – |
| | CAPACITORS AND RESISTORS | 1,200,000 UNITS PER QTR | CT | 5-44 | | | | | | | | | |
| | POWER WIRE WOUND RESISTORS | 52,000 UNITS PER QTR | CT | 5-43 | | | | | | | | | |
| | POWER RESISTORS | 715,000 UNITS PER QTR | CT | 4-43 | | | | | | | | | |
| | GAS MASK ASSEMBLIES | NOT REPORTED | – | – | WAR-ORD | 18 | 18 | – | 18 | – | – | – | – |
| PITTSFIELD | | | | | | | | | | | | | |
| GENERAL ELECTRIC CO | GUN DIRECTORS | $568,000 PER MO | S | 8-43 | NAVY-ORD | 9,192 | 9,192 | 2,627 | 6,565 | – | – | – | – |
| | TURBO-ELECTRIC DRIVE EQUIPMENT | 190 UNITS PER YR | CT | 6-43 | NAVY-SHIPS | 6,019 | 6,019 | 3,733 | 2,286 | – | – | – | – |
| | A. C. GENERATORS | 6,000 UNITS PER YR | CT | 6-43 | NAVY-SHIPS | 7,902 | 238 | – | 238 | 7,664 | 469 | 2,791 | 222 |
| | RESISTORS | 795,000 UNITS PER QTR | CT | 5-43 | | | | | | | | | |
| | CAPACITORS | 2,500,000 UNITS PER QTR | CT | 5-43 | | | | | | | | | |
| | RECTIFIERS | 320 UNITS PER QTR | CT | 5-43 | | | | | | | | | |
| | D. C. SHOCK-PROOF MOTORS | 5,220 UNITS PER QTR | CT | 6-45 | | | | | | | | | |
| | MODULATORS AND TRANSFORMERS | 18,200 UNITS PER QTR | CT | 12-43 | | | | | | | | | |
| | FRACTIONAL HORSEPOWER AC MOTORS | 168,279 UNITS PER QTR | CT | 2-43 | | | | | | | | | |
| | PLASTIC PRODUCTS | $3,375,070 PER QTR | CT | 3-43 | | | | | | | | | |
| JONES E D AND SONS CO | SEARCHLIGHT BRACKETS | 67 UNITS PER QTR | CT | 6-43 | | 2,705 | – | – | – | 2,705 | 251 | 1,929 | 25 |
| | HYPROLAP COLUMNS | 20 UNITS PER QTR | CT | 5-43 | NAVY-SHIPS | 68 | 40 | – | 40 | 28 | – | 28 | – |
| | ESCORT DESTROYER BEARINGS | 47 SETS PER QTR | CT | 5-43 | | | | | | | | | |
| | MACHINE GUN TURRETS | 800 UNITS PER QTR | CT | 5-43 | | | | | | | | | |
| MAYS AUTO PARTS INC | MILLING CUTTERS, TOOLS, GAUGES, JIGS AND FIXTURES | $150,000 PER QTR | CT | 4-42 | | 50 | – | – | – | 50 | 18 | 30 | 2 |
| ROBBINS GAMWELL CORP | LIQUID LEVEL GAGES | 5,000 UNITS PER MO | CT | 6-42 | | 26 | – | – | – | 26 | 26 | – | – |
| WILLIAMSTOWN | | | | | | | | | | | | | |
| CORNISH WIRE CO INC | BARE AND INSULATED COPPER WIRE | 1,800 MILES PER MO | CT | 1-43 | DPC-WAR | 190 | 134 | – | 134 | 56 | – | 56 | – |
| | SYNTHETIC JACKETED TYPE C. O. CORDAGE | 30,000,000 FT PER YR | CT | 5-44 | | | | | | | | | |
| BRISTOL COUNTY | | | | | | 13,195 | 5,753 | 82 | 5,671 | 7,442 | 2,033 | 4,845 | 564 |
| ATTLEBORO | | | | | | | | | | | | | |
| AMERICAN METALCRAFTS CO | ARMY INSIGNIAS AND ORNAMENTS | $150,000 PER MO | S | 4-42 | | 150 | – | – | – | 150 | 150 | – | – |
| AUTOMATIC MACHINE PRODUCTS CO | PRIMER BODIES, M-35 | 5,000,000 UNITS PER QTR | CT | 12-43 | | 299 | – | – | – | 299 | 102 | 187 | 10 |
| | PRIMERS, M-33 | 200,000 UNITS PER QTR | CT | 12-43 | | | | | | | | | |
| | ANTI-TANK MINE FUSES, M1A2 | 225,000 UNITS PER QTR | CT | 12-43 | | | | | | | | | |
| LAPHAM TOOL AND STAMPING CO | STAMPED METAL PRODUCTS | $140,000 PER MO | CT | – | | | | | | | | | |
| MAKEPEACE D E CO | BRASS AND COPPER TUBING | 400 LBS PER WK | CT | 2-43 | | 45 | – | – | – | 45 | 36 | – | – |
| | TURRET RINGS | 6,500 UNITS PER WK | CT | 2-43 | | 88 | – | – | – | 88 | 11 | 77 | – |
| | RADIATORS | 725 UNITS PER WK | CT | 2-43 | | | | | | | | | |
| | SILVER STRIPS FOR CONTACT | 720 LBS PER WK | CT | 2-43 | | | | | | | | | |
| | KLYSTRON TUNERS | 10 UNITS PER WK | CT | 2-43 | | | | | | | | | |
| | BIMITAL TAPE | 16,500 FT PER WK | CT | 2-43 | | | | | | | | | |
| | SPECIAL COLLECTOR RINGS | 2,000 UNITS PER WK | CT | 2-43 | | | | | | | | | |
| METALS AND CONTROLS CORP | THERMOSTATIC METALS, ELECTRICAL CONTACT MATERIALS, SHIP RINGS | $1,218,000 PER QTR | S | 4-43 | | 151 | – | – | – | 151 | 125 | 26 | – |

CONFIDENTIAL



[illegible]