# Exhibit 14

No. 2-3290
54.090
5-10-68

APPENDIX A
Item 2
Capacitor Design and Guaranteed Performance Data

1. Capacitor Design Data

a. Manufacturer's type or catalog number Westinghouse Type DV

b. Volts 7200 Kvar 100 No. of Phases 1

c. Weight per unit 67 lbs.

d. Tank material and finish 409 Stainless Steel, 1 primer, 1 finish* coat

e. Impregnating liquid Monsanto Arcolor 1242

f. Foil Aluminum

g. Paper Thickness Paper 1 sheet 0.55 mils
Film 2 sheets 0.50 mils each

h. Dielectric stress ~~(voltage between adjacent foils divided by total paper thickness)~~ at rated voltage Film 1190 VPM, Paper 449 VPM

i. Paper pad (sum of the thicknesses of all sheets making up paper pad) thickness Omit

j. Describe tests or other criteria used to verify corona-free performance, or attach curve of corona start voltage versus ambient temperature obtained from actual tests.

See attached

2. Capacitor Guaranteed Performance Data

a. Average watts loss per Kvar when operated at rated load in 40 degree C ambient .55

b. Maximum internal hottest spot temperature at 110% rated voltage in an ambient temperature of 46 degrees C for a period of at least 24 hours 85° C

*Primer, alkyd zinc chromate, finish-oven dried acrylic



*00203200*