# Exhibit 24

DEPARTMENT OF THE NAVY
U.S. NAVY PUBLIC WORKS CENTER
FPO SAN FRANCISCO 96630-2937

IN REPLY REFER TO:
5800
26 JUNE 1987

Exhibit O

From: LTJG Henry Vaness Dobson, Jr., Staff Civil Engineer (Code104P), U.S. Navy Public Works Center, Guam
To: Judge Advocate General
Via: (1) Commanding Officer, U.S. Navy Public Works Center, Guam
(2) Commander U.S. Naval Forces Marianas

Subj: INVESTIGATION OF PCB OIL SPILL AT PITI POWER PLANT ON 26 MAY 87

Ref: (a) JAGMAN

Encl: (1) CO, PWC ltr 5800 Ser 20/87-092 of 28 May 87
(2) Photo of transformer 9596386 in place
(3) Photo of transformer nameplate
(4) Excerpt from The PCB Regulations under TSCA
(5) Summary of statement by Ken Munson
(6) UNIT SITREP of 260601Z MAY 87
(7) UNIT SITREP of 290536Z MAY 87
(8) Hazardous substance release report
(9) Statement of LTJG Dobson
(10) Statement of P. Esteban
(11) Statement of J. Tajalle
(12) Statement of R. Agustin
(13) Statement of A. Mendiola
(14) Statement of D. Castro
(15) Statement of N. Corcuera
(16) Statement of P. Untalan
(17) Statement of L. Guerrero SLG
(18) Statement of A. Laxamano
(19) Statement of H. Guerrero
(20) Statement of J. Aguon
(21) Statement of D. Calvo
(22) Statement of J. Lujan
(23) Statement of B. Abuan
(24) Statement of A. Castro
(25) Statement of S. Cachero
(26) Statement of A. Ordona
(27) Statement of J. Borja
(28) Statement of R. Santos
(29) Statement of M. Tenorio
(30) Statement of E. Aguon
(31) Statement of LTJG Dobson concerning J. Quinata
(32) Statement of LTJG Dobson concerning F. Izezaki
(33) Statement of V. Diaz
(34) Statement of R. Basto
(35) Statement of T. Santos
(36) Statement of P. Dancel
(37) Statement of J. Farnum
(38) Statement of E. Patague
(39) Statement of M. Lumbang
(40) Statement of D. Pangelinan
(41) Statement of L. [illegible]

FR000130

(42) Excerpt from Environmental Engineering Log
(43) Photo of Transformer during removal
(44) Photo of transformer junction box
(45) Photo of electrical connections
(46) Photo of rupture plug
(47) Facility inspection report
(48) Summary of statement by Dr. Sprague
(49) PACDIV trip report
(50) Excerpt from the Major Maintenance and Repair Program
(51) Summary of statement by D. Calvo
(52) Summary of statement by J. Davis

PRELIMINARY STATEMENT

1. The following is submitted in response to enclosure (1) and in accordance with reference (a), to inquire into the circumstances surrounding the subject oil spill. As of this date, all reasonably related evidence has been collected. This report does not fulfill the requirements of enclosure (1) since the PCB oil clean up has not been completed. Enclosure (7) was released after the conditions of the spill had been determined and therefore is assumed to be more accurate than enclosure (6).

FINDINGS OF FACT

1. Piti power plant contained transformer 9596386. (enclosures 2&3)

2. Transformer 9596386 is a General Electric 2000KVA pyranol type. (enclosure 3)

3. Pyronal is a trade name for transformer oil which contains PCBs. (enclosure 4)

4. PCBs (Poly Chlorinated Biphenyls) are a common ingrediant in many dielectric fluids in electrical equipment. The generation of PCBs has decreased drastically resulting from the widespread environmental concerns. (enclosure 4)

5. Transformer 9596386 was installed during construction of Piti power plant in 1949. The transformer was started in 1951. (enclosure 5)

6. At 1522 local time on 26 May 1987, a termination box on transformer 9596386 failed at a blow out plug allowing approximately 20 gallons of transformer oil to escape in the forms of oil spray and oil vapor cloud. (enclosures 5,6,7&10 thru 41)

7. At 1601 local time on 26 May 1987, a UNIT SITREP explaining the situation was was sent to COMNAVMAR. (enclosure 6)

8. At 1602 local time on 26 May 1987, a hazardous substance release report was sent to COMNAVMAR and the COAST GUARD. (enclosure 8)

9. Guam EPA was advised of the situation by phone. (enclosure 8)

10. The contamination was limited to Piti power plant. The environment outside the plant was not impacted. (enclosure 7)

11. On 26 May 1987 at about 1600, the contaminated areas were roped off by David Castro and Joaquin Lujan and clean up personnel arrived and entered the plant wearing protective gear. (enclosure 9&14)

12. PWC codes 20A and 104.2 were on site instructing personnel and making a list of affected individuals. (enclosures 16,19&21)

13. Thirty-two individuals reported some exposure to the PCB oil. (enclosures 10 thru 41)

14. On 26 and 27 May 1987, 22 individuals went to Naval Hospital for examination. The treatment included showering, recording of vital signs, and brief physicals. (enclosures 12 thru 33)

15. On 27 May thru 4 June 1987, 9 of the individuals who had gone to the Naval hospital went to the Occupational Health Clinic for blood tests and questioning. (enclosures 14,16,19,23,24,27,28,31&32)

16. Eight individuals left work without being examined but went to the clinic on 27 thru 29 May 1987.(enclosures 34 thru 41)

17. Two individuals have received no treatment. (enclosures 10&11)

18. Ten individuals reported physical discomforts such as dizziness, breathing difficulty, coughing, and watery eyes.(enclosures 11,16,17,19,21,22,23,31,32&41)

19. On 29 May 1987, transformer 9596386 was removed from Piti power plant, loaded onto a trailer, and transported to PWC's PCB building for final clean up and transfer to DRMO. (enclosures 7,42&43)

20. The cause of the failure was determined to be a pressure buildup within the junction box. Initially, the cause of the pressure buildup was thought to be an electrical short inside the termination box. After careful examination of the terminals, no evidence of arcing or a short was found. The actual cause of the pressure buildup is not known and cannot be determined. The transformer did fail at a built in rupture plug. (enclosures 5,7,44,45&46)

21. A quarterly inspection of transformer 9596386 was performed on 27 January 1987 and no deficiencies were noted. (enclosure 47).

22. The long term effects of PCB contamination are many and it is not known what effect this spill will have on the contaminated personnel. Some of the possible effects are liver injuries, damages to the immune system, and irritation of skin, mucous membranes, and respiratory passages. (enclosure 48)

23. PWC forces are still decontaminating the plant and cleanup is expected to take a total of 4 to 6 months. (enclosure 49)

24. Transformer 9596386 was scheduled for replacement in fiscal year 1989. (enclosure 50)

25. Personnel working in and around PCB filled equipment do not go through any formal training program on the effects of PCBs. (enclosure 51)

26. Transformer 9596386 was labeled as containing PCBs at the time of the incident. (enclosure 52)

OPINIONS

RECOMMENDATIONS

Very Respectfully,

H. V. Dobson, Jr.

GA 000001


GENERAL ELECTRIC
THREE PHASE
CYCLES 60
NO.
2000 KVA
CONTINUOUS
55 C RISE
VOLTAGE RATING 13800-480
HIGH VOLTAGE CONNECTIONS
TAP CHANGERS
15180 76.2 A TO B
14835 77.9 B TO C
14490 79.7 C TO D
14145 81.6 D TO E
13800 83.7 E TO F
APPROXIMATE IMPEDANCE
AT 2000 KVA
CAUTION: BEFORE INSTALLING OR OPERATING READ
GEI-19150, GEI-28020 CONTAINED IN
SCHENECTADY
HIGH VOLTAGE
LOW VOLTAGE
WINDING VOLTAGE
13800
480
TANK AND FITTINGS 5100 POUNDS
NO 1467 PYRANOL MAIN TANK
NO 1467 PYRANOL HV JUNC BOX
COMP IN TERM BOX
APPROX WEIGHTS TOT 21300 POUNDS
MADE IN U.S.A.
UNIT SUBSTATION
PYRANOL TRANSFORMER
REVISIONS -
ETCHED STL STN NO 87A2C
WITH BLACK BAKING ENAMEL