# Exhibit E

VV–I–1219

March 24, 1967

# INSULATING FLUID, ELECTRICAL (NONCOMBUSTIBLE)

## FEDERAL SPECIFICATION

This specification was approved by the Commissioner, Federal Supply Service, General Services Administration, for the use of all Federal agencies.

### 1. SCOPE

1.1 This specification covers one type and grade of a noncombustible, electrical, insulating fluid (askarels) (see 6.1).

### 2. APPLICABLE DOCUMENTS

2.1 Specifications and standards. The following specifications and standards, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein:

Federal Standard:

Fed. Std. No. 123—Marking for Domestic Shipment (Civilian Agencies).

(Activities outside the Federal Government may obtain copies of Federal Specifications, Standards, and Handbooks as outlined under General Information in the Index of Federal Specifications and Standards and at the prices indicated in the Index. The Index, which includes cumulative monthly supplements as issued, is for sale on a subscription basis by the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

(Single copies of this specification and other product specifications required by activities outside the Federal Government for bidding purposes are available without charge at the General Services Administration Regional Offices in Boston, New York, Washington, D.C., Atlanta, Chicago, Kansas City, Mo., Dallas, Denver, San Francisco, Los Angeles, and Seattle, Wash.

(Federal Government activities may obtain copies of Federal Specifications, Standards, and Handbooks and the Index of Federal Specifications and Standards from established distribution points in their agencies.)

Military Standards:

MIL–STD–105—Sampling Procedures and Tables for Inspection by Attributes.

MIL–STD–290—Packaging, Packing and Marking of Petroleum and Related Products.

(Copies of Military Specifications and Standards required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications. The following documents form a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on the date of invitation for bids or request for proposal shall apply:

American Society for Testing and Materials (ASTM) Designation:

D 88—Standard Method of Test for Saybolt Viscosity.
D 92—Standard Method of Test for Flash and Fire Points by Cleveland Open Cup.
D 97—Standard Methods of Test for Cloud and Pour Points.
D 877—Standard Method of Test for Dielectric Breakdown Voltage of Insulating Liquids Using Disk Electrodes.
D 924—Standard Method of Test for Power Factor and Dielectric Constant of Electrical Insulating Liquids.
D 974—Standard Method of Test for Neutralization Number by Color—Indicator Titration.
D 1169—Standard Method of Test for Specific Resistance (Resistivity) of Electrical Insulating Liquids.
D 1533—Standard Method of Test for Water in Insulating Liquids (Karl Fischer Method).
D 1701—Standard Method of Test for Scavanger Content of Askarels.
D 1809—Tentative Method for Sampling Askarels.

FSC 9160

WM 012206

*01010358*

D 1810—Standard Method of Test for Specific Gravity of Askarels.
D 1821—Standard Method of Test for Inorganic Chlorides in Askarels.
D 2129—Standard Method of Test for Color of Chlorinated Aromatic Hydrocarbons (Askarels).

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race St., Philadelphia, Pa. 19103.)

(Technical society and technical association specifications and standards are generally available for reference from libraries. They are also distributed among technical groups and using Federal agencies.)

## 3. REQUIREMENTS

3.1 Materials. The insulating fluid shall be a synthetic, non-flammable, electrical insulating and cooling liquid of the chlorinated aromatic hydrocarbon type (askarels).

3.2 Properties. The electrical insulating fluid shall be clear, and shall conform to the requirements specified in table I when tested as specified in 4.3.2.

Table I Requirements of electrical insulating fluid

| Properties | Min. | Max. |
|---|---|---|
| Fire point, °F. | None to boiling | |
| Pour point, °F. | — | —22 |
| Color, APHA | | 150 |
| Viscosity at 100° F., saybolt universal seconds (SUS) | 41 | 56 |
| Specific gravity 60°/60° F. | 1.560 | 1.571 |
| Inorganic chlorides, p.p.m. | — | 0.10 |
| Neutralization number, mg. KOH/g. of fluid | — | 0.02 |
| Water content, p.p.m. | — | 30 |
| Dielectric strength 0.1 inch gap at 25° D., KV | 35 | — |
| Dielectric constant, 100° C., 1 KC | 3.7 | 4.3 |
| Resistivity at 100° C., 500 volts D. C., 0.1 inch gap, ohm-cm. | 100 x $10^9$ | — |
| Scavenger content, percent | | |
| Phenoxypropene oxide | 0.18 | 0.22 |
| or | | |
| Di-epoxide type, compound | 0.11 | 0.14 |

3.3 Labeling. Each unit container shall be durably and legibly marked with the following information:

"Avoid prolonged or repeated contact with skin."

3.4 Net content. The average net content per unit container shall be not less than specified.

## 4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified, the supplier may utilize his own facilities or any commercial laboratory acceptable to the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure that supplies and services conform to prescribed requirements.

4.2 Inspection. Sampling for inspection shall be performed in accordance with MIL-STD-105, except where otherwise indicated.

4.2.1 Component and material inspection. In accordance with 4.1, components and materials shall be inspected and tested in accordance with all the requirements of referenced specifications, drawings, and standards unless otherwise excluded, amended, modified, or qualified in this specification or applicable purchase documents.

4.3 Inspection of the end item.



WM 012207

*01010359*

4.3.1 Examination of the end item. The end item shall be examined for the defects in the applicable subparagraphs at the inspection levels and acceptable quality levels (AQLs) set forth in 4.3.1.4. The lot size shall be expressed in unit containers of the specified capacity for the examinations in 4.3.1.1 and 4.3.1.2 and in units of shipping containers for the examinations in 4.3.1.3.

4.3.1.1 Examination of the unit container. The sample unit for this examination shall be one filled unit container.

| Examine | Defect |
|---|---|
| Construction | Not as specified. |
| Workmanship | Dirty, dented, evidence of leakage. |
| Closure | Not as specified. |
| Markings (label or printing) | Missing, incomplete, incorrect, illegible. Does not contain labeling information specified in 3.3. |

4.3.1.2 Examination for average net contents. The sample unit for this examination shall be one filled unit container. This examination shall be made on filled, sealed, unopened containers by the method of container tare weights, volumes, and specific gravities of the insulating fluids. The lot shall be unacceptable if the average net contents per container for all sample units examined is less than specified or indicated.

4.3.1.3 Examination of preparation for delivery. An examination shall be made to determine that markings, materials, and workmanship comply with the requirements of section 5. The sample unit shall be one shipping container, fully packed, selected just prior to the closing operation. Closed shipping containers shall be examined for closure defects. This examination does not apply when the unit container is the shipping container.

| Examine | Defect |
|---|---|
| Markings | Incorrect; incomplete; illegible; omitted; of improper size, location, sequence, or method of application. |
| Materials | Any nonconforming component; component missing, damaged. |
| Workmanship | Inadequate application of components such as: incomplete closure of case liners, container flaps, loose or inadequate sealing, strapping, or stapling. Bulged or distorted container. |

4.3.1.4 Inspection levels and acceptable quality levels (AQLs) for examinations. The inspection levels, for determining the sample size, and the AQLs, expressed in defects per one hundred units, shall be as follows:

| Examination paragraph | Inspection level | AQLs |
|---|---|---|
| 4.3.1.1 | S–3 | 2.5 |
| 4.3.1.2 | S–3 | N/A |
| 4.3.1.3 | S–1 | 2.5 |

4.3.2 Testing of the end item. The applicable methods of testing specified in the ASTM Standards as listed in table II shall be followed for each lot. The lot size shall be expressed in gallons of electrical insulating fluid. As specified in table II, tests shall be performed on the composite or on the sample units. The sample unit for testing shall be one gallon of insulating fluid. The sample size shall be as specified below. The composite sample for testing shall be a one gallon quantity obtained by thoroughly mixing equal portions from sample selected at random throughout the lot in the sample size frequency indicated below. The procedure for obtaining the sample units and composite shall be as specified in ASTM D 1809. Care shall be exercised to prevent contamination or alteration of sample units and composite during sampling, storage, and testing. All test reports shall contain the individual values utilized in expressing the final results. The lot shall be unacceptable if any sample unit or the composite fails to meet any test requirement specified.

WM 012208



*01010360*

| Lot size (gallons) | Sample size |
|---|---|
| 800 or less | 2 |
| 801 up to and including 22,000 | 3 |
| 22,001 or more | 5 |

Table II. Instructions for testing of the end item

| Characteristic | Specification reference | | Requirements applicable to | | Number determinations per unit | Results reported as | | Inspect. level | AQL |
|---|---|---|---|---|---|---|---|---|---|
| | Requirement | Test method | Samp. unit | Comp. samp. | | Pass or fail | Numerically to nearest | | |
| Fire point, COC | Table I | D 92 | | X | 1 | Pass or fail. | | | |
| Pour point | Table I | D 97 | | X | 2 | Average of 2 determinations to nearest 1° C. | | | |
| Color, APHA | Table I | D 2129 | | X | 1 | Pass or fail. | | | |
| Viscosity at 100° F., saybolt universal seconds (SUS) | Table I | D 88 | | X | 2 | Average of 2 determinations to nearest second. | | | |
| Specific gravity | Table I | D 1810 | | X | 2 | Average of 2 determinations to nearest 0.001. | | | |
| Inorganic chlorides | Table I | D 1821 | | X | 2 | Average of 2 determinations to nearest 0.01 p.p.m. | | | |
| Neutralization number | Table I | D 974 | | X | 2 | Average of 2 determinations to nearest 0.01 mg KOH/g. of fluid. | | | |
| Water content | Table I | D 1533 | X | | 2 | Average of 2 determinations to nearest 1 p.p.m. | | | |
| Dielectric strength | Table I | D 877 [1] | X | | 2 | Average of 2 determinations to nearest 1 KV. | | | |
| Dielectric constant | Table I | D 924 [2] | X | | 2 | Average of 2 determinations to nearest 0.1 unit. | | | |
| Resistivity | Table I | D 1169 [3] | X | | 2 | Average of 2 determinations to nearest 1 x 10⁹ ohm—cm. | | | |
| Scavenger content | Table I | D 1701 | | X | 2 | Average of 2 determinations to nearest 0.01 percent. | | | |

[1] The routine testing (10(b)) shall be followed: however, for each sample unit only one breakdown shall be made on each of two fillings of the test cup. The average of these two values shall be reported and no retesting shall be allowed.

[2] The referee tests procedure shall be followed for these determinations. Only two measurements per sample unit shall be made and the average of these reported.

[3] The referee tests procedure shall be followed for this determination. Two measurements per sample unit shall be made (17(a), (b), (c), (d) only) and the average of these reported. The time of electrification shall be one minute.

## 5. PREPARATION FOR DELIVERY

5.1 Packaging and packing. The electrical insulating fluid shall be furnished in 5-gallon quantities. Packaging and packing for each level of protection shall be in accordance with the applicable requirements of MIL-STD-290 (see 6.2).



WM 012209

*01010361*

5.2 Marking.

5.2.1 Civil agencies. In addition to any special marking required by the contract or order, interior packages and shipping containers shall be marked in accordance with Fed. Std. No. 123.

5.2.2 Military agencies. Unit containers and shipping containers shall be marked for shipment in accordance with MIL-STD-290.

6. NOTES

6.1 Intended. The use of electrical insulating fluid is generally regulated by the engineering design of the electrical apparatus. The electrical insulating fluid covered by this specification is a chlorinated aromatic hydrocarbon (askarels) intended for use as an insulating and cooling medium in electrical transformers when a noncombustible fluid is required.

6.1.1 Precaution in use. The electrical insulating fluid covered by this specification is not interchangeable with electrical insulating oils covered by VV-I-530 for any specified electrical equipment or component. The electrical insulating fluid must never be mixed with the insulating oil. When transferring electrical insulating fluid from its original container, great care should be taken to prevent contamination with moisture, dirt, and foreign matter. These impurities cause rapid deterioration of the dielectric strength. Care should also be taken in sealing partially filled containers.

6.2 Ordering data. Purchasers should select the preferred options permitted herein and include the following information in procurement documents:

(a) Title, number, and date of this specification.

(b) Selection of applicable levels of packaging and packing (see 5.1).

MILITARY CUSTODIANS:

Army—GL
Navy—SH
Air Force—68

Review activities:

Army—GL, MD, MR
Navy—SH
Air Force—68

User activities:

Army—CE, EL

Preparing activity:

Army—GL

Civil Agencies interest:

| | |
|---|---|
| AGR | HEW |
| COM | INT |
| GPO | JUS |
| GSA | VA |

Review and user information is current as of the date of this document. For future coordination of changes to this document, draft circulation should be based on the information in the current Federal Supply Classification Listing of DOD Standardization Documents.

U.S. Government Printing Office: 1967

Orders for this publication are to be placed with General Services Administration, acting as an agent for the Superintendent of Documents. See section 2 of this specification to obtain extra copies and other documents referenced herein. Price 5 cents each.



WM 012210

★ GPO : 1967 O - 252-613 (327)

*01010362*