# Exhibit F

DECLASSIFIED
Authority NND917583

IN REPLY ADDRESS NOT THE SIGNER OF THIS LETTER, BUT SHIPS PARTS CONTROL CENTER, NAVAL SUPPLY DEPOT MECHANICSBURG, PA.

REFER TO NO.

736:peb
SP #01811

**SHIPS PARTS CONTROL CENTER**
**U. S. NAVAL SUPPLY DEPOT**
**MECHANICSBURG, PA.**

MAR 26 1952

From: Commanding Officer
To: Supervisor of Shipbuilding, USN & NIO, Newport News, Va.

Subj: Aircraft Carrier (CVB59); voltage regulators; 1500 K.W. turbine generator sets; General Electric Company; assignment of standard Navy stock numbers and recommended 12 months' supporting stock quantity of repair parts for

Ref: (a) SUPSHIP Newport News ltr Code 255a CVB59/S61-1 H506-400-1 Ser 2258 of 21 Feb 1952
(b) SPCC Mech. ltr 736:peb SP #01811 of 27 Feb 1952

Encl: (1) Stock Repair Parts List - voltage regulator
(2) Tagging and Shipping Instructions

1. Reference (b) acknowledged receipt of reference (a) and enclosures thereto and advised that information concerning stock numbers and recommended supporting spares would be forwarded to the Supervisor of Shipbuilding, ~~xxxxxxxxxxxx~~ Newport News, with information copy to the Bureau of Ships.

2. Enclosure (1) contains SPCC's supporting stock recommendations and available standard Navy stock numbers.

572

V. E. MILLS
By direction

8

Copy to:
BUSHIPS

CVB59 class/S61

328/1599

ENCLOSURES RECEIVED III 243

ENCLOSURES RECEIVED ... 58 ... 20

BUREAU OF SHIPS

Form No. 396-B

STOCK REPAIR PARTS LIST
4ND-NSO-3100

**DECLASSIFIED**
Authority NND917583

| DATE | PROJECT NO. |
|---|---|
| 4 MARCH 1952 | 01811 |
| | PAGE 1 OF 3 |

| SHIPBUILDER | COGNIZANCE: NAVSHIPYD SUPSHIP BUSHIPS | SHIP (CLASS) HULL NO. (LIST ALL HULL NOS.) | DATE |
|---|---|---|---|
| NEWPORT NEWS SHPBLDG AND DRY DOCK Co. | NEWPORT NEWS, VA. | CVB 59 | 4 MARCH 1952 |

| NAME OF EQUIPMENT | NO. OF EQUIP. | MANUFACTURER'S NAME | CONTRACT/P.O. NO. |
|---|---|---|---|
| VOLTAGE REGULATOR FOR SHIPS SERVICE GENERATOR | 16 | GENERAL ELECTRIC Co. | NOBS 2844 |

| EQUIPMENT NAMEPLATE DATA AND SERIAL NO. | BUSHIPS AND/OR EQUIPMENT MANUFACTURER PLAN NO. |
|---|---|
| TYPE 3GNA12A2 1500KW 3PH - 60CYCLE - 1200RPM - 450 VOLT | G.E.Co. MASTER DWG. WW-9016741 AND W-4150278 BUSHIPS 92913-S6202-545825 ALT 4 AND 99013-S6202-2285 ALT 1 CDSHEET CVB59-S6202-562390 REV.A |

| ITEM NO. | STANDARD NAVY STOCK NUMBER AND NOMENCLATURE | MFR. PART NO. OR PLAN & PIECE NO. | PRIME MANUFACTURER | PRIME MFR. PART NO. OR PLAN & PIECE NO. | UNIT ISSUE & CU. IN. | UNIT PRICE & WEIGHT | EQUIP. MFRS. RECOMMENDED 12 MO. QUAN. | SPCC RECOMMENDED 12 MO. QUAN. |
|---|---|---|---|---|---|---|---|---|
| 1 | H17GE-32425 CAPACITOR | | GE | 23F361 | EA. | 13.80 | | 3 * |
| 2. | H17GE-32420 CAPACITOR | | GE | 28F246 | EA. | 24.70 | | 3 * |
| 3 | H17GE-32421 CAPACITOR | | GE | 23F359 | EA. | 20.20 | | 3 * |
| 4 | H17GE-32422 CAPACITOR | | GE | 23F472 | EA. | 17.70 | | 3 * |
| 5 | H17GE-32423 CAPACITOR | | GE | 23F471 | EA. | 22.40 | | 3 * |
| 6 | H17GE-32419 RECTIFIER | | GE | 6RS5CB6V | EA. | 14.50 | | 6 * |
| 7 | H17GE-30791 RECTIFIER | | GE | 6RS5CB9V | EA. | 14.00 | | 6 * |

DECLASSIFIED
Authority NND917583

STOCK REPAIR PARTS LIST (CONTINUATION SHEET)
4ND-NSD-3100A

DATE 4 MARCH 1952 | PROJECT NO. 01811 | PAGE 2 OF 3

| ITEM NO. | STANDARD NAVY STOCK NUMBER AND NOMENCLATURE | MFR. PART NO. OR PLAN & PIECE NO. | PRIME MANUFACTURER | PRIME MFR. PART NO. OR PLAN & PIECE NO. | UNIT ISSUE & ... IN. | UNIT PRICE & ALLOT | EQUIP. MFRS. RECOMMENDED 12 MO. QUAN. | SPCC RECOMMENDED 12 MO. QUAN. |
|---|---|---|---|---|---|---|---|---|
| 8 | H17WAL-11698 RESISTOR | | WAL | 9038961 | EA. | 14.00 | | 5 * |
| [illegible] | H17WAL-11188 RESISTOR | | WAL | K-41351 | EA. | 15.00 | | 5 * |
| 10 | H17WAL-11699 RESISTOR | | WAL | K-41353 | EA. | 3.00 | | 5 * |
| 11 | H17GE-32424 CAPACITOR | | GE | 23F473 | EA. | 19.40 | | 3 * |
| 12 | H17GE-30531 TAP SWITCH | | GE | 9658163PT1 | EA | 5.00 | | 5 * |
| 1[illegible] | H17WAL-10038 SPRING | | WAL | 16571.92-1 | EA. | 7.70 | | 16 * |
| 14 | H17WAL-10059 CONTACT ARM ASSY | | WAL | 15460.22-2 | EA. | 3.50 | | 32 * |
| 15 | H17GE-20727 CONTACT | | GE | 6305079G7 | EA. | .24 | | 448 * |
| 16 | H17GE-32417 CONTACT | | GE | 6401092NPT6 | EA. | 2.80 | | 16 * |

DECLASSIFIED
Authority NND917583

STOCK REPAIR PARTS LIST (CONTINUATION SHEET)
AND-NSO-3100A

DATE 4 MARCH 1952

01811
PAGE 3 OF 3

| ITEM NO. | STANDARD NAVY STOCK NUMBER AND NOMENCLATURE | MFR. PART NO. OR PLAN & PIECE NO. | PRIME MANUFACTURER | PRIME MFR. PART NO. OR PLAN & PIECE NO. | UNIT ISSUE & CONTN. | UNIT PRICE & WEIGHT | EQUIP. MFRS. RECOMMENDED 12 MO. QUAN. | SPL RECOMMENDED 12 MO. QUAN. |
|---|---|---|---|---|---|---|---|---|
| 17 | H17GE-32015<br>CONTACT X SUPPORT | | GE | 6304969NPT6 | EA | 2.80 | | 16 * |
| 18 | H17GE-21417<br>TRANSFORMER | | GE | 3195796 | EA. | 20.00 | | 5 PSL |