**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MONSANTO COMPANY, PHARMACIA, LLC,
and SOLUTIA, INC.,

                    Plaintiffs,

        v.

MAGNETEK, INC.,
GENERAL ELECTRIC CO.,
PARAMOUNT GLOBAL,
KYOCERA AVX COMPONENTS
CORPORATION,
CORNELL-DUBILIER ELECTRONICS, INC.
And THE GILLETTE COMPANY LLC,

                    Defendants.

Case No.  4:23-cv-00204-JMD

**NOTICE OF WITHDRAWAL OF KRAFT HEINZ FOODS COMPANY'S
MOTION TO INTERVENE WITHOUT PREJUDICE**

COMES NOW Kraft Heinz Foods Company ("Kraft Heinz"), by and through its undersigned attorneys, and hereby gives notice of the withdrawal, without prejudice, of its previously filed Motion to Intervene at ECF Nos. 122 and 123.

On September 29, 2023, Kraft Heinz filed its Motion to Intervene and accompanying Memorandum in Support. (ECF Nos. 122, 123.) On October 13, 2023, Plaintiff Monsanto Company filed a response in opposition to the Motion to Intervene. (ECF No. 125.) On October 23, 2023, Kraft Heinz filed a reply (ECF No. 128) and on November 20, 2023, Monsanto Company filed a sur-reply (ECF No. 132). The Motion to Intervene has been fully briefed but not yet submitted or ruled upon.

Subsequent to those filings, on February 6, 2024 the Court granted Plaintiffs' Motion to Remand (ECF No. 133), which order was ultimately vacated by the United States Court of Appeals for the Eighth Circuit with the mandate issued on March 6, 2025 (*see* ECF Nos. 159,

160, and 163). On July 22, 2026, this Court issued its Order Denying Motion to Remand (ECF No. 226) and set oral argument on Defendants' Motions to Dismiss for August 5, 2025.  (ECF No. 227).   The Court did not set the Motion to Intervene for hearing or take it under submission.

Given the current procedural posture of the case as summarized above, Kraft Heinz respectfully withdraws its Motion to Intervene without prejudice. Kraft Heinz reserves the right to refile its request to intervene by right and/or by permission, as may be warranted, at a later time.

Dated: August 4, 2026

Respectfully submitted,

BERRY SILBERBERG STOKES PC

By: */s/ Robert P. Berry*
Robert P. Berry, #46236 (MO)
16150 Main Circle Drive Suite 120
St. Louis, MO 63017
(314) 480-5881
(314) 480-5884 Fax
rberry@berrysilberberg.com

and

K&L Gates LLP

Thomas J. Smith (*Pro Hac Vice*)
David R. Osipovich (*Pro Hac Vice*)
Jessica L. Moran (*Pro Hac Vice*)
Luciana R. Liddell (*Pro Hac Vice*)
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
thomas.smith@klgates.com
david.osipovich@klgates.com
jessica.moran@klgates.com
luciana.liddell@klgates.com

and

K&L Gates LLP

Michael G. Pence (*Pro Hac Vice*)
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 807-4214
Facsimile: (312) 345-1844
mick.pence@klgates.com

Attorneys for Kraft Heinz Foods Company and
The Gillette Company LLC

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, the foregoing was submitted electronically for filing through this Court's CM/ECF system to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Robert P. Berry*